UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      Plaintiffs,

v.                                                                                    Case No: 08-CV-588

PRESIDENT GEORGE W. BUSH; WHITE HOUSE
PRESS SECRETARY DANA PERINO; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      Defendants.

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on November 4, 2008, I, Jane McCoy, personally served the documents entitled SUMMONS and COMPLAINT in the above action on Governor James Doyle at his office at 115 East State Capitol, Madison, Wisconsin, and service was accepted by Gregory Mawer at 3:16 p.m.

Dated this 4th day of November, 2008.

                                                    /s/ Jane McCoy
                                             Jane McCoy