Case: 3:08-cv-00588-slc   Document #: 5   Filed: 10/03/2008   Page 1 of 2

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| FREEDOM FROM RELIGION FOUNDATION, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-588 |
| PRESIDENT GEORGE W. BUSH, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Shirley Dobson
NDP Task Force
8605 Explorer Drive
Colorado Springs, CO 80935

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Attorney Richard L. Bolton
Boardman Law Firm
1 S. Pinckney Street, 4th Floor
Madison, WI 53703

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Joel Turner, Acting Clerk
Name of clerk of court

Date: OCT 0 8 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on SHIRLEY DOBSON OF NDP TASK FORCE, by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

XX (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is MS. JEAN TRUTY, COORDINATOR OF NDP TASK FORCE FOR SHIRLEY DOBSON; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ __65.00__ for travel and $ __18.60__ for services, for a total of $ XXX $83.60

Date: NOVEMBER 5, 2008

Server's signature

TOM PITTS / THE DELTA COMPANY
Printed name and title   DIRECTOR

P.O. BOX 10304; COLORADO SPRINGS, Co
Server's address   80932-1304