UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>            Plaintiffs,<br><br>v.<br><br>PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>            Defendants. | Case No. 08-CV-588 |

**FEDERAL DEFENDANTS' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE**

Defendants President George W. Bush and White House Press Secretary Dana Perino (hereinafter, "federal defendants"), by and through undersigned counsel, hereby seek an extension of time through and including Monday, January 12, 2009, in which to file a response to the Complaint. On December 23, 2008, undersigned counsel contacted counsel for plaintiffs, Richard L. Bolton, Esq., who indicated that he had no objection to the relief requested herein. As grounds for this motion, defendants state as follows:

    1.    On October 3, 2008, plaintiffs filed their Complaint in this Action. Plaintiffs sued, among others, the President of the United States and the White House Press Secretary. Plaintiffs' Complaint raises complex constitutional and statutory issues involving the National

Day of Prayer.

2. The United States Attorney's Office for the Western District of Wisconsin received, via certified mail, a copy of plaintiffs' Complaint on November 4, 2008. Accordingly, the federal defendants' response is currently due on Monday, January 5, 2009, immediately following the year-end holidays.

3. The federal defendants request a modest, one-week extension of time in which to file their response to the Complaint. The federal defendants have not previously requested an extension of time to file a response, and granting that extension would not prejudice any of the parties in this litigation.

WHEREFORE, the federal defendants respectfully request that the Court grant them an extension of time through and including January 12, 2009, in which to file a response to the Complaint.

Dated:  December 23, 2008

        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        James Gilligan
        Assistant Branch Director


          /s/ Brad P. Rosenberg
        Brad P. Rosenberg (DC Bar 467513)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        Tel: (202) 514-3374
        Fax: (202) 616-8460
        brad.rosenberg@usdoj.gov

        <u>Mailing Address:</u>
        Post Office Box 883
        Washington, D.C.  20044

        <u>Courier Address:</u>
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20001

        COUNSEL FOR DEFENDANTS
        PRESIDENT GEORGE W. BUSH AND
        WHITE HOUSE PRESS SECRETARY
        DANA PERINO

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2008, I electronically filed a copy of the Federal Defendants' Unopposed Motion for an Extension of Time to File a Response using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

                                         /s/ Brad P. Rosenberg
                                         Brad P. Rosenberg