UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR; PAUL GAYLOR; DAN BARKER; PHYLLIS ROSE, and JILL DEAN, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>PRESIDENT GEORGE W. BUSH; WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE; and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE, )<br><br>Defendants ) | Case No. 08-CV-588 |

## ENTRY OF APPEARANCE

Joel Oster of the firm ALLIANCE DEFENSE FUND, 15192 Rosewood, Leawood, KS 66224, Telephone (913) 685-8000, hereby enters his appearance as counsel for Defendant, Shirley Dobson in this proceeding.

/s/Joel Oster
Joel Oster
Kansas Bar No. 21565
Attorneys for Plaintiff
ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, KS 66224
Telephone: (913) 685-8000
Fax:           (913) 685-8001

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2008, I electronically filed a copy of the Defendants' Unopposed Motion for an Extension of Time to File a Response using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

/s/Joel Oster
Joel Oster