UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>  Defendants. | Case No. 08-CV-588 |

**DEFENDANT SHIRLEY DOBSON'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE**

Defendant Shirley Dobson, by and through undersigned counsel, hereby seeks an extension of time through and including Monday, January 12, 2009, in which to file a response to the Complaint. On December 23, 2008, undersigned counsel contacted counsel for the plaintiffs who indicated that he had no objection to the relief requested herein. As grounds for this motion, Defendant Dobson states as follows:

1. On October 3, 2008, plaintiffs filed their Complaint in this action. Plaintiffs sued, among others Shirley Dobson, as Chairman of the National Day of Prayer Task Force.

2. Defendant Dobson's response is currently due on January 7, 2008, right after the holidays.

3. The defendant requests a modest 5 day extension including Monday, January 12, 2009 in which to file her response to the Complaint. The defendant has not previously requested an extension of time to file a response, and granting that extension would not prejudice any of the parties in this litigation.

WHEREFORE, the Defendant Dobson respectfully requests that the Court grant her an extension of time through and including January 12, 2009, in which to file a response to the Complaint.

Dated: December 29, 2008

    Respectfully submitted,

    /s/Joel Oster
    Joel Oster, KS Bar 18547
    Kevin Theriot, KS Bar 21565
    ALLIANCE DEFENSE FUND
    15192 Rosewood
    Leawood, KS 66224
    Tel: (913) 685-8000
    Fax: (913) 685-8001
    joster@telladf.org

    COUNSEL FOR DEFENDANT
    SHIRLEY DOBSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2008, I electronically filed a copy of the Defendant's Unopposed Motion for an Extension of Time to File a Response using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

/s/Joel Oster
Joel Oster