UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN, <br><br>              Plaintiffs, <br><br>v. <br><br>PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE, <br><br>              Defendants. | Case No. 08-CV-588 |

## FEDERAL DEFENDANTS' MOTION TO DISMISS

Defendants President George W. Bush and White House Press Secretary Dana Perino (collectively "Federal Defendants"), by undersigned counsel, hereby move to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Dismissal is appropriate pursuant to Rule 12(b)(1) because plaintiffs lack standing and because plaintiffs' claims regarding presidential prayer proclamations present insurmountable justiciability problems. Dismissal is appropriate pursuant to Rule 12(b)(6) because plaintiffs have failed to state a claim upon which relief can be granted. The grounds for this motion are set forth at length in the Federal Defendants' memorandum of law being filed herewith.

Pursuant to this court's Briefing Guidelines, and due to the complexity of issues raised by plaintiffs' Complaint and this motion to dismiss (including substantial standing, justiciability,

and separation of powers concerns), counsel for the Federal Defendants is available for oral argument, should the Court determine that such an argument would be helpful.

Dated:  January 12, 2009

        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        JAMES GILLIGAN
        Assistant Branch Director


          /s/ Brad P. Rosenberg
        BRAD P. ROSENBERG (DC Bar 467513)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        Tel: (202) 514-3374
        Fax: (202) 616-8460
        brad.rosenberg@usdoj.gov

        Mailing Address:
        Post Office Box 883
        Washington, D.C.  20044

        Courier Address:
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20001

        COUNSEL FOR DEFENDANTS
        PRESIDENT GEORGE W. BUSH AND
        WHITE HOUSE PRESS SECRETARY
        DANA PERINO

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2009, I electronically filed a copy of the Federal Defendants' Motion to Dismiss using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

   /s/ Brad P. Rosenberg
Brad P. Rosenberg