UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, ANN NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, And JILL DEAN, | ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| PRESIDENT GEORGE W. BUSH WHITE HOUSE PRESS SECRETARY DANA PERINO, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE, | ) ) ) ) ) ) ) ) | Case No. 08-CV-588 |
| Defendants. | ) ) | |

_____

I herby certify that on January 15, 2009, I electronically filed a copy of the

Disclosure of Corporate Affiliations and Financial Interest using the ECF System for the

Western District of Wisconsin, which will send notification of that filing to all counsel in

this litigation who have entered an appearance, including counsel for Plaintiffs.

/s/Kevin Theriot
Kevin Theriot

s/Kevin Theriot
Kevin Theriot
Kansas Bar No.
Alliance Defense Fund
15192 Rosewood
Leawood, KS 66224
Ph: (913) 685-8000
Fx: (913) 685-8001