UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

    Plaintiffs,

v.       Case No: 08-CV-588

PRESIDENT GEORGE W. BUSH; WHITE HOUSE
PRESS SECRETARY DANA PERINO; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

    Defendants.

---

## UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

---

The plaintiffs, by Attorney Richard L. Bolton, respectfully move the court to extend the date for the reply brief to the defendants' pending motions to dismiss. The plaintiffs request that the deadline for their reply brief be extended to February 10, 2009.

Counsel for the moving parties have been consulted and do not oppose this request.

This motion is based upon the schedule of Attorney Bolton, which has included extensive briefing, including in matters that have just arisen unexpectedly. Attorney Bolton was involved in briefing just completed in Intel v. Board of Regents, Case No. 08-CV-700, which briefing was completed on January 30, 2009. In addition, Attorney Bolton is preparing a brief in support of motion to dismiss in a case that was removed to the Western

District on January 30, 2009, Case No. 09-CV-61. Due to the removal, the motion to dismiss in that matter is due on February 4, 2009. Attorney Bolton also is involved in briefing motions in cases pending in the Central District of California and the District Court in Colorado.

This motion is not made for purposes of delay or obstruction.

Dated this 2nd day of February, 2009.

                                        BOARDMAN LAW FIRM
                                        By:

                                        _____/s/_____
                                        Richard L. Bolton, Esq.
                                        Boardman, Suhr, Curry & Field LLP
                                        1 South Pinckney Street, 4th Floor
                                        P. O. Box 927
                                        Madison, WI  53701-0927
                                        Telephone:  (608) 257-9521
                                        Facsimile:  (608) 283-1709
                                        Attorneys for Plaintiffs