UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      Plaintiffs,

v.

Case No: 08-CV-588

PRESIDENT GEORGE W. BUSH; WHITE HOUSE
PRESS SECRETARY DANA PERINO; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      Defendants.

---

### CERTIFICATE OF SERVICE

---

    I hereby certify that on February 2, 2009, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Western District of Wisconsin, plaintiffs' Unopposed Motion to Extend Briefing Deadline in the above matter to go to Attorneys Thomas Bellavia at bellaviatc@doj.state.wi.us, Bruce Olsen at Olsenba@doj.state.wi.us, Brad Rosenberg at brad.rosenberg@usdoj.gov, and Joel Oster at Joster@telladf.org, via a notice of electronic filing.

    Dated this 2nd day of February, 2009.

                                     BOARDMAN, SUHR, CURRY & FIELD, LLP
                                     By:

                                     __/s/ Richard L. Bolton__
                                     Richard L. Bolton, State Bar No. 1012552
                                     Attorneys for Plaintiffs
                                     1 S. Pinckney Street, 4th Floor
                                     P. O. Box 927
                                     Madison, WI  53701-0927
                                     PH:  (608) 257-9521     FX: (608) 283-1709
                                     rbolton@boardmanlawfirm.com