UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR; PAUL GAYLOR; DAN BARKER; PHYLLIS ROSE, and JILL DEAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE,; and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>Defendants. | Case No. 08-CV-588 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

COMES NOW counsel for the Defendant, Kevin Theriot, and requests admission of Joel Oster *pro hac vice*.

1. I am a member in good standing of the Bar of this Court.

2. In relation to this case, I am and will, throughout the course of this litigation, be actively associated with the attorney seeking *pro hac vice* admission.

3. Joel Oster has provided an affidavit attached in support of this motion.

Respectfully submitted this 4th day of February, 2009.

                                              By:    <u>s/Kevin Theriot</u>
Kevin Theriot
KS Bar No. 21565
ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, KS 66224
Telephone: (913) 685-8000
Facsimile: (913- 685-8001

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2009, I electronically filed a copy of the foregoing Motion and Affidavit for Joel Oster with the Clerk of Court using the CM/ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

                                                s/Kevin Theriot
                                                Kevin Theriot
                                                Kansas Bar No. 21565
                                                ALLIANCE DEFENSE FUND
                                                15192 Rosewood
                                                Leawood, Kansas 66224
                                                Telephone: (913) 685-8000
                                                Telephone: (913) 685-8001
                                                ktheriot@telladf.org

                                                *Attorney for Defendant*