UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR; PAUL GAYLOR; DAN BARKER; PHYLLIS ROSE, and JILL DEAN, | ) ) ) ) ) ) | Case No. 08-CV-588 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE,; and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JOEL OSTER

I, Joel Oster, of the Alliance Defense Fund, 15192 Rosewood, Leawood, Kansas 66224, (913) 685-8000, state under penalty of perjury that:

1. I am a member in good standing of the Bar of the State of Kansas (Bar No. 18547).

2. I have been admitted to practice in the courts listed on the attached sheet.

3. I am in good standing and eligible to practice in the courts listed thereon.

4. I am not currently suspended or disbarred in any court.

5. I have never been disciplined by any court for disobedience to its rules or orders.

Dated: February 4, 2009.

                Respectfully submitted,

                s/Joel Oster
                Joel Oster
                KS Bar No. 18547
                ALLIANCE DEFENSE FUND
                15192 Rosewood
                Leawood, KS 66224
                Telephone: (913) 685-8000
                Facsimile: (913) 685-8001

| | | |
|---|---|---|
| Kansas Supreme Court | Bar No. 18547 | 04/24/1998 |
| Missouri Supreme Court | Bar No. 50513 | 11/03/1998 |
| Florida Supreme Court | Bar No. 0659746 | 09/18/2003 |
| U.S. District Court of Colorado | | 12/06/2006 |
| U.S. District Court for the District of Kansas | | 04/24/1998 |
| U.S. District Court for the Western District of Missouri | | 11/03/1998 |
| U.S. District Court for the Eastern District of Wisconsin | | 04/12/2001 |
| U.S. District Court for the Eastern District of Michigan | | 5/09/2001 |
| U.S. District Court for the Western District of Michigan | | 05/09/2001 |
| U.S. District Court for the Southern District of Florida | | 09/09/2004 |
| U.S. District Court for the Eastern District of Missouri | | 10/29/2007 |
| U.S. Court of Appeals for the Second Circuit | | 02/10/2003 |
| U.S. Court of Appeals for the Fourth Circuit | | 08/13/2002 |
| U.S. Court of Appeals for the Fifth Circuit | | 02/26/2003 |
| U.S. Court of Appeals for the Sixth Circuit | | 8/06/2001 |
| U.S. Court of Appeals for the Seventh Circuit | | 05/04/2001 |
| U.S. Court of Appeals for the Eighth Circuit | | 10/2003 |
| U.S. Court of Appeals for the Tenth Circuit | | 10/12/2006 |
| U.S. Court of Appeals for the Eleventh Circuit | | 09/03/2002 |