UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      **Plaintiffs,**

v.                                                              Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      **Defendants.**

---

### CERTIFICATE OF SERVICE

---

      I hereby certify that on February 5, 2009, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Western District of Wisconsin, the Joint Preliminary Pretrial Conference Report in the above matter to go to Attorneys Thomas Bellavia at bellaviatc@doj.state.wi.us, Brad Rosenberg at brad.rosenberg@usdoj.gov, and Joel Oster at Joster@telladf.org, via a notice of electronic filing.

      Dated this 5th day of February, 2009.

                                      BOARDMAN, SUHR, CURRY & FIELD, LLP
                                      By:

                                      /s/ Richard L. Bolton
                                      Richard L. Bolton, State Bar No. 1012552
                                      Attorneys for Plaintiffs
                                      1 S. Pinckney Street, 4th Floor
                                      P. O. Box 927
                                      Madison, WI  53701-0927
                                      PH:  (608) 257-9521     FX: (608) 283-1709
                                      rbolton@boardmanlawfirm.com