UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION ) <br> FOUNDATION, INC.; ANNE NICOL ) <br> GAYLOR; ANNIE LAURIE GAYLOR; ) <br> PAUL GAYLOR; DAN BARKER; ) <br> PHYLLIS ROSE, and JILL DEAN, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> PRESIDENT GEORGE W. BUSH, ) <br> WHITE HOUSE PRESS SECRETARY ) <br> DANA PERINO; WISCONSIN GOVERNOR ) <br> JIM DOYLE, and SHIRLEY DOBSON, ) <br> CHAIRMAN OF THE NATIONAL DAY ) <br> OF PRAYER TASK FORCE, ) <br> ) <br> Defendants. ) | Case No. 08-CV-588 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

COMES NOW counsel for the Defendant, Shirley Dobson, and requests the admission of Benjamin W. Bull *pro hac vice*.

1. I am a member in good standing of the Bar of this Court.

2. In relation to this case, I am and will, throughout the course of this litigation, be actively associated with the attorney seeking *pro hac vice* admission.

3. Benjamin W. Bull has provided an affidavit attached in support of this motion.

Respectfully submitted this 6th day of February, 2009.

    By:    s/Kevin Theriot
            Kevin Theriot
            KS Bar No. 21565
            ALLIANCE DEFENSE FUND
            15192 Rosewood
            Leawood, KS 66224
            Telephone: (913) 685-8000
            Facsimile: (913) 685-8001
            ktheriot@telladf.org

            *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6th, 2009, I electronically filed a copy of the foregoing Motion and Affidavit with the Clerk of Court using the CM/ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

s/Kevin Theriot