UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FREEDOM FROM RELIGION ) | | |
| FOUNDATION, INC.; ANNE NICOL ) | | |
| GAYLOR; ANNIE LAURIE GAYLOR; ) | | |
| PAUL GAYLOR; DAN BARKER; ) | | |
| PHYLLIS ROSE, and JILL DEAN, ) | | Case No. 08-CV-588 |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PRESIDENT GEORGE W. BUSH, ) | | |
| WHITE HOUSE PRESS SECRETARY ) | | |
| DANA PERINO; WISCONSIN GOVERNOR ) | | |
| JIM DOYLE, and SHIRLEY DOBSON, ) | | |
| CHAIRMAN OF THE NATIONAL DAY ) | | |
| OF PRAYER TASK FORCE, ) | | |
| ) | | |
| Defendants. ) | | |

## AFFIDAVIT OF BENJAMIN W. BULL

I, Benjamin W. Bull, of the Alliance Defense Fund, 15100 North 90th Street, Scottsdale, Arizona, (480) 444-0020, state under penalty of perjury that:

1. I am a member in good standing of the Bar of the State of Arizona (Bar No. 009940).

2. I have been admitted to practice in the courts listed on the attached sheet.

3. I am in good standing and eligible to practice in the courts listed thereon.

4. I am not currently suspended or disbarred in any court.

5. I have never been disciplined by any court for disobedience to its rules or orders.

Dated: February 6, 2009.

                                                    Respectfully submitted,

                                                    <u>s/Benjamin W.  Bull</u>
                                                    Benjamin W. Bull
                                                    AZ Bar No. 009940
                                                    ALLIANCE DEFENSE FUND
                                                    15100 North 90th Street
                                                    Scottsdale, AZ 85260
                                                    Telephone: (480) 444-0020
                                                    Facsimile: (480) 444-0028

# BENJAMIN W. BULL
# BAR AND COURT ADMISSIONS

| STATE BARS | DATE ADMITTED |
|---|---|
| State Bar of Arizona (009940) | May 18, 1985 |
| State Bar of District of Columbia (388206) | May 1, 1985 |
| State Bar of Virginia (15059) | September 30, 1975 |

| STATE COURT | DATE ADMITTED |
|---|---|
| Supreme Court of Virginia | October 6, 1975 |
| Supreme Court of Arizona | May 18, 1985 |
| District of Columbia Court of Appeals | May 1, 1985 |

| FEDERAL COURT | DATE ADMITTED |
|---|---|
| District Court of Virginia, Eastern District | August 3, 1977 |
| District Court of Arizona | June 10, 1985 |
| District Court of California, Northern District | April 1, 1991 |
| District Court of Wisconsin, Eastern District | September 26, 1994 |
| District Court of Indiana, Northern District | March 11, 2008 |
| United States Supreme Court | May 21, 1979 |
| United States Court of Appeals for the 1st Circuit | October 28, 2008 |
| United States Court of Appeals for the 3rd Circuit | July 6, 2007 |
| United States Court of Appeals for the 4th Circuit | May 29, 1979 |
| United States Court of Appeals for the 5th Circuit | March 25, 1985 |
| United States Court of Appeals for the 6th Circuit | March 25, 1985 |
| United States Court of Appeals for the 7th Circuit | August 18, 2006 |

United States Court of Appeals for the 8th Circuit ............................................. April 26, 1989

United States Court of Appeals for the 9th Circuit ....................................... February 11, 1985

United States Court of Appeals for the 10th Circuit ...................................... January 22, 1992

United States Court of Appeals for the 11th Circuit ..................................... February 11, 1985

United States Court of Appeals for the District of Columbia ..................... September 18, 1985