UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR; PAUL GAYLOR; DAN BARKER; PHYLLIS ROSE, and JILL DEAN, | ) ) ) ) ) | Case No. 08-CV-588 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE,; and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

COMES NOW counsel for the Defendant, Shirley Dobson, and requests the admission of Alan E. Sears *pro hac vice*.

1. I am a member in good standing of the Bar of this Court.

2. In relation to this case, I am and will, throughout the course of this litigation, be actively associated with the attorney seeking *pro hac vice* admission.

3. Alan E. Sears has provided an affidavit attached in support of this motion.

Respectfully submitted this 10th day of February, 2009.

                              By:    s/Kevin Theriot
                                        Kevin Theriot
                                        KS Bar No. 21565
                                        ALLIANCE DEFENSE FUND
                                        15192 Rosewood
                                        Leawood, KS 66224
                                        Telephone: (913) 685-8000
                                        Facsimile: (913) 685-8001
                                        ktheriot@telladf.org

                                        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10th, 2009, I electronically filed a copy of the foregoing Motion and Affidavit for Alan E. Sears with the Clerk of Court using the CM/ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

s/Kevin Theriot
Kevin Theriot
Kansas Bar No. 21565
ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, Kansas 66224
Telephone: (913) 685-8000
Telephone: (913) 685-8001
ktheriot@telladf.org

*Attorney for Defendant*
