UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR; PAUL GAYLOR; DAN BARKER; PHYLLIS ROSE, and JILL DEAN,<br><br>        Plaintiffs,<br><br>v.<br><br>PRESIDENT GEORGE W. BUSH, WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE; and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>        Defendants. | Case No. 08-CV-588 |

## AFFIDAVIT OF ALAN E. SEARS

I, Alan E. Sears, of the Alliance Defense Fund, 15100 N. 90th Street, Scottsdale, Arizona, (480) 444-0020, state under penalty of perjury that:

1. I am a member in good standing of the Bar of the State of Arizona (Bar No. 011702).

2. I have been admitted to practice in the courts listed on the attached sheet.

3. I am in good standing and eligible to practice in the courts listed thereon.

4. I am not currently suspended or disbarred in any court.

5. I have never been disciplined by any court for disobedience to its rules or orders.

Dated: February 10, 2009

                Respectfully submitted,

                s/Alan E. Sears
                Alan E. Sears
                AZ Bar No. 011702
                ALLIANCE DEFENSE FUND
                15100 N. 90th Street
                Scottsdale, AZ 85260
                Telephone: (480) 444-0020
                Facsimile:  (480) 444-0026

## ALAN E. SEARS
## BAR ADMISSIONS

| STATE BARS | DATE ADMITTED |
|---|---|
| State Bar of Arizona (011702 | 1987 |
| State Bar of Kentucky (62833) | 1977 |
| State Bar of California (147578) | 1990 |
| State Bar of District of Columbia (418382) (Inactive) | 1990 |