UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR; PAUL GAYLOR; DAN BARKER; PHYLLIS ROSE, and JILL DEAN<br><br>    Plaintiffs,<br><br>vs.<br><br>PRESIDENT GEORGE W. BUSH; WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE; and SHIRLEY DOBSON, CHAIRMAN OF PRAYER TASK FORCE,<br><br>    Defendants. | Case No. 08-cv-588 |

**ENTRY OF APPEARANCE**

Benjamin W. Bull of the firm ALLIANCE DEFENSE FUND, 15100 N. 90th Street, Scottsdale, Arizona 85260, Telephone (480) 444-0020, hereby enters his appearance as counsel for Defendant, Shirley Dobson in this proceeding.

                                            s/Benjamin W. Bull
                                            Benjamin W. Bull
                                            Arizona Bar No. 009940
                                            Attorney for Plaintiff
                                            ALLIANCE DEFENSE FUND
                                            15100 N. 90th Street
                                            Scottsdale, Arizona 85260
                                            Telephone: (480) 444-0020
                                            Fax:       (480) 444-0028

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2009, I electronically filed a copy of the foregoing Motion with the Clerk of Court using the CM/ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

s/Benjamin W. Bull
Benjamin W. Bull
Arizona Bar No. 009940
Attorney for Plaintiff
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax:         (480) 444-0028