## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

**FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,**

       **Plaintiffs,**

**v.**                                    **Case No: 08-CV-588**

**PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,**

       **Defendants.**

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that on February 10, 2009, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Western District of Wisconsin, the First Amended Complaint in the above matter to go to Attorneys Thomas Bellavia at bellaviatc@doj.state.wi.us, Brad Rosenberg at brad.rosenberg@usdoj.gov, and Joel Oster at Joster@telladf.org, via a notice of electronic filing.

      Dated this 10th day of February, 2009.

                             BOARDMAN, SUHR, CURRY & FIELD, LLP
                             By:

                               /s/ Richard L. Bolton
                             Richard L. Bolton, State Bar No. 1012552
                             Attorneys for Plaintiffs
                             1 S. Pinckney Street, 4th Floor
                             P. O. Box 927
                             Madison, WI  53701-0927
                             PH:  (608) 257-9521    FX: (608) 283-1709
                             rbolton@boardmanlawfirm.com