UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; ANNE NICOL GAYLOR; ANNIE LAURIE GAYLOR PAUL GAYLOR; DAN BARKER PHYLLIS ROSE, and JILL DEAN<br><br>    Plaintiffs,<br><br>vs.<br><br>PRESIDENT GEORGE W. BUSH; WHITE HOUSE PRESS SECRETARY DANA PERINO; WISCONSIN GOVERNOR JIM DOYLE; and SHIRLEY DOBSON, CHAIRMAN OF PRAYER TASK FORCE,<br><br>    Defendants. | Case No. 08-cv-588 |

## ENTRY OF APPEARANCE

Alan E. Sears of the firm ALLIANCE DEFENSE FUND, 15100 N. 90th Street, Scottsdale, Arizona 85260, Telephone (480) 444-0020, hereby enters his appearance as counsel for Defendant Shirley Dobson in this proceeding.

                                                                                         s/ Alan E. Sears
                                                                                   Alan E. Sears
                                                                                   Arizona Bar No. 011702
                                                                                   Attorneys for Plaintiff
                                                                                   ALLIANCE DEFENSE FUND
                                                                                   15100 N. 90th Street
                                                                                   Scottsdale, Arizona 85260
                                                                                   Telephone: (480) 444-0020
                                                                                   Fax:       (480) 444-0026

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2009, I electronically filed a copy of the foregoing Motion with the Clerk of Court using the CM/ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

<div style="margin-left:40%">

s/Alan E. Sears
Alan E. Sears
Arizona Bar No. 011702
Attorneys for Plaintiff
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax:         (480) 444-0026

</div>