**Re:**         *Freedom From Religion Foundation et al. v. President George W. Bush et al.*

**Case No.:**   **08-CV-588**

## CERTIFICATE OF SERVICE BY E-FILING

The undersigned hereby certifies that she is employed in the office of the Department of Justice of the State of Wisconsin in the capacity of legal secretary.

That on the 9th day of March 2009, she electronically filed a copy of the Answer and Affirmative Defenses to First Amended Complaint by Defendant Wisconsin Governor Jim Doyle using the ECF System for the Western District of Wisconsin which will send notification of such filings to counsel for plaintiff.

s/Connie Anderson
CONNIE ANDERSON