NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

                                                                        Case No. _____
                    v.

_____

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

_____ makes the following disclosure:

1.      Is said party a subsidiary or affiliate of a publicly owned corporation?

        YES             NO

        If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2.      Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

        YES             NO

        If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

_____         Date:_____

10/1/07

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2009, I electronically filed a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interest using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

Dated March 20, 2009

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
*Counsel for Amici*