UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**FREEDOM FROM RELIGION**
**FOUNDATION, INC.; ANNE NICOL**
**GAYLOR; ANNIE LAURIE GAYLOR;**
**PAUL GAYLOR; DAN BARKER;**
**PHYLLIS ROSE, and JILL DEAN,**

      **Plaintiffs,**

v.                                                    Case No: 08-CV-588

**PRESIDENT BARACK OBAMA; WHITE HOUSE**
**PRESS SECRETARY ROBERT GIBBS; WISCONSIN**
**GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,**
**CHAIRMAN OF THE NATIONAL**
**DAY OF PRAYER TASK FORCE,**

      **Defendants.**

---

### UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

---

The plaintiffs, by Attorney Richard L. Bolton, respectfully move the court to extend the date for the reply brief to the defendants' pending motions to dismiss. The plaintiffs request that the deadline for their reply brief be extended to April 7, 2009.

Counsel for the moving parties have been consulted and do not oppose this request.

This motion is based upon the schedule of Attorney Bolton, which includes extensive briefing and trial preparation. In particular, Attorney Bolton has been preparing motions in limine, instructions and trial brief for a case scheduled for trial in April in Walworth County Circuit Court before Judge Kennedy. In addition, Attorney Bolton just finished a motion for rehearing en banc filed in the Seventh Circuit on March 13, 2009. Attorney Bolton also has

been assisting in preparation for an injunction hearing to be held on March 23, 2009, before Judge Nicks in Dane County Circuit Court.

This motion is not made for purposes of delay or obstruction.

Dated this 26th day of March, 2009.

                BOARDMAN LAW FIRM
                By:

                /s/
                Richard L. Bolton, Esq.
                Boardman, Suhr, Curry & Field LLP
                1 South Pinckney Street, 4th Floor
                P. O. Box 927
                Madison, WI  53701-0927
                Telephone:  (608) 257-9521
                Facsimile:  (608) 283-1709
                Attorneys for Plaintiffs