UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      Plaintiffs,

v.                                          Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      Defendants.

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that on March 26, 2009, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Western District of Wisconsin, the Unopposed Motion to Extend Briefing Deadline in the above matter to go to Attorneys Thomas Bellavia at bellaviatc@doj.state.wi.us, Brad Rosenberg at brad.rosenberg@usdoj.gov, and Joel Oster at Joster@telladf.org, via a notice of electronic filing.

      Dated this 26th day of March, 2009.

                                                    BOARDMAN, SUHR, CURRY & FIELD, LLP
                                                    By:

                                                      /s/ Richard L. Bolton
                                                  Richard L. Bolton, State Bar No. 1012552
                                                  Attorneys for Plaintiffs
                                                  1 S. Pinckney Street, 4th Floor
                                                  P. O. Box 927
                                                  Madison, WI  53701-0927
                                                  PH:  (608) 257-9521    FX: (608) 283-1709
                                                  rbolton@boardmanlawfirm.com