# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **Freedom From Religion** | \| | |
| **Foundation, Inc., et al.,** | \| | |
| | \| | |
| **Plaintiffs,** | \| | |
| | \| | |
| **v.** | \| | **Case No. 08-CV-588** |
| | \| | |
| **President Barack Obama et al.,** | \| | |
| | \| | |
| **Defendants.** | \| | |

_____

*Amici Curiae* Brief of the American Center for Law and Justice and United States Representatives J. Randy Forbes, Robert B. Aderholt, Michele Bachmann, Roscoe G. Bartlett, John A. Boehner, John Boozman, Eric Cantor, K. Michael Conaway, Mary Fallin, Virginia Foxx, Trent Franks, Scott Garrett, Louie Gohmert, Wally Herger, Peter Hoekstra, Walter B. Jones, Jim Jordan, Doug Lamborn, Thaddeus G. McCotter, Patrick T. McHenry, Mike McIntyre, Jeff Miller, Sue Wilkins Myrick, Randy Neugebauer, Pete Olson, Mike Pence, Joseph R. Pitts, Heath Shuler, Adrian Smith, Lamar Smith, and Joe Wilson in Support of the Defendants' Motions to Dismiss the First Amended Complaint

*Jay Alan Sekulow
*Stuart J. Roth
*Laura B. Hernandez
AMERICAN CENTER FOR LAW &
    JUSTICE
201 Maryland Ave., N.E.
Washington, D.C. 20002
Phone: (202) 546-8890
Fax: (202) 546-9309
 * - not admitted before this Court

Geoffrey R. Surtees
    *Counsel of Record*
AMERICAN CENTER FOR LAW &
    JUSTICE
6375 New Hope Rd.
New Hope, KY 40052
Phone: (502) 549-7020
Fax: (502) 549-7110

*Counsel for Amici*

# TABLE OF CONTENTS

Table of Authorities ................................................................................. ii

Interest of *Amici* ....................................................................................1

Argument....................................................................................................2

I.    The United States Supreme Court's Decision in *Marsh v. Chambers*
      Requires Dismissal of FFRF's Complaint .......................................................3

      A.    The Congress and Presidents Have Issued Proclamations Calling
            the Nation to Prayer since the Founding ................................................4

      B.    No Supreme Court Establishment Clause Case Decided
            Subsequent to *Marsh v. Chambers* Undercuts *Marsh*'s Vitality ..........9

      C.    The Architect of the Endorsement Test Stated that the National
            Day of Prayer was Constitutional.......................................................11

II.   The Lower Federal Courts Have Held that *Marsh* Applies to Other
      Government-Sponsored Religious Practices That Date to the Founding
      of the Nation ..................................................................................14

Conclusion ........................................................................................15

Certificate of Service ............................................................................16

Appendix A: Presidential and Congressional Proclamations Calling the
      Nation to Prayer ................................................................................A1

# TABLE OF AUTHORITIES

*Cases*

*Bd. of Airport Comm'rs v. Jews for Jesus*, 482 U.S. 569 (1987) .............................1

*Bd. of Educ. v. Mergens*, 496 U.S. 226 (1990) ..........................................1

*Cammack v. Waihee*, 932 F.2d 765 (9th Cir. 1991) .................................14

*County of Allegheny v. Am. Civil Liberties Union*, 492 U.S. 573 (1989)........ 3, 9-11

*Jewish War Veterans v. United States*, 695 F. Supp. 3 (D.D.C. 1988) ..................14

*Katcoff v. Marsh*, 755 F.2d 223 (2d Cir. 1985) .....................................14

*Lamb's Chapel v. Ctr. Moriches Union Free Sch. Dist.*, 508 U.S. 384 (1993).........1

*Lemon v. Kurtzman*, 403 U.S. 602 (1971) ..........................................9, 12

*Lynch v. Donnelly*, 465 U.S. 668 (1984) .......................................9, 10, 12

*Marsh v. Chambers*, 463 U.S. 783 (1983) ....................................... *passim*

*McConnell v. FEC*, 540 U.S. 93 (2003).....................................................1

*Newdow v. Bush*, 355 F. Supp. 2d 265 (D.D.C. 2005) ...........................14

*Pelphrey v. Cobb County*, 2008 U.S. App. LEXIS 22422 (11th Cir. 2008), aff'g without opinion, *Bats v. Cobb County*, 410 F. Supp. 2d 1324 (N.D. Ga. 2006) ...........................................................................................14

*Pleasant Grove City v. Summum*, 172 L. Ed. 2d 853 (Feb. 25, 2009)......................1

*Wallace v. Jaffree*, 472 U.S. 38 (1985)............................................................12, 13

**Other Authorities**

Amended Compl. ....................................................................................................9

Appendix ..........................................................................................................7, 8

*Franklin's Appeal for Prayer at the Constitutional Convention of 1787*,
WALLBUILDERS, http://www.wallbuilders.com/
LIBissuesArticles.asp?id=98 ..........................................................................5

John T. Woolley and Gerhard Peters, The American Presidency Project, [online].
Santa Barbara, CA: University of California (hosted), Gerhard Peters
(database). Available from World Wide Web:
http://www.presidency.ucsb.edu/ws ............................................................ 5-8

ROBERT L. CORD, SEPARATION OF CHURCH AND STATE: HISTORICAL FACT AND
CURRENT FICTION 154 (1982)..........................................................................8

The Architect of the Capitol, *Works of Art in the Capitol Complex*,
http://www.aoc.gov/cc/art/index.cfm ..............................................................2

Thomas McKean, Proclamation for a Day of Thanksgiving and Prayer, Oct. 26,
1781, http://www.wallbuilders.com/LIBissuesArticles.asp?id=17940 ...........5

## INTEREST OF *AMICI*

*Amicus*, the American Center for Law and Justice (ACLJ), is an organization dedicated to the defense of constitutional liberties secured by law. ACLJ attorneys have argued in numerous cases involving First Amendment issues before the Supreme Court of the United States and other federal and state courts. *See, e.g., Pleasant Grove City v. Summum*, 172 L. Ed. 2d 853 (Feb. 25, 2009); *McConnell v. FEC*, 540 U.S. 93 (2003); *Lamb's Chapel v. Ctr. Moriches Union Free Sch. Dist.*, 508 U.S. 384 (1993); *Bd. of Educ. v. Mergens*, 496 U.S. 226 (1990); *Bd. of Airport Comm'rs v. Jews for Jesus*, 482 U.S. 569 (1987).

*Amici*, United States Representatives J. Randy Forbes, Robert B. Aderholt, Michele Bachmann, Roscoe G. Bartlett, John A. Boehner, John Boozman, Eric Cantor, K. Michael Conaway, Mary Fallin, Virginia Foxx, Trent Franks, Scott Garrett, Louie Gohmert, Wally Herger, Peter Hoekstra, Walter B. Jones, Jim Jordan, Doug Lamborn, Thaddeus G. McCotter, Patrick T. McHenry, Mike McIntyre, Jeff Miller, Sue Wilkins Myrick, Randy Neugebauer, Pete Olson, Mike Pence, Joseph R. Pitts, Heath Shuler, Adrian Smith, Lamar Smith, and Joe Wilson, are members of the United States House of Representatives currently serving in the One Hundred Eleventh Congress.

*Amici* have dedicated time and effort to defending and protecting Americans' First Amendment freedoms. It is this commitment to the integrity of

1

the United States Constitution that compels them to support dismissal of the Freedom From Religion Foundation (FFRF)'s first amended complaint in this case. FFRF's strategy to purge all religious observances and references from American public life must not be indulged. Under its expansive interpretation of the "endorsement test," untethered as it is from other controlling Supreme Court precedent, numerous historic religious expressions in the nation's Capitol would become constitutionally suspect. For example, several religious inscriptions and works of art in the Capitol building arguably "endorse" religion.[1] The United States Supreme Court's Establishment Clause jurisprudence cannot be properly understood to require the removal of these historic religious expressions, nor does it require invalidation of the National Day of Prayer.

## ARGUMENT

Despite the long history of official government acknowledgment of the role of religion in American life, there are still those who, like FFRF, seek "relentless

---

[1] In the Rotunda of the Capitol Building, for example, are paintings with religious themes such as *The Apotheosis of Washington*, depicting the ascent of George Washington into Heaven, and *The Baptism of Pocahontas*, portraying Pocahontas being baptized by an Anglican minister. The Architect of the Capitol, *Works of Art in the Capitol Complex*, http://www.aoc.gov/cc/art/index.cfm. A wall in the Cox Corridor of the Capitol is inscribed with a line from Katherine Lee Bates' Hymn, *America the Beautiful*, "America! God shed his grace on Thee, and crown thy good with brotherhood from sea to shining sea." *Id.* The National Motto, "In God We Trust," is inscribed on a wall in the House Chamber. *Id.* In the prayer room of the House Chamber, two distinctly religious statements are inscribed: 1) "Annuit coeptus," which means "God has favored our undertakings"; and 2) "Preserve me, O God: for in thee do I put my trust," Psalm 16:1. *Id.*

extirpation" of all religious expression and reference from public life. *County of Allegheny v. Am. Civil Liberties Union*, 492 U.S. 573, 657 (1989) (Kennedy, J., concurring). FFRF's effort in this case is futile, however, in light of the Supreme Court's decision in *Marsh v. Chambers*, 463 U.S. 783 (1983).

## I.   The United States Supreme Court's Decision in *Marsh v. Chambers* Requires Dismissal of FFRF's Complaint.

In *Marsh v. Chambers*, the United States Supreme Court conducted a searching examination of the nation's history when considering a challenge to the Nebraska state legislature's practice of opening its sessions with prayer by a paid chaplain. Upholding the practice, the Court held that "historical evidence sheds light not only on what the draftsmen intended the Establishment Clause to mean, but also on how they thought that Clause applied to the practice authorized by the First Congress—their actions reveal their intent." 463 U.S. at 790. The historical record established that the "opening of sessions of legislative and *other deliberative public bodies* with prayer is deeply embedded in the history and tradition of this country." *Id.* at 786 (emphasis added).

The *Marsh* Court refused to read the "Establishment Clause of the Amendment to forbid what [its framers] had just declared acceptable." *Id.* at 790. The Court determined that the First Congress "did not consider opening prayers as a proselytizing activity or as symbolically placing the government's official seal of approval on one religious view," *id.* at 792 (internal quotation marks and citations

omitted); rather, the framers merely considered "invocations as 'conduct whose . . . effect . . . [harmonized] with the tenets of some or all religions.'" *Id.* (quoting *McGowan v. Maryland*, 366 U.S. 420, 442 (1961)).

The Court held further that there was no establishment of religion even though the same Presbyterian minister had served as the chaplain for 16 years and had his salary paid from public funds. "To invoke Divine guidance on a public body entrusted with making the laws is not, in these circumstances, an 'establishment' of religion or a step toward establishment; it is simply a tolerable acknowledgment of beliefs widely held among the people of this country." *Id.* The Court concluded that "legislative prayer presents no more potential for establishment" than practices previously upheld, such as grants for higher education at religious institutions and tax exemptions for religious organizations. *Id.* at 791 (citations omitted).

### A.   The Congress and Presidents Have Issued Proclamations Calling the Nation to Prayer since the Founding.

*Marsh* requires dismissal of FFRF's complaint in this case because the National Day of Prayer has a compelling historical pedigree equal to that of Congressional chaplains. At the end of the years 1777, 1781, and 1782, the Continental Congress recommended that the states set apart a day for prayer and

thanksgiving.[2] At the Constitutional Convention itself, Benjamin Franklin urged that "prayers imploring the assistance of Heaven, and its blessings on our deliberations, be held in this Assembly every morning before we proceed to business."[3] Beginning with George Washington, three of the four Founding Fathers who became President proclaimed at least one National Day of Prayer.[4]

On January 1, 1795, George Washington issued a proclamation calling for a "day of public thanksgiving and prayer" on February 19 of the same year.[5] The proclamation declared that "it is in an especial manner our duty as a people, with devout reverence and affectionate gratitude, to acknowledge our many and great obligations to Almighty God and to implore Him to continue and confirm the blessings we experience."[6]

---

[2] The text of the Proclamation for a Day of Thanksgiving and Prayer, issued by President of Congress Thomas McKean on October 26, 1781, is available at http://www.wallbuilders.com/LIBissuesArticles.asp?id=17940.

[3] *Franklin's Appeal for Prayer at the Constitutional Convention of 1787*, WALLBUILDERS, http://www.wallbuilders.com/LIBissuesArticles.asp?id=98.

[4] *See* John T. Woolley and Gerhard Peters, The American Presidency Project, [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws.

[5] *See* John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65500.

[6] *Id.*

Similarly, John Adams issued two proclamations, in 1798 and 1799, calling the nation to days of "solemn humiliation, fasting, [and] prayer."[7] The proclamations acknowledged that "dependence on God" was essential for the "promotion of that morality and piety without which social happiness cannot exist nor the blessings of a free government be enjoyed."[8]

Perhaps most significantly, James Madison, the drafter of the First Amendment, issued four proclamations calling the nation to a day of prayer. Because the nation was at war, President Madison asked the nation to set aside a day of "day of public humiliation and prayer" in the years 1812, 1813, 1814, and 1815.[9] In the 1812 proclamation, Madison exhorted the nation to render to

---

[7] John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65661; John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65675.

[8] *Id.*

[9] John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65944; John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65959; John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65981.; John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA:

the Sovereign of the Universe and the Benefactor of Mankind the public homage due to His holy attributes; of acknowledging the transgressions which might justly provoke the manifestations of His divine displeasure; of seeking His merciful forgiveness and His assistance in the great duties of repentance and amendment, and especially of offering fervent supplications that in the present season of calamity and war He would take the American people under His peculiar care and protection; that He would guide their public councils, animate their patriotism, and bestow His blessing on their arms; that He would inspire all nations with a love of justice and of concord and with a reverence for the unerring precept of our holy religion to do to others as they would require that others should do to them; and, finally, that, turning the hearts of our enemies from the violence and injustice which sway their councils against us, He would hasten a restoration of the blessings of peace.[10]

Since the founding era, nearly every president has issued proclamations calling the nation to pray for various purposes.[11] The most common proclamation has been the call to observe a day of Thanksgiving with prayers of thanks to God. On the same day that the House of Representatives endorsed the First Amendment and its Establishment Clause, it adopted a resolution commissioning several of its members to join several Senators to ask the President "'to recommend to the people of the United States a day of public Thanksgiving and prayer, to be observed by acknowledging, with grateful hearts, the many signal favors of

University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65984.

[10] John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65944 (quotations marks and citations omitted).

[11] A thorough compilation of presidential and congressional proclamations calling the nation to prayer is set forth as Appendix A to this brief.

Almighty God.'"[12] President Washington accordingly proclaimed November 26, 1789, the first official Thanksgiving holiday and exhorted all Americans to "unite in most humbly offering our prayers and supplications to the great Lord and Ruler of Nations, and beseech Him to pardon our national and other transgressions."[13] The overwhelming majority of presidents have followed suit in declaring a national Day of Thanksgiving.[14]

Presidents have also called the nation to pray on various other occasions. For example, on August 12, 1861, President Abraham Lincoln issued a proclamation marking "the last Thursday in September" of the same year as a day of "humiliation, prayer and fasting."[15] Throughout the nation's history, American presidents have issued 164 proclamations calling the nation to prayer.[16] Such calls for national prayer did not violate the Establishment Clause during the founding era, and *Marsh* requires the conclusion that the National Day of Prayer is constitutional today.

---

[12] ROBERT L. CORD, SEPARATION OF CHURCH AND STATE: HISTORICAL FACT AND CURRENT FICTION 154 (1982).

[13] *Id.*

[14] *See* Appendix A.

[15] John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69979.

[16] *See* Appendix A.

**B.      No Supreme Court Establishment Clause Case Decided Subsequent to *Marsh v. Chambers* Undercuts *Marsh*'s Vitality.**

The gravamen of FFRF's Complaint is that National Day of Prayer proclamations constitute an impermissible endorsement of religion. *See* Amended Compl. ¶¶ 20, 22, 24, 25, 30, 31, 35, 43, 47, 48, 56, 58, 62, 90, 97, 107-111, 120, 123, 124, 127, 130, 133. The implication apparently is that *Marsh*'s relevance is somehow diminished by the Supreme Court's adoption of the endorsement test in *County of Allegheny*, 492 U.S. at 593-94. A careful reading of the Supreme Court's Establishment Clause decisions, however, reveals no diminution of *Marsh*'s vitality. In fact, whenever a Court majority has addressed *Marsh*, it has defended the *Marsh* decision. More importantly, those Justices who have expressed continuing (if qualified) approval of the Court's *Lemon*[17] test, including Justices O'Connor and Stevens, have expressly stated that *Marsh* is reconcilable with the *Lemon* test, as well as the endorsement test.

Starting with the majority opinion in *Lynch v. Donnelly*, 465 U.S. 668 (1984), the Court recognized the "unbroken history of official acknowledgment by all three branches of government of the role of religion in American life." *Id.* at 674. "Our history is replete with official references to the value and invocation of Divine guidance in deliberations and pronouncements of the Founding Fathers and contemporary leaders." *Id.* at 675. The Court listed many examples of our

---

[17] *Lemon v. Kurtzman*, 403 U.S. 602, 612-13 (1971).

9

"government's acknowledgment of our religious heritage," leading off with the

historic practice of employing Congressional chaplains. *Id.* at 672, 676.

> The interpretation of the Establishment Clause by Congress in 1789 takes on special significance in light of the Court's emphasis that the First Congress was a Congress whose constitutional decisions have always been regarded, as they should be regarded, as of the greatest weight in the interpretation of that fundamental instrument. It is clear that neither the 17 draftsmen of the Constitution who were Members of the First Congress, nor the Congress of 1789, saw any establishment problem in the employment of congressional Chaplains to offer daily prayers in the Congress, a practice that has continued for nearly two centuries. It would be difficult to identify a more striking example of the accommodation of religious belief intended by the Framers.

*Id.* at 674 (quotations and citations omitted).

Equally significant, the Court referred to the National Day of Prayer as

another constitutional acknowledgment of the nation's religious heritage. *Id.* at

677. The Court concluded that

> this history may help explain why the Court consistently has declined to take a rigid, absolutist view of the Establishment Clause. We have refused to construe the Religion Clauses with a literalness that would undermine the ultimate constitutional objective as illuminated by history. In our modern, complex society whose traditions and constitutional underpinnings rest on and encourage diversity and pluralism in all areas, an absolutist approach in applying the Establishment Clause is simplistic and has been uniformly rejected by the Court.

*Id.* at 678 (quotations and citations omitted).

In *County of Allegheny*, the majority approved the *Lynch* concurrence's

harmonization of the endorsement test with *Marsh*. "The concurrence [in *Lynch*]

10

. . . harmonized the result in *Marsh* with the endorsement principle in a rigorous way, explaining that legislative prayer (like the invocation that commences each session of this Court) is a [constitutional] form of acknowledgment of religion . . . ." 492 U.S. at 595 n.46 (citations omitted).

The three dissenting Justices in *County of Allegheny*, Justices Kennedy, Rehnquist, and Scalia, went even further than the majority and Justice O'Connor. The dissenters indicated that using the endorsement test to strike down national traditions such as legislative prayer would be a disturbing departure from the Court's precedents upholding the constitutionality of government practices recognizing the nation's religious heritage. Justice Kennedy explained that the Establishment Clause does not

> require a relentless extirpation of all contact between government and religion. . . . Government policies of accommodation, acknowledgment, and support for religion are an accepted part of our political and cultural heritage. . . . [W]e must be careful to avoid the hazards of placing too much weight on a few words or phrases of the Court, and so we have declined to construe the Religion Clauses with a literalness that would undermine the ultimate constitutional objective as illuminated by history.

492 U.S. at 657 (Kennedy, J., concurring) (quotations and citations omitted).

## C.   The Architect of the Endorsement Test Stated that the National Day of Prayer was Constitutional.

Another flaw in FFRF's reliance on the endorsement theory is that it ignores the crucial fact that the architect of the Supreme Court's endorsement test was

quite unequivocal that governmental acknowledgments of religion that date to the adoption of the Establishment Clause cannot properly be held to violate it. *Wallace v. Jaffree*, 472 U.S. 38, 79-80 (1985) (O'Connor, J., concurring).

Justice Sandra Day O'Connor introduced the endorsement test in *Lynch v. Donnelly* to clarify the Court's *Lemon* test, specifically the second prong that analyzes whether the governmental practice or policy has the effect of advancing or inhibiting religion. 465 U.S. at 688-90 (O'Connor, J., concurring); *see Lemon*, 403 U.S. at 612-13. In her concurring opinion in *Lynch*, she squarely repudiated the notion that legislative prayer violated any of the Court's Establishment Clause tests, including her newly minted endorsement test. *See Lynch*, 465 U.S. at 688-90. Noting approval of the Court's decision in *Marsh*, Justice O'Connor stated that governmental acknowledgments of religion such as legislative chaplains and Thanksgiving Day proclamations

> serve, in the only ways reasonably possible in our culture, the legitimate secular purposes of solemnizing public occasions, expressing confidence in the future, and encouraging the recognition of what is worthy of appreciation in society. For that reason, and because of their history and ubiquity, those practices are not understood as conveying government approval of particular religious beliefs.

*Id.* at 693 (O'Connor, J., concurring).

Again in *Wallace v. Jaffree*, Justice O'Connor reiterated her opinion that governmental acknowledgments of religion that date to the adoption of the Establishment Clause are constitutional:

> Whatever the provision of the Constitution that is at issue, I continue to believe that "fidelity to the notion of constitutional—as opposed to purely judicial—limits on governmental action *requires us to impose a heavy burden on those who claim that practices accepted when [the provision] was adopted are now constitutionally impermissible*." *Tennessee v. Garner*, 471 U.S. 1, 26 (1985) (dissenting opinion). The Court properly looked to history in upholding legislative prayer, *Marsh v. Chambers*, 463 U.S. 783 (1983), property tax exemptions for houses of worship, *Walz v. Tax Comm'n*, *supra*, and Sunday closing laws, *McGowan v. Maryland*, 366 U.S. 420 (1961). As Justice Holmes once observed, "[if] a thing has been practised for two hundred years by common consent, it will need a strong case for the Fourteenth Amendment to affect it." *Jackman v. Rosenbaum Co.*, 260 U.S. 22, 31 (1922).

472 U.S. at 79-80 (O'Connor, J., concurring) (emphasis added). Referring specifically to National Day of Prayer proclamations and relying on the Court's decision in *Marsh*, Justice O'Connor stated that such proclamations would "probably withstand Establishment Clause scrutiny given their long history. *Id.* at 81, n.6.

In the face of these clear pronouncements by the author of the endorsement test, there is no merit to FFRF's argument that National Day of Prayer proclamations constitute an unconstitutional endorsement of religion.

13

**II.    The Lower Federal Courts Have Held that *Marsh* Applies to Other Government-Sponsored Religious Practices That Date to the Founding of the Nation.**

The lower federal courts are in accord in holding that *Marsh* governs where acts of government sponsored religious activity are "deeply embedded in the history and tradition of this country." *See generally Pelphrey v. Cobb County*, 2008 U.S. App. LEXIS 22422 (11th Cir. 2008), aff'g without opinion, *Bats v. Cobb County*, 410 F. Supp. 2d 1324 (N.D. Ga. 2006); *Cammack v. Waihee*, 932 F.2d 765, 772 (9th Cir. 1991); *Katcoff v. Marsh*, 755 F.2d 223 (2d Cir. 1985); *Newdow v. Bush*, 355 F. Supp. 2d 265 (D.D.C. 2005); *Jewish War Veterans v. United States*, 695 F. Supp. 3, 14 (D.D.C. 1988).

In *Newdow v. Bush*, a case challenging the constitutionality of prayer at presidential inaugurations, the court ruled that *Marsh* controlled its decision because the historical record established that inaugural prayer can be traced to the founding of this country. 355 F. Supp. 2d at 286-87. "[H]ere there is an official endorsement of inaugural prayer by the Framers (in this case, in the form of Senate and House resolutions), a historical detail that was regarded as strong evidence of a constitutional tradition for legislative prayer in *Marsh*." *Id.* at 287-88.

As in *Newdow*, the historical evidence establishing a National Day of Prayer as deeply embedded in the tradition and history of this country is indisputable.

14

# CONCLUSION

For the foregoing reasons, *Amici* respectfully urge this Court to dismiss

FFRF's Complaint.

Dated April 13, 2009                          Respectfully submitted,

                                              /s/ Geoffrey R. Surtees
                                              Geoffrey R. Surtees
*Jay Alan Sekulow                                 *Counsel of Record*
*Stuart J. Roth                               AMERICAN CENTER FOR LAW &
*Laura B. Hernandez                               JUSTICE
AMERICAN CENTER FOR LAW &                      6375 New Hope Rd.
    JUSTICE                                   New Hope, KY 40052
201 Maryland Ave., N.E.                       Phone: (502) 549-7020
Washington, D.C. 20002                        Fax: (502) 549-7110
Phone: (202) 546-8890
Fax: (202) 546-9309
* - not admitted before this Court

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2009, I electronically filed a copy of the foregoing *Amici Curiae* Brief using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

Dated April 13, 2009

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
*Counsel for Amici*

## APPENDIX A

PRESIDENTIAL AND CONGRESSIONAL PROCLAMATIONS
CALLING THE NATION TO PRAYER

### Pre-Presidential / Pre-Constitution (Continental Congress)

1. Continental Congress Proclamation on November 1, 1777. The Continental Congress recommended to the "legislative and executive powers" to set apart December 18, 1777 for "solemn thanksgiving and praise."[1] Reflecting on the closing year motivated the call to prayer.

2. Continental Congress Proclamation on October 26, 1781. The Continental Congress recommended to the "several states" to set apart December 13, 1781 as a "day of THANKSGIVING and PRAYER."[2] Reflecting on the closing year motivated the call to prayer.

3. Continental Congress Proclamation on October 11, 1782. The Continental Congress recommended to "the inhabitants of these States in general" and requested "the several states" to set apart December 28, 1782 as a "day of SOLEMN THANKSGIVING to GOD."[3] Reflecting on the closing year motivated the call to prayer.

### Presidential (requested by Congress)

1. George Washington Proclamation on October 3, 1789. A "day of public thanksgiving and prayer" set apart on November 26, 1789.[4]  Reflecting on the closing year motivated the call to prayer.

---

[1] *Printed in Journals of Congress. See*
http://www.wallbuilders.com/LIBissuesArticles.asp?id=17940.
[2] *Printed in The Independent Ledger and the American Advertiser* on November 19, 1781. See http://www.wallbuilders.com/LIBissuesArticles.asp?id=17940.
[3] *Printed in The Independent Gazetteer; or, the Chronicle of Freedom* on November 15, 1782. See http://www.wallbuilders.com/LIBissuesArticles.asp?id=17944.
[4] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65502.

A1

2. James Madison Proclamation on July 9, 1812. A "day of public humiliation and prayer" set apart on "the third Thursday in August," 1812.[5] Reflecting on the state of war motivated the call to prayer.

3. James Madison Proclamation on July 23, 1813. A "day of public humiliation and prayer" set apart on "second Thursday in September," 1813.[6] Reflecting on the state of war motivated the call to prayer.

4. James Madison Proclamation on November 16, 1814. A "day of public humiliation and fasting and of prayer" set apart on January 12, 1815.[7] Reflecting on the state of war motivated the call to prayer.

5. James Madison Proclamation on March 4, 1815. A "day of thanksgiving and of devout acknowledgments to Almighty God for His great goodness manifested in restoring to them the blessing of peace" set apart on the "second Thursday in April next[.]"[8] Reflecting on the state of war motivated the call to prayer.

6. Abraham Lincoln Proclamation on August 12, 1861. A "day of humiliation, prayer, and fasting" set apart on "the last Thursday in September next[.]"[9] Reflecting on the outbreak of civil war motivated the call to prayer.

7. Abraham Lincoln Proclamation on March 30, 1863. A "day of national humiliation, fasting, and prayer" set apart on April 30, 1863.[10] Reflecting on the destruction caused by civil war motivated the call to prayer.

---

[5] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65944.

[6] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65959.

[7] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65981.

[8] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65984.

[9] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69979.

[10] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69891.

A2

8. Abraham Lincoln Proclamation on July 7, 1864. A "day of national humiliation and prayer" set apart on "the first Thursday of August next[.]"[11] Reflecting on the ending of civil war motivated the call to prayer.

9. Andrew Johnson Proclamation on April 25, 1865. A "day of humiliation and mourning" and "humbling ourselves before Almighty God" set apart on May 25, 1865.[12] Reflecting on the assassination of Abraham Lincoln motivated the call to prayer.

10. Woodrow Wilson Proclamation on May 11, 1918. A day of "public humiliation, prayer and fasting" set apart on May 30, 1918.[13] Reflecting on the state of war motivated the call to prayer.

11. Franklin D. Roosevelt Proclamation on November 27, 1941. A day for "meeting together for such prayers and such ceremonies as may seem . . . appropriate" set apart on December 15, 1941.[14] Reflecting on the one hundred and fiftieth anniversary of the adoption of the Bill of Rights motivated the call to prayer.

12. Franklin D. Roosevelt Proclamation on November 26, 1942. A day to "express our dependence upon Almighty God" set apart on November 26, 1942. President Roosevelt noted that by a joint resolution approved on December 26, 1941, Congress designated every fourth Thursday in November of each year as "Thanksgiving Day." He also requested that Thanksgiving Day 1942 and New Year's Day 1943 "be observed in prayer, publicly and privately." He recalled the "reverent words of George Washington," which said, "Almighty God, we make our earnest prayer that Thou wilt keep the United States in Thy holy Protection[.]" President Roosevelt finally "recommend[ed] that all of us bear in mind this great Psalm: 'The Lord is my shepherd; I shall not want. He maketh me to lie down in green pastures: he leadeth me beside the still waters. He restoreth my soul; he leadeth me in the paths of righteousness for His name's sake. Yea, though I walk through the valley of the shadow of death, I will fear no evil: for thou art with me; thy rod and thy staff they comfort me. Thou preparest a table

---

[11] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69994.

[12] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72134.

[13] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=24410.

[14] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=16046.

before me in the presence of mine enemies: thou anointest my head with oil; my cup runneth over. Surely goodness and mercy shall follow me all the days of my life: and I will dwell in the house of the Lord for ever.'"[15] Reflecting on the closing and forthcoming years motivated the call to prayer.

13. Franklin D. Roosevelt Proclamation on November 11, 1943. A day for "expressing our thanks to God for His blessings" set apart on November 25, 1943.[16] Reflecting on the closing year motivated the call to prayer.

14. Franklin D. Roosevelt Proclamation on November 1, 1944. A day for "offering to God our devout gratitude for His goodness" set apart on November 23, 1944.[17] President Roosevelt recommended a nationwide reading of the Holy Scriptures to strengthen the nation's gratitude to Almighty God and to "connect" it with the "eternal truths" and "majestic principles" that had inspired the nation.

> To the end that we may bear more earnest witness to our gratitude to Almighty God, I suggest a nationwide reading of the Holy Scriptures during the period from Thanksgiving Day to Christmas. Let every man of every creed go to his own version of the Scriptures for a renewed and strengthening contact with those eternal truths and majestic principles which have inspired such measure of true greatness as this nation has achieved.[18]

15. Harry S. Truman Proclamation on November 12, 1945. A day to "express our humble thanks to Almighty God" set apart on November 22, 1945.[19] Reflecting on the closing year motivated the call to prayer.

---

[15] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=16208.

[16] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72459.

[17] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72460.

[18] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72460.

[19] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72461.

16. Harry S. Truman Proclamation on October 28, 1946. A day for "offering thanks to God" set apart on November 28, 1946.[20] Reflecting on the closing year motivated the call to prayer.

17. Harry S. Truman Proclamation on November 10, 1947. A day for expressing "gratitude to Almighty God" set apart on November 27, 1947.[21] Reflecting on the closing year motivated the call to prayer.

18. Harry S. Truman Proclamation on November 12, 1948. A day for "giving thanks to Almighty God" set apart on November 25, 1948.[22] Reflecting on the closing year motivated the call to prayer.

19. Harry S. Truman Proclamation on November 10, 1949. A day to "give thanks to Almighty God" set apart on November 24, 1949.[23] Reflecting on the closing year motivated the call to prayer.

20. Harry S. Truman Proclamation on October 19, 1950. A day to "offer thanks to God for His gracious guidance and help" set apart on November 23, 1950.[24] Reflecting on the closing year motivated the call to prayer.

21. Harry S. Truman Proclamation on November 1, 1951. A day to "render homage to Almighty God" set apart on November 22, 1951. President Truman also urged the nation to "recall the words of the Psalmist, 'O give thanks unto the Lord; for He is good: for His mercy endureth forever.'"[25] Reflecting on the closing year motivated the call to prayer.

---

[20] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72462.

[21] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72463.

[22] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72464.

[23] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72465.

[24] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72466.

[25] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72467.

22. Harry S. Truman Proclamation on November 8, 1952. A day to "offer thanks as a Nation for His manifold blessings" set apart on November 27, 1952.[26] Reflecting on the closing year motivated the call to prayer.

23. Dwight D. Eisenhower Proclamation on November 7, 1953. A day to "bow before God in contrition for our sins, in suppliance for wisdom in our striving for a better world, and in gratitude for the manifold blessings He has bestowed upon us and upon our fellow men" set apart on November 26, 1953.[27] Reflecting on the closing year motivated the call to prayer.

24. Dwight D. Eisenhower Proclamation on November 6, 1954. A day "of national thanksgiving, and . . . [for] all our citizens to observe the day with prayer" set apart on November 25, 1954.[28] Reflecting on the closing year motivated the call to prayer.

**Presidential (on own initiative)**

1. George Washington Proclamation on January 1, 1795. A "day of public thanksgiving and prayer" set apart on February 19, 1796.[29] Reflecting on the closing year motivated the call to prayer.

2. John Adams Proclamation on March 23, 1798. A "day of solemn humiliation, fasting, [and] prayer" set apart on May 9, 1798.[30] Reflecting on the state of war motivated the call to prayer.

---

[26] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72468.

[27] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72469.

[28] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72470.

[29] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65500.

[30] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65661.

3. John Adams Proclamation on March 6, 1799. A "day of solemn humiliation, fasting, and prayer" set apart on April 25, 1799.[31] Reflecting on the state of war motivated the call to prayer.

4. John Tyler Proclamation on April 13, 1841. A "day of fasting and prayer" set apart on May 14, 1841.[32] Reflecting on the sudden death of newly elected President William Henry Harrison motivated the call to prayer.

5. James Buchanan Proclamation on December 14, 1860. A "day . . . for Humiliation, Fasting and Prayer" set apart on January 4, 1861.[33] Reflecting on the "present distracted and dangerous condition" of the country motivated the call to humiliation and prayer.

6. Abraham Lincoln Proclamation on April 10, 1862. A day to "render thanks to our Heavenly Father" for the victories won by the Union forces and to "implore spiritual consolation on behalf of all who have been brought into affliction" by the civil war.[34] The day was set apart for the "next weekly assemblages in [the people's] accustomed places of public worship[.]"

7. Abraham Lincoln Proclamation on July 15, 1863. A "day for national thanksgiving, praise, and prayer" set apart on August 6, 1863.[35] Reflecting on the civil war and recent victories won by Union forces motivated the call to prayer.

8. Abraham Lincoln Proclamation on October 3, 1863. A "day of thanksgiving and praise to our beneficent Father who dwelleth in the heavens" set apart on "the last Thursday of November next[.]"[36] Reflecting on the providence of Almighty God at the close of the year motivated the call to prayer.

---

[31] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=65675.

[32] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=67344.

[33] WallBuilders, Historical Documents, Proclamation - Humiliation, Fasting, and Prayer - 1860, http://www.wallbuilders.com/LIBissuesArticles.asp?id=3587.

[34] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69776.

[35] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69897.

[36] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69900.

9. Abraham Lincoln Proclamation on October 20, 1864. A "day of thanksgiving and praise to Almighty God" set apart on "the last Thursday in November next[.]"[37] Reflecting on the closing year motivated the call to prayer.

10. Andrew Johnson Proclamation on April 29, 1865. A "day for special humiliation and prayer" originally set apart for May 25, 1865 postponed until June 1, 1865.[38] The original proclamation setting apart May 25 conflicted with Easter, a day "sacred to large numbers of Christians as one of rejoicing for the ascension of the Savior[.]"

11. Andrew Johnson Proclamation on October 28, 1865. A "day of national thanksgiving to the Creator of the Universe" and "confession of our national sins against His infinite goodness" set apart on "the first Thursday of December next[.]"[39] Reflecting on the closing year motivated the call to prayer.

12. Andrew Johnson Proclamation on October 8, 1866. A "day of thanksgiving and praise to Almighty God" set apart on November 29, 1866.[40] Reflecting on the closing year motivated the call to prayer.

13. Andrew Johnson Proclamation on October 26, 1867. A "day of national thanksgiving and praise to the Almighty Ruler of Nations" set apart on November 28, 1867.[41] Reflecting on the closing year motivated the call to prayer. President Johnson noted that proclaiming a national day of praise and thanksgiving to Almighty God was "[i]n conformity with a recent custom that may now be regarded as established on national consent and approval[.]"

14. Andrew Johnson Proclamation on October 12, 1868. A "day for public praise, thanksgiving, and prayer to the Almighty Creator and Divine Ruler of the

---

[37] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69998.

[38] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72245.

[39] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72035.

[40] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71993.

[41] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72127.

Universe" set apart on November 26, 1868.[42] Reflecting on the closing year
motivated the call to prayer.

15. Ulysses S. Grant Proclamation on October 5, 1869. A "day of thanksgiving and of
praise and of prayer to Almighty God" set apart on November 18, 1869.[43]
Reflecting on the closing year motivated the call to prayer.

16. Ulysses S. Grant Proclamation on October 21, 1870. A day "to give thanks for the
bounty of God during the year about to close" set apart on November 24, 1870.[44]
Reflecting on the closing year motivated the call to prayer.

17. Ulysses S. Grant Proclamation on October 28, 1871. A day to "make the usual
annual acknowledgments to Almighty God for the blessings He has conferred" set
apart on November 30, 1871.[45] Reflecting on the closing year motivated the call
to prayer.

18. Ulysses S. Grant Proclamation on October 11, 1872. A day "publicly to thank the
Almighty for His mercies and His blessings" set apart on November 28, 1872.[46]
Reflecting on the closing year motivated the call to prayer.

19. Ulysses S. Grant Proclamation on October 14, 1873. A day "for renewed
thanksgiving and acknowledgment to the Almighty Ruler of the Universe for the
unnumbered mercies which He has bestowed" set apart on November 27, 1873.[47]
Reflecting on the closing year motivated the call to prayer.

20. Ulysses S. Grant Proclamation on October 27, 1874. A day for "offer[ing] thanks
to Almighty God for the mercies and abundance of the year which is drawing to a

---

[42] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa
Barbara, CA: University of California (hosted), Gerhard Peters (database). Available
from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72276.

[43] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa
Barbara, CA: University of California (hosted), Gerhard Peters (database). Available
from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70290.

[44] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa
Barbara, CA: University of California (hosted), Gerhard Peters (database). Available
from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70186.

[45] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa
Barbara, CA: University of California (hosted), Gerhard Peters (database). Available
from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72434.

[46] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa
Barbara, CA: University of California (hosted), Gerhard Peters (database). Available
from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70330.

[47] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa
Barbara, CA: University of California (hosted), Gerhard Peters (database). Available
from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70369.

close" set apart on November 26, 1874.[48] Reflecting on the closing year motivated the call to prayer.

21. Ulysses S. Grant Proclamation on October 27, 1875. A day to "offer to Almighty God [ ] acknowledgments and thanks for all His mercies and [ ] humble prayers for a continuance of His divine favor" set apart on November 25, 1875.[49] Reflecting on the closing year motivated the call to prayer.

22. Ulysses S. Grant Proclamation on June 26, 1876. A day for "public religious and devout thanksgiving to Almighty God" and for "invoke[ing] a continuance of His favor and of His protection" set apart on July 4, 1876.[50] The 100th anniversary of the independence of the United States motivated the call to prayer.

23. Ulysses S. Grant Proclamation on October 26, 1876. A day to offer "thanks and prayers to Almighty God" set apart on November 30, 1876.[51] Reflecting on the closing year motivated the call to prayer.

24. Rutherford B. Hayes Proclamation on October 29, 1877. A day of "national thanksgiving and prayer" set apart on November 29, 1877.[52] Reflecting on the closing year motivated the call to prayer.

25. Rutherford B. Hayes Proclamation on October 20, 1878. A day of "national thanksgiving and prayer" set apart on November 28, 1878.[53] Reflecting on the closing year motivated the call to prayer.

---

[48] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70424.

[49] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70462.

[50] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70539.

[51] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70543.

[52] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68590.

[53] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68627.

26. Rutherford B. Hayes on November 3, 1879. A day of "national thanksgiving and prayer" set apart on November 27, 1879.[54] Reflecting on the closing year motivated the call to prayer.

27. Rutherford B. Hayes Proclamation on November 1, 1880. A day for "mak[ing] . . . acknowledgments to Almighty God for His bounties and His protection and to offer to Him prayers for their continuance" set apart on November 25, 1880.[55] Reflecting on the closing year motivated the call to prayer.

28. Chester A. Arthur Proclamation on September 22, 1881. A day of "humiliation and mourning" to "render . . . tribute of sorrowful submission to the will of Almighty God" set apart on September 26, 1881.[56] The death of James A. Garfield, former President of the United States, motivated the call to prayer.

29. Chester A. Arthur Proclamation on November 4, 1881. A day of "national thanksgiving and prayer" set apart on November 24, 1881.[57] Reflecting on the closing year motivated the call to prayer.

30. Chester A. Arthur Proclamation on October 25, 1882. A day of "national thanksgiving and prayer" set apart on November 30, 1882.[58] Reflecting on the closing year motivated the call to prayer.

31. Chester A. Arthur Proclamation on October 26, 1883. A day for expressing "devout gratitude to God that He hath dealt so bountifully with this nation and pray that His grace and favor abide with it forever" set apart on November 29, 1883.[59] Reflecting on the closing year motivated the call to prayer.

[54] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68673.

[55] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68555.

[56] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68897.

[57] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69114.

[58] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68783.

[59] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68836.

32. Chester A. Arthur Proclamation on November 2, 1884. A day for expressing "reverent acknowledgment to the Giver of All Good for the countless blessings wherewith He hath visited this nation" set apart on November 27, 1884.[60] Reflecting on the closing year motivated the call to prayer.

33. Grover Cleveland Proclamation on November 2, 1885. A day of "public thanksgiving and prayer" set apart on November 26, 1885.[61]

34. Grover Cleveland Proclamation on November 1, 1886. A day of "thanksgiving and prayer" set apart on November 25, 1886.[62] Reflecting on the closing year motivated the call to prayer.

35. Grover Cleveland Proclamation on October 25, 1887. A day of "thanksgiving and prayer" set apart on November 24, 1887.[63]

36. Grover Cleveland Proclamation on November 1, 1888. A "day of thanksgiving and prayer" set apart on November 19, 1888.[64]

37. Benjamin Harrison Proclamation on April 4, 1889. A day to "implore the favor of God" set apart on April 30, 1889.[65] The centennial of George Washington's inauguration address as the first President of the United States motivated the call to prayer.

---

[60] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68977.

[61] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71264.

[62] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71418.

[63] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71509.

[64] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71753.

[65] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71197.

38. Benjamin Harrison Proclamation on November 1, 1889. A day of "national thanksgiving and prayer" set apart on November 28, 1889.[66] Reflecting on the closing year motivated the call to prayer.

39. Benjamin Harrison Proclamation on November 8, 1890. A day of "prayer and thanksgiving" set apart on November 27, 1890.[67] Reflecting on the closing year motivated the call to prayer.

40. Benjamin Harrison Proclamation on November 13, 1891. A day of "joyful thanksgiving to God" set apart on November 26, 1891.[68] Reflecting on the closing year motivated the call to prayer.

41. Benjamin Harrison Proclamation on July 21, 1892. A day to express "gratitude to Divine Providence for the devout faith of the discoverer and for the divine care and guidance which has directed our history and so abundantly blessed our people" set apart on October 21, 1892.[69] Celebrating the four hundredth anniversary of Christopher Columbus' discovery of America motivated the call to prayer.

42. Benjamin Harrison Proclamation on November 4, 1892. A day for "thanksgiving to God for His mercies and of supplication for His continued care and grace" set apart on November 24, 1892.[70] Reflecting on the closing year motivated the call to prayer.

---

[66] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71208.

[67] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70957.

[68] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71016.

[69] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71118.

[70] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=71123.

43. Grover Cleveland Proclamation on November 3, 1893. A day of "thanksgiving and praise" set apart on November 30, 1893.[71] Reflecting on the closing year motivated the call to prayer.

44. Grover Cleveland Proclamation on November 1, 1894. A day of "thanksgiving and prayer" set apart on November 29, 1894.[72] Reflecting on the closing year motivated the call to prayer.

45. Grover Cleveland Proclamation on November 4, 1895. A day of "thanksgiving and prayer" set apart on November 28, 1895.[73] Reflecting on the closing year motivated the call to prayer.

46. Grover Cleveland Proclamation on November 4, 1896. A day of "thanksgiving and prayer" set apart on November 26, 1896.[74] Reflecting on the closing year motivated the call to prayer.

47. William McKinley Proclamation on October 29, 1897. A day of "national thanksgiving and prayer" set apart on November 25, 1897.[75] Reflecting on the closing year motivated the call to prayer.

48. William McKinley Proclamation on October 28, 1898. A day for "giving thanks to Almighty God" set apart on November 24, 1898.[76] Reflecting on the closing year motivated the call to prayer.

---

[71] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70766.

[72] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70912.

[73] John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70686.

[74] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=70794.

[75] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69173.

[76] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69247.

49. William McKinley Proclamation on October 25, 1899. A day for "general thanksgiving and prayer" set apart on November 30, 1899.[77] Reflecting on the closing year motivated the call to prayer.

50. William McKinley Proclamation on October 29, 1900. A day for "thanksgiving and praise" set apart on November 29, 1900.[78] Reflecting on the closing year motivated the call to prayer.

51. Theodore Roosevelt Proclamation on September 14, 1901. A day of "mourning and prayer" set apart on September 19, 1901.[79] The assassination of President McKinley motivated the call to prayer.

52. Theodore Roosevelt Proclamation on November 2, 1901. A day of "praise and thanksgiving to God" set apart on November 28, 1901.[80] Reflecting on the closing year motivated the call to prayer.

53. Theodore Roosevelt Proclamation on October 29, 1902. A day of "festival and thanksgiving to God" set apart on November 27, 1902.[81] Reflecting on the closing year motivated the call to prayer.

54. Theodore Roosevelt Proclamation on October 31, 1903. A day of "praise and thanksgiving to God" set apart on November 26, 1903.[82] Reflecting on the closing year motivated the call to prayer.

---

[77] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69264.

[78] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69276.

[79] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69370.

[80] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69381.

[81] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69680.

[82] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69377.

55. Theodore Roosevelt Proclamation on November 1, 1904. A day to "give thanks unto Almighty God" set apart on November 24, 1904.[83] Reflecting on the closing year motivated the call to prayer.

56. Theodore Roosevelt Proclamation on November 2, 1905. A day of "thanksgiving for the past and of prayer for the future" set apart on November 30, 1905.[84] Reflecting on the closing year motivated the call to prayer.

57. Theodore Roosevelt Proclamation on October 22, 1906. A day of "thanksgiving and supplication" set apart on November 29, 1906.[85] Reflecting on the closing year motivated the call to prayer.

58. Theodore Roosevelt Proclamation on October 26, 1907. A day of "general Thanksgiving and Prayer" set apart on November 28, 1907.[86] Reflecting on the closing year motivated the call to prayer.

59. Theodore Roosevelt Proclamation on October 31, 1908. A day of "general thanksgiving and prayer" set apart on November 26, 1908.[87] Reflecting on the closing year motivated the call to prayer.

60. William Howard Taft Proclamation on November 15, 1909. A day of "general thanksgiving . . . [for]  praise and thanks to Almighty God" set apart on November 25, 1909.[88]

---

[83] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69477.

[84] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69633.

[85] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72435.

[86] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72436.

[87] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=69627.

[88] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68483.

61. William Howard Taft Proclamation on November 5, 1910. A day of "National Thanksgiving and Prayer" set apart on November 24, 1910.[89] Reflecting on the closing year motivated the call to prayer.

62. William Howard Taft Proclamation on October 30, 1911. A day of "thanksgiving and prayer" set apart on November 30, 1911.[90] Reflecting on the closing year motivated the call to prayer.

63. William Howard Taft Proclamation on November 7, 1912. A day of "praise and thanks to God" set apart on November 28, 1912.[91] Reflecting on the closing year motivated the call to prayer.

64. Woodrow Wilson Proclamation [undated, 1913]. A day of "thanksgiving and prayer" set apart on November 27, 1913.[92] Reflecting on the closing year motivated the call to prayer.

65. Woodrow Wilson Proclamation on October 28, 1914. A day of "thanksgiving and prayer" set apart on November 26, 1914.[93] Reflecting on the closing year motivated the call to prayer.

66. Woodrow Wilson Proclamation on October 20, 1915. A day of "thanksgiving and prayer" set apart on November 25, 1915.[94] Reflecting on the closing year motivated the call to prayer.

---

[89] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=68510.

[90] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72437.

[91] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72438.

[92] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72439.

[93] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72440.

[94] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72441.

67. Woodrow Wilson Proclamation on November 17, 1916. A day of "National Thanksgiving and Prayer" set apart on November 30, 1916.[95] Reflecting on the closing year motivated the call to prayer.

68. Woodrow Wilson Proclamation on November 7, 1917. A day of "thanksgiving and prayer" set apart on November 29, 1917.[96] Reflecting on the closing year motivated the call to prayer.

69. Woodrow Wilson Proclamation on November 16, 1918. A day of "thanksgiving and prayer" set apart on November 28, 1918.[97] Reflecting on the closing year motivated the call to prayer.

70. Woodrow Wilson Proclamation on November 5, 1919. A day of "thanksgiving and prayer" set apart on November 27, 1919.[98] Reflecting on the closing year motivated the call to prayer.

71. Woodrow Wilson Proclamation on November 12, 1920. A day of "thanksgiving and prayer" set apart on November 25, 1920.[99] Reflecting on the closing year motivated the call to prayer.

72. Warren G. Harding Proclamation on October 31, 1921. A day of "Thanksgiving, devotion and prayer" set apart on November 24, 1921.[100] Reflecting on the closing year motivated the call to prayer.

---

[95] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72442.

[96] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72443.

[97] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72444.

[98] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72445.

[99] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72446.

[100] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72447.

73. Warren G. Harding Proclamation on November 2, 1922. A day of "Thanksgiving, supplication and devotion" set apart on November 30, 1922.[101] Reflecting on the closing year motivated the call to prayer.

74. Calvin Coolidge Proclamation on November 5, 1923. A "Thanksgiving Day" to express "gratitude for the benefits and blessings that a gracious Providence has bestowed" set apart on November 29, 1923. Reflecting on the closing year motivated the call to prayer.

75. Calvin Coolidge Proclamation on November 5, 1924. A day of "National thanksgiving" to "supplicate the Throne of Grace" set apart on November 27, 1924.[102] Reflecting on the closing year motivated the call to prayer.

76. Calvin Coolidge Proclamation on October 26, 1925. A day of "general thanksgiving and prayer" set apart on November 26, 1925.[103] Reflecting on the closing year motivated the call to prayer.

77. Calvin Coolidge Proclamation on October 30, 1926. A day of "general thanksgiving and prayer" set apart on November 25, 1926.[104] Reflecting on the closing year motivated the call to prayer.

78. Calvin Coolidge Proclamation on October 26, 1927. A day of "thanksgiving and prayer" set apart on November 24, 1927.[105] Reflecting on the closing year motivated the call to prayer.

---

[101] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72448.

[102] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72450.

[103] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72451.

[104] John T. Woolley and Gerhard Peters, The American Presidency Project [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72452.

[105] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72453.

79. Calvin Coolidge Proclamation on October 23, 1928. A day of "general thanksgiving and prayer" set apart on November 29, 1928.[106] Reflecting on the closing year motivated the call to prayer.

80. Herbert Hoover Proclamation on November 5, 1929. A day of "National Thanksgiving . . . to render up thanks to Almighty God" set apart on November 28, 1929.[107] Reflecting on the closing year motivated the call to prayer.

81. Herbert Hoover Proclamation on November 6, 1930. A "National Day of Thanksgiving" for expressing "thanksgiving to Almighty God" set apart on November 27, 1930.[108] Reflecting on the closing year motivated the call to prayer.

82. Herbert Hoover Proclamation on November 3, 1931. A "National Day of Thanksgiving" "to the Almighty" set apart on November 26, 1931.[109] Reflecting on the closing year motivated the call to prayer.

83. Herbert Hoover Proclamation on November 3, 1932. A day of "national thanksgiving . . . to give thanks to the beneficent Providence from whom comes all our good" set apart on November 24, 1932.[110] Reflecting on the closing year motivated the call to prayer. Also, since 1932 marked the two hundredth anniversary of the birth of George Washington, President Hoover appended and incorporated the first thanksgiving proclamation given by George Washington on October 3, 1789.

84. Franklin D. Roosevelt Proclamation on November 21, 1933. A "Day of Thanksgiving . . . to give humble thanks for the blessings bestowed upon us

---

[106] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72454.

[107] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72455.

[108] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72456.

[109] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72457.

[110] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=72458.

during the year past by Almighty God" set apart on November 30, 1933.[111] Reflecting on the closing year motivated the call to prayer.

85. Franklin D. Roosevelt Proclamation on November 15, 1934. A day to "give thanks to Almighty God for the blessings of life" set apart on November 29, 1934.[112] Reflecting on the closing year motivated the call to prayer.

86. Franklin D. Roosevelt Proclamation on November 12, 1935. A day to "offer our devotions and our humble thanks to Almighty God and pray that the people of America will be guided by Him in helping their fellow men" set apart on November 28, 1935.[113] Reflecting on the closing year motivated the call to prayer.

87. Franklin D. Roosevelt Proclamation on November 12, 1936. A day to "make due expression of our thanksgiving and humbly endeavor to follow in the footsteps of Almighty God" set apart on November 26, 1936. Reflecting on the closing year motivated the call to prayer.

88. Franklin D. Roosevelt Proclamation on November 9, 1937. A day to "humbly acknowledge the mercy of God from whom comes every good and perfect gift" set apart on November 25, 1937.[114] Reflecting on the closing year motivated the call to prayer.

89. Franklin D. Roosevelt Proclamation on November 19, 1938. A day to "offer our thanks to Almighty God" set apart on November 24, 1928.[115] Reflecting on the closing year motivated the call to prayer.

---

[111] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=14559.

[112] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=14778.

[113] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=14975.

[114] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=15497.

[115] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=15575.

90. Franklin D. Roosevelt Proclamation on October 31, 1939. A day to "give thanks to the Ruler of the Universe" set apart on November 23, 1939.[116] Reflecting on the closing year motivated the call to prayer.

91. Franklin D. Roosevelt Proclamation on August 7, 1940. A "day of prayer" set apart on September 8, 1940.[117] Reflecting on the growing war in Europe motivated the call to prayer.

92. Franklin D. Roosevelt Proclamation on November 9, 1940. A day to "give thanks for our preservation" and for "us [to] pray: Almighty God, who hast given us this good land for our heritage; We humbly beseech Thee that we may always prove ourselves a people mindful of Thy favor and glad to do Thy will. Bless our land with honourable industry, sound learning, and pure manners. Save us from violence, discord, and confusion; from pride and arrogancy, and from every evil way. Defend our liberties, and fashion into one united people the multitudes brought hither out of many kindreds and tongues. Endue with the spirit of wisdom those to whom in Thy Name we entrust the authority of government, that there may be justice and peace at home, and that, through obedience to Thy law, we may show forth Thy praise among the nations of the earth. In the time of prosperity, fill our hearts with thankfulness, and in the day of trouble, suffer not our trust in Thee to fail; Amen" set apart on November 21, 1940.[118] Reflecting on the closing year motivated the call to prayer.

93. Franklin D. Roosevelt Proclamation on November 8, 1941. A day for "us [to] reflect . . . on the goodness of God and, in giving thanks, [for] us [to] pray for a speedy end to strife" set apart on November 20, 1941.[119] Reflecting on the closing year motivated the call to prayer.

**Other Presidential Proclamations**

---

[116] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=15829.

[117] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=15987.

[118] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=15897.

[119] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/?pid=16039.

1. President Dwight D. Eisenhower Proclamation 3116 for Thanksgiving Day – October 11, 1955 – "It is therefore in keeping with our oldest traditions that at the fruitful season of the waning year we turn again to Almighty God in grateful acknowledgment of His manifold blessings" - ("having in mind the joint congressional resolution").[120]

2. President Dwight D. Eisenhower Proclamation - Thanksgiving Day, 1956 – November 12, 1956 – "[L]et us pray this year not only in the spirit of thanksgiving but also as suppliants for God's guidance, to the end that we may follow the course of righteousness and be worthy of His favor" - ("in accordance with the joint resolution of Congress").[121]

3. President Dwight D. Eisenhower Proclamation 3210 - Thanksgiving Day, 1957 - November 8, 1957 – "I ...having in mind the joint resolution of Congress ... do hereby call upon our people to observe Thursday, November 28, 1957, as a day of national thanksgiving. On that day let all of us, in accordance with our hallowed custom, foregather in our respective places of worship or in our homes and offer up prayers of thanks for our manifold blessings."[122]

4. President Dwight D. Eisenhower Proclamation 3264 - Thanksgiving Day, 1958 - October 31, 1958 – "I ... in consonance with the joint resolution of Congress ... do hereby proclaim Thursday, November 27, 1958, a day of national thanksgiving. On that day let us, in our homes and in our accustomed places of worship, give due expression of our thanks for the blessings which have signalized our lot as a Nation, and let us ask for guidance in our striving for a better world for all men."[123]

5. President Dwight D. Eisenhower Proclamation 3325 - Thanksgiving Day, 1959 - November 5, 1959 – "I ... in consonance with the joint resolution of the Congress ... do hereby proclaim Thursday, November 26, 1959, as a day of national thanksgiving. On that day let us gather in sanctuaries dedicated to worship and in homes devoted to family sharing and community service to express our gratitude

---

[120] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72471.

[121] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72472.

[122] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72473.

[123] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72474.

for the inestimable blessings of God; and let us earnestly pray that He continue to guide and sustain us in the great unfinished task of achieving peace among men and nations."[124]

6. President Dwight D. Eisenhower Proclamation - Thanksgiving Day, 1960 - November 11, 1960 – "I ... in consonance with the aforesaid resolution of Congress, do hereby proclaim Thursday, November 24, 1960, as a day of national thanksgiving."[125]

7. President John F. Kennedy - Proclamation 3409 - Prayer for Peace, Memorial Day, 1961 - April 24, 1961 – "[T]he Congress, in a joint resolution ... requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer for permanent peace ... I ... do hereby urge the people of the United States to observe Tuesday, May 30, 1961, Memorial Day, by invoking the blessing of God on those who have died in defense of our country, and by praying for a new world of law where peace and justice shall prevail and a life of opportunity shall be assured for all ... I also urge the press, radio, television, and all other media of information to cooperate in this observance."[126]

8. President John F. Kennedy - Proclamation 3436 - National Day of Prayer, 1961 - September 28, 1961 – "I ... do set aside and proclaim Wednesday, the fourth day of October 1961, as the National Day of Prayer. Let us all pray, inviting as many as may be visitors in our country to join us in our prayers, each according to his own custom and faith, for our Nation and for all peoples everywhere in the world ..."[127]

9. President John F. Kennedy - 438 - Proclamation 3438 - Thanksgiving Day, 1961 - October 28, 1961 – "I ... in consonance with the joint resolution of Congress ... do

---

[124] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72475.
[125] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72415.
[126] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24137.
[127] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24157.

hereby proclaim Thursday, the twenty-third day of November of this year, as a day of national thanksgiving."[128]

10. President John F. Kennedy - Proclamation 3477 - Prayer for Peace, Memorial Day, 1962 - May 18, 1962 – "I ... do hereby urge the people of the United States to observe Memorial Day, Wednesday, May 30, 1962, by invoking the blessing of God on those who have died in defense of our country, and by praying for a new world of law where peace and justice shall be assured for all; and I designate the hour beginning in each locality at eleven o'clock in the morning of that day as the time to unite in such prayer. I also urge the press, radio, television, and all other media of information to cooperate in this observance."[129]

11. President John F. Kennedy -  Proclamation 3501 - National Day of Prayer, 1962 - October 11, 1962 – "I ... do set aside and proclaim Wednesday, the seventeenth day of October 1962, as the National Day of Prayer. On this day, let us all pray, each following the practices of his own faith. Let us pray for our Nation and for other nations of the world. ... [W]e especially ask God's blessing upon- Our homes ... Our citizens ... Our Nation ... And our world."[130]

12. President John F. Kennedy - 504 - Proclamation 3505 - Thanksgiving Day, 1962 - November 7, 1962 – "I ... in accord with the joint resolution of Congress ... do hereby proclaim Thursday, the twenty-second day of November of this year, as a day of national thanksgiving. I urge that all observe this day with reverence and with humility. Let us renew the spirit of the Pilgrims ... with a faith borne of their dedication to God ..."[131]

13. President John F. Kennedy - Proclamation 3536 - Prayer for Peace, Memorial Day, 1963 - April 26, 1963 – "I ... do hereby proclaim Memorial Day, Thursday, May 30, 1963, as a day of prayer for lasting peace, and I urge all citizens on that day to invoke God's blessing on those who have died in defense of our country and to pray for a world of freedom with peace and justice. I designate the hour beginning in each locality at eleven o'clock in the morning of that day as the time

---

[128] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=8409.

[129] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24024.

[130] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24046.

[131] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=9008.

to unite in such prayer. I also urge the press, radio, television, and all other media of information to cooperate in this observance."[132]

14. President John F. Kennedy - Proclamation 3559 - National Day of Prayer, 1963 - October 8, 1963 – "I ... do set aside and proclaim Wednesday, the sixteenth day of October 1963, as the National Day of Prayer. On this day, let us acknowledge anew our reliance upon the divine Providence which guided our founding fathers. Let each of us, according to his own custom and his own faith, give thanks to his Creator for the divine assistance which has nurtured the noble ideals in which this Nation was conceived."[133]

15. President John F. Kennedy - 451 - Proclamation 3560 - Thanksgiving Day, 1963 - November 5, 1963 – "Let us therefore proclaim our gratitude to Providence for manifold blessings--let us be humbly thankful for inherited ideals--and let us resolve to share those blessings and those ideals with our fellow human beings throughout the world ... I ... in consonance with the joint resolution of the Congress ... do hereby proclaim Thursday, November 28, 1963, as a day of national thanksgiving."[134]

16. President Lyndon B. Johnson -3 - Proclamation 3561 - National Day of Mourning for President Kennedy - November 23, 1963 – "I earnestly recommend the people to assemble on that day in their respective places of divine worship, there to bow down in submission to the will of Almighty God ..."[135]

17. President Lyndon B. Johnson - Proclamation 3585 - Prayer for Peace, Memorial Day, 1964 - April 23, 1964 – "I ... do hereby designate Memorial Day, Saturday, May 30, 1964, as a day of prayer for permanent peace, and I call upon all the people of the Nation to invoke God's blessing on those who have died in defense of our country and to pray for a world of law and order."[136]

---

[132] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24098.

[133] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24120.

[134] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=9511.

[135] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=26198.

[136] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=75199.

18. President Lyndon B. Johnson - Proclamation 3617 - National Day of Prayer, 1964 - September 22, 1964 – "I ... do set aside and proclaim Wednesday, the twenty-first of October, as the National Day of Prayer ... Under our laws, --every man has the right to pray; --no man can be told how he must pray; --each man prays as his own conscience dictates. I call upon all of our citizens, therefore, to observe the National Day of Prayer ..."[137]

19. President Lyndon B. Johnson - Proclamation 3627 - Thanksgiving Day – November 13, 1964 – "So as our forefathers in Virginia, in New England, and throughout this land have done for more than three and one-half centuries, let us appoint a special day on which all of us, in keeping with the dictates of our own conscience, will give thanks to the Lord for His manifold blessings."[138]

20. President Lyndon B. Johnson - Proclamation 3657 - Prayer for Peace, Memorial Day, 1965 - May 15, 1965 – "I ... do hereby designate Memorial Day, Sunday, May 30, 1965, as a day of prayer for permanent peace, and I call upon the people of the Nation to pray for a lasting peace in which all mankind may reap the fruits of His blessing."[139]

21. President Lyndon B. Johnson - 606 - Proclamation 3686 - Designating a Day of Dedication and Prayer for Those Risking Their Lives for Peace in Viet-Nam - November 9, 1965 – "I ... do hereby designate Sunday, November 28, 1965, as a day of dedication and prayer, honoring the men and women of South Viet-Nam, of the United States, and of all other countries, who are risking their lives to bring about a just peace in South Viet-Nam."[140]

22. President Lyndon B. Johnson - 610 - Proclamation 3687 - Thanksgiving Day, 1965 - November 11, 1965 – "These are the eternal blessings of America. They are the blessings which make us grateful even when the future is uncertain. They

---

[137] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=75230.
[138] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=26721.
[139] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=75267.
[140] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=27359.

are the blessings which give us the strength to complete the unfinished tasks that remain before us. For these blessings should we thank God most of all."[141]

23. President Lyndon B. Johnson - 242 - Proclamation 3727 - Prayer for Peace, Memorial Day, 1966 - May 26, 1966 – "On this Memorial Day ... we pray to God for His mercy. We pray for the wisdom to find a way to end this struggle of nation against nation, of brother against brother. We pray that soon we may begin to build the only true memorial to man's valor in war ... The Congress, in a joint resolution ... has requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer ... I ... do hereby designate Memorial Day, Monday, May 30, 1966, as a day of prayer."[142]

24. President Lyndon B. Johnson -  534 - Proclamation 3752 - Thanksgiving Day, 1966.- October 18, 1966 – "We should thank God that we are able. Let us, therefore, in this splendid American tradition, thank Him who created us and all that we have. Let us do so with a firm resolve to be worthy of His abundant blessings. Let us assemble in our homes and in our places of worship, each in his own way. Let us thank God for the America we are so fortunate to know."[143]

25. President Lyndon B. Johnson - 229 - Proclamation 3785 - Prayer for Peace, Memorial Day, 1967 - May 22, 1967 – "And I ask you, my fellow Americans, to join me in prayer ...   The Congress in a joint resolution ... has requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer ..."[144]

26. President Lyndon B. Johnson - 481 - Proclamation 3819 - Thanksgiving Day, 1967 - November 9, 1967 – "In a similar spirit I ask my fellow citizens to join their thankfulness with penitence and humility. Let us implore Almighty God that, to all our other blessings, He may add the blessings of wisdom and

---

[141] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=27364.

[142] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=27618.

[143] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=27942.

[144] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=28260.

perseverance that will lead us to both peace and justice, in the family of nations and in our beloved homeland."[145]

27. President Lyndon B. Johnson - 245 - Proclamation 3850 - Prayer for Peace, Memorial Day, 1968 - May 13, 1968 – "The Congress, by joint resolution ... has requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer for permanent peace ... I ... do hereby designate Memorial Day, ... as a day of prayer for permanent peace ..."[146]

28. President Lyndon B. Johnson – 591 - Proclamation 3881 - Thanksgiving Day, 1968 - November 15, 1968 – "Americans, looking back on the tumultuous events of 1968, may be more inclined to ask God's mercy and guidance than to offer Him thanks for his blessings."[147]

29. President Richard Nixon - Proclamation 3944 - Thanksgiving Day, 1969 - November 12, 1969 – "I ... in consonance with Section 6103 of Title 5 of the United States Code ... do hereby proclaim Thursday, November 27, 1969, as a day of national thanksgiving."[148]

30. President Richard Nixon - Proclamation 4021 - Thanksgiving Day, 1970 - November 5, 1970 – "And we give thanks for God's strength and guidance upon which we confidently rely today and every day ... I ... in accordance with the wish of the Congress as expressed in Section 6103 of Title 5 of the United States Code, do hereby proclaim Thursday, November 26, 1970, as a day of national thanksgiving. I call upon all Americans to give thanks in homes and in places of worship for the many blessings our people enjoy."[149]

---

[145] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=28540.
[146] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=28855.
[147] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=29239.
[148] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72414.
[149] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72476.

31. President Richard Nixon - Proclamation 4093 - Thanksgiving Day, 1971 - November 5, 1971 – "And for our heritage - a land rich with the bountiful blessings of God, and the freedom to enjoy those rich blessings - we give thanks to God Almighty in this time, and for all time ... I ... in accordance with the wish of the Congress as expressed in Section 6103 of Title 5 of the United States Code, do hereby proclaim Thursday, November 25, 1971, as a day of national thanksgiving."[150]

32. President Richard Nixon - Proclamation 4170 - Thanksgiving Day, 1972 - November 17, 1972 – "From Moses at the Red Sea to Jesus preparing to feed the multitudes, the Scriptures summon us to words and deeds of gratitude, even before divine blessings are fully perceived. From Washington kneeling at Valley Forge to the prayer of an astronaut circling the moon, our own history repeats that summons and proves its practicality. Today ... the world more than ever needs to hear America's perennial harvest message: 'Take heart! Give thanks! To see clearly about us is to rejoice; and to rejoice is to worship the Father; and to worship Him is to receive more blessings still.'"[151]

33. President Richard Nixon - 18 - Proclamation 4181 - National Moment of Prayer and Thanksgiving - January 26, 1973 – "As a people with a deep and abiding faith, we know that no great work can be accomplished without the aid and inspiration of Almighty God. No time could be more fitting for grateful prayer and meditation than the opening moment of the peace we have achieved with His help ... [A]s requested by the Congress, [I] do hereby designate 7:00 p.m., e.s.t., January 27, 1973 as a National Moment of Prayer and Thanksgiving, and the 24-hour period beginning then as a National Day of Prayer and Thanksgiving."[152]

34. President Richard Nixon - Proclamation 4255 - Thanksgiving Day, 1973 - November 16, 1973 – "In the first Thanksgiving, man affirmed his determination to live in God's grace and to act in God's will on the shores of a new land of promise. In this Thanksgiving season we reaffirm that determination."[153]

---

[150] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72477.

[151] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72478.

[152] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=3874.

[153] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72479.

35. President Gerald Ford - Proclamation 4333 - Thanksgiving Day, 1974 - November 11, 1974 – "America and the world have changed enormously since the first thanksgiving 353 years ago ... But the fundamental meaning of Thanksgiving still remains the same. It is a time when the differences of a diverse people are forgotten and all Americans join in giving thanks to God for the blessings we share - the blessings of freedom, opportunity and abundance that make America so unique."[154]

36. President Gerald Ford - Proclamation 4338 - National Day of Prayer, 1974 - December 5, 1974 – "I ... do hereby proclaim Wednesday, December 18, as National Day of Prayer, 1974. I call upon all Americans to pray that day, each after his or her own manner and convictions, for Deity's blessing on our land and for peace on earth, goodwill among all men."[155]

37. President Gerald Ford - Proclamation 4375 - Prayer for Peace, Memorial Day, May 26, 1975 - May 22, 1975 – "In recognition of those Americans to whom we pay tribute today, the Congress, by joint resolution of May 11, 1950 (64 Stat. 158), has requested that the President issue a Proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer for permanent peace and to designate a period during that day when the people of the United States might unite in prayer."[156]

38. President Gerald Ford -  Proclamation 4379 - National Day of Prayer, 1975 - June 12, 1975 – "As we prepare to mark the 200th anniversary of the birth of our Nation, it is my fervent hope that Americans will not forget that it was prayer that helped to forge our freedoms and foster our liberties. Let us now pray-as we have done throughout our history, and as the Congress has requested (66 Stat. 64)-for the wisdom to continue the American pilgrimage, striving toward a nobler existence for all humanity ... Let us give thanks to God for the many blessings granted to America throughout these two centuries. And let us express the hope that our lives may continue to be enriched by the grace of our Maker ... I call upon all Americans to pray that day, each after his or her own manner and

---

[154] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72480.
[155] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=23888.
[156] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=23831.

convictions, for unity and the blessings of Freedom throughout our land and for peace on earth."[157]

39. President Gerald Ford -  546 - Proclamation 4390 - National Saint Elizabeth Seton Day - September 11, 1975 – "For her devout faith and diligent service in the Kingdom of God ... I ... in accordance with Senate Joint Resolution 125, do hereby designate Sunday, September 14, 1975, as National Saint Elizabeth Seton Day, and call for such memorials and other observances as are appropriate to the occasion."[158]

40. President Gerald Ford - Proclamation 4405 - Thanksgiving Day, 1975 - November 4, 1975 – "Let each of us, in his own way, join in expressing personal gratitude for the blessings of liberty and peace we enjoy today. In so doing, let us reaffirm our belief in a dynamic spirit that will continue to nurture and guide us as we prepare to meet the challenge of our third century."[159]

41. President Gerald Ford -  Proclamation 4411 - The Bicentennial Year - December 31, 1975 – "I urge all Americans to reflect, from time to time during this Bicentennial Year, on the historic events of our past, on the heroic deeds of those whose legacy we now enjoy, and on the compelling visions of those who helped shape our constitutional government. I call upon educators, clergy and labor, business and community leaders, as well as those in the communications media, to review our history, and publicize the shaping events, people, and ideas of our historic beginnings."[160]

42. President Gerald Ford - Proclamation 4413 - National Day of Prayer for Americans Missing in Action in Southeast Asia - January 21, 1976 – "[I]t is essential for the Nation to be always mindful of the plight of the men whose circumstances are unknown and of the families whose sorrow we know only too well. Further, it is important that all of us recall that the watchful eye of our Creator is upon us and upon those we love. We take comfort in the fact that each

---

[157] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=23835.
[158] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=5234.
[159] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72481.
[160] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=901.

of us, in our own way, may call upon our God for guidance, for solace, and for strength to endure."[161]

43. President Gerald Ford -  Proclamation 4422 - National Day of Prayer, 1976 - March 16, 1976 – "In conformity with a Congressional request (66 Stat. 64), it is especially appropriate this year that a day be set aside to reaffirm the commitment of our first citizens and draw on the 'solemn sense of God's superintending Providence' that sustained them during those troubled times ... I ... do hereby proclaim Friday, May 14, 1976, as National Day of Prayer, 1976. I call upon all Americans to pray that day, each in his or her own way, for the strength to meet the challenges of the future with the same courage and dedication Americans showed the world two centuries ago."[162]

44. President Gerald Ford - Proclamation 4440 - Prayer for Peace Memorial Day - May 19, 1976 – "In accord with the request of the Congress, by joint resolution of May 11, 1950 (64 Stat. 158), let us especially pray on Memorial Day that our continued resolve and our eternal vigilance will bring lasting peace to peoples yearning for peace ..."[163]

45. President Gerald Ford -  Proclamation 4474 - Thanksgiving Day, 1976 - October 25, 1976 – "Let each of us resolve this Thanksgiving Day to make the coming year one in which our every deed will reflect our constant gratitude to God. Let us set a standard of honor, justice, and charity against which all the years of our third century may be measured."[164]

46. President Jimmy Carter - Proclamation 4504 - Prayer for Peace, Memorial Day, - May 30, 1977 - April 25, 1977 – "In tribute to those Americans who have died for their country, and to those who survived to carry on their unfinished work, the Congress, by joint resolution ... has requested the President to issue a proclamation calling upon the American people to observe each Memorial Day as a day of prayer for permanent peace ... I ... do hereby designate Memorial Day, Monday, May 30, 1977, as a day of prayer for permanent peace, and I designate

---

[161] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=782.
[162] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=795.
[163] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=825.
[164] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72482.

the hour beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[165]

47. President Jimmy Carter - Proclamation 4532 - National Day of Prayer, 1977 - October 13, 1977 – "It is therefore fitting that we set aside a day of prayer and meditation to ask the Almighty for the vision to see our duty as individuals and as a Nation and for the courage to pursue it ..."[166]

48. President Jimmy Carter - Proclamation 4537 - Thanksgiving Day, 1977 - November 11, 1977 – "I ... in accord with Section 6103 of Title 5 of the United States Code, do hereby proclaim Thursday, November 24, 1977, as Thanksgiving Day. I ask all Americans to gather on that day with their families and neighbors in their homes and in their houses of worship to give thanks for the blessings Almighty God has bestowed upon us."[167]

49. President Jimmy Carter - Proclamation 4572 - Prayer for Peace, Memorial Day, May 29, 1978 - May 19, 1978 – "Let us pray for peace, but let us also vow that, if the test of unavoidable combat should ever come again, we will meet it with courage, and devotion to our country."[168]

50. President Jimmy Carter - Proclamation 4591 - National Day of Prayer, 1978 - September 1, 1978 – "From time to time we should turn to the Almighty for help and guidance, as we have done throughout our Nation's two hundred and three years. In humility and reverence, we should pause from our daily activities to thank our Creator for the bountiful goodness that imbues our lives, and to ask for His blessing in the days ahead."[169]

51. President Jimmy Carter -  Proclamation 4607 - Thanksgiving Day, 1978 - October 20, 1978 – "I ... in accordance with Section 6103 of Title 5 of the United States

---

[165] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=7398.

[166] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=6794.

[167] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=6918.

[168] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=30821.

[169] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=31251.

Code, do proclaim Thursday, the 23rd of November, 1978, as Thanksgiving Day."[170]

52. President Jimmy Carter - Proclamation 4651 - Prayer for Peace, Memorial Day, May 28, 1979 - March 29, 1979 – "We earnestly pray that all the people of the world will join us in our struggle, so that one day all the earth may share the blessings of liberty, justice and peace."[171]

53. President Jimmy Carter -  Proclamation 4690 - National Day of Prayer, 1979 - September 19, 1979 – "We accept our responsibilities and make our choices with all the will and determination at our command, but always in the full knowledge that we are finally in the hands of God. In the words of the prophet Zechariah, "Not by might, not by power but by my spirit saith the Lord of Hosts." (4:6) Recognizing this, the Congress by joint resolution ... has called upon the President to set aside a suitable day each year as a National Day of Prayer ... I ... do hereby proclaim Wednesday, October 3, 1979, as a National Day of Prayer. I ask all Americans to join with me on that day to recommit ourselves to God, to each other and to the towering ideals of truth, justice, fairness, brotherhood, and love which our Nation has cherished and protected. Let us pray ..."[172]

54. President Jimmy Carter - Proclamation 4693 - Thanksgiving Day, 1979 - September 28, 1979 – "May we be thankful in proportion to that which we have received, trusting not in our wealth and comforts, but in the strength of our purpose, that all nations might be similarly blessed with liberty and abundance and live in peace ... I ... do proclaim Thursday, the 22nd of November, 1979 as Thanksgiving Day. I ask all Americans to give thanks on that day for the blessings Almighty God has bestowed upon us..."[173]

55. President Jimmy Carter - Proclamation 4754 - Prayer for Peace, Memorial Day, May 26, 1980 - May 1, 1980 – "I ... do hereby designate Memorial Day, Monday, May 26, 1980, as a day of prayer for permanent peace, and I designate the hour

---

[170] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=30012.
[171] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=32116.
[172] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=31377.
[173] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=31444.

beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[174]

56. President Jimmy Carter - Proclamation 4795 - National Day of Prayer, 1980 - September 22, 1980 –  "Let us pray that freedom ... may be the reality of the present ... Let us pray that people everywhere will be free ... As we pray ... Let us also pray ..."[175]

57. President Jimmy Carter - Proclamation 4803 - Thanksgiving Day, 1980 - November 13, 1980 – "Even in times of trial and frustration we have much to be thankful for, in our personal lives and in our Nation. As we pause on Thanksgiving to offer thanks to God, we should not forget that we also owe thanks to this country's forefathers ..."[176]

58. President Jimmy Carter - Proclamation 4810 - National Patriotism Week - December 23, 1980 – "I ... do hereby call upon the people of the United States to observe the week beginning with the third Monday in February 1981 as National Patriotism Week. I call upon all primary and secondary schools to adopt an appropriate curriculum for that week which should include such elements as the study of the Pledge of Allegiance and the national anthem, national symbols, seals and mottos, and national monuments, heroes, and accomplishments."[177]

59. President Ronald Reagan - Proclamation 4842 - Memorial Day, May 25, 1981 - April 24, 1981 - "In recognition of those Americans whom we honor today, the Congress ... has requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer for permanent peace and a period during such day when the people of the United States might unite in prayer."[178]

---

[174] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=33348.

[175] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=45102.

[176] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=45491.

[177] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=44434.

[178] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=43742.

A36

60. President Ronald Reagan - Proclamation 4883 - Thanksgiving Day, 1981 - November 12, 1981 – "As we celebrate Thanksgiving in 1981, we should reflect on the full meaning of this day as we enjoy the fellowship that is so much a part of the holiday festivities. Searching our hearts, we should ask what we can do as individuals to demonstrate our gratitude to God for all He has done. ... Let us recommit ourselves to that devotion to God and family that has played such an important role in making this a great Nation ..."[179]

61. President Ronal Reagan - Proclamation 4897 - National Day of Prayer - February 12, 1982 – "I ... do hereby proclaim Thursday, May 6, 1982, National Day of Prayer. On that day, I ask Americans to join with me in giving thanks to Almighty God for the blessings He has bestowed on this land and the protection He affords us as a people. Let us as a nation join together before God, aware of the trials that lie ahead and of the need for divine guidance. With unshakable faith in God and the liberty which is our heritage, we as a free nation will continue to grow and prosper."[180]

62. President Ronald Reagan - Proclamation 4932 - Prayer for Peace, Memorial Day, 1982 - April 16, 1982 – "I ... do hereby designate Memorial Day, Monday, May 31, 1982, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[181]

63. President Ronald Reagan - Proclamation 4949 - Citizenship Day and Constitution - Week, 1982 - June 24, 1982 – "I urge Federal, State and local officials, as well as leaders of civic, educational and religious organizations to conduct ceremonies and programs that day to commemorate the occasion."[182]

---

[179] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=43235.

[180] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=42169.

[181] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=42408.

[182] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=42670.

64. President Ronald Reagan - Proclamation 4979 - Thanksgiving Day, 1982 - September 27, 1982 – "Let us reaffirm through prayers and actions our thankfulness for America's bounty and heritage."[183]

65. President Ronald Reagan - Proclamation 5004 - A Day of Prayer for Poland and Solidarity With the Polish People - December 10, 1982 – "I ... do hereby designate December 12, 1982, as A Day of Prayer for Poland and Solidarity With the Polish People. I invite the people of the United States to observe this day by offering prayers for the people of Poland ..."[184]

66. President Ronald Reagan - Proclamation 5017 - National Day of Prayer, 1983 - January 27, 1983 – "From General Washington's struggle at Valley Forge to the present, this Nation has fervently sought and received divine guidance as it pursued the course of history. This occasion provides our Nation with an opportunity to further recognize the source of our blessings, and to seek His help for the challenges we face today and in the future ... I ... do hereby proclaim Thursday, May 5, 1983 [as the] National Day of Prayer. I call upon every citizen of this great Nation to gather together on that day in homes and places of worship to pray, each after his or her own manner, for unity of the hearts of all mankind."[185]

67. President Ronald Reagan - Proclamation 5018 - Year of the Bible, 1983 - February 3, 1983 – "The Congress of the United States, in recognition of the unique contribution of the Bible in shaping the history and character of this Nation, and so many of its citizens, has by Senate Joint Resolution 165 authorized and requested the President to designate the year 1983 as the 'Year of the Bible.' ... I ... in recognition of the contributions and influence of the Bible on our Republic and our people, do hereby proclaim 1983 the Year of the Bible in the United States. I encourage all citizens, each in his or her own way, to reexamine and rediscover its priceless and timeless message."[186]

---

[183] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=43059.

[184] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=42102.

[185] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=40484.

[186] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=40728.

A38

68. President Ronald Reagan - Proclamation 5041 - Prayer for Peace, Memorial Day, 1983 - April 4, 1983 – "I ... do hereby designate Memorial Day, Monday, May 30, 1983, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[187]

69. President Ronald Reagan - Proclamation 5093 - National Day of Mourning, Sunday, September 11, 1983 - September 9, 1983 – "We open our hearts in prayer to the victims and their families. We earnestly beseech Almighty God to minister to them in their trial of grief, sorrow, and pain."[188]

70. President Ronald Reagan - Proclamation 5098 - Thanksgiving Day, 1983 - September 15, 1983 – "I ... in the spirit of the Pilgrims, President Lincoln, and all succeeding Presidents, do hereby proclaim Thursday, November 24, 1983, as a National Day of Thanksgiving, and I call upon Americans to affirm this day of thanks by their prayers and their gratitude for the many blessings..."[189]

71. President Ronald Reagan - Proclamation 5138 - National Day of Prayer, 1984 - December 14, 1983 – "I ... do hereby proclaim Thursday, May 3, 1984, as National Day of Prayer. I call upon the citizens of this great Nation to gather together on that day in homes and places of worship to pray, each after his or her own manner, for unity of the hearts of all mankind."[190]

72. President Ronald Reagan - Proclamation 5180 - Prayer for Peace, Memorial Day, May 28, 1984 - April 13, 1984 – "I ... do hereby designate Memorial Day, May 28, 1984, as a day of prayer for permanent peace ..."[191]

73. President Ronald Reagan - Proclamation 5269 - Thanksgiving Day, 1984 - October 19, 1984 – "This year we can be especially thankful that real gratitude to

[187] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=41133.
[188] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=41815.
[189] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=41852.
[190] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=40865.
[191] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=39766.

God is inscribed, not in proclamations of government, but in the hearts of all our people who come from every race, culture, and creed on the face of the Earth. ... and let us reaffirm through prayer and action our determination to share our bounty with those less fortunate."[192]

74. President Ronald Reagan - Proclamation 5296 - National Day of Prayer, 1985 - January 29, 1985 – "Our very existence as a free Nation, then, has provided potent witness to the efficacy of prayer... We can give thanks to God for the ever-increasing abundance He has bestowed on us, ... We are all God's handiwork, and it is appropriate for us as individuals and as a Nation to call to Him in prayer ... I, ... do hereby proclaim May 2, 1985, as a National Day of Prayer. I call upon the citizens of this great Nation to gather together on that day in homes and places of worship to pray, each after his or her own manner..."[193]

75. President Ronald Reagan - Proclamation 5330 - Prayer for Peace, Memorial Day, May 27, 1985 - April 26, 1985 – "I ... do hereby designate Memorial Day, Monday, May 27, 1985, as a day of prayer for permanent peace..."[194]

76. President Ronald Reagan - Proclamation 5412 - Thanksgiving Day, 1985 - November 15, 1985 – "It is in that spirit that I now invite all Americans to take part again in this beautiful tradition with its roots deep in our history and deeper still in our hearts. We manifest our gratitude to God for the many blessings he has showered upon our land and upon its people."[195]

77. President Ronald Reagan - Proclamation 5413 - National Day of Fasting To Raise Funds To Combat Hunger, 1985 - November 23, 1985 – "The Congress, by House Joint Resolution 386, has designated November 24, 1985, as "National Day of Fasting to Raise Funds to Combat Hunger" and authorized and requested the President to issue a proclamation in observance of this event ... I ... do hereby proclaim November 24, 1985, as National Day of Fasting to Raise Funds to

---

[192] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=39279.

[193] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=39010.

[194] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=38547.

[195] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=38081.

Combat Hunger. I call upon the people of the United States to observe such day with appropriate ceremonies and other activities ..."[196]

78. President Ronald Reagan - Proclamation 5429 - National Day of Prayer - January 13, 1986 – "Prayer is deeply woven into the fabric of our history from its very beginnings. The same Continental Congress that declared our independence also proclaimed a National Day of Prayer. And from that time forward, it would be hard to exaggerate the role that prayer has played in the lives of individual Americans and in the life of the Nation as a whole."[197]

79. President Ronald Reagan - Proclamation 5490 - Prayer for Peace, Memorial Day, 1986 - May 22, 1986 – "On Memorial Day, let us pray for peace-not only for ourselves, but for all those who seek freedom and justice."[198]

80. President Ronald Reagan - Proclamation 5551 - Thanksgiving Day, 1986 - October 13, 1986 – "Today let us take heart from the noble example of our first President. Let us pause from our many activities to give thanks to Almighty God for our bountiful harvests and abundant freedoms. Let us call upon Him for continued guidance and assistance in all our endeavors. And let us ever be mindful of the faith and spiritual values that have made our Nation great and that alone can keep us great."[199]

81. President Ronald Reagan -  Proclamation 5594 - National Day of Prayer, 1987 - December 22, 1986 – "Though that flame has flickered from time to time, it burns brightest when we are willing, as we ought to be now, to turn our faces and our hearts to God ... Indeed, the true meaning of our entire history as a Nation can scarcely be glimpsed without some notion of the importance of prayer, our Declaration of Dependence on God's favor on this unfinished enterprise we call America ... On our National Day of Prayer, then, we join together as people of

---

[196] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=38096.
[197] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=37036.
[198] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=37332.
[199] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=36593.

many faiths to petition God to show us His mercy and His love, to heal our weariness and uphold our hope ..."[200]

82. President Ronald Reagan - Proclamation 5608 - National Year of Thanksgiving, 1987 - February 12, 1987 – "Throughout our history our Presidents have summoned the Nation to continue this tradition of praise and thanksgiving. From George Washington kneeling in the snow at Valley Forge to Abraham Lincoln praying for the preservation of the Union to Franklin Roosevelt expressing confidence the prayers of mankind would bring us through to victory, we have turned with faith and trust to the One Who holds the whole wide world in His hands."[201]

83. President Ronald Reagan - Proclamation 5661 - Prayer for Peace, Memorial Day, 1987 - May 21, 1987 - "[W]e set aside a special day each year to honor those who have died for our country and to pray for permanent peace."[202]

84. President Ronald Reagan - Proclamation 5676 - Northwest Ordinance Bicentennial Day, 1987 - July 8, 1987 – "Finally, the Northwest Ordinance recognized that religion, morality, and knowledge are all necessary elements for good government. It proclaimed that schools and the means of education would forever be encouraged to ensure the establishment of good government throughout the Territory. In recognition of the importance of the Northwest Ordinance of 1787, the Congress, by House Joint Resolution 181, has authorized and requested the President to issue a proclamation calling upon the people of the United States to observe the Bicentennial of the enactment of this law."[203]

85. President Ronald Reagan - Proclamation 5687 - Thanksgiving Day, 1987 - July 28, 1987 – "I ... do hereby proclaim Thursday ... as a National Day of Thanksgiving, and I call upon the citizens of this great Nation to gather together

---

[200] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=36829.
[201] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=33701.
[202] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=34322.
[203] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=34525.

in homes and places of worship on that day of thanks to affirm by their prayers ... the many blessings God has bestowed upon us."[204]

86. President Ronald Reagan - Proclamation 5767 - National Day of Prayer, 1988 - February 3, 1988 – "Let us, young and old, join together, as did the First Continental Congress, in the first step—humble, heartfelt prayer. Let us do so for the love of God and His great goodness ..."[205]

87. President Ronald Reagan - Proclamation 5826 - Prayer for Peace, Memorial Day, 1988 - May 20, 1988 – "In recognition of those brave Americans to whom we pay tribute today, the Congress, by joint resolution approved May 11, 1950 (64 Stat. 158), has requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer for permanent peace and designating a period when the people of the United States might unite in prayer."[206]

88. President Ronald Reagan - Proclamation 5844 - Thanksgiving Day, 1988 - August 4, 1988 – "Let us join then, with the psalmist of old: O give thanks to the Lord, call on His name, Make known His deeds among the peoples!
Sing to Him, sing praises to Him, Tell of all His wonderful works!
Glory in His holy name; Let the hearts of those who seek the Lord rejoice!"[207]

89. President George Bush –Proclamation 5936 - National Day of Prayer and Thanksgiving, 1989 – "I ... do hereby proclaim January 22, 1989, a National Day of Prayer and Thanksgiving and call upon the citizens of our great Nation to gather together on this day in homes and places of worship to pray in thanksgiving for our blessings of peace, freedom, prosperity, and Independence. Let all Americans kneel humbly before our Heavenly Father ..."[208]

---

[204] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=34639.
[205] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=34988.
[206] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=35853.
[207] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=36206.
[208] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=20424.

90. President George Bush - Proclamation 5942 - National Day of Prayer, 1989 - March 17, 1989 – "I ... do hereby proclaim May 4, 1989, as a National Day of Prayer. I invite the people of this great Nation to gather together on that day in homes and places of worship to pray, each after his or her own manner, for unity in the hearts of all mankind."[209]

91. President George Bush - Proclamation 5985 - Prayer for Peace, Memorial Day, 1989 - May 22, 1989 – "I ... do hereby designate Memorial Day, May 29, 1989, as a day o[f] prayer for permanent peace."[210]

92. President George Bush - Proclamation 6073 - Thanksgiving Day, 1989 - November 17, 1989 -  "Two hundred years later, we continue to offer thanks to the Almighty - not only for the material prosperity that our Nation enjoys, but also for the blessings of peace and freedom...As we pause to acknowledge the kindnesses God has shown to us - and, indeed, His gift of life itself - we do so in a spirit of humility as well as gratitude."[211]

93. President George Bush – Proclamation 6104 - National Day of Prayer, 1990 - March 6, 1990 – "Today, we do well to place in God's hands our hopes and concerns for our families and our communities, just as our Nation's Founders entrusted their labors to Him."[212]

94. President George Bush - Proclamation 6141 - Memorial Day, 1990 - May 24, 1990 – "Thus, on this Memorial Day, let us pray for God's continued favor on this great Nation. Let us also pray for His strength and guidance in our efforts to advance the ideals of liberty and justice around the world."[213]

95. President George Bush - Proclamation 6221 - For a National Day of Prayer, November 2, 1990 - November 2, 1990 – "I also urge the American people and

[209] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=8036.
[210] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=1705.
[211] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72483.
[212] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=1820.
[213] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=1853.

their elected representatives to give thanks to God for His mercy and goodness and humbly to ask for His continued help and guidance in all our endeavors."[214]

96. President George Bush - Proclamation 6229 - Thanksgiving Day, 1990 - November 14, 1990 – "This Thanksgiving ... let us gratefully turn our hearts to God, the loving Source of all Life and Liberty. Let us seek His forgiveness for our shortcomings and transgressions and renew our determination to remain a people worthy of His continued favor and protection. Acknowledging our dependence on the Almighty, obeying His Commandments, and reaching out to help those who do not share fully in this Nation's bounty is the most heartfelt and meaningful answer we can give to the timeless appeal of the Psalmist: 'O give thanks to the Lord for He is good: for his steadfast love endures forever.'"[215]

97. President George Bush - Proclamation 6243 - For a National Day of Prayer, February 3, 1991 - February 1, 1991 – "As one Nation under God, we Americans are deeply mindful of both our dependence on the Almighty and our obligations as a people He has richly blessed. From our very beginnings as a Nation, we have relied upon God's strength and guidance in war and peace ... I ask all Americans to unite in humble and contrite prayer to Almighty God."[216]

98. President George Bush - Proclamation 6257 - For National Days of Thanksgiving, April 5-7, 1991 - March 7, 1991 – "As we prepare to welcome home our courageous service men and women and join in the joyful celebrations of the Kuwaiti people, it is fitting that we give thanks to our Heavenly Father, our help and shield, for His mercy and protection."[217]

99. President George Bush – Proclamation 6280 - National Day of Prayer, 1991 - April 25, 1991 – "On this National Day of Prayer, let us acknowledge with heartfelt remorse the many times we have failed to appreciate the Lord's gifts and to obey His Commandments. Giving humble thanks for His mercy, let us vow to fulfill not only our responsibilities but also our potential as one Nation under God. Most important, let us make our prayers pleasing to Him by the regular

---

[214] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=1926.
[215] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72484.
[216] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=47257.
[217] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=47271.

A45

practice of public and private virtue and by a genuine renewal of America's moral heritage. As Scripture says, 'righteousness exalteth a nation, but sin is a reproach to any people.'"[218]

100. President George Bush – Proclamation 6292 - Prayer For Peace, Memorial Day, 1991 - May 14, 1991 – "I ... do hereby designate Memorial Day, May 27, 1991, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[219]

101. President George Bush -  Proclamation 6380 - Thanksgiving Day, 1991 - November 25, 1991 – "I ... do hereby proclaim Thursday, November 28, 1991, as a National Day of Thanksgiving. I urge all Americans to gather together in their homes and in places of worship on that day to offer thanks to Almighty God for the many blessings that He has bestowed upon us as individuals and as a Nation."[220]

102. President George Bush – Proclamation 6394 - Year of Thanksgiving for the Blessings of Liberty, 1991 - December 16, 1991 – "I ... do hereby urge all Americans to join in observing 1991 as a Year of Thanksgiving for the Blessings of Liberty. Let us show through word and deed -- including public and private prayer -- that we are grateful for our God-given freedom and for the many other blessings that He has bestowed on us as individuals and as a Nation."[221]

103. President George Bush – Proclamation 6409 - National Day of Prayer, 1992 - March 5, 1992 – "Whatever our individual religious convictions may be, each of us is invited to join in this National Day of Prayer. Indeed, although we may find our own word to express it, each of us can echo this timeless prayer of Solomon, the ancient king who prayed for, and received, the gift of wisdom: 'The Lord our God be with us, as He was with our fathers; may He not leave us or forsake us; so

---

[218] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=47294.

[219] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=47306.

[220] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72485.

[221] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=20353.

that He may incline our hearts to Him, to walk in all His ways . . . . that all the peoples of the earth may know that the Lord is God; there is no other.'"[222]

104. President George Bush - Proclamation 6442 - Prayer for Peace Memorial Day, 1992 - May 21, 1992 – "I ... do hereby designate Memorial Day, May 25, 1992, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[223]

105. President George Bush – Proclamation 6508 - Thanksgiving Day, 1992 - November 20, 1992 – "I ... do hereby proclaim Thursday, November 26, 1992, as a National Day of Thanksgiving. I urge all Americans to gather in their homes and in places of worship on that day to offer thanks to the Almighty for the many blessings that He has granted us as individuals and as a Nation."[224]

106. President Clinton – Proclamation 6553 - National Day of Prayer, 1993 - April 30, 1993 – "I ... do hereby proclaim May 6, 1993, as a National Day of Prayer. I call upon the citizens of this great Nation to pray, each after his or her own manner, to remember those who are in need, to achieve patience in tribulation, to resolve the problems that divide us, to rejoice in hope, and to express thanks for the abundance we have experienced throughout our history."[225]

107. President Clinton – Proclamation 6566 - Prayer for Peace, Memorial Day, 1993 - May 28, 1993 – "I ... do hereby designate Memorial Day, May 31, 1993, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11 o'clock in the morning of that day as a time to unite in prayer."[226]

---

[222] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=47337.

[223] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=47370.

[224] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72486.

[225] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62423.

[226] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62432.

108. President Clinton - Proclamation 6625 - Thanksgiving Day, 1993 - November 17, 1993 – "This is the true spirit of Thanksgiving: acknowledging God's graciousness, and in response, reaching out in service to others."[227]

109. President Clinton – Proclamation 6668 - National Day of Prayer, 1994 - April 12, 1994 – "I ... do hereby proclaim May 5, 1994, as a National Day of Prayer. I encourage the citizens of this great Nation to gather, each in his or her own manner, to recognize our blessings, acknowledge our wrongs, to remember the needy, to seek guidance for our challenging future, and to give thanks for the abundance we have enjoyed throughout our history."[228]

110. President Clinton – Proclamation 6696 - Prayer For Peace, Memorial Day, 1994 - May 30, 1994 – "I ... do hereby proclaim Memorial Day, May 30, 1994, as a day of prayer for permanent peace..."[229]

111. President Clinton - Proclamation 6751 - Thanksgiving Day, 1994 - October 27, 1994 – "I ... do hereby proclaim Thursday, November 24, 1994, as a National Day of Thanksgiving. I urge the citizens of this great Nation to continue this beloved tradition and to strengthen it by gathering in their homes and places of worship to express their heartfelt gratitude for the many blessings of our lives."[230]

112. President Clinton - Proclamation 6777 - National Day of Prayer, 1995 - March 14, 1995 – "Let us not forget those painful lessons of our past, but continue to seek the guidance of God in all the affairs of our Nation."[231]

113. President Clinton - Proclamation 6802 - Prayer for Peace, Memorial Day, 1995 - May 18, 1995 – "[W]e pray that peace will forever grace our land, that it will guide relations between citizens and friendships among nations, and that our

---

[227] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62500.

[228] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=49963.

[229] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=50257.

[230] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=49378.

[231] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=51103.

people will one day see a time when harmony fills the Earth. May God comfort all who mourn."[232]

114. President Clinton - Proclamation 6849 - Thanksgiving Day, 1995 - November 9, 1995 – "I ... do hereby proclaim Thursday, November 23, 1995, as a National Day of Thanksgiving. I encourage all the people of the United States to assemble in their homes, places of worship, or community centers to share the spirit of goodwill and prayer ..."[233]

115. President Clinton - Proclamation 6877 - National Day of Prayer, 1996 - April 2, 1996 – "I ... do hereby proclaim May 2, 1996, as a National Day of Prayer. I encourage every citizen of this great Nation to pray, each in his or her own manner, seeking strength from God to face the challenges of today ..."[234]

116. President Clinton - Proclamation 6901 - Prayer for Peace, Memorial Day, 1996 - May 24, 1996 – "I ... do hereby proclaim Memorial Day, May 27, 1996, as a day of prayer for permanent peace ..."[235]

117. President Clinton -Proclamation 6954 - Thanksgiving Day, 1996 - November 11, 1996 – "Let us now, this Thanksgiving Day, reawaken ourselves and our neighbors and our communities to the genius of our founders in daring to build the world's first constitutional democracy on the foundation of trust and thanks to God. ... let us give our own thanks to God and reaffirm our love of family, neighbor, and community."[236]

118. President Clinton - Proclamation 6963 - National Pearl Harbor Remembrance Day, 1996 - December 5, 1996 – "As we mark the 55th anniversary of the attack

---

[232] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=51378.
[233] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=50747.
[234] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=52621.
[235] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=52865.
[236] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=52237.

on Pearl Harbor, let us remember in prayer all those who died on that day and throughout World War II."[237]

119. President Clinton - Proclamation 6968 - National Day of Hope and Renewal, 1997 - January 20, 1997 – "Today as we celebrate the last Presidential Inauguration of the 20th century and raise our sights with hope and humility toward the challenges of a new age, let us together ask God's guidance and blessing."[238]

120. President Clinton - Proclamation 6991 - National Day of Prayer, 1997 - April 18, 1997 – "[L]et us uphold the tradition of observing a day in which every American, in his or her own way, may come before God seeking increased peace, guidance, and wisdom for the challenges ahead. Even as we continue to work toward hopeful solutions, may our national resolve be matched by a firm reliance on the Author of our lives—for truly it is in God that we trust."[239]

121. President Clinton -  Proclamation 7006 - Prayer for Peace, Memorial Day, 1997 - May 22, 1997 – "I ... do hereby proclaim Memorial Day, May 26, 1997, as a day of prayer for permanent peace ..."[240]

122. President Clinton - Proclamation 7052 - Thanksgiving Day, 1997 - November 21, 1997 – "I ... do hereby proclaim Thursday, November 27, 1997, as a National Day of Thanksgiving. I encourage all Americans to assemble in their homes, places of worship, or community centers to share the spirit of goodwill and prayer; to express heartfelt thanks to God for the many blessings He has bestowed upon us ..."[241]

123. President Clinton – Proclamation 7088 - National Day of Prayer, 1998 - April 29, 1998 – "I ... do hereby proclaim May 7, 1998, as a National Day of Prayer. I

---

[237] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=52313.

[238] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=54205.

[239] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=54013.

[240] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=54176.

[241] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=53601.

encourage the citizens of this great Nation to pray, each in his or her own manner, seeking strength from God to face the problems of today, requesting guidance for the uncertainties of tomorrow ..."[242]

124. President Clinton - Proclamation 7148 - Thanksgiving Day, 1998 - November 17, 1998 – "I ... do hereby proclaim Thursday, November 26, 1998, as a National Day of Thanksgiving. I encourage all the people of the United States to assemble in their homes, places of worship, or community centers to share the spirit of goodwill and prayer; to express heartfelt thanks to God for the many blessings He has bestowed upon us ..."[243]

125. President Clinton - Proclamation 7194 - National Day of Prayer, 1999 - May 5, 1999 – "I ... do hereby proclaim May 6, 1999, as a National Day of Prayer. I encourage the citizens of this great Nation to pray, each in his or her own manner, seeking strength from God to face the problems of today ..."[244]

126. President Clinton -  Proclamation 7201 - Prayer for Peace, Memorial Day, 1999 - May 26, 1999 – "I ... do hereby proclaim Memorial Day, May 31, 1999, as a day of prayer for permanent peace ..."[245]

127. President Clinton - Proclamation 7255 - Thanksgiving Day, 1999 - November 20, 1999 – "I ... do hereby proclaim Thursday, November 25, 1999, as a National Day of Thanksgiving. I encourage all the people of the United States to assemble ... to share the spirit of ... prayer ... to express heartfelt thanks to God for the many blessings He has bestowed upon us ..."[246]

128. President Clinton - Proclamation 7303 - National Day of Prayer, 2000 - May 4, 2000 – "I ... do hereby proclaim May 4, 2000, as a National Day of Prayer. I encourage the citizens of this great Nation to pray, each in his or her own manner,

---

[242] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=55870.

[243] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=55289.

[244] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=57520.

[245] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=57640.

[246] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=56973.

seeking strength from God to face today's challenges, seeking guidance for tomorrow's uncertainties, and giving thanks for the rich blessings that our country has enjoyed throughout its history."[247]

129. President Clinton - Proclamation 7315 - Prayer for Peace, Memorial Day, 2000 - May 26, 2000 – "[T]he Congress ... has requested the President to issue a proclamation calling upon the people of the United States to observe each Memorial Day as a day of prayer for permanent peace and designating a period on that day when the American people might unite in prayer."[248]

130. President Clinton - Proclamation 7381 - Thanksgiving Day, 2000 - November 17, 2000 – "Sharing in God's blessings is at the heart of Thanksgiving and at the core of the American spirit."[249]

131. President George W. Bush –Proclamation 7403 - National Day of Prayer and Thanksgiving, 2001 - January 20, 2001 – "Indeed, it is appropriate to mark this occasion by remembering the words of President Jefferson and the examples of Americans of the past and today who in times of both joy and need turn to Almighty God in prayer. Times of plenty."[250]

132. President George W. Bush -   Proclamation 7430--National Day of Prayer, 2001 - April 27, 2001 – "I encourage the citizens of our Nation to pray each in his or her own manner, seeking God's blessings on our families and government officials and personal renewal, moral awakening, and a new spirit of harmony across our land. I urge all Americans to join in observing this day with appropriate programs, ceremonies, and activities."[251]

---

[247] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62395.
[248] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62298.
[249] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62407.
[250] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=29760.
[251] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61727.

133. President George W. Bush – Proclamation 7444--Prayer For Peace, Memorial Day, 2001 - May 25, 2001 – "I ...do hereby designate Memorial Day, May 28, 2001, as a day of prayer for permanent peace ...."[252]

134. President George W. Bush - Proclamation 7462--National Day of Prayer and Remembrance for the Victims of the Terrorist Attacks on September 11, 2001 - September 13, 2001 – "I call on every American family and the family of America to observe a National Day of Prayer and Remembrance, honoring the memory of the thousands of victims of these brutal attacks and comforting those who lost loved ones. We will persevere through this national tragedy and personal loss. In time, we will find healing and recovery; and, in the face of all this evil, we remain strong and united, 'one Nation under God.'"[253]

135. President George W. Bush -  Proclamation 7504--Thanksgiving Day, 2001 - November 16, 2001 – "In thankfulness and humility, we acknowledge, especially now, our dependence on One greater than ourselves."[254]

136. President George W. Bush -  Proclamation 7547 - National Day of Prayer, 2002 - April 26, 2002 – "I ask Americans to pray for God's protection, to express gratitude for our blessings, and to seek moral and spiritual renewal."[255]

137. President George W. Bush - Proclamation 7567 - Prayer for Peace, Memorial Day, 2002 - May 21, 2002 – "United as a people, we pray for peace throughout the world."[256]

138. President George W. Bush -  Proclamation 7588 - National Days of Prayer and Remembrance, 2002 - August 31, 2002 – "As we confront the challenges before us, I ask you to join me during these Days of Prayer and Remembrance in praying

[252] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61741.

[253] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61759.

[254] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61801.

[255] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61843.

[256] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61861.

for God's continued protection and for the strength to overcome great evil with even greater good."[257]

139.President George W. Bush – Proclamation 7628 - Thanksgiving Day, 2002 - November 21, 2002 – "I encourage Americans to gather in their homes, places of worship, and community centers to share the spirit of understanding and unity, and of prayer, as we express our thanks for the many blessings we enjoy."[258]

140.President George W. Bush - Proclamation 7672 - National Day of Prayer, 2003 - April 30, 2003 – "This day, I ask our Nation to join me in praying for the strength to meet the challenges before us, for the wisdom to know and do what is right, for continued determination to work towards making our society a more compassionate and decent place, and for peace in the affairs of men."[259]

141.President George W. Bush - Proclamation 7681 - Prayer for Peace, Memorial Day, 2003 - May 22, 2003 – "In respect for their devotion to America, the Congress, by a joint resolution approved on May 11, 1950, as amended (64 Stat. 158), has requested the President to issue a proclamation calling on the people of the United States to observe each Memorial Day as a day of prayer for permanent peace ..."[260]

142.President George W. Bush - Proclamation 7701 - National Days of Prayer and Remembrance, 2003 – September 4, 2003 – "And we ask God to comfort the loved ones left behind; their courage and determination have inspired our Nation. We thank God for the unity and compassion Americans have demonstrated since September 11, 2001 ...We pray that God watch over our brave men and women in uniform ... We pray for peace and ask God for patience and resolve in our war against terror and evil."[261]

---

[257] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61881.
[258] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61919.
[259] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62240.
[260] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61967.
[261] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=61987.

143. President George W. Bush - Proclamation 7738 - Thanksgiving Day, 2003 - November 21, 2003 – "This Thanksgiving, we again give thanks for all of our blessings and for the freedoms we enjoy every day. Our Founders thanked the Almighty and humbly sought His wisdom and blessing. May we always live by that same trust, and may God continue to watch over and bless the United States of America."[262]

144. President George W. Bush – Proclamation 7753 - Religious Freedom Day, 2004 - January 16, 2004 – "I urge all Americans to reflect on the blessings of our religious freedom and to observe this day through appropriate events and activities in homes, schools, and places of worship."[263]

145. President George W. Bush - Proclamation 7780 - National Day of Prayer, 2004 - April 30, 2004 – "I ... do hereby proclaim May 6, 2004, as a National Day of Prayer. I ask the citizens of our Nation to give thanks, each according to his or her own faith, for the freedoms and blessings we have received and for God's continued guidance and protection."[264]

146. President George W. Bush - Proclamation 7791 - Prayer for Peace, Memorial Day, 2004 - May 26, 2004 – "As we continue to fight terrorism and promote peace and freedom, let us pray for the safety and strength of our troops, for God's blessing on them and their families, and for those who have lost loved ones."[265]

147. President George W. Bush - Proclamation 7811 - National Days of Prayer and Remembrance, 2004 - September 10, 2004 – "And we pray that God will continue to watch over and bless America ... I ask that the people of the United States and places of worship mark these National Days of Prayer and Remembrance with memorial services, the ringing of bells, and evening candlelight remembrance."[266]

---

[262] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62024.
[263] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62038.
[264] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62065.
[265] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62076.
[266] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62096.

148. President George W. Bush - Proclamation 7849 - Thanksgiving Day, 2004 - November 23, 2004 – "All across America, we gather this week with the people we love to give thanks to God for the blessings in our lives. We are grateful for our freedom, grateful for our families and friends, and grateful for the many gifts of America. On Thanksgiving Day, we acknowledge that all of these things, and life itself, come from the Almighty God."[267]

149. President George W. Bush – Proclamation 7896 - National Day of Prayer, 2005 – May 3, 2005 – "Since our Nation's earliest days, prayer has given strength and comfort to Americans of all faiths. Our Founding Fathers relied on their faith to guide them as they built our democracy. Today, we continue to be inspired by God's blessings, mercy, and boundless love. As we observe this National Day of Prayer, we humbly acknowledge our reliance on the Almighty, express our gratitude for His blessings, and seek His guidance in our daily lives."[268]

150. President George W. Bush - Proclamation 7925 - National Day of Prayer and Remembrance for the Victims of Hurricane Katrina - September 8, 2005 – "I ask that the people of the United States and places of worship mark this National Day of Prayer and Remembrance with memorial services and other appropriate observances. I also encourage all Americans to remember those who have suffered in the disaster by offering prayers and giving their hearts and homes for those who now, more than ever, need our compassion and our support."[269]

151. President George W. Bush - Proclamation 7928 - National Days of Prayer and Remembrance, 2005 - September 9, 2005 – "During these Days of Prayer and Remembrance, we give thanks to the Almighty for our freedom, and we acknowledge our dependence on the Giver of this gift. Four years after September 11, 2001, we remember the lives lost and pray for God's continued blessings on their families and our Nation."[270]

152. President George W. Bush - Proclamation 7963 - Thanksgiving Day, 2005 - November 18, 2005 – "May God bless and guide the United States of America as

[267] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62133.
[268] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62180.
[269] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62209.
[270] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62212.

we move forward... I ... do hereby proclaim Thursday, November 24, 2005, as a National Day of Thanksgiving. I encourage all Americans to gather together in their homes and places of worship with family, friends, and loved ones to reinforce the ties that bind us and give thanks for the freedoms and many blessings we enjoy."[271]

153. President George W. Bush - Proclamation 8012 - National Day of Prayer, 2006 - May 3, 2006 – "Through prayer, our faith is strengthened, our hearts are humbled, and our lives are transformed. May our Nation always have the humility to trust in the goodness of God's plans..."[272]

154. President George W. Bush - Proclamation 8019 - Prayer for Peace, Memorial Day, 2006 - May 16, 2006 – "In respect for their devotion to America, the Congress, by a joint resolution approved on May 11, 1950, as amended (64 Stat. 158), has requested the President to issue a proclamation calling on the people of the United States to observe each Memorial Day as a day of prayer for permanent peace ..."[273]

155. President George W. Bush -  Proclamation 8046 - National Days of Prayer and Remembrance, 2006 - September 5, 2006 – "We give thanks to the Almighty for our liberty, and we pray for His blessing on all those who were lost and for strength in the work ahead. May God continue to watch over the United States of America, and may His will guide us in the days to come."[274]

156. President George W. Bush - Proclamation 8085 - Thanksgiving Day, 2006 - November 16, 2006 – "I encourage all Americans to gather together in their homes and places of worship with family, friends, and loved ones to reinforce the ties that bind us and give thanks for the freedoms and many blessings we enjoy."[275]

---

[271] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=62546.
[272] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72885.
[273] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=72937.
[274] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=764.
[275] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=24293.

157. President George W. Bush - Proclamation 8129 - National Day of Prayer, 2007 - April 20, 2007 – "On this National Day of Prayer, we acknowledge God's grace and ask for His continued guidance in the life of our Nation. Americans of many faiths and traditions share a common belief that God hears the prayers of His children and shows grace to those who seek Him."[276]

158. President George W. Bush – Proclamation 8145 - Prayer for Peace, Memorial Day, 2007 - May 15, 2007 - "I ... do hereby proclaim Memorial Day, May 28, 2007, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11:00 a.m. of that day as a time to unite in prayer. I also ask all Americans to observe the National Moment of Remembrance beginning at 3:00 p.m. ..."[277]

159. President George W. Bush - Proclamation 8173 - National Days of Prayer and Remembrance, 2007 - September 4, 2007 – "I ask that the people of the United States and their places of worship mark these National Days of Prayer and Remembrance with memorial services, the ringing of bells, and evening candlelight remembrance vigils."[278]

160. President George W. Bush - Proclamation 8204 - Thanksgiving Day, 2007 - November 15, 2007 – "This Thanksgiving, may we reflect upon the past year with gratefulness and look toward the future with hope. Let us give thanks for all we have been given and ask God to continue to bless our families and our Nation."[279]

161. President George W. Bush - Proclamation 8242 - National Day of Prayer, 2008 - April 21, 2008 – "From our Nation's humble beginnings, prayer has guided our leaders and played a vital role in the life and history of the United States. Americans of many different faiths share the profound conviction that God listens to the voice of His children and pours His grace upon those who seek Him in prayer. By surrendering our lives to our loving Father, we learn to serve His

---

[276] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=25180.
[277] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=75093.
[278] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=75739.
[279] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=76050.

eternal purposes, and we are strengthened, refreshed, and ready for all that may come. On this National Day of Prayer, we ask God's continued blessings on our country. This year's theme, "Prayer! America's Strength and Shield," is taken from Psalm 28:7, 'The Lord is my strength and my shield; my heart trusts in him, and I am helped.'"[280]

162. President George W. Bush - Proclamation 8260 - Prayer for Peace, Memorial Day, 2008 - May 22, 2008 – "I ... do hereby proclaim Memorial Day, May 26, 2008, as a day of prayer for permanent peace, and I designate the hour beginning in each locality at 11:00 a.m. of that day as a time to unite in prayer."[281]

163. President George W. Bush - Proclamation 8284 - National Days of Prayer and Remembrance, 2008 - August 28, 2008 – "We seek God's grace on their families, and commit to Heaven's care those brave men and women He has called home. We ask the Almighty to watch over America and pray for His providence and continued blessings on our country. May He always guide the United States of America."[282]

164. President George W. Bush - Proclamation 8322 - Thanksgiving Day, 2008 - November 21, 2008 -  "On this day, let us all give thanks to God who blessed our Nation's first days and who blesses us today. May He continue to guide and watch over our families and our country always."[283]

[280] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=77191.

[281] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=77391.

[282] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=78549.

[283] John T. Woolley and Gerhard Peters, *The American Presidency Project* [online]. Santa Barbara, CA: University of California (hosted), Gerhard Peters (database). Available from World Wide Web: http://www.presidency.ucsb.edu/ws/index.php?pid=84954.