UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-CV-588 |
| PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT SHIRLEY DOBSON'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO FILE A
REPLY BRIEF IN SUPPORT OF HER MOTION TO DISMISS THE
FIRST AMENDED COMPLAINT**

Defendant Shirley Dobson (the "Defendant") by and through undersigned counsel, hereby seeks a one-week extension of time, from Friday, April 17, 2009, to Friday, April 24, 2009, in which to file a Reply Brief in Support of her Motion to Dismiss the First Amended Complaint.  As grounds for this motion, the Defendant states as follows:

1.      The Defendant filed a Motion to Dismiss the First Amended Complaint on March 9, 2009.

2.      On April 7, 2009, Plaintiffs filed their brief in opposition to the motion to dismiss filed by the Defendant.

1

3.     The Defendant's request for an extension of time is based in part on undersigned counsel's obligations in another litigation matter wherein Defendant's counsel has extensive briefing due on a motion for summary judgment in *Galloway v. City of Greece* in the United States District Court for the Western District of New York.

4.     The Defendant is also requesting an extension of time in order to have adequate time to respond to the constitutional and legal issues presented by Plaintiffs in the Reply Brief.

5.     The Defendant requests a modest, one-week extension of time in which to file a Reply Brief.  The Defendant has not previously requested an extension of time to file the Reply Brief, and granting that extension would not prejudice any of the parties in this litigation.

6.     The Federal Defendants received an extension of time to reply to their motion to dismiss, and Defendant Dobson is seeking the same extension given to the Federal Defendants.

7.     Plaintiffs' has been contacted and agreed to this request.

WHEREFORE, the Defendant respectfully requests that the Court grant an extension of time through and including April 24, 2009, in which to file a Reply Brief in Support of the Federal Defendant's Motion to Dismiss the First Amended Complaint.

Dated:  April 15, 2009

Respectfully submitted,


|                                  | /s/Joel Oster                    |
|----------------------------------|----------------------------------|
| Alan E. Sears, Esq.              | Joel Oster, KS Bar 18547         |
| Benjamin W. Bull, Esq.           | Kevin Theriot, KS Bar 21565      |
| ALLIANCE DEFENSE FUND            | ALLIANCE DEFENSE FUND            |
| 15100 N. 90th Street             | 15192 Rosewood                   |
| Scottsdale, Arizona              | Leawood, KS 66224                |
| Tel:  480-444-0020               | Tel: (913) 685-8000              |
| Fx: 480-444-0025                 | Fax: (913) 685-8001              |
| joster@telladf.org               |                                  |

COUNSEL FOR DEFENDANT SHIRLEY DOBSON


### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2009, I electronically filed a copy of the above using the

ECF System for the Western District of Wisconsin, which will send notification of that filing to

all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

/s/Joel Oster
Joel Oster