UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>    Defendants. | Case No. 08-CV-588 |

**FEDERAL DEFENDANTS' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER**

Defendants President Barack Obama and White House Press Secretary Robert L. Gibbs (hereinafter, "federal defendants"), by and through undersigned counsel, hereby seek a one-week extension of time, from Tuesday, June 9, 2009 to Tuesday, June 16, 2009, in which to file an Answer to the First Amended Complaint. On June 2, 2009, undersigned counsel contacted counsel for plaintiffs, Richard L. Bolton, Esq., who indicated that he had no objection to the relief requested herein. As grounds for this motion, the federal defendants state as follows:

  1.  On May 26, 2009, this Court issued an Order denying the federal defendants' Motion to Dismiss the First Amended Complaint. See Dkt. 67 (05/26/2009). Accordingly, the federal defendants' Answer is currently due on Tuesday, June 9, 2009. See Fed. R. Civ. P.

12(a)(4)(A).

2.	The federal defendants are requesting an extension of time so that they may have adequate time to respond to the allegations contained in the 133-paragraph Amended Complaint. Granting the federal defendants' motion for an extension of time will also allow counsel sufficient time for internal review of the Answer to that complaint.

3.	The federal defendants request a modest, one-week extension of time in which to file their Answer. The federal defendants have not previously requested an extension of time to file an Answer to the First Amended Complaint, and granting that extension would not prejudice any of the parties in this litigation.

WHEREFORE, the federal defendants respectfully request that the Court grant them an extension of time through and including June 16, 2009, in which to file their Answer.

Dated:  June 4, 2009	Respectfully submitted,

TONY WEST
Assistant Attorney General

JAMES GILLIGAN
Assistant Branch Director

  /s/ Brad P. Rosenberg
BRAD P. ROSENBERG (DC Bar 467513)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-3374
Fax: (202) 616-8460
brad.rosenberg@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

COUNSEL FOR DEFENDANTS
PRESIDENT BARACK OBAMA AND
WHITE HOUSE PRESS SECRETARY
ROBERT L. GIBBS

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2009, I electronically filed a copy of the Federal Defendants' Unopposed Motion for an Extension of Time to Answer using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

                                              /s/ Brad P. Rosenberg
                                              Brad P. Rosenberg