**Re:** *Freedom From Religion Foundation et al. v. President Barack Obama et al.*

**Case No.:** **08-CV-588**

## CERTIFICATE OF SERVICE BY E-FILING

The undersigned hereby certifies that she is employed in the office of the Department of Justice of the State of Wisconsin in the capacity of legal secretary.

That on the 9th day of October 2009, she electronically filed a copy of the Brief in Support of Motion for Summary Judgment by Defendant Wisconsin Governor Jim Doyle, Wisconsin Governor Jim Doyle's Motion for Summary Judgment, Proposed Findings of Fact in Support of Wisconsin Governor Jim Doyle's Motion for Summary Judgment, and Affidavit of Thomas C. Bellavia using the ECF System for the Western District of Wisconsin which will send notification of such filings to counsel for plaintiff.

s/Roxane Kurlish
ROXANE KURLISH