UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>Defendants. | Case No. 08-CV-588 |

**DEFENDANT SHIRLEY DOBSON'S MOTION FOR SUMMARY JUDGMENT**

Defendant Shirley Dobson hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment in her favor on all of Plaintiffs' claims, dismissing all claims against her. In support of this Motion, Defendant Dobson submits a Memorandum in Support, which contains a Statement of Undisputed Facts, and an Affidavit of Joel L. Oster, which contains the following exhibits:

Exhibit 1 – Plaintiffs' Responses to Defendant Dobson's First Set of Interrogatories (served on August 25, 2009);

Exhibit 2 – Plaintiffs' Responses to Defendant Wisconsin Governor Jim Doyle's First Set of Interrogatories (served on August 28, 2009);

Exhibit 3 - Plaintiffs' Responses to Defendants President Barack Obama and Press Secretary Robert L. Gibbs' First Set of Interrogatories (served on August 24, 2009); and

Exhibit 4 – Affidavit of David Butts in Support of Defendant Shirley Dobson's Motion for Summary Judgment (dated October 9, 2009).

Dated: October 9, 2009

Respectfully submitted,

|  |  |
|---|---|
|  | /s/Joel Oster |
| Alan E. Sears, Esq | Joel Oster, KS Bar 18547 |
| Benjamin W. Bull, Esq. | Kevin Theriot, KS Bar 21565 |
| ALLIANCE DEFENSE FUND | ALLIANCE DEFENSE FUND |
| 15100 N. 90th Street | 15192 Rosewood |
| Scottsdale, Arizona | Leawood, KS 66224 |
| Tel: (480) 444-0020 | Tel: (913) 685-8000 |
| Fax: (480) 444-0025 | Fax: (913) 685-8001 |
|  | joster@telladf.org |

COUNSEL FOR DEFENDANT SHIRLEY DOBSON

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed a copy of the above using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

/s/Joel Oster
Joel Oster