UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      Plaintiffs,

v.                                           Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      Defendants.

---

### CERTIFICATE OF SERVICE

---

      I hereby certify that on October 19, 2009, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Western District of Wisconsin, Joint Motion to Amend Briefing Schedule, in the above matter to go to all Attorneys of record via a notice of electronic filing.

      Dated this 20th day of October, 2009.

                                            BOARDMAN, SUHR, CURRY & FIELD, LLP
                                            By:

                                              /s/ Richard L. Bolton
                                            Richard L. Bolton, State Bar No. 1012552
                                            Attorneys for Plaintiffs
                                            1 S. Pinckney Street, 4th Floor
                                            P. O. Box 927
                                            Madison, WI  53701-0927
                                            PH:  (608) 257-9521     FX: (608) 283-1709
                                            rbolton@boardmanlawfirm.com