UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      Plaintiffs,

v.                                                                                                        Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      Defendants.

---

### AFFIDAVIT OF RICHARD L. BOLTON

---

STATE OF WISCONSIN   )
                           ) SS
COUNTY OF DANE        )

      1.      I am one of the attorneys representing the Plaintiffs in the above-captioned matter.

      2.      Attached to this Affidavit as Exhibit A is a true and correct copy of the Report of the Senate Judiciary Committee on the National Day of Prayer Enactment.

      3.      Attached to this Affidavit as Exhibit B are true and correct copies of information about the National Day of Prayer Task Force.

      4.      Attached to this Affidavit as Exhibit C is a true and correct copy of a summary of newsclips about the 2008 National Day of Prayer.

5. Attached to this Affidavit as Exhibit D is a true and correct copy of an article from April 30, 2008, detailing concerns that evangelicals have "hijacked" the National Day of Prayer.

6. Attached to this Affidavit as Exhibit E is a true and correct copy of a contemporaneous news report from April 18, 1952 regarding the National Day of Prayer Bill.

7. Attached to this Affidavit as Exhibit F is a true and correct copy of an article published by the Freedom From Religion Foundation relating to the American Religious Identification Survey.

8. Attached to this Affidavit as Exhibit G are true and correct excerpts from U.S. Supreme Court cases discussing the history of the Religion clauses to the United States Constitution.

9. Attached to this Affidavit as Exhibit H is a true and correct Summary of FFRF Membership Survey relating to National Day of Prayer.

10. Attached to this Affidavit as Exhibit I is a true and correct copy of a prior Day of Prayer decision.

Dated this 8th day of April, 2009.

/s/ Richard L. Bolton
Richard L. Bolton

Subscribed and sworn to before me this
8th day of April, 2009.

/s/ Pamela Woodward Nehring
Notary Public, State of Wisconsin
My Commission expires: 8/7/2011