UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

   Plaintiffs,

v.                Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

   Defendants.

---

**SUPPLEMENTAL AFFIDAVIT OF RICHARD L. BOLTON**

---

STATE OF WISCONSIN )
         ) ss.
COUNTY OF DANE   )

  **RICHARD L. BOLTON**, being first duly sworn, on oath deposes and says as follows:

  1.  I am one of the attorneys representing the plaintiffs in the above captioned matter.

  2.  I make this supplemental affidavit in opposition to the defendants' Motion for Summary Judgment.

  3.  I previously submitted Exhibits 1-115 with my original affidavit, which I incorporate as if fully set forth with those exhibits.

  4.  In addition, I submit the following additional exhibits in opposition to Motion for Summary Judgment.

5. Attached to this affidavit as Exhibit 116 is a compilation of true and correct Presidential Prayer Proclamations in chronological order from 1952-2008.

6. Attached to this affidavit as Exhibit 117 are true and correct pages from the Campus Crusade for Christ website with biography of Vonette Bright.

7. Attached to this affidavit as Exhibit 118 are true and correct copies of Congressional Record Reports of Comments by Congressman Tony Hall regarding 1988 NDP Bill.

8. Attached to this affidavit as Exhibit 119 are true and correct pages from the Congressional Record with comments by speakers, including Pat Boone, regarding 1988 NDP Bill.

9. Attached to this affidavit as Exhibit 120 is a true and correct copy of the 1988 National Day of Prayer Amendment Act as enacted.

10. Attached to this affidavit as Exhibit 121 are true and correct pages from the Campus Crusade for Christ web page describing its purpose and size.

11. Attached to this affidavit as Exhibit 122 is a current FFRF Membership Brochure.

      *s/Richard L. Bolton*
      Richard L. Bolton

Subscribed and sworn to before me this
20th day of November 2009.

/s/*Lee Hare Trummer*
Notary Public, State of Wisconsin
My Commission expires: *3/21/10*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on 11/20/09, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

              */s/Lisa E. Hibbard*

F:\DOCS\wd\26318\17\A0924862.WPD