UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

      Plaintiffs,

v.                                                                                          Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

      Defendants.

---

**SECOND SUPPLEMENTAL AFFIDAVIT OF RICHARD L. BOLTON**

---

STATE OF WISCONSIN    )
                               ) ss.
COUNTY OF DANE        )

      **RICHARD L. BOLTON**, being first duly sworn, on oath deposes and says as follows:

      1.      I am one of the attorneys representing the plaintiffs in the above-captioned matter.

      2.      I make this second supplemental affidavit in opposition to the defendants' Motion for Summary Judgment.

      3.      I previously submitted Exhibits 1-115 with my original affidavit, which I incorporate as if fully set forth with those exhibits.

      4.      I also previously submitted Exhibits 116-122 with my supplemental affidavit, which I incorporate as if fully set forth with those exhibits.

5. In addition, I submit the following additional exhibits in opposition to the defendants' Motion for Summary Judgment.

6. Attached to this affidavit as Exhibit 123 is a true and correct copy of the deposition transcript of Shirley Dobson, which deposition was conducted on November 10, 2009.

7. Attached to this affidavit as Exhibit 124 is a true and correct copy of a National Day of Prayer questionnaire sent by FFRF to its members in March, 2009. This exhibit was identified by Annie Laurie Gaylor at her deposition on November 24, 2009.

8. Attached to this affidavit as Exhibit 125 is a summary of the responses received by FFRF to its National Day of Prayer questionnaire. This exhibit was identified by Annie Laurie Gaylor at her deposition on November 24, 2009.

9. Attached to this affidavit as Exhibit 126 are true and correct copies of some of the responses received by FFRF to its National Day of Prayer survey articulating the reaction of some FFRF members to the National Day of Prayer. These documents were produced during discovery by the plaintiffs.

10. Attached to this affidavit as Exhibit 127 is a true and correct copy of an article posted on September 28, 2008, in which Rep. J. Randy Forbes, R-VA, refers to the National Day of Prayer as a "monumental religious event."

Dated this 10th day of December, 2009.

              *s/Richard L. Bolton*
              Richard L. Bolton

Subscribed and sworn to before me this
10th day of December 2009.

*s/Rosalie G. Stapleton*
Notary Public, State of Wisconsin
My Commission expires: 9/1/2013

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

*s/Richard L. Bolton*

F:\DOCS\wd\26318\17\A0932244.DOC