UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNE NICOL
GAYLOR; ANNIE LAURIE GAYLOR;
PAUL GAYLOR; DAN BARKER;
PHYLLIS ROSE, and JILL DEAN,

        Plaintiffs,

v.                                                             Case No: 08-CV-588

PRESIDENT BARACK OBAMA; WHITE HOUSE
PRESS SECRETARY ROBERT GIBBS; WISCONSIN
GOVERNOR JIM DOYLE; and SHIRLEY DOBSON,
CHAIRMAN OF THE NATIONAL
DAY OF PRAYER TASK FORCE,

        Defendants.

## JOINT MOTION TO RENDER DECISION ON WRITTEN RECORD

The parties in the above-captioned matter jointly move the court to render a decision on the written record submitted by the parties.

The defendants previously filed motions for summary judgment on October 9, 2009. The plaintiffs have filed responses to the summary judgment motions, but the parties since agreed to request the court to render a decision on the written submissions by the parties *in lieu of the scheduled trial*.

The plaintiffs subsequently have refiled omnibus submissions in light of the parties' intent that the court render decision on the written submissions of the parties. The docket numbers for plaintiffs' omnibus submissions in support of their case are: 92, 93, 95, 101, 102, 103, 104, 105 and 107.

The defendants will now file their replies to plaintiffs' submissions, after which the case may be decided by the court on the written record submitted.

Dated this 17th day of December, 2009.

                        BOARDMAN LAW FIRM
                        By:
                          */s/ Richard L. Bolton*
                        Richard L. Bolton, Esq., Bar No. 1012552
                        Boardman, Suhr, Curry & Field LLP
                        1 South Pinckney Street, 4th Floor
                        P. O. Box 927
                        Madison, WI  53701-0927
                        Tel:  (608) 257-9521
                        Fax: (608) 283-1709
                        Counsel for Plaintiffs

                          */s/ Brad Rosenberg*
                        Brad Rosenberg, Esq., DC Bar No. 467513
                        United States Department of Justice
                        Civil Division, Federal Programs Branch
                        20 Massachusetts Avenue, NW, Room 6110
                        Washington, DC  20001
                        Tel:  (202) 514-3374
                        Fax: (202 616-8460
                        Counsel for Defendants
                        President Barack Obama and White House
                        Press Secretary Robert L. Gibbs

                          */s/ Joel Oster*
                        Joel Oester, Esq.
                        Alliance Defense Fund
                        15192 Rosewood Street
                        Leawood, KS  66224
                        Tel:  (913) 685-8000
                        Fax: (913) 685-8001
                        Counsel for Shirley Dobson

F:\DOCS\WD\26318\17\A0933786.DOC

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

*/s/Rosalie G. Stapleton*
Rosalie G. Stapleton

F:\DOCS\WD\26318\17\A0933786.DOC