UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>　　　　Defendants. | Case No. 08-CV-588 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING REPLY**

Defendant Shirley Dobson, acting by and through her respective undersigned counsel, Joel L. Oster, hereby seeks an extension of time through and including Thursday, January 21, 2010, for all defendants to file their responses to Plaintiffs' Brief in Support of Judgment in their Favor and Plaintiffs' Proposed Findings of Fact. On January 14, 2010, undersigned counsel contacted counsel for Plaintiffs, Richard L. Bolton, who indicated that he had no objection to the relief requested herein. As grounds for this motion, Defendant Dobson states as follows:

　　1.　　Due to the winter storm that hit Kansas City and the Midwest the week of January 4, 2010, Defendants attorney had to spend more time away from the office than anticipated.

　　2.　　Although Defendant's counsel had hoped to be able to catch up this week, he has been unable to finish the reply brief and responses to Plaintiffs' statement of facts.

3. The current deadline for Defendants' responses is January 15, 2010.

4. Counsel for the Plaintiffs have been contacted and do not object to this request.

5. Accordingly, Defendant Dobson requests an extension for all defendants to file their responses to Plaintiffs' Brief in Support of Judgment in their Favor and Plaintiffs' Proposed Findings of Fact to January 21, 2010.

6. Granting an extension would not prejudice any of the parties in this litigation as the case has been taken off the trial calendar.

WHEREFORE, Defendant Dobson respectfully requests that the Court grant an extension of time through and including January 21, 2010, for all defendants to file their responses.

Dated:  January 14, 2010

Respectfully submitted,

|  |  |
|---|---|
| Alan E. Sears, Esq | /s/Joel Oster_____ |
| Benjamin W. Bull, Esq. | Joel Oster, KS Bar 18547 |
| ALLIANCE DEFENSE FUND | Kevin Theriot, KS Bar 21565 |
| 15100 N. 90th Street | ALLIANCE DEFENSE FUND |
| Scottsdale, Arizona | 15192 Rosewood |
| Tel:  (480) 444-0020 | Leawood, KS 66224 |
| Fax: (480) 444-0025 | Tel: (913) 685-8000 |
|  | Fax: (913) 685-8001 |
|  | joster@telladf.org |

COUNSEL FOR DEFENDANT SHIRLEY DOBSON

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, I electronically filed a copy of the above using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

/s/Joel Oster_____
Joel Oster