UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>Defendants. | Case No. 08-CV-588 |

### SUPPLEMENTAL DECLARATION OF BRAD P. ROSENBERG

Brad P. Rosenberg, pursuant to 28 U.S.C. § 1746, testifies in the above-captioned matter as follows:

1. My name is Brad P. Rosenberg. I am employed by the United States Department of Justice as a Trial Attorney in the Civil Division, Federal Programs Branch.

2. In my capacity as a Trial Attorney, I represent defendants President Barack Obama and White House Press Secretary Robert L. Gibbs (the "federal defendants") in the above-captioned matter.

3. I have previously filed a declaration attaching Exhibits A through J in support of the federal defendants' Motion for Summary Judgment. See Dkt. No. 85, 10/09/2009. This declaration supplements that previous declaration by attaching additional Exhibits K through U,

which are being provided in reply in support of the federal defendants' Motion for Summary Judgment. Exhibits A through J are incorporated as if fully set forth herein.

4. Exhibit K is a true and correct copy the transcript for the deposition of Annie Laurie Gaylor, which took place on November 24, 2009.

5. Exhibit L is a true and correct copy of the transcript for the deposition of Shirley Dobson, which took place on November 10, 2009.

6. Exhibit M, a document reflecting the program for the NDP Task Force's May 7, 2009 event at the Cannon House Office Building, is a true and correct copy of Exhibit 17 used during Shirley Dobson's deposition.

7. Exhibit N, a document reflecting the program for the NDP Task Force's May 7, 2009 event at the Cannon House Office Building, is a true and correct copy of Exhibit 18 used during Shirley Dobson's deposition.

8. Exhibit O, a letter from the Interfaith Alliance and Jews On First to President Obama, is a true and correct copy of Exhibit 29 used during Annie Laurie Gaylor's deposition.

9. Exhibit P, a press release by the Interfaith Alliance, is a true and correct copy of Exhibit 34 used during Annie Laurie Gaylor's deposition.

10. Exhibit Q, a document reflecting a summary of the responses received by FFRF to its National Day of Prayer survey, is a true and correct copy of Exhibit 28 used during Annie Laurie Gaylor's deposition.

11. Exhibit R, a document reflecting the remarks of President Johnson upon the signing of the 1965 National Day of Prayer proclamation, is a true and correct copy of Exhibit 31 used during Annie Laurie Gaylor's deposition.

12. Exhibit S, President Obama's 2009 Columbus Day Proclamation, is a true and correct copy of Exhibit 32 used during Annie Laurie Gaylor's deposition.

13. Exhibit T, reflecting a portion of the responses received by FFRF to its National Day of Prayer survey, is a true and correct copy of Exhibit 26 used during Annie Laurie Gaylor's deposition.

14. Exhibit U, a hypothetical National Day of Prayer proclamation, is a true and correct copy of Exhibit 35 used during Annie Laurie Gaylor's deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2010.

*Brad P. Rosenberg* (signature)
Brad P. Rosenberg