# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

|   |   |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>                Plaintiffs,<br><br>v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>                Defendants. | Case No. 08-CV-588 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2010, I electronically filed copies of the Reply in Support of the Federal Defendants' Motion for Summary Judgment, the Federal Defendants' Reply to Plaintiffs' Responses to Federal Defendants' Statement of Proposed Findings of Fact, the Federal Defendants' Responses to Plaintiffs' Proposed Findings of Fact, and the Supplemental Declaration of Brad P. Rosenberg (including attachments thereto) using the ECF System for the Western District of Wisconsin, which will send notification of these filings to all counsel of record in this litigation.

    /s/ Brad P. Rosenberg
BRAD P. ROSENBERG (DC Bar 467513)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-3374
Fax: (202) 616-8460
brad.rosenberg@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

COUNSEL FOR DEFENDANTS
PRESIDENT BARACK OBAMA AND
WHITE HOUSE PRESS SECRETARY
ROBERT L. GIBBS