1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF WISCONSIN
    ---------------------------------------------------------
3
    FREEDOM FROM RELIGION FOUNDATION, INC.,
4   ANNIE NICOL GAYLOR, ANNIE LAURIE GAYLOR,
    PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE
5   and JILL DEAN,

6                    Plaintiffs,

7              vs.                     Case No. 08-CV-588-BBC

8   President BARACK OBAMA,
    White House Press Secretary ROBERT L. GIBBS,
9   Wisconsin Governor JIM DOYLE and
    SHIRLEY DOBSON, Chairman of the
10  National Day of Prayer Task Force,

11                   Defendants.

12  ---------------------------------------------------------

13

14
            Video Deposition of ANNIE LAURIE GAYLOR
15
              Tuesday, November 24th, 2009
16

17                   10:08 a.m.

18                      at

19         BOARDMAN, SUHR, CURRY & FIELD, LLP
            One South Pinckney Street, Suite 410
20                Madison, Wisconsin

21

22

23

24       Reported by Sarah A. Hart, RPR, RMR, CRR

25



---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 2

1              Video Deposition of ANNIE LAURIE GAYLOR, a

2      witness in the above-entitled action, taken at the

3      instance of the Defendants, pursuant to the Federal

4      Rules of Civil Procedure, pursuant to notice, before

5      Sarah A. Hart, RPR, RMR, CRR and Notary Public, in

6      and for the State of Wisconsin, at BOARDMAN, SUHR,

7      CURRY & FIELD, LLP, One South Pinckney Street, Suite

8      410, Madison, Wisconsin, on the 24th day of November,

9      2009, commencing at 10:08 a.m. and concluding at 2:45

10     p.m.

11     A P P E A R A N C E S:

12                    BOARDMAN, SUHR, CURRY & FIELD, LLP, by
                      Mr. Richard L. Bolton
13                    One South Pinckney Street, Suite 410
                      P.O. Box 927
14                    Madison, Wisconsin  53701
                      Appeared on behalf of the Plaintiffs.
15
                      U.S. DEPARTMENT OF JUSTICE
16                    CIVIL DIVISION, by,
                      Mr. Brad P. Rosenberg
17                    20 Massachusetts Avenue, N.W.
                      P.O. Box 883
18                    Washington, DC  20044
                      Appeared on behalf of the Defendants
19                    President Barack Obama and
                      White House Press Secretary
20                    Robert L. Gibbs.

21

22

23

24

25

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 3

1  A P P E A R A N C E S (cont'd)

2

3                      ALLIANCE DEFENSE FUND, by
                       Mr. Joel L. Oster
4                      15192 Rosewood Street
                       Leawood, Kansas  66224
5                      Appeared on behalf of the Defendant
                       Shirley Dobson, Chairman of the
6                      National Day of Prayer Task Force.

7

8  ALSO PRESENT:  Ms. Rebecca Kratz, in-house counsel
                  Mr. Dean Van Hoogen, videographer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 4

1                      I N D E X

2

3              E X A M I N A T I O N

4  BY MR. OSTER:                                           6
5  BY MR. ROSENBERG:                                      69

6              E X H I B I T S

7
   EXHIBIT NO.                             PAGE IDENTIFIED
8  No. 25   Freedom From Religion Foundation      28
           Statement of Activities, 2004 -
9          September 2009
   No. 26   3/24/09 E-mail string              100
10 No. 27   E-mail string w/ FFRF National Day of  107
           Prayer questionnaire attached
11 No. 28   FFRF National Day of Prayer survey    107
           results
12 No. 29   4/22/09 Letter to President Obama     111
           from Reverend Gaddy, Interfaith
13         Alliance
   No. 31   Lyndon B. Johnson "Remarks Upon       119
14         Signing Proclamation National Day of
           Prayer, 1965"
15 No. 32   2009 Columbus Day Proclamation       127
   No. 33   Columbus Day Wikipedia printout      130
16 No. 34   "Interfaith Alliance Praises         136
           President's National Day of Prayer
17         Proclamation" article
   No. 35   National Day of Prayer hypothetical   144
18         proclamation

19

20     (Original exhibits attached to original transcript.)

21     (Copies of exhibits attached to copies of transcript.)

22

23              R E Q U E S T S

24 ITEM REQUESTED                                        PAGE

25 Number of lawsuits filed from 2004 to the            39
   present

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 5

1      TRANSCRIPT OF PROCEEDINGS

2      THE VIDEOGRAPHER: We are officially on the

3 record at 10:08 a.m.  The date today is

4 November 24th, 2009.  This is disk number one in the

5 deposition of Annie Laurie Gaylor.  This is being

6 taken in the matter of Freedom From Religion

7 Foundation, Incorporated, et al. versus President

8 Barack Obama, et al.  This is pending in the United

9 States District Court for the Western District of

10 Wisconsin, Case No. 08-CV-588.

11      The deposition is taking place at the

12 offices of Boardman, Suhr, Curry & Field located at

13 One South Pinckney Street, Madison, Wisconsin.  My

14 name is Dean Van Hoogen, videographer with Ryker &

15 Lyle Legal Video Service, and the court reporter is

16 Sarah Hart from Gramann Reporting.

17      Will counsel please state their

18 appearances and whom they represent, beginning with

19 plaintiff's counsel, and then the reporter will swear

20 in the witness.

21      MR. BOLTON: Plaintiffs appear by Attorney

22 Rich Bolton and by in-house counsel, Rebecca Kratz.

23      MR. OSTER: Shirley Dobson -- defendant

24 Shirley Dobson appears by her attorney, Joel Oster of

25 the Alliance Defense Fund.

**Freedom From Religion Foundation, Inc., et al., v.**
**President Barack Obama, et al**

Video Deposition of Annie Laurie Gaylor
November 24, 2009

---

1  MR. ROSENBERG: I'm Brad Rosenberg in the
2  United States Department of Justice, Civil Division,
3  Federal Programs Branch representing President Obama
4  and White House Press Secretary Robert Gibbs.
5  ANNIE LAURIE GAYLOR, called as a witness
6  herein, having affirmed on oath, was examined and
7  testified as follows:
8  EXAMINATION
9  BY MR. OSTER:
10 Q  Can you please state your name for the record.
11 A  Annie Laurie Gaylor.
12 Q  Is it all right if I refer to you -- Ms. Laurie
13 Gaylor or Ms. Gaylor or what do you prefer?
14 A  Ms. Laurie Gaylor is fine or Annie Laurie.  Double
15 name.
16 Q  Have you had your deposition taken before?
17 A  Yes.
18 Q  All right.  How many times?
19 A  I think only once.  It might be once.
20 Q  What was the occasion?
21 A  What?
22 Q  What was the occasion?
23 A  Marriage Savers lawsuit, which we won.
24 Q  When was that lawsuit?
25 A  I would have to look that up.  Mid-'90s.

---

1  Q  You're probably familiar with the rules of the
2  deposition.  But just to refresh your memory, I want
3  to go over a couple of them.  The first one is, you
4  understand you've been placed under oath to tell the
5  truth to the best of your ability.  Do you understand
6  that?
7  A  Yes.
8  Q  And in that, everything you say and I say is going to
9  be transcribed by a court reporter.  And so to the
10 best of our ability, just remember to say yes or no,
11 because the uh-huhs or the uh-uhs or the nods of the
12 head, while I understand them, when you're reading
13 the transcript it's very difficult to understand
14 what's being -- what's meant.
15 Is that fair to just say yes or no or
16 answer the question verbally?
17 A  Yes.
18 Q  And then you understand that if there is a trial in
19 this case, the testimony you give today very well
20 might be used as evidence in that trial, so it's
21 important to give your testimony to the best of your
22 ability today?
23 A  Yes.
24 Q  And if there's -- if we can agree there's any
25 question that I might ask -- sometimes lawyers get

---

1  really confusing and long-winded, and I might ask a
2  triple-compound question.  If you ever don't
3  understand a question, if you would just ask me to
4  rephrase the question, let me know you don't
5  understand it, that will let me know to reask the
6  question.
7  MR. BOLTON: Slow down.  I'm just teasing.
8  BY MR. OSTER:
9  Q  Is that fair?
10 A  Yes.
11 Q  What is your current position?
12 A  Co-president.
13 Q  Of?
14 A  Of the Freedom From Religion Foundation.
15 Q  How long have you been co-president?
16 A  Since the fall of 2004.
17 Q  What did you do before that?
18 A  I was -- at the foundation?  I was a co-founder of it
19 in '76 when I was a college student, and I was a
20 volunteer and board member for many years.  And I
21 joined the staff in '85 as editor of Free Thought
22 Today.
23 Q  Since 1985, has your only occupation, for lack of a
24 better word, been with Freedom From Religion
25 Foundation?

---

1  A  Yes, the only paid job.
2  Q  All right.  Before 1985, what did you do?  What was
3  your job?
4  A  After I graduated from college in 1980, I founded and
5  published the Feminist Connection newspaper until the
6  end of '84.
7  Q  So you did that in 1976?  Is that when you founded
8  it, that paper?
9  A  Co -- no.  My mother and I co-founded the Freedom
10 From Religion Foundation in 1976 as a regional group.
11 And she was asked to go national with it in '78.  I
12 was in college.  And after I graduated in '80, I
13 edited the Feminist Connection newspaper.
14 Q  Is that paper still active today?
15 A  No.  No.
16 Q  What are your duties as co-president of Freedom From
17 Religion Foundation?
18 A  Well, they're in our bylaws.  And with my husband,
19 Dan Barker, we're the administrators, and we're
20 responsible for running the organization and doing
21 everything from starting the lawsuits, initiating the
22 lawsuits, to the state church complaints we take on
23 behalf of the public, the press releases, responsible
24 for the newspaper.  We promote the views of the
25 foundation.

---

1 Q   Are you in charge of fundraising?
2 A   Yes.
3 Q   Who else would be in charge of fundraising besides
4 you?
5 A   Well, Dan is co-president with me.
6 Q   So the two of you are in charge of fundraising for
7 the Freedom From Religion --
8 A   Yes, we answer to our executive council, but we have
9 the day-to-day administration.
10 Q   So how is the Freedom From Religion organized?  It
11 has a -- did you say an executive counsel?
12 A   Um-hmm.
13 Q   Is that like the board that controls it?
14 A   Yes.
15 Q   And how many people are on the executive council?
16 A   I think it's nine.  Nine seats.  There are -- there
17 are -- we provide for co-officers.  So there's one
18 married couple on the board besides Dan and myself.
19 Q   You and Dan are on the board, then?
20 A   Yes.  We're the only paid officers who can be on the
21 governing body.
22 Q   Is your mother still on the board?
23 A   No.  She's on the board at large.
24 Q   Below the executive council, is there any other
25 committees or groups that help run Freedom From

1 Religion Foundation?
2 A   There's the board of directors.  And the executive
3 council is the governing body of the board of
4 directors.  It's the committee voted on by them to
5 run -- to govern the foundation.
6 Q   So I understand it, the executive council made up of
7 nine persons, they --
8 A   Nine or 10.
9 Q   Okay.  Nine or 10.  They, then, select the board of
10 directors?
11 A   No.  It's the other way around.
12 Q   Okay.  How many people are on the board of directors?
13 A   Well, it's about 50.  There's one spot reserved for
14 every state, and then there are 35 at large.  So it
15 can be up to 85.  And I think we're about 50.  But
16 then everybody who's on the executive council is
17 automatically a member of the board as well, so it
18 could be a little larger.
19 Q   So you're on the -- board of directors?
20 A   I am.
21 Q   All right.  So let me back up.  Make sure I
22 understand this this time:  The board of directors is
23 the top rung, so to speak, of Freedom From Religion,
24 and then they select this executive council to run
25 Freedom From Religion; is that correct?

1 A   It's two-tiered.  I wouldn't call them the top rung.
2 They're the second rung.  And they choose the
3 governing body.
4 Q   Who is the governing body?
5 A   The executive council.  It's the officers.
6 Q   All right.  But there's no board above --
7 A   No.
8 Q   -- the board of directors.  The board of directors
9 selects the executive council that then --
10 A   Yes.
11 Q   And how often does the board of directors meet?
12 A   Up to once -- well, it can be more than once a year,
13 but we meet once a year now.
14 Q   So in 2009, how many times did you meet?
15 A   Once.
16 Q   In 2008, how many times did the board of directors
17 meet?
18 A   It's always been once.
19 Q   So it hasn't been more than once?  You said some of
20 the years you might have met more than once?
21 A   No, the executive council sometimes meets more than
22 once.
23 Q   Okay.  But the board of directors just meets one time
24 a year?
25 A   Um-hmm.  They have power to meet more often should

1 they want to.
2 Q   Is there a document that the board of directors would
3 have that would -- like their agenda on the items
4 that they would discuss?
5 A   (Witness nods head.)  Yes.  I'm sorry.
6 Q   And what would that document be called?  The agenda?
7 A   Minutes.
8 Q   Minutes?
9 A   Well, there's an agenda, and then there's the minutes
10 every year.  Just like every group does this and
11 required by law, Wisconsin statutes.
12 Q   Does the board of directors discuss fundraising?
13 A   Well, maybe.  They don't -- no, they don't really
14 discuss fundraising.  They discuss -- they're an
15 advisory board for policy questions.  They can
16 discuss general litigation questions, like directions
17 we want to go.  But they don't really discuss
18 fundraising, no.
19 Q   Do they discuss the financial aspect of the
20 organization?
21 A   They can ask questions.  I mean, they can make
22 comments, recommendations.  But they are not the
23 governing body.
24 Q   So, for instance, in 2009, did -- the finances, was
25 that an issue that the board of directors discussed?

1  A   Well, only in that they were already given all of the
2  treasury reports.  And they could discuss it if they
3  wished.
4  Q   So generally speaking, let's just say for the last
5  five years, the board of directors would be given a
6  treasury report that would disclose the financials of
7  the organization?
8  A   Yeah, I think you're misapprehending.  The governing
9  body is what deals with all of the other questions,
10  the governing questions.  The board is a geographic
11  advisory position.  It doesn't get involved in
12  day-to-day.
13  Q   Okay.  So how often did the -- how often did the --
14  how many times did the board of -- sorry.  How many
15  times did the executive council meet in 2009?
16  A   Once.
17  Q   When was that?
18  A   November 9th.
19  Q   So just a couple weeks ago?
20  A   Um-hmm.  I'm sorry, November 6th.  It was a Friday.
21  Is that the 6th?  Convention started on the 6th.
22  Yeah.  October -- I mean, sorry, November 6th.
23  Q   I was going to actually get to that in a little bit,
24  but there's a convention usually that is going on at
25  the same time as the year --

1  A   It starts after our executive council meeting.  We
2  meet beforehand.
3  Q   Okay.  Now, in -- so, again, like, for the last let's
4  just say since 2001, generally has the executive
5  council met one time a year?  Are they --
6  A   Yes.  Since 2001, that would be right.  In the old
7  days, we met more often because we needed to because
8  it was a new group.
9  Q   But you don't meet more often --
10  A   We haven't.  We could.  They could vote, and they
11  could meet more often.
12  Q   Now, for the executive council meeting, again, is
13  there an agenda that's --
14  A   Yes.
15  Q   -- created for the meeting?
16  A   Yes.
17  Q   And minutes are taken for the meeting?
18  A   Yes.
19  Q   And are the financials of the organization discussed
20  during this meeting?
21  A   Thoroughly.
22  Q   And I assume litigation strategy, is that discussed
23  during the meeting?
24  A   Yes.  I mean, not so much strategy, as updates and
25  directions we want to go.  Nobody is an attorney on

1  the council.
2  Q   Does the executive council discuss what kind of cases
3  to take?
4  A   Yes, although the co-presidents -- the president has
5  broad discretion to file lawsuits.
6  Q   And the president, being you and your husband?
7  A   Um-hmm.  Yes.  It's in the bylaws.
8  Q   Okay.  So as far as who has authority to decide to
9  file a case, that would be the president?
10  A   Yes.
11  Q   Was the National Day of Prayer lawsuit discussed in
12  the November 6th -- the executive council meeting
13  this year?
14  A   Yes.
15  Q   How was it discussed?
16  A   Well, I reported on the status and --
17  Q   What did you say about the lawsuit?
18  A   Well, we reported on five or six lawsuits, so I
19  reported that, you know, depositions would be taken;
20  I reported that our attorney was going to be deposing
21  Shirley Dobson.
22  Q   What did you say about that?
23  A   That's about all I said.
24  Q   Did anybody talk to you about that deposition?
25  A   No.  It hadn't taken place.

1  Q   But, I mean, about the deposition that was to take
2  place.
3  A   No.
4  Q   What else was discussed concerning the National Day
5  of Prayer lawsuit at this meeting?
6  A   That was about it.  I mean, that we've been doing a
7  lot of work on it.
8  Q   How many employees does the Freedom From Religion
9  Foundation have?
10  A   We now have eight permanent employees.
11  Q   Eight paid staff, full time?
12  A   Full time permanent.  And then we have some student
13  help that's part time.  We have a few part-time
14  interns, and we have volunteers.
15  Q   I want to go back to the beginning of Freedom From
16  Religion Foundation.  Why -- why was it started?
17  A   My mother and I were very concerned about the
18  encroachment of religion on government.  Jerry
19  Falwell was in the senate seat, and it was as if
20  there was a disrespect for the constitutional
21  principle of separation between church and state.
22  And, of course, those of us who are not religious
23  feel that much more deeply when religion is being
24  promulgated by our government.
25  Q   Was there a specific instance particularly that led

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 18

1   you to start the organization?
2   A   We -- well, we were concerned about the religious
3   dogma and the abortion question.  That was probably
4   how we first became aware of the question, that
5   separation between church and state was not being
6   honored.
7   Q   How is that?
8   A   Well, you would go to the Wisconsin State Capitol,
9   and the rotunda was full of Catholic school children,
10  nuns and priests being bussed in to oppose abortion
11  as a religious issue and to say that the Bible was
12  against abortion.  I heard the testimony, my mother
13  heard the testimony.  It was constant a problem.
14      But what caused us to form the Freedom
15  From Religion Foundation was prayers going on at the
16  Madison City Council and the Dane County Board.
17  Q   So do you think it was a problem that Catholic school
18  kids opposed abortion?
19  A   That they were urging that their dogma be adopted as
20  part of our civil law, yes, because their -- they
21  based their -- they were saying that God says that
22  this is illegal, God says this is immoral, this is
23  taking a life, this is -- it was all religious dogma
24  that said that.
25  Q   If a Catholic --

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 19

1   A   And they wanted their dogma to be promoted by our
2   civil government.
3   Q   -- so if a Catholic school child believed that
4   abortion was wrong because of their religious
5   beliefs, you don't think that that school child
6   should be allowed to advocate that as --
7   A   No, that's not what I'm saying.  I'm saying that
8   legislators should be upholding separation of church
9   and state and not adopting religious dogma in our
10  laws.
11  Q   But I understand what you're saying is that these
12  Catholic school children went to the capitol building
13  to oppose abortion, and you had a problem with that.
14  A   Yeah, and I had a problem with the Mormon Church,
15  too, legislating against the Equal Rights Amendment.
16  It was a very obvious problem that we saw, that the
17  organized lobby against women's rights was organized
18  religion.  Not all religions, but the Catholic, the
19  Mormon and the Evangelical Protestant trying to use
20  the force of law to dictate their dogma on the rest
21  of us.  And there was a great harm involved.
22  Q   So you don't think these religious groups should be
23  allowed to petition their government for the redress
24  of certain grievances?
25  A   No, that's not what I'm saying.  I'm saying that

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 20

1   government should not be adopting dogma into our law,
2   and that's why we felt there needed to be something
3   to counterbalance the religious lobby.
4   Q   I believe you said you had a problem with the
5   Catholic school children being at the Capitol grounds
6   and opposing abortion.
7   A   No.  I believe I didn't say that.  I believe I said
8   that it was very obvious what the problem was.
9   Q   What was the problem?
10  A   It was the religious lobby trying to dictate to our
11  secular government what our laws should say, that
12  they wanted their Catholic dogma inscribed in our
13  laws.
14  Q   So I understand your position in founding this
15  organization, it's your position that religious
16  groups should not be allowed to do that?
17  A   No, that's not what I'm saying.  You are
18  misunderstanding me.  I am saying that our government
19  should be free from religious dogma.  Churches should
20  not be running our government.  That's what our
21  constitution says.
22  Q   I don't understand the difference between dogma and
23  religious beliefs.
24  A   Do you want me to get a dictionary?
25  Q   If you could explain it to me, how you understand the

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 21

1   difference of those terms.
2   A   I would be glad to, but I think this is going to be a
3   long deposition if we don't even get to our case.
4   Dogma is -- Catholic dogma says that you have a human
5   life at conception.  That's faith.  That's not truth.
6   That's not science.  You have to take that on faith.
7   That's not what I believe.  They believe in a soul at
8   conception, and that is why they oppose abortion.
9   And many people do not believe that way.  That's --
10  Q   So should they not be allowed to tell government
11  officials that's what they believe and they want
12  laws --
13  A   They can tell the government officials whatever they
14  like.  But government officials should not be
15  kowtowing to churches and looking to them to make our
16  laws.
17  Q   Now, I've reviewed -- previewed your website.  Would
18  it be fair to say that Freedom From Religion
19  Foundation -- let me just ask it this way:  What is
20  the organization's view on religion?
21  A   Our members are personally free from religion.
22  Q   What does that mean?
23  A   They're atheists, agnostics, secularists,
24  rationalists, secular humanists.  Whatever they like
25  to call themselves.  Free thinkers is the term we

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 22

1   use.
2   Q   When you look at your website, doesn't it go beyond
3   that to really trying to advocate that people not be
4   religious?
5   A   We are a membership organization for like-minded
6   individuals, and our members are personally not
7   religious.
8   Q   But aren't you trying to advocate that position to
9   others and convince others to think like you think?
10  A   Well, we aren't knocking on people's doors and going
11  into church pews, no, we're -- we don't hold Sunday
12  schools every week trying to get people to join us.
13  It's quite different.  We're an advocacy group for
14  our point of view.  We think that there should be an
15  alternative to the religion that is out there every
16  day 24/7 on the radio, TV.  And that there should
17  be -- our views should be heard as well.  We think
18  that free thinkers are rational and that we should be
19  a part of the marketplace of ideas in this country.
20  Q   But do you think that religion is bad for the
21  country?
22  A   I think that religion in government is always bad.
23  Q   Right, but I'm not asking government.  I'm saying,
24  based on previewing your website, I kind of got the
25  impression that religion in general is bad.  So I'm

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 23

1   asking you as an organization, do you guys take the
2   view that just religion in general is bad for the
3   country?
4   A   Well, our members personally reject religion.  They
5   have diverse views about the harm of religion.  We
6   all agree there's harm in religion in government.
7   But our members personally, yes, do feel that
8   religion causes more harm than good.
9   Q   How does Freedom From Religion go about -- in case I
10  didn't ask this question, let me ask it.  What are
11  the objectives of Freedom From Religion Foundation?
12  A   We have two purposes.  We promote the constitutional
13  principle of the separation between church and state,
14  and we educate the public about matters relating to
15  nontheism.  We serve as an umbrella organization for
16  like-minded individuals who are free from religion.
17  Q   So I understand the second principle to educate
18  people about the non -- did you say nontheism?
19  A   Um-hmm.
20  Q   Earlier you had talked about how your members believe
21  that religion harms people.  Is that what you're
22  talking about, educating people about religion?
23  A   Religion in government harms people always.
24  Q   I'm asking outside of government.
25  A   Well, I think that, yeah, a lot of people would feel

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 24

1   that religion has done more harm than good.  Mostly
2   our members think that you shouldn't believe
3   something unless it's true and that you should have
4   evidence for your beliefs.  And it's not really good
5   for people to believe things that aren't true.
6   Q   So would it be fair to say, then, that one of your
7   purposes is to educate people as to the harm of
8   religion?
9   A   Well, no, our bylaws say educate people about matters
10  relating to nontheism.
11  Q   Right, I'm just trying to unpack that so I can
12  understand that, because I really don't understand
13  that phrase, "matters of nontheism."  Is it a fair
14  understanding that you educate people on the dangers
15  of religion?
16  A   Yes.  And in particular, religion in government.
17  Q   So how does Freedom From Religion go about obtaining
18  those two principles, those two objectives?
19  A   Well, we take a number of complaints on behalf of
20  members of the public and our own members about
21  violations of the separation between church and
22  state, and we litigate over that when necessary.  We
23  try to solve problems without litigation, and we have
24  solved many violations that way.  And we educate, we
25  publish books, we have a newspaper.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 25

1   Q   Do you educate the public through press releases?
2   A   Well, I guess we educate the media through press
3   releases.
4   Q   And do you educate the people through press releases
5   that way?
6   A   I think the press releases are educational, yes.
7   Q   So is -- the litigation component, does that also
8   feed into your objective to educate the public?  In
9   other words, by litigating cases, are you not also
10  serving your objective of educating the public?
11  A   Yes, in some instances, because usually there's a
12  misapprehension at the root of the violation, which
13  what I think is true for the National Day of Prayer,
14  which is grossly distorting history.  The legislative
15  record is based on bad history.
16      We're an educational group and
17  everything we do is supposed to have an educational
18  purpose.
19  Q   What percentage of Freedom From Religion's operations
20  are related to the lawsuits?
21      MR. BOLTON: To which lawsuit?
22      BY MR. OSTER:
23  Q   Litigation in general.
24      MR. BOLTON: Oh, okay.
25      THE WITNESS: Well, I don't have a

1  percentage breakdown, but I can go through the last
2  couple of years.  You have that material.
3      BY MR. OSTER:
4  Q  Yeah, if you can just tell me based on being the
5  president.  I'm just wondering of your day-to-day
6  activities, how much of your time is actually spent
7  around the litigation versus educating people.
8  A  Well --
9  Q  50/50 proposition, 75/25?
10  A  It varies every year.  Every lawsuit is different.
11  Some, I have very little to do with.  I don't think I
12  could give you our percentage.  Mostly my time has
13  been spent with complaints about the separation of
14  church and state, nonlitigation.  But I would say
15  that that's -- over the years has been -- separation
16  of church and state complaints, at least 50 percent
17  of my time.
18      And we've hired a staff attorney, and
19  now I'm a little less hands-on in that regard.  But
20  it's been a very major component.  But mostly it's
21  not litigation; it's nonlitigation.
22  Q  What do you mean by that -- do you mean solving
23  matters?
24  A  We write letters of complaint to public officials
25  over violations, and we do research pertaining to

1  just a minute?
2      MR. OSTER: Yeah.
3      THE VIDEOGRAPHER: We are off the record at
4  10:35 a.m.
5      (Pause in proceedings.)
6      (Exhibit 25 marked for identification.)
7      THE VIDEOGRAPHER: We are back on the
8  record at 10:39 a.m.
9      BY MR. OSTER:
10  Q  I've handed you what we've marked as Deposition
11  Exhibit No. 25.  Now, I numbered the pages, just so
12  we can have some reference.
13  A  Okay.
14  Q  I want to draw your attention to page number five of
15  that exhibit.  Let me just ask you some questions
16  based on this.  What were the -- what was the total
17  budget for 2008?
18  A  Well, we came in under budget -- well, no.  We raised
19  more money than we thought we would.  I don't have
20  the budget here.
21  Q  Okay.  So am I understanding this document correctly
22  that you guys brought in $2,048,557 in 2008?
23  A  Um-hmm.  Yes.
24  Q  All right.  And I don't see on here any line item
25  from attorneys fees.

1  that.  We have hundreds and hundreds of complaints
2  coming in all the time from the public and members of
3  our group.
4  Q  Where does Freedom From Religion get its money to
5  operate?
6  A  From its membership.
7  Q  How does that work?
8  A  Dues and donations.  And then we do two fundraisers a
9  year.
10  Q  So let's go to 2009.  Actually, when does your fiscal
11  year end?
12  A  It's on the calendar year.
13  Q  So do you already have the numbers from 2009 yet?
14  Are those numbers -- have your budget numbers been
15  tabulated yet for 2009?
16  A  What do you mean?
17  Q  How much money came in?
18  A  Well, no.  The year isn't over.
19  Q  Okay.  So let's go back to 2008.  How much money --
20  what was the operating budget, the total budget, for
21  Freedom From Religion Foundation?
22  A  Well, I would have to look it up for you because I
23  don't have it memorized.  But I was told I needed to
24  bring it, so hold on.
25      MR. BOLTON: Can we go off the record for

1  A  Well, if you look under "Revenue," the legal fund
2  donations were 59,464.  And if you look under
3  "Expenses," legal was 97,498.
4  Q  So do you guys make -- bring in revenue off of
5  attorneys fees?  In other words, when you win a
6  lawsuit --
7  A  No, we never make any money on our litigation.  The
8  attorneys might get their money.  The attorney fees
9  might be paid, but the foundation never gets all of
10  its fees and time back.
11  Q  Okay.  So if you guys win a lawsuit as a plaintiff
12  under a Section 1983 case and so you can recover fees
13  as the prevailing party, that money just goes to the
14  attorneys; it doesn't go to the organization?
15  A  We never get our full -- yes.  The -- I can't
16  remember how the checks are cut.
17      Can I ask you, Rich?
18      MR. BOLTON: No.
19      THE WITNESS: But, I mean, the attorneys
20  fees might be covered, but we never make money on our
21  lawsuits.  It doesn't work that way.
22      BY MR. OSTER:
23  Q  When you guys -- so what percentage of your revenue
24  comes from donations?
25  A  Well, I don't have a pie chart here.  Donations are

1   very important; they're our life blood.  You have the
2   figures there.  But I don't have a pie chart.  I
3   would have to get a calculator to give you a
4   percentage.
5   Q   What would sales be?
6   A   Sales are books, T-shirts, bumper stickers, winter
7   solstice greeting cards.  Mostly books.
8   Q   So you mentioned that donations is a large part of
9   your operating budget; is that correct?
10  A   We do the special project fundraiser twice a year,
11  and people contribute towards specific projects.
12  Q   Okay.
13  A   And that's what -- we raised the money before we
14  spent it on these things.
15  Q   So in 2008, the total revenue you brought in was over
16  2 million.  But it looks like your expenses were
17  1.1 million approximately?
18  A   Yes.
19  Q   So you made $914,000 in 2008.
20  A   But a lot of that was donated for special projects
21  continuing into this year or the future.  Also,
22  you'll see it's donations and bequests, and we got a
23  very large unexpected bequest on the last week of the
24  year.  So that was totally --
25  Q   So where would we find the breakdown of the different

1   donations and special projects?
2   A   Well, I didn't bring everything because that wasn't
3   requested.  But I do have one of the things.  Let's
4   see.  In the winter/spring '08 fundraiser, our legal
5   fund -- and that's last -- that came out at the end
6   of November/early December.  And we're still getting
7   donations coming in from it, actually, but mostly
8   they came in in December, January, February.  So it
9   crosses the calendar year.  We raised $29,541.85 for
10  legal, designated for legal.
11      And then in the spring, we did another
12  fundraiser.  And designated for legal was 19,182.
13  But we have a -- anybody can give money for legal.
14  It's earmarked in a particular way.  So that's not
15  the only money coming in for legal, but from their
16  two fundraisers, that's what came in.
17  Q   So it looks like you made $914,000, as far as you
18  brought in $914,000 more than you spent that year.
19  And then it shows here your net assets at the end of
20  the year was approximately 6.4 million.  Am I reading
21  that correctly?
22  A   That's correct.
23  Q   Now I want to go back to page one of this exhibit in
24  2004.  And what was your total income from that year
25  in 2004?

1   A   803,000.
2   Q   All right.  And how much did you receive in
3   donations, about 305,000?
4   A   Yes.  Including bequests.
5   Q   And then what were your total expenses for that year?
6   A   611,000.
7   Q   So in 2004, if I understand this correctly, you guys
8   made approximately $192,000, as far as you brought in
9   that much more money in revenue than you spent out.
10  So you guys show at least a net income of 192,000?
11  A   Yes.  We do fundraising at the end of the year.  So
12  we always -- we've never been in the black -- I mean
13  in the red at the end of the year.
14  Q   Now, I don't -- I can't tell from this statement what
15  your net assets were, but if you go to page two here
16  in 2005, it shows your net assets at the beginning of
17  the year of 3.2 million.  So I guess the assumption
18  is there that at the end of 2004, you get net assets
19  of 3.2 million?  Would that be a fair assumption?
20  A   Yes.
21  Q   All right.  So then again in 2005, it looks like you
22  brought in $994,000 in revenue, and you only spent
23  $595,000 in expenses.
24  A   What year are you looking at?
25  Q   2005.

1   A   Oh.  Yes.
2   Q   And then in 2 --
3   A   Do you want to notice the legal fund donations versus
4   what we spent out, by the way?
5   Q   Can you explain that?
6   A   Well, we raised 71,000 in legal donations, and we
7   spent 83,000.
8   Q   All right.  How do you guys receive donations?  In
9   other words, you receive dues, correct, and
10  donations?
11  A   Yes.
12  Q   All right.  So let's just go to 2004.  Where does it
13  show in here the amount of dues that you received?
14      MR. BOLTON: The amount of what?
15      MR. OSTER: Dues.
16      THE WITNESS: Do you see under "Renewals"
17  and "New members"?
18      BY MR. OSTER:
19  Q   Yes.
20  A   Right at the very top, the two first items.
21  Q   In 2004, if you remember, how much were
22  the dues for renewal?
23  A   Well, they start at 40.  But then there are different
24  levels of membership, including life member is 1,000.
25  So that would all be included in there.  Most people

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 34

1  are individual, 40; household, 50; but there are
2  different levels that they can sponsor.
3  Q   All right. And would there be different dues for
4  whether you were a renewal or a new member?
5  A   No.
6  Q   But you split them out there just to let people know
7  we have some new members here?
8  A   Yes, to see the difference, yes.
9  Q   How many members did you have in 2004?
10  A   Well, I didn't bring that with me, but in 2005/2006 I
11  can tell you that we were 6,000, almost 7,000 in
12  2006.
13  Q   So by the end of 2006?
14  A   About, yeah. I didn't -- I didn't bring that with
15  me. We have doubled our membership since then.
16  Q   Since when?
17  A   Since 2006.
18  Q   So 2006 you had -- you said 6- or 7,000?
19  A   Yeah, 6- or 7,000.
20  Q   Members?
21  A   And now we have 14,000.
22  Q   What do you account to that growth?
23  A   Well, there's lots of speculation. I think a lot of
24  our members were -- new members were concerned about
25  the faith-based initiative, George Bush and his

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 35

1  faith-based incursions. They were concerned about --
2  they liked all the best-selling books, Rich Dawkins
3  mentions the foundation in his book.
4  Q   Do you think that the more the foundation is out
5  there, the more that you're doing, then the more
6  members you get?
7  A   I think that would be true for every group.
8  Q   And do you think that the more you're out there and
9  the more that you're doing things, the more donations
10  you receive?
11  A   Yes. I'm sure that's true.
12  Q   Do you think that you have received more members
13  because of the National Day of Prayer lawsuit?
14  A   No. It has gotten very little attention from our
15  members.
16  Q   How do you know that you have not received new
17  members because of that lawsuit?
18  A   Well, I'm not sure we have received some, but it's
19  not one that stands out.
20  Q   When did you decide to file the lawsuit?
21  A   I can't remember what year we filed it. Was it
22  last -- two years ago?
23  Q   I believe --
24  A   Rich -- I have to ask.
25  Q   I believe the record would show 2008, beginning 2008.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 36

1  Is that your understanding?
2      MR. BOLTON: Right. And I don't have a
3  problem generally, but I don't want to get into any
4  privileged communications.
5      MR. OSTER: Right.
6      MR. BOLTON: I believe the lawsuit was
7  filed in either October or November of 2 --
8      THE WITNESS: Yeah, I think it was October
9  or September. That's right. Because we filed two.
10      BY MR. OSTER:
11  Q   So you filed in 2008?
12  A   Yes.
13  Q   You think around October of 2008 approximately, maybe
14  September of 2008?
15  A   Yeah. It will be in all of the records.
16  Q   How did you come to the decision to file that
17  lawsuit?
18  A   Well, we were very unhappy about the sheriff in
19  Burnett County, Wisconsin holding a National Day of
20  Prayer breakfast. And --
21      MR. BOLTON: Again, I want to just -- she's
22  doing fine, but I want to caution you not to get into
23  discussions relating to communications with
24  attorneys.
25      THE WITNESS: And we couldn't file a

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 37

1  lawsuit because we didn't have -- well, all of our
2  members in Burnett County were terribly afraid. So
3  we weren't able to redress that. And the sheriff was
4  pointing out that this is a law and the president
5  does it, so why shouldn't he be able to have a
6  National Day of Prayer breakfast. And that's when we
7  started to look at the question again.
8      BY MR. OSTER:
9  Q   So when did you actually decide as an organization,
10  hey, we're going to file this lawsuit?
11  A   I don't remember. Probably August.
12  Q   Did you discuss it as executive -- the executive
13  committee discuss and make that decision, or was it
14  just you and your husband?
15  A   No -- yes.
16  Q   Bad question. It was just you and your husband that
17  made the decision to file the lawsuit?
18  A   Yes.
19  Q   And did you submit a press release to your
20  constituencies, or did you somehow notify your
21  members that you were filing a lawsuit?
22  A   We put out a press release, like we always do, once
23  in a while a little late. I don't remember if we got
24  this one out the week we filed it. But we put it --
25  post it on-line. And I didn't -- I was understaffed.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 38

1  I didn't have time to fax it or send it out by mail
2  to media.
3  Q   Would it be fair to say that before you filed the
4  lawsuit, you had received a lot of complaints from
5  your members regarding the National Day of Prayer?
6  A   For many years, ever since we started, yes.
7  Q   So that's an important issue to your membership?
8  A   Yes.
9  Q   What was your membership total in 2008?
10 A   I don't know.  I can get that for you, but I would be
11 guessing.
12 Q   All right.
13 A   I think it was like 11,000, 12,000, but -- we have
14 all those records back at the office.
15 Q   How many lawsuits did you file in 2009?
16 A   I don't know.  I would have to think about it.  Let's
17 see.  I think we've only -- I think we've only filed
18 one lawsuit.  Is that right?  Yes, I think only one.
19 Q   One lawsuit in 2009?
20 A   Yeah, we have lots of lawsuits going.
21 Q   Which one is that?
22 A   The visitor's center lawsuit in July.
23 Q   How many lawsuits did you file in 2008?
24 A   I would have to have my website in front of me to
25 tell you that.  It's all there.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 39

1  Q   Approximately?  What's your guess on the lawsuits you
2  filed in 2008?
3  A   Somebody got a computer?  I can look it up for you.
4  Q   No.
5  A   We filed two on the National Day of Prayer.
6      MR. BOLTON: When we take a break, why
7  don't we -- we'll talk --
8      THE WITNESS: Yeah, if I had known you
9  wanted that information, I would have had it handy,
10 but --
11     BY MR. OSTER:
12 Q   And for 2007 -- basically for 2004 through now.
13 A   Okay.  I can get that for you.
14 Q   Okay.  Now, in 2009, I'm looking at -- I'm trying to
15 find out where does it list the dues you received?
16 A   It should be right at the top.
17 Q   Renewals and new members?
18 A   Um-hmm.
19 Q   Okay.  How much were the membership dues in 2009?
20 A   The same.  We haven't raised our prices.
21 Q   Okay.  So there is no way I can tell by just looking
22 at that number, 270,000, how many members you would
23 have had because a member could give $40, $50, or
24 $1,000, right?
25 A   This is true.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 40

1  Q   So you mentioned you did a press release after the
2  lawsuit was filed.  Did you do any media on that
3  lawsuit?
4  A   You mean did media call me?
5  Q   Right.
6  A   I'm sure I did, but it wasn't a huge -- huge one.
7  It's not -- you never know what the media are
8  interested in.
9  Q   You don't remember any specific media that called
10 you?
11 A   We have media coverage on our website.  I could look
12 it up for you.  I'm very busy.  I'm talking with the
13 media all the time and sending out press releases all
14 the time, and I just couldn't -- you know, nothing
15 stands to mind.
16     THE VIDEOGRAPHER: Excuse me, we need to go
17 off the record.  We are off the record at 10:55 a.m.
18    (Pause in proceedings.)
19     THE VIDEOGRAPHER: We are back on the
20 record at 10:56 a.m.
21     BY MR. OSTER:
22 Q   So just generally, can you describe for me the
23 fundraising activities that the organization does?
24 What is the organization's fundraising strategy?
25 A   It's very simple and very minimal.  We don't believe

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 41

1  in hounding our members who have already paid 40 or
2  $50.  We send out two fundraising letters a year.
3  And if someone doesn't like getting fundraising
4  letters, we don't send it.  We have something on our
5  computer.  And they all get the same thing.  And in
6  the fall or winter, which will be this
7  November/December, we'll be sending one out.  And we
8  do a yearly review report with it.
9  Q   I'm not sure, you do two fundraising letters a year?
10 A   Um-hmm.  We do a spring and a fall/winter.
11 Q   A spring and fall/winter.
12 A   And we promise our members we do not call you, we do
13 not E-mail you, we don't solicit except with your
14 membership renewal and we send those two fundraisers.
15 That's it.
16 Q   You --
17 A   We really don't like to -- we don't like to get this
18 kind of constant fundraising from other groups.  We
19 don't engage in it.
20 Q   Do you send out E-mails to your --
21 A   No.
22 Q   -- membership?
23 A   No.  The only E-mail we've ever done, we made an
24 exception in February, we created a bus sign, a way
25 for someone to contribute to the bus sign.  Everyone

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 42 |
|---|

1  was asking us to put out bus signs after they did it
2  in London. That's the only time we've ever done
3  that, and it was an exception.
4  Q   During the year, can people donate on your website as
5  well?
6  A   Yes, they can. We get -- most of the donations we
7  get are unsolicited.
8  Q   How do you track the fundraising results?
9  A   We have -- they send back their little slip that
10  indicates what they want the money to go for. And we
11  hold onto it, and we total it up on an adding
12  machine.
13  Q   So it's possible for you to -- you might not be able
14  to do it now, but you guys have the records to be
15  able to tell us how much money you brought in from
16  the, let's say, spring of 2008 fundraising letter?
17  A   Yes, but I just gave you the one from fall 2008 and
18  spring 2009 on legal. I read that to you.
19  Q   Right, but as far as --
20  A   Yes.
21  Q   So you actually -- on these documents you'll have a
22  listing of how much money you brought in from the
23  fall and spring?
24  A   Yes.
25  Q   Show me that again. Where is that?

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 43 |
|---|

1  A   Oh, not on here. No, I read you -- I gave you the
2  results for legal.
3  Q   What do you mean "legal"?
4  A   We usually include legal fund in the fundraising
5  letter.
6  Q   Okay. But I mean just in general. The total amount
7  of funds you would bring in from a certain
8  fundraising letter.
9  A   Yes, we have that.
10  Q   Okay. And I don't suppose you know today how much
11  money you brought in from the fall/winter 2008
12  fundraising letter?
13  A   I don't have that information with me because I
14  thought you would be only interested in the legal
15  fund, since this is what concerns you.
16  Q   Well, I'm guessing that this fundraising letter you
17  sent out in the fall/winter -- actually, let me ask
18  this: Did the fall/winter 2008 fundraising letter
19  mention the National Day of Prayer?
20  A   I think that it -- I don't know. One of them did.
21  It was a half sentence in passing, we were giving a
22  listing. I think it was the fall '08, yes.
23  Q   And then did the spring 2009 mention the National Day
24  of Prayer lawsuit, the National Day of Prayer?
25  A   I don't think so. I don't think so, because we had

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 44 |
|---|

1  discovery on that. But I have the letter. I can
2  check.
3  Q   What do you mean you had discovery on that?
4  A   We gave to you all in discovery. You have it.
5  Q   Right, but I'm just asking if you remember --
6  A   I don't think so. I think we just --
7  Q   So the only fundraising you've done of the National
8  Day of Prayer or the National Day of Prayer lawsuit
9  was a one-sentence deal?
10  A   It was less than one sentence. It -- we listed all
11  of our lawsuits, as we always do, so that if people
12  like a particular lawsuit, then they can -- they know
13  what we're doing, what they're contributing toward.
14  It's called special projects so that people can help
15  us pursue these particular projects. But we just
16  list all of our -- usually list our ongoing
17  litigation so that people know what we're doing. And
18  if they like it, they can contribute. But we did not
19  highlight it in any way. We said it in a sentence
20  that the foundation does things that other groups do
21  not do, including our National Day of Prayer
22  challenge.
23  Q   So how did you make your membership aware of this
24  lawsuit or the National Day of Prayer lawsuit?
25  A   Well, we have -- they all get our newspaper, unless

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 45 |
|---|

1  they choose not to. And we would have reported it in
2  the newspaper.
3  Q   How often does that newspaper go out?
4  A   10 times a year.
5  Q   Is there any other way in which you would have made
6  your membership aware of this lawsuit?
7  A   Well, if -- the members can sign up to get our news
8  releases. And most of them don't. But then they can
9  get them E-mailed.
10  Q   And I assume did you put it on your website?
11  A   Yes.
12  Q   What is your understanding of prayer? What is it?
13  A   It's somebody who thinks that they can change the
14  natural laws of the universe by begging a
15  supernatural deity to do something for them.
16  Q   So prayer, in your understanding, is changing
17  supernatural laws?
18  A   No. It's somebody who thinks that they can change or
19  suspend the natural laws, change events for their
20  betterment by asking a deity, a supernatural deity.
21  Q   Have you ever thought of prayer as being not
22  necessarily believing they can change a supernatural
23  event, but rather just trying to align oneself with
24  God's will?
25  A   Well, I'm sure that's true for some believers.

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

Video Deposition of Annie Laurie Gaylor
November 24, 2009

1  Q  You understand there's a difference here.  I think
2  that prayer --
3  A  I'm not saying that they only pray for selfish
4  reasons.  I'm just saying that it's somebody who
5  thinks there's a supernatural deity who's going to
6  listen to their beseeching, you know, requests and
7  maybe do something for them about it.
8  Q  Right.  That's why I'm trying to get your
9  understanding of what -- your understanding of prayer
10  is.  Because I kind of heard -- the first explanation
11  you gave was that your -- they believe in some kind
12  of supernatural --
13  A  Well, a god is a supernatural being.
14  Q  But that's going to -- the supernatural being is
15  going to do something.  Is that what you believe --
16  A  Well, that's usually what people pray about.  They
17  usually are asking for things.  And that's true in
18  all of the national prayer, Day of Prayer
19  proclamations.
20  Q  So how would you compare meditation with prayer?
21  A  There might be a meditative effect.  A prayer might
22  have a calming effect on somebody who believes in it.
23  I can see that much.  But it doesn't point to
24  anything outside their own brain, their own mind.
25  Q  You think meditation is different?  In other words,

1  if a person is just thinking and trying to collect
2  their thoughts and make their thoughts in line with
3  the universe, let's say, if they're just
4  meditating --
5  A  I don't know how you would do that.
6  Q  -- is that different than prayer?
7  A  I'm sorry?
8  Q  Have you ever meditated?
9  A  I have taken yoga.  I have, you know, tried to
10  meditate.
11  Q  So do you think meditation is different than prayer?
12  A  Yes.
13       MR. BOLTON: Joel, are you going to be
14  going to a different topic at this point?
15       MR. OSTER: I could be, yeah.  This would
16  be a good time to take a break.
17       MR. BOLTON: Can we take a break?
18       MR. OSTER: Yeah.
19       THE VIDEOGRAPHER: We are off the record at
20  11:04 a.m.
21       (A break was taken.)
22       THE VIDEOGRAPHER: We are back on the
23  record at 11:15 a.m.
24       BY MR. OSTER:
25  Q  What are you trying to accomplish with this lawsuit?

1  A  We would like to stop an unconstitutional violation.
2  Q  Do you view this lawsuit as fitting within the
3  overall objectives and goals of the organization?
4  A  Yes.
5  Q  Do you think this lawsuit serves the educational
6  function of the foundation?
7  A  I think there's no question.  Because a lot of people
8  didn't know that -- I mean, we were letting them know
9  that this is a relatively new violation and dating
10  only to 1952.
11  Q  Do you think America has a Christian heritage?
12  A  America's government does not have a Christian
13  heritage.
14  Q  So, like, when the Supreme Court ruled in I believe
15  1892 -- you're probably familiar with this -- if you
16  look through your volumes of history, it says that we
17  are a Christian nation?  Are you generally familiar
18  with that line from the Holy Trinity case?
19  A  I think that that has been definitely overruled in
20  practice by the Supreme Court.
21  Q  But as far as history, do you agree with their
22  assessment that we do have a -- if you look at our
23  history, we are religious people?
24  A  Actually, that's not true.
25  Q  What do you mean by that?

1  A  Well, the Ofeffer's (phonetic) book that --
2  religion/church and state points out that very few
3  people were going to church at the time the country
4  was founded.
5       And one of the reasons that the
6  Christian -- what was it called, the Christian party
7  in government wanted to stop delivery of the mail on
8  Sunday.  That was one they started crusading for in
9  the 1820s, was because they thought that there were
10  too many men going to bars to pick up -- you know,
11  going -- after they picked up the mail.  They weren't
12  at church.  So that's -- I mean, you would have to
13  look at the history of demographics of church going,
14  and you couldn't make a generalization like you did
15  that I could agree with.
16  Q  Are you trying to stop presidents from calling the
17  nation to pray?
18  A  I don't think that it's part of the duty of our
19  elect -- highest elected official to urge Americans
20  to pray as part of his job description, which is what
21  the National Day of Prayer law requires.
22  Q  But are you trying to stop the president from calling
23  the nation to pray?
24  A  On the first Thursday of May as part of his legal
25  duties, yes.

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

Video Deposition of Annie Laurie Gaylor
November 24, 2009

1  Q  So you don't care if the president calls the nation
2  to pray on any other day besides the first Thursday
3  of May?
4  A  I consider this different from anything else.
5  Q  Why?
6  A  Because he's mandated to do it by law.
7  Q  So you have no problem with the president calling the
8  nation to pray on --
9  A  I do.  I do.
10  Q  -- October 1st?
11  A  I do feel offended if I'm being told to pray by any
12  public official.  But this law is different because
13  it's recurring, it's annual, he has to do it.  I
14  don't think most presidents would do this unless they
15  were ordered to.
16  Q  Well, just take, for instance, George Washington when
17  he issued a prayer proclamation that all Americans
18  have a day of thanksgiving in prayer.  Do you think
19  that that type of proclamation from George Washington
20  should not have been given?
21  A  Well, I would rather he hadn't done it.  But the
22  difference is that Congress urged him to do it; they
23  didn't pass a law saying every president had to do it
24  from now on.
25  Q  So you don't have a problem with George Washington's

1  proclamation when he asked the nation to pray?
2  A  I don't like the fact that he did it.  But, of
3  course, I wasn't around then.
4  Q  But if Obama were to do that now?
5  A  I would feel that he was overstepping the decorum of
6  the office.  I think that he should take the advice
7  of President Thomas Jefferson who famously noted that
8  only civil powers have been given to presidents and
9  none to direct the conscience of their constituents.
10  And that was Thomas Jefferson doing a reading on the
11  First Amendment and what it meant with the
12  establishment clause.  And I think Thomas Jefferson
13  was right.
14  Q  So I understand your position and what you're asking
15  for in this case, you are not asking the president
16  not to give a prayer proclamation outside of any
17  context other than the first Thursday in May?
18  A  Well, I --
19       MR. BOLTON: Let me interject here to the
20  extent that a lot of this is calling, I think, for
21  legal opinions by the witness. She's not a lawyer,
22  in terms of the relief that is requested or
23  appropriate. I mean, I'm not sure that trying to get
24  a legal opinion from the witness is appropriate. And
25  for that reason, I object.

1       MR. ROSENBERG: Let me just jump in, too,
2  because we're asking a couple questions about the
3  president. I just object to the form on the question
4  because it had a double negative. I want to make
5  sure that whatever question is asked, that we're all
6  clear on what the question is for the record.
7       MR. BOLTON: I will represent that the
8  subject of the pending lawsuit is the National Day of
9  Prayer as mandated by Congress. And that's the --
10  that is the subject of the pending lawsuit.
11  BY MR. OSTER:
12  Q  I do think it's fair for me to hear from you, since
13  you're a plaintiff in the case, as to what you are
14  trying to achieve by filing this lawsuit, what relief
15  you are seeking. So I just want to make sure I
16  understand that you are not trying to stop the
17  president from issuing a prayer proclamation at any
18  other time or occasion, other than the first Thursday
19  in May?
20       MR. BOLTON: I think that question calls
21  for speculation, because we don't know the
22  circumstances, the frequency, the regularity. I
23  mean, I don't know that we can answer that question
24  in a speculative form.
25

1       BY MR. OSTER:
2  Q  I just need to know what you're asking for in this
3  lawsuit. You filed the complaint. What are you
4  seeking?
5  A  We're asking that the president stop filing National
6  Day of Prayer proclamations.
7  Q  In general, any time of the year?
8  A  Well, the National Day of Prayer proclamation is by
9  law the first Thursday in May.
10  Q  So, again, so I understand, you are not asking the
11  president to not issue a prayer proclamation any
12  other time other than the National Day of Prayer, the
13  first Thursday in May?
14       MR. BOLTON: I will represent that that is
15  the subject of the lawsuit, and that is the relief
16  that would be requested as part of this lawsuit. If
17  you are asking whether or not we would go beyond that
18  to your hypothetical, that's not the subject of the
19  lawsuit. But that is not to say that depending on
20  what the circumstances were, that we're agreeable to
21  that situation. I'm simply saying that is
22  speculative, and we would have to know the
23  circumstances.
24       BY MR. OSTER:
25  Q  You may answer.

**Freedom From Religion Foundation, Inc., et al., v.**
**President Barack Obama, et al**

**Video Deposition of Annie Laurie Gaylor**
**November 24, 2009**

1   A   What?

2   Q   You may answer.

3   A   Well, you're going to have to read the question back.

4      (Previous question read back.)

5      THE WITNESS: Is that another double

6   negative here?  Read it again.

7      (Previous question read back.)

8      THE WITNESS: Well, this lawsuit is dealing

9   with the National Day of Prayer proclamations, which

10  is the first Thursday in May.

11     BY MR. OSTER:

12  Q   So if the president issued a prayer proclamation for

13  June 1, your lawsuit is not seeking to stop that from

14  happening, correct?

15     MR. BOLTON: Calls for speculation.

16  Objection.

17     THE WITNESS: Our lawsuit is dealing with a

18  statute ordering the president to issue prayer

19  proclamations urging Americans to unite in prayer on

20  the first Thursday in May.  There's no statute

21  requiring the president to do that on June 1st.  We

22  assume the president's not going to do that on

23  June 1st.

24     BY MR. OSTER:

25  Q   Are you familiar with the time when President Bush

1   called the nation to pray after 9/11?

2   A   Yes.

3   Q   And is your lawsuit seeking to stop those type of

4   instances where the president calls the nation to

5   pray?

6   A   No.  But we thought that was highly inappropriate,

7   and we did issue a press release about it.

8   Q   Why did you think it was inappropriate?

9   A   Because it was -- because religion was the problem

10  with 9/11, and then here was the president giving us

11  more religion.  We didn't need more religion.  And it

12  also excluded all the Americans who are not religious

13  from participating in this mourning of what happened

14  on 9/11, which involved people of all religions and

15  no religion who lost their lives or whose families

16  were disrupted.  And it was done in a Christian

17  setting, which was, I think, insensitive.

18  Q   How was it done in a Christian setting?

19  A   It was at the cathedral, the national cathedral.

20  Q   How long have you been aware of the National Day of

21  Prayer?

22  A   I think since we started the group.  '76, '77, '78.

23  Q   And I assume --

24  A   I may have been aware before then.  I'm not sure.

25  Q   Have any of those prayer proclamations caused you to

1   pray?

2   A   No.

3   Q   Are you aware of anyone within your membership -- are

4   you aware of whether anyone from your membership has

5   ever been forced to pray due to these proclamations?

6   A   No, but they were very, very frustrated by them.

7   Q   Do you think it's a good idea that Congress starts

8   its sessions with prayer?

9   A   No, nor did James Madison.

10  Q   But do you recognize this practice has been going on

11  for a long time in America?

12  A   Yes.

13     MR. BOLTON: Just so -- which practice are

14  we referring to?

15     MR. OSTER: The practice of starting

16  Congress with prayer.

17     MR. BOLTON: The legislative prayer.  Okay.

18     BY MR. OSTER:

19  Q   Do you think for that reason it should continue?

20  A   For what reason?

21  Q   The fact that prayer -- the practice of prayer before

22  the legislative session that's been going on for a

23  long time, do you think for that reason it should

24  continue?

25  A   No.  And I always think that's a very bad reason to

1   do anything.  If we were going to do something just

2   because it was a tradition, slavery would still be

3   around.

4   Q   So you disagree with the Supreme Court on that issue

5   of legislative prayer?

6      MR. BOLTON: Well, objection.  You asked

7   her what her view was.  You did not ask her for a

8   legal opinion.  And if you ask her for a legal

9   opinion, I will object.

10     BY MR. OSTER:

11  Q   You may answer.

12  A   The Supreme Court has not addressed congressional

13  prayers.

14  Q   Again, I --

15  A   There's no decision to --

16  Q   I know you're not an attorney, but --

17  A   Marsh did not talk about the prayers opening

18  Congress.

19  Q   But you would agree -- I know you're not an attorney,

20  so this is not, you know -- you would agree that

21  Marsh dealt with legislative prayer; would you not?

22  A   Yes.

23  Q   And since you are involved in this area, I assume you

24  understand that the reason the Supreme Court gave in

25  Marsh was because it had been in practice in the

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

1  history of the United States to allow for that kind
2  of thing to happen?
3      MR. BOLTON: I'll object.  That certainly
4  is part of the Court's reasoning.  But the Court also
5  concluded that the legislative prayer did not have
6  the effect of actually being religious as it was
7  being used.  So to the extent that we're going to
8  discuss legal precedent with the witness, I mean, I
9  think I have to be involved in that discussion also.
10     BY MR. OSTER:
11 Q  You may answer.
12 A  Do you want to give the question again?
13 Q  Yeah.  So do you disagree with the Supreme Court's
14 rationale in Marsh that the practice of legislative
15 prayer should continue because it's an historical
16 practice?
17     MR. BOLTON: Object to the form of the
18 question.
19     BY MR. OSTER:
20 Q  You may answer.
21 A  Well, that was part of the reasoning.  And --
22 Q  You disagree with it?
23 A  I do disagree with that part of the reasoning.  I
24 think that's very bad reasoning.  As I said, because
25 under that kind of logic, then you could excuse

1  anything, including slavery, because it's a
2  long-standing practice.
3  Q  So do you equate calling the nation to pray with
4  slavery?
5  A  No, although some of our members think that religion
6  is the enslavement of the mind.
7  Q  So you do?
8  A  Some of our members believe that.
9  Q  I want to go back to -- when did you first become
10 aware of the National Day of Prayer?
11 A  As I previously stated, certainly by '76, '77, '78.
12 And I might have been aware of it in high school.  I
13 don't remember.
14 Q  What is your earliest recollection in 1976 or soon
15 thereafter of efforts by the Freedom From Religion
16 Foundation to counter the National Day of Prayer?
17 A  We started doing a lot more in the '80s, 1980s.  And
18 I didn't join the staff until '85.  And I
19 specifically remember receiving press about the
20 National Day of Prayer Task Force.
21 Q  What did you receive?
22 A  Well, we reported it in Free Thought Today about
23 their, you know, participation in this National Day
24 of Prayer festivities.
25 Q  Have you ever confused a task force with a government

1  entity?
2  A  Not that I know of.
3  Q  So then I want to ask a couple questions here
4  regarding what the task force -- I'm sorry, what the
5  foundation has done to protest the National Day of
6  Prayer.  So you said that the first recollection you
7  had was sometime in the mid-'80s.  Could you expound
8  upon --
9  A  Well, I wasn't part of the staff until 1985.
10 Q  So what was your first recollection of what the
11 foundation did to protest the National Day of Prayer?
12 A  We reported it in Free Thought Today.  I did some
13 press releases in the '80s about it, quoting Thomas
14 Jefferson and his letter saying that he didn't think
15 the president had the power to direct the conscience
16 of his constituents and why he refused to issue any
17 days of thanksgiving or prayer.  I researched that
18 letter, and we took phone calls and received
19 clippings and letters and have ever since from our
20 members who were distressed by it.
21 Q  Did you -- did the organization ever stage or plan a
22 protest of the National Day of Prayer?
23 A  We didn't, but our individual members have, and some
24 of their local groups.
25 Q  And --

1  A  We urged our members to do that.
2  Q  How did you do that?
3  A  Well, through Free Thought Today and direct contact
4  with them when they would call or write about
5  problems in their area.
6  Q  And did your members do this?
7  A  Many of them did, those who are activists.
8  Q  Based on my review of the history of the foundation,
9  based on the documents you've given us, I know you
10 filed two lawsuits here recently against the National
11 Day of Prayer.  And then you have done some other
12 recording of complaints and urging people to do
13 protests.  Have you done anything else, besides the
14 two lawsuits and recording complaints and urging
15 people to protest National Day of Prayer events, to
16 combat the National Day of Prayer?
17 A  Did you look at our discovery?  I mean --
18 Q  That's what I'm asking you.
19 A  It's boxes and boxes of what we've done and
20 correspondence and press releases and reporting in
21 Free Thought Today, the activism of our members
22 encouraging our members to protest it.  Then starting
23 to track the National Day of Prayer Task Force and
24 its interaction with the government, which really
25 stepped up after '88.  And that's when we -- our

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 62

1 complaints stepped up. It became much more of a
2 splashy thing for the National Day of Prayer.
3 Q   What do you mean by that?
4 A   It was a big deal everywhere, and it was much more
5 overt and we received many more complaints as a
6 result from our membership. And people were much
7 more aware of it because it was on the same date
8 every year and because it was being organized by the
9 National Day of Prayer Task Force. And we would
10 get -- you know, we would start getting calls in
11 March or April, and they would continue on afterward.
12 In the old days, everything came in by mail. And so
13 people would be sending clips beforehand about things
14 going on in their area, and then they would be
15 sending them afterward. So we might start getting
16 complaints in March, and they might continue through
17 the summer.
18     Before the Internet things moved at a
19 slower pace, so we were dealing with it for a long
20 time. And constantly asking us what could we do to
21 stop this violation. And being very frustrated and
22 stressed about it because what do you do when there's
23 a national law directing the president to issue this
24 proclamation and you know it's going to recur every
25 single year and it's percolating down to all the

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 63

1 governors and the mayors and the county execs, and
2 they're all holding events in capitols and city halls
3 and county buildings. And it's very splashy. A very
4 splashy violation, very impossible to avoid every
5 year.
6     MR. BOLTON: Do you have -- I don't know if
7 there's any other question pending at this point.
8     MR. OSTER: No, I don't think I had another
9 question pending. Do you want to take another break?
10     MR. BOLTON: Sure. How are we doing on
11 time?
12     THE VIDEOGRAPHER: We are off the record at
13 11:35 a.m.
14     (A lunch recess was taken.)
15     THE VIDEOGRAPHER: We are back on the
16 record at 12:28 p.m.
17     BY MR. OSTER:
18 Q   What is the National Day of Reason?
19 A   That's an idea that some secular people have come up
20 with that that's what we should really have, is a
21 National Day of Reason, not a National Day of Prayer.
22 A National Day of Reason wouldn't violate
23 constitution, and it would promote something useful.
24 Q   Who came up with the idea?
25 A   I don't know.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 64

1 Q   Was it your organization?
2 A   We might have. It's been floating around a long
3 time.
4 Q   Does your organization promote it?
5 A   We have.
6 Q   And why do you promote it?
7 A   As an idea of what would be appropriate for the
8 government to do.
9 Q   How is a National Day of Reason different than a
10 National Day of Prayer?
11 A   Well, prayer -- we don't think that -- you know,
12 "Nothing Fails Like Prayer" is the bumper sticker we
13 have around our office. We don't believe in prayer.
14 Our members are rooted in the natural world, and they
15 don't think there is a deity who answers prayer.
16     And furthermore, our group exists to
17 make sure that religion stays out of government.
18 There's no god in our Constitution, they didn't pray
19 at the constitutional convention that adopted it.
20 There shouldn't be prayer in government. And we
21 don't think the president should be dictating to
22 constituents that they should pray or what they
23 should pray about, which I think is almost as
24 offensive.
25 Q   Now, a couple points I want to follow up on what you

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 65

1 just said. You said that you don't believe that
2 there is a deity who answers prayer. So does your
3 organization believe that there is a deity, just that
4 doesn't answer prayer or --
5 A   No, I don't. And most of our members do not believe
6 in any god or gods. But there are a few deists in
7 our group.
8 Q   So do you view the National Day of Reason as an
9 alternative to the National Day of Prayer?
10 A   It's a protest of the National Day of Prayer.
11 Q   And I believe in your view, prayer is unreasonable?
12 A   The idea that there's efficacy in prayer is
13 unreasonable.
14 Q   So if there were no National Day of Prayer, would you
15 still promote the National Day of Reason?
16 A   It was suggested as a protest of the National Day of
17 Prayer. I don't think it would have been suggested
18 otherwise, if there hadn't been religion in
19 government. But it would be constitutional.
20 Q   And some municipalities, am I correct, have had a
21 National Day of Reason?
22 A   I have not tracked that. I mean, we've reported it
23 in the paper, but I couldn't tell you which ones have
24 or haven't. I think there's a few mayors or city
25 councils that might have signed proclamations, but I

**Freedom From Religion Foundation, Inc., et al., v.**
**President Barack Obama, et al**

**Video Deposition of Annie Laurie Gaylor**
**November 24, 2009**

1  don't know which.  It hasn't taken on.
2  Q  Now, what is your view of what was referenced in the
3  Declaration of Independence when it says we are
4  endowed by our creator with certain unalienable
5  rights?
6  A  Well, that was written by Thomas Jefferson who was a
7  deist, but it's not the founding document of our --
8  it's not the Constitution.
9  Q  But do you believe it is a founding document of our
10  country?
11  A  Well, it was the document in which we declared our
12  independence from Great Britain, yes.
13  Q  And it references a "creator of mankind," does it
14  not?
15  A  It's a deistic idea, yes, because the Declaration of
16  Independence is profoundly rational and is not based
17  on the Bible.
18  Q  But just so I understand, it is based on a thought or
19  a principle that there was a creator, correct?
20  A  I don't think it's based on that thought, no.
21  Q  So what is your interpretation of what's meant by
22  saying we are endowed by our creator with unalienable
23  rights?
24  A  Well, when you read the Declaration of Independence,
25  it doesn't talk about sovereignty being in a creator.

1  It talks about the ability of people to create their
2  own government.
3  Q  But it definitely talks about there was a creator of
4  rights, correct?
5  A  In passing.  And Thomas Jefferson was a deist.  But I
6  think if he had been born a century later, he would
7  not have been.  He was preDarwin.  He cut up the
8  Bible and took out all the passages in it that he
9  thought were wrong about Jesus, all of the
10  supernatural passages.  And he made very many strong
11  statements that were antibiblical.  He was not a
12  Bible believer or a Christian.
13  Q  Would you agree that there is a significant amount of
14  our population -- or the American people that have a
15  Christian heritage?
16  A  What do you mean by that, a Christian heritage?  Do
17  you mean their family used to be Christian?
18  Q  Either they're Christian or their families were
19  Christian.  In their heritage there are Christian
20  beliefs.
21  A  Well, I think that there are a lot of people in this
22  country who identify as Christian.  I would agree
23  with that.  I can't speak to their heritage.
24  Q  And you would agree that that's been true throughout
25  our nation's history, correct?

1  A  Well, I would, again, point out that most people
2  during the revolutionary era were not church going.
3  I don't know whether there were any surveys about how
4  they identified.
5  Q  But you would agree that -- well, follow up on that
6  statement.  Would you agree that even a larger
7  percentage of American people claim a religious
8  heritage beyond just being Christian?
9  A  I guess I'm having trouble with that religious
10  heritage.  I don't know what that's got to do with
11  anything.
12  Q  Let's define religious --
13  A  I don't know what they can claim about their
14  heritage.
15  Q  I'm asking you about your understanding of what the
16  American people identify with.  And would you not
17  agree that a large percentage of our population
18  identify with a religious heritage, whether that be
19  they hold religious beliefs or they believe in a god
20  or they go to church, whatever --
21  A  Most people don't go to church in this country.  A
22  majority do not go to church on any given Sunday.  In
23  my understanding, it's about 70 percent of the
24  population believes in a personal god.  And that's
25  way down.  I can speak to the statistics today.  I

1  don't know about what they think about their
2  heritage.
3  Q  So I'm asking again, your understanding, your
4  opinion, do you think that a large percentage of
5  American people claim to have a religious heritage?
6  A  I don't know what they claim about their religious
7  heritage.  I can only speak to what they're telling
8  pollsters about their beliefs.
9  Q  And I believe you testified that that's 70 percent
10  believe in a personal god?
11  A  About, yeah.  That was the American Religious
12  Identification Survey, which means 30 percent do not
13  believe in a personal god or a god at all.  That's a
14  lot of people.
15  Q  I have no more questions.
16      EXAMINATION
17      BY MR. ROSENBERG:
18  Q  Good afternoon, Ms. Gaylor.  My name is Brad
19  Rosenberg.  As we mentioned at the beginning of this
20  deposition, I'm an attorney for the United States
21  Department of Justice, and I'm here representing
22  President Barack Obama and White House press
23  secretary, Robert Gibbs.  How are you doing today?
24  A  Fine, thank you.
25  Q  Holding up okay in the deposition?

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 70

1  A  I hope so.
2  Q  I want to go back to a couple of topics that you
3  discussed with Mr. Oster this morning, particularly
4  the issue of your awareness of the existence of the
5  National Day of Prayer.  My recollection is that
6  you've been aware of the existence of a National Day
7  of Prayer for quite some time?
8  A  Yes.
9  Q  You nodded your head yes.  When did FFRF first
10  consider bringing a lawsuit involving the National
11  Day of Prayer?
12  A  We were asked to take it to court many times by our
13  members over the years.  And we just weren't sure,
14  you know, how to do that.  And we just -- it became
15  an increasingly -- a problem over the years with so
16  many members looking to us for leadership on this
17  issue and saying that they thought it was so terribly
18  harmful to the notion of a secular government, that
19  our president had to proclaim a National Day of
20  Prayer and they were constantly being told that they
21  had to pray.
22      I mean, the presidents almost always
23  used the words "all," "every," "each American."  They
24  tell us what to pray about.  This is deeply, deeply
25  offensive to our members on a personal level and also

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 71

1  because they support the separation of church and
2  state.
3  Q  Let me go back for a minute.  And I want to emphasize
4  at the outset that I'm not asking for any information
5  that you may have shared with your counsel.  And, you
6  know, to the extent that my questions can be
7  construed that way, that's not the type of
8  information I'm looking for.
9      But you indicated that you've received
10  complaints from members for many years, but you
11  weren't sure how to -- how to bring a lawsuit.  What
12  did you mean by that?
13  A  Well, we have so many different cases, and we can't
14  take everything.  And, you know, we just have to
15  budget for our litigation.  And our attention was
16  always turned to something else by some other legal
17  emergency, I suppose.
18  Q  Was there anything about bringing the National -- a
19  lawsuit against the National Day of Prayer or
20  challenging the National Day of Prayer that struck
21  you as problematic?
22      MR. BOLTON: Again, I'll object certainly
23  to the extent that that calls for any attorney/client
24  communications.
25      THE WITNESS: The biggest problem we always

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 72

1  have in the lawsuit is finding an attorney with the
2  background to take a lawsuit and finding an attorney
3  who is willing to do it and who is free to take it,
4  not -- not charging us nothing, but available.
5      BY MR. ROSENBERG:
6  Q  Was that a problem for bringing -- let me back up for
7  a second.  Was that ever an issue when the Freedom
8  From Religion Foundation was first considering
9  bringing a lawsuit regarding the National Day of
10  Prayer?
11  A  No.
12  Q  Okay.  So were there any other issues involving a
13  lawsuit regarding the National Day of Prayer that
14  were problematic from --
15  A  Not really.
16  Q  You mentioned that FFRF's members have asked FFRF to
17  bring a lawsuit for many years?
18  A  And they've asked us to do anything we could about
19  it.  I mean, what can -- they would ask for advice
20  about what they could do, as well as always wanting
21  us to do more.  And it was like a recurring violation
22  that it just -- it was like feeling so impotent to
23  really get at the root of the problem, which is that
24  there is a mandate by Congress to the president to
25  issue a National Day of Prayer, and that that had

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 73

1  created a whole series of other violations as well,
2  and a perception in the public's mind that it was
3  appropriate for their government to tell them to
4  pray.
5  Q  It's fair to say, I think you would agree, that many
6  of FFRF's members dislike the National Day of Prayer?
7  A  They feel very, very strongly that it's injurious to
8  them that their freedom of conscience is being
9  flouted by the government, they are being told
10  they're second-class citizens, they are outsiders.
11  They don't pray, and yet all Americans are supposed
12  to pray.  And it's just -- I mean, metaphorically
13  it's kind of like being told to go to church by your
14  president, told you're not the right person because
15  you're not religious.
16  Q  Have FFRF members looked to FFRF to do something
17  about this problem?
18  A  They -- our members and members of the public are in
19  continual communication with us about violations all
20  over the country, big and small.  And this is a
21  recurring violation, one that we've heard about every
22  year, all spring through the summer.
23  Q  Do you recall when you were first approached by an
24  FFRF member involving the National Day of Prayer?
25  A  It would have been in the '70s after we started.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 74

1  Q  Do you recall who --
2  A  Probably by phone.
3  Q  Do you recall who that individual might have been?
4  A  I don't.
5  Q  Do you recall any specific conversations from the
6  1970s involving the National Day of Prayer?
7  A  I don't.  But I wasn't on staff.  We didn't actually
8  have a paid staff in the early '70s.  It was when I
9  became a staff member that I started doing that.
10  Q  When was the first specific conversation that you
11  recall having with someone about the National Day of
12  Prayer, approximately?
13  A  I don't have phone logs from the 1980s.  We would
14  have been getting phone calls, we would be getting
15  clippings with notes, you know, about the National
16  Day of Prayer proclamation and the local observances,
17  for example, and coverage of the presidential
18  proclamations and people saying, how can this happen.
19      And then we researched it and found
20  out about the law.  And, you know, we just got
21  incessant phone calls and letters at the time of the
22  National Day of Prayer proclamation.
23  Q  Do you recall --
24  A  -- to do something about.
25  Q  Do you recall if anyone in the 1980s asked FFRF to

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 75

1  sue to challenge the National Day of Prayer?
2  A  Well, I think that Catherine Fahringer did.  She was
3  one -- she became an officer of our group.  And she
4  was in San Antonio.  And there's a lot of discovery
5  on her activism, and she was one of our officers.
6  Q  I remember seeing that.
7  A  Yes.  And she would go to monitor the prayer
8  breakfasts and picket at city hall.  She was very
9  impatient and really wanted to make a difference.
10  She wanted to stop this violation.  So certainly
11  Catherine would have.  And my mother and I talked
12  about it.
13  Q  What did you --
14  A  As a --
15  Q  I'm sorry.  Go ahead.
16  A  Talked about that it's something we would like to try
17  to do someday.
18  Q  What specifically -- do you recall anything else
19  about what you discussed with your mother regarding
20  the National Day of Prayer back in the 1980s?
21  A  Well, we discussed the way that the National Day of
22  Prayer proclamations were percolating down to the
23  governors and to the mayors.  And in the late '80s we
24  did a huge campaign -- we were a very tiny office --
25  and sent out over 30,000 letters to mayors asking

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 76

1  them not to issue prayer and Bible proclamations, for
2  example.  So that was a big deal for our office.
3      And we put things in Free Thought
4  Today.  We went back into history and put in the
5  wording of Thomas Jefferson, for example, and warned
6  people about the National Day of Prayer in advance.
7  We covered what happened at the National Day of
8  Prayer proclamations federally and at the state level
9  in our newspaper.
10      And then we covered a lot of and we
11  still cover a lot of our members' individual actions.
12  And those increased after '88 when the law became
13  fixed, when the date became fixed and the National
14  Day of Prayer Task Force became so terribly active.
15  Q  So the fact that the law became fixed in 1988 allowed
16  Freedom From Religion Foundation to get its word out
17  regarding the National Day of Prayer on a regular
18  basis as well; did it not?
19  A  Well, I wouldn't look at it that way.  It increased
20  our problems with violations of separation of church
21  and state; it increased the public awareness, our
22  members' awareness, that the president was dictating
23  to them that they should pray on this day for the
24  whole day, they should unite in prayer with their
25  community and their other people, that that was an

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 77

1  order from the president.  And then he would tell
2  them what to pray about.  And our members really,
3  really feel affronted at this, because it's like
4  telling them they are supposed to believe in a god
5  and they're wrong because they don't.  And they're
6  supposed to pray to that god, and they're supposed to
7  pray to God about particular things that's on the
8  president's agenda.  It really is quite an affront to
9  someone who's not religious.
10  Q  We'll get to the specifics of some of the
11  proclamations in a few minutes, but there are no
12  presidential proclamations that direct people to pray
13  all day, are there?
14  A  Well, but it's a fixed day.  It's the National Day of
15  Prayer for 24 hours.
16  Q  I believe you said that the president would tell
17  people to pray all day.  There are no proclamations
18  that tell people to pray all day, are there?
19  A  Well, yes.  Well, actually, Jimmy Carter -- should I
20  get it out -- does --
21  Q  I'll take a look at that.
22  A  -- make biblical reference to that fact.  And I think
23  so does Regan.  Let's see, are these out of order?
24  And they all say every citizen, just looking at 1983,
25  Ronald Regan.  But there's more than one that cites

1  the Bible on this.
2  Q  That actually wasn't my question.  My question was,
3  are you aware of a proclamation --
4  A  I am.
5  Q  -- that tells American citizens to pray all day?
6  A  I -- well, just take -- give me a minute.  I have it
7  in the finding of facts.  And I just can't remember
8  it.  It's the part where the Bible says that we
9  should be praying incessantly.  And Jimmy Carter says
10  it somewhere, and so does Ronald Regan, I think.
11  Q  I think we could agree that the proclamations speak
12  for themselves and we can take a look at that later.
13  A  Well, it's in there.  And they do tell us we're
14  supposed to -- you know, for example, 1979 Jimmy
15  Carter says, "I ask all Americans to join with me on
16  that day to recommit ourselves to God."  I mean,
17  these are not even just telling you to pray.
18  "Recommit yourself to God."
19     If you are Godless, if you are -- you
20  don't believe in a God, what does this proclamation
21  say to you?  It says you -- you're wrong, and I'm
22  your president, and I'm telling you you're supposed
23  to pray.  And it also says -- usually they say, you
24  know, unite with other Americans.  It often tells you
25  in your churches, in your communities.

1     It leaves us out cold, and it also
2  tells us that we are the -- we are the wrong
3  religion, we're not true Americans.  It says
4  direct -- also he told us to fast.  That is all day.
5  Jimmy Carter, 1980.
6  Q  But he didn't say to pray all day, did he?
7  A  Well, if you want to give me five minutes, I'll find
8  it.
9  Q  Why don't we go back to that.
10  A  Okay.
11  Q  Do you consider atheism to be a religion?
12  A  No.
13  Q  What about agnosticism?
14  A  No.
15  Q  Let's go back for a moment.  I think you mentioned
16  Catherine Fahringer?
17  A  Fahringer.
18  Q  She was an FFRF member who was very opposed to the
19  National Day of Prayer.  Did she approach you about
20  filing a lawsuit over the National Day of Prayer?
21  A  I -- you know, I think that she wanted us to do
22  everything we could to stop it.  And obviously
23  litigation was the final remedy.  I mean, we've done
24  everything else but.
25  Q  Did you discuss the possibility of a lawsuit with

1  her?
2  A  I certainly did not go into any detail with her about
3  it.  She probably just expressed a wish that we could
4  do -- do something like that someday.
5  Q  When was the first time that you recall having a
6  detailed conversation about the possibility of a
7  lawsuit with someone regarding the National Day of
8  Prayer?
9  A  Details, it was after our frustration with the
10  Burnett County Sheriff in Wisconsin.  It was kind of
11  like the last straw for us, that really we were just
12  tilting at windmills to do anything except sue at
13  this point.
14  Q  Prior to that time, did the FFRF executive committee
15  ever discuss the possibility of filing a lawsuit
16  regarding the National Day of Prayer?
17  A  I'm sure we did.  I mean, it was on the laundry list
18  of things that we might do someday.  But I don't
19  remember.  I don't know.
20  Q  Are there any minutes from executive committee
21  meetings that reflect discussion of a lawsuit
22  involving the National Day of Prayer?
23  A  I don't think so.  I mean, I don't think in that
24  detail.
25  Q  What about the board of directors?  Would that have

1  any discussion?
2  A  I would have to go and look.  I mean, when people
3  make suggestions, we write it down and put it in the
4  minutes.
5  Q  Has it ever come up at FFRF's conventions, other than
6  the last convention about which you previously
7  testified?
8  A  Well, that's when we have our meetings.  I mean, it
9  would come up after the convention at meetings.
10  People's wish lists for violations to correct, you
11  know, they would -- people will bring it up all year
12  round, but if they're at the meeting, they might make
13  a suggestion.  But I can't come up with a specific
14  moment for you.
15  Q  You described the Burnett -- the situation involving
16  the Burnett County Sheriff's Department as the
17  impetus for this lawsuit.  After that event took
18  place and FFRF -- that was when FFRF first considered
19  filing a lawsuit?
20     MR. BOLTON:  Well, I'll object.  I think
21  that misstates her testimony.
22     BY MR. ROSENBERG:
23  Q  You can answer.  Or if I've misstated your testimony,
24  if you could clarify, that would be great.
25  A  It was when we really talked to Rich, talked to an

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09    Page 82

1 attorney about what we could do to remedy this
2 violation.
3 Q Prior to --
4    MR. BOLTON: Again, I'm not trying to be
5 difficult, but when you walk up to that line, then
6 don't go beyond that in terms of the actual substance
7 of any communications --
8    THE WITNESS: Okay.
9    MR. BOLTON: -- just because that's -- that
10 gets us into a whole different legal realm.
11    BY MR. ROSENBERG:
12 Q And prior to speaking with your counsel about the
13 possibility of a lawsuit challenging the National Day
14 of Prayer, did you discuss such a lawsuit with anyone
15 else?
16 A I don't know how to answer that. I'm not following
17 you.
18 Q Well, in other words, at some point in time, some
19 specific date, you approached your counsel,
20 Mr. Bolton, about the possibility of filing a lawsuit
21 challenging the National Day of Prayer.
22 A Yes, at some point we did.
23 Q Prior to approaching Mr. Bolton, did you have any
24 specific conversations with anyone regarding the
25 lawsuit?

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09    Page 83

1 A Well, with our staff.
2 Q Okay. What was --
3 A Over the years. We talked about all the violations
4 stemming from the 1950s and what we could possibly do
5 to remedy them.
6 Q Well, what about lawsuits involving the National Day
7 of Prayer? Was that discussed among your staff?
8 A I'm sure I talked about it with my mother, Ann
9 Gaylor, who is the founder; Dan; Rebecca at some
10 point this year.
11 Q And what was discussed? And, again, I don't want to
12 know about any conversations you've had with
13 either --
14 A Rebecca was actually hired after we filed the
15 lawsuit, so I guess I wouldn't have talked with her
16 about it.
17 Q And I don't want to know about any conversations you
18 had with your in-house counsel either, but I am
19 interested in conversations that you may have had
20 with other staff members or other members with the
21 Freedom From Religion Foundation regarding a possible
22 lawsuit.
23 A Well, I don't -- you know, we talk about violations
24 of separation of church and state all the time at our
25 office. And this is a pronounced recurring violation

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09    Page 84

1 that takes up a lot of our time every year so --
2 Q Did you -- did you discuss the merits of the lawsuit?
3 A Not with staff.
4 Q With whom did you discuss the merits of the lawsuit?
5 A Well, of course, we would talk with our counsel about
6 that.
7 Q Did you discuss the merits of your lawsuit with
8 anyone other than counsel?
9 A Probably not. I mean, that would be Dan and me
10 talking with Rich.
11    Most people don't know much about
12 litigation. There's not much point in -- you know.
13 Q But you've had substantial experience in litigation;
14 have you not?
15 A Yes.
16 Q I want to talk a little bit about another topic that
17 you discussed with Mr. Oster earlier today, and that
18 was -- goes back to Exhibit No. 25. And I don't know
19 if you still have a copy of that in front of you.
20 That was a series of pages involving FFRF's, for lack
21 of a better term, revenues and expenses over the last
22 few years.
23    And we had some discussions about a
24 line item that involves legal fund donations. Am I
25 recalling that we had such a discussion or that you

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09    Page 85

1 and Mr. Oster had such a discussion?
2 A What? Oh, yes.
3 Q Legal fund donations. And why would somebody -- why
4 would an FFRF member want to donate to the legal
5 fund?
6 A Because we work with the separation of church and
7 state.
8 Q Is it possible for an FFRF member to designate
9 donated funds for a specific lawsuit?
10 A It's possible, but it has not happened with the
11 National Day of Prayer.
12 Q Okay. Well, you anticipated my next -- my next
13 question, then. Let's go back to the Burnett County
14 Sheriff's Department for just a few minutes. I think
15 we discussed over lunch, I'm not from Wisconsin, but
16 I did look up Burnett County on a map, and it does
17 seem to be at the other end of the state. Is that a
18 fair in-
19 A Um-hmm.
20 Q -- description?
21 A It's by Lake Superior, I think.
22    MR. BOLTON: We refer to it as "up north."
23    BY MR. ROSENBERG:
24 Q Up north. Well, every state has its own geographic
25 rivalries. Did FFRF sue the sheriff of Burnett

1  County?
2  A  No.
3  Q  Did FFRF consider suing the sheriff of Burnett
4  County, again, with the caveat that I'm not
5  interested in conversations you've had with your
6  counsel?
7  A  Yes.  We were quite open about it.  I usually don't
8  threaten a lawsuit or talk about filing a lawsuit
9  unless we really mean business.  We --
10  Q  So you didn't really mean business with Burnett
11  County?
12  A  No, we did.
13  Q  But you didn't file a lawsuit?
14  A  Because we didn't have a plaintiff.  They were all
15  afraid.  And they all have very good reasons for
16  being afraid.  Our members were afraid to be named.
17  And we could not guarantee them that there would be a
18  chance of confidentiality, since they were adults.
19      We also worked -- we also asked the
20  American Humanist Association to contact their
21  members in Burnett County to see whether any of them
22  would be willing to be a plaintiff.  And I think most
23  of them were in common, but none of them were
24  willing -- was willing.
25      And we also contacted Americans United

1  for Separation of Church and State to ask whether
2  they might contact the members from Burnett County on
3  their mailing list.  But they weren't willing to do
4  that is my knowledge.  I think they felt that was not
5  appropriate for them to do that for us.
6  Q  Did you have any conversations with anyone from
7  American Humanists Association regarding the merits
8  of a potential lawsuit challenging the National Day
9  of Prayer?
10  A  No.  We had -- I E-mailed their legal counsel about
11  it asking, can you -- can you send this E-mail if I
12  give you an E-mail or can you send your own E-mail
13  for us.  And he did eventually do that.  We didn't
14  talk about the merits of the case.
15  Q  Did you have any conversations with anyone from
16  Americans United regarding the merits of a potential
17  lawsuit challenging the National Day of Prayer?
18  A  No.  And it was also another E-mailed request.
19  Q  I believe that FFRF has also filed a lawsuit against
20  the governor of Colorado challenging the
21  gubernatorial proclamation for a day of prayer?
22  A  Yes.
23  Q  What is the status of that lawsuit?
24  A  Ongoing.
25  Q  Ongoing.  Is it -- has the state of Colorado moved to

1  dismiss the lawsuit?  Do you know?
2      MR. BOLTON: Say that again.
3      BY MR. ROSENBERG:
4  Q  Has the state of Colorado moved to dismiss the
5  lawsuit?
6      MR. BOLTON: The state?
7      MR. ROSENBERG: State of Colorado.
8      MR. BOLTON: I can probably answer that
9  question, that the state did move to dismiss.  The
10  court denied the motion.  There's a trial
11  scheduled -- the trial date is scheduled for April of
12  2010, and the parties are approaching probably a
13  dispositive motion situation in that case as well.
14      MR. ROSENBERG: So they're a bit behind us
15  right now?
16      MR. BOLTON: Yeah.  Yeah.
17      BY MR. ROSENBERG:
18  Q  Earlier we discussed some of the relief that FFRF is
19  seeking in this lawsuit.  Among the relief that FFRF
20  is seeking is a ruling from the Court declaring that
21  the National Day of Prayer statute is
22  unconstitutional.
23      If the Court were to rule that the
24  statute is unconstitutional, is FFRF, in your view,
25  also seeking any form of declaratory judgment against

1  the president of the United States precluding him
2  from issuing any prayer date proclamations on his
3  own?
4      MR. BOLTON: Again, I'm not sure if you're
5  asking the witness for a legal --
6      MR. ROSENBERG: I'm asking the witness for
7  her view of what --
8      THE WITNESS: I don't think I can answer
9  that.  I don't know.
10      BY MR. ROSENBERG:
11  Q  You don't know what relief you're seeking in the
12  lawsuit?
13  A  I'm not quite sure what you mean.
14  Q  Well, what relief are you seeking in this lawsuit?
15  What do you -- let me rephrase that, because I'm not
16  asking a legal question.  I'm asking a factual
17  question as to your view of the relief that Freedom
18  From Religion Foundation and the individual
19  plaintiffs are seeking in this lawsuit.
20      MR. BOLTON: Again, I'll object to the
21  extent that I think that calls for a legal
22  conclusion.  And to the extent that -- I mean, I
23  stated my understanding earlier with Mr. Oster that
24  the issue pending in the lawsuit relates to the
25  National Day of Prayer and the legislation mandating

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 90

1  it. Whether or not the president issues other
2  proclamations without that authority or mandate is
3  not the subject of the lawsuit. Now, whether or
4  not -- if that hypothetical situation arises or not,
5  whether or not it would involve legal issues, I'll
6  tell you, we're not speculating on that. And so when
7  you ask is that -- is that the relief that we're
8  seeking in this lawsuit, I can tell you that that is
9  not the relief that we're seeking in the immediate
10 lawsuit.
11     MR. ROSENBERG: So are plaintiffs, then --
12 and I'm not sure who to direct this question to at
13 this point. Are plaintiffs, then, not seeking any
14 injunctive relief against the president of the United
15 States?
16     MR. BOLTON: We are seeking to have the
17 National Day of Prayer as its -- as is mandated by --
18 as a specific mandate through the legislation.
19 That's the subject of the lawsuit.
20     If you're asking beyond that what
21 would be required or prohibited, that's not the
22 subject of the lawsuit.
23     BY MR. ROSENBERG:
24 Q  Okay. I would like to turn to President Obama's 2009
25 National Day of Prayer proclamation. You indicated

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 91

1  earlier that the interaction between the National Day
2  of Prayer -- your view is that the interaction
3  between the National Day of Prayer Task Force and the
4  government increased in 1988 and -- well, let me just
5  ask you that.
6     MR. BOLTON: Can we stop just a minute?
7     THE WITNESS: I've got to make sure I have
8  it in front of me.
9     MR. BOLTON: I'm not sure the witness has
10 the '09.
11     MR. ROSENBERG: I'm not going to ask
12 anything specific about the proclamation at this
13 point. I'm turning to the subject matter of the
14 proclamation.
15     THE WITNESS: I have it.
16     BY MR. ROSENBERG:
17 Q  But it was your testimony earlier, I believe, that
18 starting in 1988, you viewed the National Day of
19 Prayer Task Force as becoming more involved with
20 presidential prayer proclamations?
21 A  Yes, although I knew they were involved because I
22 started documenting that in 1985 as editor.
23 Q  You don't contend, though, that the National Day of
24 Prayer Task Force played any role in President
25 Obama's 2009 proclamation, do you?

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 92

1  A  Only indirectly.
2  Q  How?
3  A  Well, I think our lawsuit and our challenge is what
4  got him to put in the little bit of wording about --
5  where did he put it? I've never seen a proclamation
6  that talked about -- let me read it. "We recognize
7  that people of all faiths can worship or not worship
8  according to the dictates of their conscience."
9     I thought that was kind of a direct
10 result of our lawsuit and that it was very deliberate
11 that President Obama did not invite the National Day
12 of Prayer Task Force into the White House, as they
13 had so often been invited by previous presidents,
14 because he was very cognizant of our litigation.
15 Q  President Clinton didn't invite members of the
16 National Day of Prayer Task Force into the White
17 House, did he?
18 A  I don't know that. I'm not sure that that's true.
19 Q  Okay. In your view, was President Obama's 2009
20 National Day of Prayer proclamation an improvement
21 upon previous presidential proclamations?
22 A  Not really. I mean, there's that little -- he throws
23 this little, you know, thought to us because of our
24 litigation, but then he's telling us to pray and what
25 to pray about. And "I call upon Americans to pray in

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 93

1  thanksgiving for our freedoms and blessings and to
2  ask for God's continued guidance, grace, and
3  protection of this land that we love." And I regard
4  that as over the line constitutionally as any of the
5  other proclamations.
6     And our members should not be called
7  on to pray by the president. It's none of the
8  president's business if we pray. And he's not
9  elected, you know, clergy in chief. He's commander
10 in chief. He has no business telling anybody they
11 should pray. If he wants to pray, we wouldn't be
12 complaining. If he wants to go to church, fine. But
13 he should not be telling Americans to pray and what
14 to pray about and this implication that somehow God
15 is guiding our land.
16     It is very offensive to our
17 membership. They regard that as very primitive
18 thinking and as trying to blend religion and
19 government.
20 Q  I understand that your views are very strongly held
21 on this topic, but let me go back to a very specific
22 question. You don't have any basis to believe that
23 President Obama included the line acknowledging the
24 freedom of Americans to worship or not worship as
25 they so choose because of this litigation, do you?

1  A  I very fervently believe it.
2  Q  You believe it, but you don't have any basis --
3  A  We've never seen a law like this thrown in, and
4  suddenly we file a lawsuit and he throws it in.  But
5  that doesn't make his proclamation any more -- any
6  less offensive to us or any more constitutional.
7  Q  Are you aware that President Obama also acknowledged
8  the role of atheists and agnostics in his
9  inauguration speech?
10  A  And actually, President Bush also did something
11  similar.  I think he just mentioned atheists or
12  nonbelievers.  He was not the first president to make
13  a reference to that.
14  Q  Now, you first became aware of the specific language
15  in President Obama's proclamation because you
16  retrieved it from -- because you retrieved it from
17  the White House's website?
18  A  Yes.  I did retrieve it.  I was waiting for it, of
19  course.  We were very -- of course we needed to see
20  what he was going to be saying because we were suing
21  him for it.  So naturally we needed to see it.
22      But it was getting a lot of publicity
23  all over the country because of the pressure that was
24  being put on him because he wasn't throwing a party
25  for the Focus on the Family-type folks at the White

1  House.  And so there was a great deal of publicity
2  about it.
3  Q  Now, not all of FFRF's members are as focused on the
4  National Day of Prayer as you are, are they?
5  A  Well, that -- if they were in my position, they would
6  be.
7  Q  And your position being the -- you've made the
8  separation of church and state and fighting for what
9  you believe to be certain establishment clause
10  principles to be a substantial part of your -- or the
11  guiding force of your professional life?
12      MR. BOLTON: Object to the form of the
13  question.  But if you can answer it.
14      THE WITNESS: Well, Dan and I are elected
15  to carry out the purposes of the foundation, in that
16  our -- one of our main -- one of our two purposes is
17  to make sure that we are doing something to buttress,
18  you know, to the Thomas Jefferson wall of separation
19  between church and state.
20      And how can you do that when you have
21  a National Day of Prayer Congress enacts and you have
22  the president proclaiming it every year and telling
23  every American, including, you know, 30 million
24  Americans who are not religious to pray and to unite
25  in prayer; and other presidents before them

1  particularly cooperating with the National Day of
2  Prayer Task Force and being told that you're supposed
3  to go out and, you know, spend the day celebrating
4  the National Day of Prayer.
5      BY MR. ROSENBERG:
6  Q  President Obama did not cooperate with the National
7  Day of Prayer Task Force, did he?
8  A  Well, it would have been nice if he would have said,
9  I can't give this proclamation in good conscience.
10  That would have been an interesting constitutional
11  situation.
12  Q  But that doesn't answer my question.  He did not
13  cooperate with the National Day of Prayer Task Force,
14  did he?
15  A  Well, he did in that he issued the proclamation that
16  they lobbied to Congress to enact.
17  Q  But he --
18  A  They are the people behind it.
19  Q  He issued the proclamation because the statute
20  requires the president to issue a proclamation.
21  A  Right.  But that's because the National Prayer
22  Committee and the National Day of Prayer lobbied
23  Congress to do it.
24  Q  The National Day of Prayer has been a statute since
25  1952; has it not?

1  A  And that's because Billy Graham said it should be
2  enacted.  I mean, we have a whole picture here of the
3  Protestant religious rite and working with some other
4  denominations enacting unconstitutional legislation
5  directing citizens to pray by the highest executive
6  of the land.  And how do you separate church and
7  state when you have that kind of violation and you
8  can't get at it and it happens year after year after
9  year?
10  Q  But my question -- let me be a little more specific.
11  And we have to wrap it up because we only have about
12  a minute left in the tape.  President Obama did not
13  adopt the National Day of Prayer Task Force's theme
14  for 2009, did he?
15  A  That's no guarantee he won't do it again.
16  Q  He didn't adopt the theme, did he?
17  A  I think that he's picked up language that's been used
18  over and over again that may be in the theme.  We
19  would have to analyze it.
20  Q  But you are not aware of him having adopted any
21  specific language within that proclamation now, are
22  you?
23  A  Well, it sure sounds familiar.  He didn't adopt the
24  2009 scripture verse and theme.
25  Q  There are no Christian references in that

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 98

1  proclamation, are there?
2  A  Well, I would have to read it again.  There's
3  religious references all over the place, and we're
4  being told to pray.  And this isn't about
5  Christianity in government; it's about religion in
6  government.
7     MR. ROSENBERG: Why don't we go ahead and
8  take a break.
9     THE VIDEOGRAPHER: This is the end of disk
10  number one.  We are off the record at 1:10 p.m.
11    (A break was taken.)
12    THE VIDEOGRAPHER: We are back on the
13  record at 1:23 p.m.
14    BY MR. ROSENBERG:
15  Q  Ms. Gaylor, we were discussing a few minutes ago that
16  you have been very involved in your professional life
17  in church/state separation issues; is that correct?
18  A  Yes.
19  Q  And that's part of the reason why you are so familiar
20  with the National Day of Prayer?
21  A  Part of the reason.
22  Q  And would you agree that it's possible for an
23  individual to ignore the National Day of Prayer with
24  no consequence whatsoever?
25  A  Well, no, because not -- not our membership. I mean,

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 99

1  they can't really ignore it.  It's proclaimed
2  everywhere.  And they don't pray, and they're being
3  told they should, and as Americans they should pray.
4  Q  Are you saying that none of your members ignore the
5  National Day of Prayer?
6  A  Well, of course they're not going to pray because
7  their president tells them to, but they're feeling
8  disenfranchised.
9  Q  Some of them just might not care at all?
10  A  A few, but not most.  I feel like I hear it from most
11  of them --
12  Q  But certainly --
13  A  -- over this issue.
14  Q  But certainly some of them may ignore the National --
15  A  If they don't read papers or pay attention to news at
16  all, go on the Internet maybe.
17  Q  Even if they do read newspapers, they may still
18  ignore the National Day of Prayer?
19  A  Well, that's their right.
20  Q  And they could do so with no consequence whatsoever;
21  is that correct?
22  A  Well, I don't think that's really true.  I think that
23  there's a lot of consequence when the government
24  violates a separation of church and state toward our
25  membership and toward people who are nonbelievers,

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 100

1  that we get treated like we're not true Americans and
2  there's a climate of intolerance and -- you know, our
3  crank mail is pretty ghastly at work.  And most of it
4  is, if you don't believe there should be religion in
5  government, whatever we're complaining about, you
6  should leave the country.  I mean, it's a chorus.  We
7  should go to Pakistan, we should go to Afghanistan,
8  we should go to Russia, we should go to China.
9     So I think that when there's --
10  government aligns itself with religion, then the
11  consequences that those of us who are not religious
12  are made to feel like we're not real Americans.  It
13  affects the whole quality of our life.
14  Q  Why don't we -- why don't you mark this as Exhibit 26.
15    (Exhibit 26 marked for identification.)
16    BY MR. ROSENBERG:
17  Q  Why don't you take a minute, take a look at this
18  document.  Then I might just have a question or two
19  for you about it.  And specifically I'm looking at
20  the top half of that page.
21  A  Well, I would have liked to have known if he -- if
22  he's still a member.
23  Q  Well, do you recognize this document?
24  A  I didn't see all the raw data.  I didn't read all of
25  it.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 101

1  Q  But do you recognize the document?
2  A  Yeah.
3  Q  And this is raw data for what?
4  A  From our survey.
5  Q  And this is a survey of what?
6  A  Over -- well, I have it in front of me.  It was about
7  the National Day of Prayer and how our members felt
8  about it.
9  Q  And what I'm looking at is the top half of the
10  document there's an individual named Shawn Cary.
11  Just so you can see where I am.  Mr. Cary -- does
12  this appear to be a response from Mr. Cary regarding
13  the survey?
14  A  Yes.
15  Q  And was the survey only open to FFRF members?
16  A  Yes.  Although if there was somebody -- if they had a
17  family member who had access to their E-mail, I
18  suppose we could have gotten a nonmember response.
19  But we didn't check them all.
20  Q  I suppose that's possible.  But would you agree with
21  me that it's certainly likely that Mr. Cary is a
22  member of FFRF?
23  A  Was a member at the time this was sent out, yes.
24  Q  And this was in March of 2009?
25  A  Yes.

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

Video Deposition of Annie Laurie Gaylor
November 24, 2009

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 102

1  Q  When -- how long do memberships last?
2  A  A year.
3  Q  So if -- when do membership drops occur?
4  A  Everybody renews on the date that they became -- I
5  mean, we send -- there isn't just one renewal date.
6  It's all -- it's every month there's different
7  renewals going out.
8  Q  And would you agree with me that Mr. Cary from the --
9  on the basis of this survey result does not care
10 whether there's a National Day of Prayer or not?
11 A  Yes.
12 Q  So certainly there are some members of FFRF who
13 ignore the National Day of Prayer with absolutely no
14 consequence?
15 A  Um-hmm.  But without going to look at his membership
16 data information, I don't know how long he's been a
17 member.  He might have been a member for a month, and
18 he might not be very well-versed in what we do in the
19 history of the separation of church and state.
20     And I would say this is an extreme
21 minority reaction.  You have found -- found that.
22 There were just -- there were about 200 people who
23 didn't care, but everybody else did.
24 Q  How many survey responses did you receive?
25 A  Well, I'd have to look at it.

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 103

1  Q  Just an estimate.
2  A  I can't estimate.  I can't -- you know, you're --
3  it's a quiz on my memory, and I want to be --
4  Q  100?
5  A  Oh, no.
6  Q  500?
7  A  It was I think 1700.  But let me --
8  Q  1700.  How many members does FFRF have?
9  A  14,000 now.
10 Q  Okay.  So would you agree with me that the number of
11 people who responded to the survey in the first
12 instance was a relatively small fraction of FFRF's
13 membership?
14 A  But what you have to recognize is that we had less --
15 we had about 6,000 E-mails from members that went
16 out.  We are trying to get members to send their
17 E-mails, but we don't have E-mails for about half of
18 our members.  They tend to be older, for one thing.
19 And a lot of those E-mails were not necessarily good.
20 So --
21 Q  Let me ask that question again, though, because you
22 haven't actually answered the question, which is, you
23 would agree that the number of people who responded
24 to the survey is a relatively small fraction of
25 FFRF's total membership?

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 104

1  A  Well, from a statistical point of view, I think it
2  was relevant.  We had 1747 responses out of about
3  6,000 sent.  I don't really know how many were
4  accurate E-mails of that 6,000.
5  Q  Are you a statistician?
6  A  No.
7  Q  So in your view, if less than a quarter people --
8  quarter of the people who are sent a survey respond,
9  is that significant?
10 A  Well, because of the plethora of e-mail out there,
11 who knows whether these people were even opening
12 their E-mails or whether they even saw them.
13 Q  Well, FFRF certainly made an effort to try to obtain
14 responses from the survey?
15 A  We made an effort -- yes, and to try to do it more
16 cheaply than sending out by mail to 14,000 people.
17 We just wanted a sample.
18 Q  And why did FFRF send out this survey?
19 A  To show the concern of our members.  And you can see
20 it if you have the survey in front of you.
21 Q  The survey was filed after the lawsuit was filed; was
22 it not?
23 A  Yes.
24 Q  Was the survey tied to the lawsuit in any way?
25 A  Yes, we did -- we did ask people to let us know their

---

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 105

1  opinion.  And we notified them that we had an ongoing
2  National Day of Prayer litigation and that's why we
3  wanted to know what their opinion was.
4  Q  Was there any other relevance to their opinion
5  regarding the lawsuit?
6  A  Well, we wanted to know what they thought.
7  Q  Why is that relevant?
8  A  To show how concerned our members are about the
9  National Day of Prayer.
10 Q  Did FFRF create this survey in an attempt to
11 demonstrate that it has standing to bring this
12 lawsuit?
13 A  I think that -- I wrote it.  I wrote the survey.  And
14 I wanted to convey to the government the level of
15 distress and concern by my membership, and this
16 seemed like a good way to do it.  I mean, we have --
17 the vast majority, 15,033 of the 1700 responded said
18 that it makes them feel like they're "an outsider in
19 my community/country because I do not believe my
20 government should be directing me to pray."
21     I mean, we had 15,029 saying that the
22 message conveyed to me is "that my government
23 considers prayer a desirable activity for me and
24 other citizens to engage in."
25 Q  Let me ask the question again.  Did FFRF create the

---

1  survey in order -- in an attempt to demonstrate its
2  standing to bring this lawsuit?
3  A  I created this survey to have something to show the
4  government about the level of concern by our
5  membership.
6  Q  When you say "the government," do you mean the
7  Department of Justice, the White House, or the United
8  States District Court for the Western District of
9  Wisconsin or some other entity?
10  A  I guess I wanted to show the Court that this is a big
11  issue to our members, that they really feel
12  distressed.  You can't bring them all in, can you?
13  So this --
14  Q  You said that you have a copy of the survey with you?
15  A  Yes.
16  Q  Do you mind if I take a look at that?  I have a copy
17  in my computer, but it might be faster if I could
18  just glance at that.
19  A  Yeah.
20     MR. BOLTON: Why don't I make some copies
21  real quick.
22     MR. ROSENBERG: Do you want to take a quick
23  break?
24     MR. BOLTON: Yeah, I'll make some copies.
25     THE VIDEOGRAPHER: We are off the record at

1  1:33 p.m.
2  (Pause in proceedings.)
3  (Exhibits 27-28 marked for identification.)
4     THE VIDEOGRAPHER: We are back on the
5  record at 1:40 p.m.
6     BY MR. ROSENBERG:
7  Q  Ms. Gaylor, you've been handed what's been marked as
8  Exhibit Nos. 27 and 28.  Exhibit 27 is an E-mail
9  chain, and Exhibit 28 appears to be a document that
10  reflects the results of the survey that we were
11  discussing just a few moments ago.
12     Do you recognize these documents?
13  A  Yes.
14  Q  Okay.  Now, I asked you previously whether FFRF
15  prepared this survey in an attempt to demonstrate its
16  standing in bringing this lawsuit.  Having reviewed
17  this document, do you wish to change your testimony
18  in any way?
19  A  Well, this -- yes, we did distribute this, but I
20  don't think my testimony contradicts that.
21  Q  Well, I asked you previously whether FFRF prepared
22  this survey in order to demonstrate its standing to
23  bring this lawsuit challenging the constitutionality
24  of the National Day of Prayer.  Is that the reason
25  why FFRF prepared this survey?

1  A  Yes.  I prepared the survey.
2  Q  You prepared the survey.  Is that the reason why you
3  prepared the survey?
4  A  Yes, to show the distress level of our membership.  I
5  think that goes to standing.
6  Q  Okay.  And the E-mail that distributed the survey to
7  FFRF's members went to significant lengths to assert
8  that only FFRF members to bring this lawsuit?
9  A  Yes.
10  Q  -- membership fill out the survey?
11  A  Right.
12  Q  And that's because responses by nonFFRF members
13  wouldn't do anything to demonstrate the standing of
14  FFRF members to bring this lawsuit?
15  A  Yes.  And also just because people tend to just
16  forward things promiscuously.
17  Q  That is the danger of E-mails.
18  A  Right.
19  Q  I think we can all agree on that.  I would like to
20  turn briefly to Exhibit No. 28.  And really, I just
21  have a handful of questions regarding the first
22  aspect of the survey under the header "Survey
23  Response."  "I have been exposed to the NDP" --
24  National Day of Prayer -- "via," and there appear to
25  be four options by which people can respond to the

1  survey?
2  A  Um-hmm.
3  Q  Is that correct?
4  A  Um-hmm.
5  Q  The first, that individuals have been exposed via
6  "participation by my local officials or my governor
7  in the National Day of Prayer events."  And 590 FFRF
8  members indicated that that was the method by which
9  they were exposed; is that correct?
10  A  Yes.
11  Q  The substantial majority have indicated that they
12  were exposed via media coverage of local or national
13  National Day of Prayer events; is that correct?
14  A  Yes.
15  Q  The third option is, National Day of Prayer events in
16  my area held on governmental property or government
17  property; is that correct?
18  A  Yes.
19  Q  And the fourth option is, religious
20  promotion/advertising of the National Day of Prayer;
21  is that correct?
22  A  Yes.
23  Q  Are there any other options that individuals were
24  given to respond to the survey to indicate the basis
25  by which they were exposed to the National Day of

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09     Page 110

1  Prayer?
2  A  I don't think so.
3  Q  Okay.  So individuals were not given the option,
4  then, to demonstrate that they were exposed to the
5  National Day of Prayer by receiving directly from the
6  White House presidential prayer proclamations; is
7  that correct?
8  A  That's correct.
9  Q  Are you familiar with an organization called
10  Interfaith Alliance?
11  A  Dimly, yes.
12  Q  Can you tell me a little bit about them?
13  A  I think Walter Cronkite had something to do with
14  founding them.  And I do hear Reverend Gaddy on Air
15  America from time to time.
16  Q  And who is Reverend Gaddy?  Was that the name?
17  A  Yeah.
18  Q  Who was he?
19  A  I'm not sure.  I think he might be their director,
20  but I'm not sure.
21  Q  Do you have an understanding of what Interfaith
22  Alliance's purposes are?
23  A  I think that they are a liberal religionist group,
24  and I think they're pro state/church, but I'm not --
25  I couldn't -- I haven't read them.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09     Page 111

1  Q  Are you familiar with an organization called Jews On
2  First?
3  A  I have heard the name.
4  Q  But beyond that, you're not familiar with them?
5  A  Not really.
6  Q  Are you aware that both of those organizations have
7  in the past opposed the National Day of Prayer?
8  A  I was pretty sure, but I haven't seen a lot of stuff
9  from them.  But they seem to be, you know,
10  progressive.
11  Q  Are you aware that those organizations wrote to
12  President Obama regarding his forthcoming 2009
13  National Day of Prayer proclamation?
14  A  No.
15  Q  Why don't we mark as Exhibit No. 29 what I'm handing
16  you as a letter that was produced in discovery from
17  the Interfaith Alliance to President Obama.  Why
18  don't you take just a moment to take a look at the
19  letter and familiarize yourself with it, and then I
20  might have a question or two for you about it.
21  Do you have a copy of the letter?
22  THE WITNESS: She's having to dictate,
23  write what you say, so I will get it in a second.
24  MR. ROSENBERG: Sure.
25  (Exhibit 29 marked for identification.)

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09     Page 112

1  MR. ROSENBERG: One day it will all be
2  instantaneous, but --
3  THE WITNESS: (Witness complies.)
4  BY MR. ROSENBERG:
5  Q  You've had an opportunity to review the letter?
6  A  Um-hmm.
7  Q  Have you even this letter before?
8  A  No.
9  Q  Okay.  Well, as I mentioned, this was a letter that
10  was sent to the White House.  And would you agree
11  that the -- that this is a letter from the Interfaith
12  Alliance and Jews On First?
13  A  Yes.
14  Q  And that at the time that they wrote this letter,
15  they had expressed at least some of the same concerns
16  about the National Day of Prayer as has the Freedom
17  From Religion Foundation --
18  A  Looks like it.
19  Q  -- over the years?  And specifically, they requested
20  that the president issue a declaration that would be
21  open to believers of all religions, as well as those
22  who profess no religion?
23  A  Well, that's not what this says.
24  Q  What does it say?
25  A  To restore the annual day of prayer to what they're

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09     Page 113

1  claiming President Harry Truman intended.
2  Q  I'm looking just a little -- I'm looking at the
3  second sentence of the first paragraph where it says,
4  "We are requesting a declaration that explicitly
5  opens this day, established by President Truman, to
6  clergy and believers of all religions, as well as
7  those who profess no religion."  Do you see that?
8  A  Yes.
9  Q  But then you also indicated that the Interfaith
10  Alliance has a view on what President Truman intended
11  the National Day of Prayer to be?
12  A  Yes.  I mean, I think that that's putting a favorable
13  light on it.
14  Q  But it is nonetheless a view of President Truman's
15  intent on signing the National Day of Prayer statute
16  in 1952; is that correct?
17  A  Yeah, I don't think that they -- the statute doesn't
18  say that.
19  Q  Doesn't say what?
20  A  To pray and meditate in whatever way was appropriate
21  for them.
22  Q  Okay.  Well, let's take a look at the statute.
23  (Exhibit 30 marked for identification.)
24  BY MR. ROSENBERG:
25  Q  What I've handed to you is a document that is being

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 114

1  marked Exhibit No. 29 -- I don't know if you have it
2  in front of you yet. 30? Yes, 30. Exhibit No. 30.
3  And the National Day -- this is a printout of the
4  language of the National Day of Prayer statute
5  Section 119 in the left-hand column in the middle of
6  the page. Now, this is the statute that --
7  subsequent to its amendment for the first Thursday in
8  May. But I think we all agree that the amendment in
9  1988 didn't involve a substantive change to the
10  statute, other than requiring that the president
11  issue a proclamation on the first Thursday in May.
12  A  Yes.
13  Q  Okay. Why don't you take a look at that.
14  A  I have.
15  Q  Okay. Do you still disagree with the Interfaith
16  Alliance's view that President Truman signed this --
17  established a National Day of Prayer as a day in
18  which Americans -- to both pray and meditate in
19  whatever manner was appropriate for them?
20  A  Yes.
21      MR. BOLTON: I would just note for the
22  record that it says, "may turn to God in prayer and
23  meditation at churches, in groups, and as
24  individuals." So that the actual language of the
25  statute is clear on the record.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 115

1      BY MR. ROSENBERG:
2  Q  Well, I was asking about the letter, but I appreciate
3  the clarification.
4      MR. BOLTON: Okay. I'm sorry.
5      THE WITNESS: Well, the letter is different
6  from the law. It's not mentioning God. In prayer
7  and -- you know, to both pray and meditate. It
8  sounds like you could just meditate. Whereas, the
9  law is saying "turn to God in prayer and meditation."
10  You're supposed to meditate about God at churches, in
11  groups, and as individuals. It says nothing about in
12  whichever way was appropriate for them. So they're
13  putting a rosy light on it.
14      BY MR. ROSENBERG:
15  Q  Certainly if an individual meditates as an
16  individual, that's up to them to decide how they wish
17  to pray; is it not?
18  A  Not according to the law. It says, you "may turn to
19  God in prayer and meditation at churches in groups
20  and as individuals."
21  Q  Or you may not?
22  A  No, that's not what it says.
23  Q  Reading the statute, does the statute not say, "on
24  which the people of the United States may turn to God
25  in prayer and meditation at churches, in groups, and

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 116

1  as individuals"?
2  A  Well, it doesn't say anything about "or not." You're
3  putting words into the statute that are not there.
4  You're putting an intent that is not there.
5  Q  Earlier you referenced getting out a dictionary.
6  What is your definition of the term "may"?
7  A  It's not coercing you to go to church, but it is
8  urging you to.
9      MR. BOLTON: We can actually solve that
10  particular issue by getting the dictionary, but my
11  sense is that we're starting between the two of us to
12  get argumentative.
13      BY MR. ROSENBERG:
14  Q  Well, I'm just asking the question. I think I have
15  what I want because it's not coercive. And certainly
16  if one may turn to God, the flip side of that is, one
17  may not. Is that correct?
18  A  That's not what the statute says.
19  Q  I'm not asking what the statute says. I'm asking
20  what your interpretation of that plain language is.
21  A  Well, if you're urging the president -- if you're
22  mandating the president designate a day of prayer,
23  obviously you want people to pray. It's not saying
24  you're asking them not to pray.
25  Q  Why is that obvious?

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09        Page 117

1  A  Well, it was obvious to all the presidents who then
2  turned around and urged all Americans to pray since
3  1952.
4  Q  Are you saying that every American president has --
5  that no American president has acknowledged -- other
6  than President Obama has acknowledged the right of
7  individuals to not pray?
8  A  I think there might have been some language that was
9  helpful on that with L.B.J. But then he turned
10  around and ruined it with the rest of the
11  proclamation. That's about it.
12  Q  But President Johnson did acknowledge explicitly that
13  he could not, of course, require anyone to pray on
14  the National Day of Prayer, nor would he even want
15  to.
16  A  And yet then he turned around and urged everybody to
17  pray.
18  Q  Is that because the language subsequent in that
19  proclamation where presidents generally use the term,
20  "I hereby call upon Americans" or "all Americans to
21  pray and commemorate this day"? I mean, the language
22  varies from proclamation to proclamation, but is that
23  the language to which you object?
24  A  Yes, I would have to look at the specific
25  proclamation.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 118

1  Q  But you can see that President Johnson did, in fact,
2  explicitly acknowledge during the signing of the
3  19 -- I believe it was the 1964 proclamation that he
4  could not, of course, require anyone to pray, nor
5  would he want to?
6  A  I don't think he exactly said that.
7  Q  What don't you think he said?
8  A  Nor would he want to.  He said, "Under our laws,
9  every man has the right to pray.  No man can be told
10  how he must pray.  Each man must pray as his own
11  conscience dictates."
12      Then the next paragraph, "I call upon
13  all citizens, therefore, to observe the National Day
14  of Prayer."
15      So -- and then he proceeds to urge
16  everybody to turn to God on that day.  And then he
17  tells us what to pray about, including forgiveness
18  for our shortcomings.  So that doesn't really solve
19  the problem for people who don't pray.
20  Q  Well, since we're discussing the proclamation, maybe
21  we should go ahead and enter that as an exhibit as
22  well.
23      (Exhibit 31 marked for identification.)
24      BY MR. ROSENBERG:
25  Q  So I'm looking at Exhibit No. 31, which I believe was

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 119

1  attached as an exhibit to one of FFRF's recent
2  filings.  And I'm specifically looking at the fourth
3  paragraph that begins with the language "In putting
4  my name to this paper, I cannot proclaim that all
5  Americans will pray on October 20th, nor would I do
6  so even if I could."
7      Do you see that language?
8  A  Yes.  But you told me it was 1964.  I was responding
9  to your 1964 question.
10  Q  Well, I believed it was 1964.  And I apologize, but I
11  was mistaken.  But let's talk about 1965 for a
12  minute, since that is what we have.  Do you
13  acknowledge that President Johnson specifically noted
14  that in signing the 1965 National Day of Prayer
15  proclamation that he could not proclaim that all
16  Americans will pray on that year's National Day of
17  Prayer, nor would he do so even if he could?
18  A  I would have to find the paragraph.
19  Q  It's the fourth paragraph down at the -- begins with
20  "In putting my name to this paper."
21  A  Yes, he said that.  But then he went and contradicted
22  it with the rest of the proclamation.
23  Q  So it's unclear within the proclamation what the
24  president was actually proclaiming?
25  A  I don't think it's unclear.  He was proclaiming a

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 120

1  National Day of Prayer.  He urged "each citizen,
2  according to his own conscience, to pause on this day
3  to acknowledge our dependence upon God."  He goes on
4  and talks about that in the same way that all the
5  other presidents do.
6      And when he gave that proclamation in
7  1965, I know there were a few atheists in the country
8  because my parents did not believe in God.  I was a
9  little young to have an opinion.  Each American
10  includes -- that excludes everybody who's not
11  religious.  I mean, it's the assumption that
12  everybody's religious and believes in God.  That
13  greatly offends myself and our membership.
14  Q  So every time a president uses the language "all
15  Americans" in a proclamation, do you think that an
16  individual who disagrees with the subject of that
17  proclamation has a right to bring a lawsuit?
18  A  Freedom of conscience is a little bit different under
19  the First Amendment.  It's put on a different level
20  by the Bill of Rights.  It's what our country is
21  based on, that the government cannot tell you what
22  you have to believe in matters of personal conscience
23  concerning religion.
24  Q  Are you aware of how many proclamations the president
25  issues each year?

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 121

1  A  No.
2  Q  It's many, though; is it not?
3  A  I suppose.
4  Q  Well, why are you not aware of all the proclamations
5  that the president issues?
6  A  This is the one that disenfranchises nonreligious
7  Americans.  This is the one that we hear about every
8  year.
9  Q  When you say "disenfranchises," you don't mean it
10  takes away your right to vote.
11  A  But it injures our freedom of conscience.
12  Q  So if you didn't have a professional interest in
13  church/state separation issues, do you think that you
14  would have been aware of the National Day of Prayer?
15  A  Yes, I would have, because I follow the news, and
16  because as an individual I feel just as strongly as
17  our other members that this is deeply offensive to
18  me.  I'm an American, and I should not be told that
19  all Americans are supposed to pray in our own way
20  because I don't pray.  And I don't think prayer is
21  any of the government's business.  And I think that's
22  the road to theocracy.
23  Q  And, again, it's because of this language where the
24  president says, "I call upon all Americans" in
25  National Day of Prayer proclamations that you

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 122

1  believe --
2  A  Well, the proclamations are all offensive in their
3  own way.  I mean, every one of them offends me
4  deeply.
5  Q  Every -- when you say "every one of them," every
6  presidential proclamation or every presidential
7  National Day of Prayer proclamation?
8  A  Every National Day of Prayer presidential
9  proclamation has something in it that offends me and
10  offends other nontheists.
11  Q  Is it because you're offended by the National Day of
12  Prayer proclamations that you go to the White House's
13  website to retrieve them?
14  A  I want to know what the president is doing, yes, that
15  is unconstitutional.  That's what the foundation
16  does.
17  Q  And that's because of the type of work that you do as
18  co-chair of the Freedom From Religion Foundation?
19  A  Well, we monitor this, yes.  But I would be offended
20  as an individual; every year I am.  My stomach drops
21  when I hear about the impending National Day of
22  Prayer, and I'm stressed, and I feel that it's wrong.
23  And I feel that it's -- something is very off course
24  in our country that our president is telling me that
25  I'm supposed to pray and what I'm supposed to pray

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 123

1  about, or even telling religious people what they
2  should pray about.  I think that's offensive.
3      Let people decide for themselves what
4  they want to pray about, if they want to pray, and
5  when they want to pray.
6      Under the First Amendment, the
7  president should not be directing us to pray.
8  Q  Are you aware that the president of the United States
9  has, at least for the last several years, issued
10  proclamations for Leif Erickson Day?
11  A  It doesn't surprise me.
12  Q  And that in such proclamation, he has called upon --
13  for example, President Obama in his 2009 Leif
14  Erickson Day proclamation has called "upon all
15  Americans to observe this day with appropriate
16  ceremonies, activities, and programs to honor our
17  country's rich Nordic-American heritage"?
18  A  Well, there's no separation of church and Leif
19  Erickson Day -- I mean, state and Leif Erickson Day,
20  is there?  We have separation of religion and
21  government.
22  Q  That's not my question.  My question was, are you
23  aware that in that proclamation, he has called "upon
24  all Americans to observe this day with appropriate
25  ceremonies, activities, and programs to honor our

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 124

1  country's rich Nordic-American heritage"?
2  A  Well, I wasn't aware of it, no, but it doesn't
3  violate the separation of church and state.
4  Q  But you didn't do anything to commemorate Leif
5  Erickson Day, did you?
6  A  I did not personally, no.
7  Q  But he did call upon all Americans to commemorate the
8  day; did he not?
9  A  Well, it doesn't get nearly the coverage of the
10  National Day of Prayer, does it, and there isn't a
11  task force devoted to it.  I don't think there's a
12  federal law enabling that leg -- you know, is there?
13  Q  Are you aware that there is a German-American
14  Heritage Day every year?
15  A  I am not aware of that, but I'm not surprised.
16  Q  Why are you not surprised?
17  A  Because politicians love to make proclamations.
18  They -- I think it's in the constitution he can make
19  proclamations.
20  Q  Do politicians like to make proclamations because
21  they're political in nature?
22  A  I think they're mostly pandering, yeah.
23  Q  Are you aware that in -- on German-American Day in
24  2009, President Obama encouraged "all Americans to
25  learn how to" -- "to learn more about the history of

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 125

1  German-Americans and to commemorate the many
2  contributions they have made to our nation"?
3  A  That is something that all Americans could
4  conceivably do.  But those of us who can't and don't
5  pray cannot pray on the National Day of Prayer.
6  Q  I wasn't asking about --
7  A  There is a distinction.
8  Q  I wasn't asking about the National Day of Prayer.  I
9  was asking about German-American Day.  Are you aware
10  that he called upon all Americans to commemorate
11  German-American Day?
12  A  I wasn't aware of that.
13  Q  Okay.  Had you been aware of the proclamation, would
14  you have done something to commemorate
15  German-American Day?
16  A  No.
17  Q  Why?
18  A  Because I don't have time.  I'm too busy separating
19  church and state.
20  Q  But he's called upon all Americans to commemorate
21  that day; did he not?
22  A  I don't think that violates my freedom of conscience,
23  therefore it is not -- you cannot compare one with
24  the other.
25  Q  So you can ignore his call for all Americans to

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 126 |
|---|

1  commemorate German-American Day with no consequence
2  whatsoever; can you not?
3  A   Yes.
4  Q   Are you aware that German-American Day is established
5  by a statute requiring that the president issue an
6  annual German-American Day proclamation?
7  A   No.  But that statute doesn't violate the separation
8  of church and state.  It doesn't violate the
9  Constitution.  It's not outside the purview of
10  Congress to enact that and for the president to
11  proclaim it.
12  Q   Well, that's not a decision for us to make here, so
13  let's move on to the next proclamation.  This one --
14  this is one you probably have heard of.  Columbus
15  Day.  Are you aware of Columbus Day?
16  A   Yes.
17  Q   What is Columbus Day?
18  A   I think it's supposed to be the day that Columbus got
19  to somewhere in the Caribbean.
20  Q   I think it's actually -- I could be wrong on this, I
21  think it actually is his birthday, although once
22  every five -- his birthday is close enough to the
23  date that he discovered the new world that every few
24  years the dates actually line up, or at least that's
25  what I learned in looking up Columbus Day.

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 127 |
|---|

1      Columbus Day is a federal holiday; is
2  it not?
3  A   Yes.
4  Q   A federal holiday is certainly more significant than
5  just a presidential proclamation; is it not?
6  A   Yes.
7  Q   Federal employees get the day off, as do many private
8  sector businesses; is that correct?
9  A   This is true.  We're open at the foundation.  We just
10  get irritated we don't get our mail.
11  Q   Maybe you get the day after Thanksgiving off.
12  Federal employees don't.  I don't know.  Are you
13  aware that the president of the United States issues
14  proclamations on Columbus Day?
15  A   I would think he would.
16  Q   Why don't we take a look.  I believe this is
17  Exhibit 32.
18      (Exhibit 32 marked for identification.)
19      THE WITNESS: (Witness complies.)
20      BY MR. ROSENBERG:
21  Q   Have you had a chance to review the 2009 Columbus Day
22  proclamation?
23  A   Yes.
24  Q   Now, this proclamation also uses the language that
25  is -- used the language "I call upon all the people

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 128 |
|---|

1  of the United States to observe this day with
2  appropriate ceremonies and activities."
3      Do you see that language?
4  A   Yes.
5  Q   And that language is similar to the language in Leif
6  Erickson Day and German-American Day, and, in fact,
7  the National Day of Prayer; is it not?
8  A   Yes, but that's not the only language that we are
9  objecting to.
10  Q   Well, I'm just asking about the Freedom From Religion
11  Foundation has made an issue of the language in
12  presidential proclamations that call upon all
13  Americans to pray.
14  A   Yes.
15  Q   And this uses similar language; does it not?
16  A   Yes, but it doesn't violate the Constitution.
17  Q   Well, we're not deciding that.  Let me ask you this
18  question:  You were aware of Columbus Day; were you
19  not?
20  A   Yes.
21  Q   As an American, did you do anything on that day,
22  participate in ceremonies or activities commemorating
23  Christopher Columbus?
24  A   No, I did not.
25  Q   Now, Columbus Day is not without its controversy, is

| Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 129 |
|---|

1  it?
2  A   My husband considers it very controversial because he
3  belongs to a Native American/Indian tribe.
4  Q   And why does he consider it controversial?
5  A   Well, because -- you know, there's a hint of that
6  because of what it was the beginning of for the first
7  Americans.
8  Q   And, in fact, some groups are extremely offended by
9  Columbus Day because they view Christopher Columbus
10  as an individual who was involved in the slave trade.
11  Are you aware of that?
12  A   I am aware of that.
13  Q   And many Native American groups are very offended by
14  Columbus Day because they view it as a celebration of
15  a day that reflects the genocide of a large number of
16  Native American people.  Is that fair?
17  A   I think that's fair.  I haven't made a study of it.
18  Q   Would you be surprised if some protesters have
19  described Columbus Day as a celebration of genocide?
20  A   No.
21  Q   Would you be surprised if Columbus Day parades have
22  been protested in some cities year after year after
23  year?
24  A   No, but the difference between Columbus Day and the
25  National Day of Prayer is, there really was a

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 130

1  Christopher Columbus.  And nobody can prove there's a
2  god you have to pray to.  There's the difference.
3  Q  Certainly you would agree that there are many people
4  who are very deeply offended by Columbus Day?
5  A  You know, I don't know.  I guess they would be,
6  maybe, some of them.  I haven't studied it.
7  Q  Do you think your husband is?
8  A  I don't know whether he thinks there shouldn't be
9  one.  I haven't asked him.
10  Q  Why don't we mark this next exhibit as Exhibit
11  No. 33.
12     (Exhibit 33 marked for identification.)
13     BY MR. ROSENBERG:
14  Q  And what I'm looking at, this is a printout of a page
15  from Wikipedia.  And there's a section entitled
16  "Opposition to Columbus Day Celebrations."
17     I'm not going to ask any specific
18  questions about -- about opposition to Columbus Day
19  celebrations, but certainly it does appear from this
20  article that more space is devoted to opposition to
21  Columbus Day celebrations than is devoted to the
22  actual merits of the holiday.
23     So would you agree that there are
24  certainly some people who oppose Columbus Day?
25  A  I really don't understand the relevance of

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 131

1  Wikipedia's entry on Columbus Day to this lawsuit.
2  Q  So is it that you don't understand the relevance of
3  Wikipedia generally or --
4  A  Well, why are you giving this to me?
5  Q  I want your opinion on whether people are -- whether
6  you believe that there are some people who are very
7  offended by Columbus Day.
8  A  I think there are people who are, but that has
9  nothing to do with the constitutional issue in our
10  lawsuit, which is that the government is not supposed
11  to be telling people to pray or having anything to do
12  with people's private lives with religion.
13  Q  Do you think that the government should be telling
14  people to celebrate Columbus Day?
15  A  It is not outside the purview of the government to do
16  that under our Constitution.
17  Q  So you think the government should be telling people
18  to celebrate Columbus Day?
19  A  I'm saying that it's not unconstitutional.
20  Q  Do you think that it's offensive for the government
21  to be telling all Americans, including Native
22  Americans, to celebrate Columbus Day?
23  A  Well, I think I just read his very politically
24  correct proclamation, and I think they won't be
25  offended.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 132

1  Q  Why is that?
2  A  Well, he makes quite a few references to their point
3  of view.  He's acknowledging it.
4  Q  And President Obama acknowledged the freedom of
5  individuals to worship or not worship as they so
6  choose in his proclamation, did he not?
7  A  But then he told us to pray.
8  Q  And President Obama after issuing what you described
9  as a politically correct proclamation --
10  A  But I don't --
11  Q  Let me finish my question, please.  President Obama,
12  after issuing what you described as a politically
13  correct proclamation regarding Columbus Day, then
14  called upon all Americans -- all the people of the
15  United States to observe this day with appropriate
16  ceremonies and activities.  Yes or no?
17  A  Yes or no what?  I mean, I'm --
18  Q  Did he or did he not, then, after issuing what you
19  described as a politically correct proclamation
20  subsequently call upon all Americans to
21  commemorate -- I want to get the language right,
22  subsequently "call upon all the people of the United
23  States to observe this day with appropriate
24  ceremonies and activities"?
25  A  He did.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 133

1  Q  Let's go back to -- let's go back to Interfaith
2  Alliance.
3     MR. BOLTON: Do you want to take a break
4  right now?
5     MR. ROSENBERG: Yeah, we can take a break.
6  I don't think I have that much more.
7     MR. BOLTON: Okay.  Let's take a break.
8     THE VIDEOGRAPHER: We are off the record at
9  2:17 p.m.
10     (A break was taken.)
11     THE VIDEOGRAPHER: We are back on the
12  record at 2:25 p.m.
13     BY MR. ROSENBERG:
14  Q  Ms. Gaylor, earlier we discussed the Interfaith
15  Alliance and how their letter to President Obama,
16  before he issued his 2009 proclamation, reflected the
17  fact that they appeared to share many of the same
18  objections to the National Day of Prayer as the
19  Freedom From Religion Foundation?
20  A  Except not really the fundamental one, which is that
21  they weren't opposing the National Day of Prayer
22  proclamation itself and the issuance of a National
23  Day of Prayer proclamation by the president.  They
24  don't represent nonbelievers and people who don't
25  pray.  There's no way that our members can identify

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 134

1  with a National Day of Prayer.  They're simply
2  excluded or they're made invisible.  They don't exist
3  on the first Thursday of May, as far as the president
4  is concerned.  And their freedom of conscience
5  doesn't truly exist because there's being exhorted to
6  pray.
7  Q  Well, their letter did state, did it not, that the
8  National Day of Prayer should be open to believers of
9  all religions, as well as those who profess no
10  religion?
11  A  But that's impossible, because those of us who
12  profess no religion don't pray.  We don't believe in
13  a god that answers prayer or that we, you know,
14  should beseech in prayer.
15  Q  Well, short of not issuing a National Day of Prayer
16  proclamation at all, one could certainly acknowledge
17  the role of nonbelievers in the proclamation itself;
18  could one not?
19  A  Well, I don't even think that that letter said that,
20  did it?
21  Q  I'm not asking you about the letter.  I'm just asking
22  you a question.
23  A  Well, I don't think it mitigates the violation, no.
24  I mean, it doesn't -- it's meaningless.  It doesn't
25  remedy it.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 135

1  Q  But Interfaith Alliance's letter to President Obama
2  did, on its face, express concern on behalf of not
3  only believers of other faiths, but also for
4  nonbelievers; did it not?  If you need to take
5  another look at the letter --
6  A  I do.
7  Q  Okay.
8  A  I have a lot of papers here.  Let's see.  Thank you.
9  Q  I'm looking at -- just so you know, I'm looking at
10  that second sentence of the letter.
11  A  Yeah, it was -- but the language of the statute does
12  not call for an inclusive National Day of Prayer.
13  Q  We've already discussed that.  What I'm asking,
14  though, is, does the face of this letter ask for a
15  declaration that explicitly opens this day to clergy
16  and believers of all religions, as well as those who
17  profess no religion?
18  A  It does, but that's meaningless.
19  Q  Well, that's -- well, I -- my question was simply
20  whether that was what the Interfaith Alliance and
21  Jews On First requested of President Obama.  So let's
22  go -- what's our next exhibit number?  34?
23     (Exhibit 34 marked for identification.)
24     BY MR. ROSENBERG:
25  Q  Why don't you take a quick look at this -- or take as

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 136

1  long a look as you like, actually.  I don't want to
2  rush you in any way.  And then I just have a question
3  or two for you.
4  A  (Witness complies.)
5  Q  Would you agree that it appears from this letter that
6  both Interfaith Alliance -- that Interfaith Alliance
7  was happy with President Obama's 2009 National Day of
8  Prayer proclamation?
9  A  It sounds like -- like they were, yes.
10  Q  And they explicitly noted, as part of their approval
11  of that proclamation, that "we must cherish the
12  Freedom in this country to pray or not to pray"?
13  A  Yeah, so there's a little bit of a contradiction
14  there.  You can't issue a National Day of Prayer
15  proclamation that is inclusive of all Americans,
16  because there's 30 million of us, at least, adults
17  who don't pray.
18  Q  Interfaith Alliance appears to think that you can.
19  A  Well, I think when you read the second paragraph,
20  Reverend Gaddy seems to really kind of side with us.
21  He says, "The reality is that we don't need our
22  elected leaders to instruct us in ways of religion."
23  So I think it sounds like he would be happier without
24  a National Day of Prayer.  He goes on to say, "If we
25  are going to have such a day."  So that sounds like

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 137

1  he supports our challenge.
2  Q  Well, I suppose ultimately the district court judge
3  in this case may take a look at this letter and read
4  it for herself.  But while Interfaith Alliance may be
5  happier, all things equal, with no day of prayer at
6  all, they nonetheless praised President Obama for his
7  proclamation; did they not?
8  A  And they are an interfaith alliance made up mostly of
9  faithful people who pray.
10  Q  But they nonetheless did praise President Obama for
11  his proclamation; did they not?
12  A  Yes, they did, but I don't.
13  Q  And they did so explicitly noting the freedom of this
14  country to pray or not to pray; did they not?
15  A  Yes, but that's contradicted by a statute that
16  requires the president to instruct people to pray.
17  That doesn't really give you true freedom.
18  Q  I don't want to go back too long on this point, but
19  at the beginning of my questions we discussed Burnett
20  County.
21     MR. BOLTON: I'm sorry, what was that?
22     MR. ROSENBERG: Burnett County.  The
23  Burnett County Sheriff.  What was it in, up country
24  in Wisconsin?
25     MR. BOLTON: Up north.

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 138

1    BY MR. ROSENBERG:
2  Q  Up north.  Upstate New York I think it's called north
3  country.  Freedom From Religion Foundation opposes
4  many of the local celebrations that occur regarding
5  the National Day of Prayer, doesn't it?
6  A  Yes.
7  Q  And I think you had -- Freedom From Religion
8  Foundation has written letters to local officials
9  regarding those celebrations?
10 A  Yes.  I should say that we don't oppose private
11 celebrations or commemorations of the National Day of
12 Prayer.  We oppose it when the government gets
13 involved.
14 Q  And I believe we mentioned -- I'm sorry to talk about
15 her in the third person when I think she's sitting in
16 this room, but I think you mentioned that Freedom
17 From Religion Foundation has hired an attorney within
18 the past year, in-house?
19 A  Yes.
20 Q  And that attorney has spent at least some of her time
21 regarding National Day of Prayer-related local
22 celebrations?
23 A  Yes, she's spent quite a bit of time on it this
24 spring.
25 Q  So certainly Freedom From Religion Foundation is not

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 139

1  shy about fighting local celebrations when it
2  believes that those celebrations violate the
3  establishment clause?
4  A  Yes, we often find out about them after the fact,
5  however.
6  Q  But when you find out -- you found out about quite a
7  few of them before the fact?
8  A  Some of them, yes.
9  Q  Because they're usually posted in advance of the
10 celebration.
11 A  If we find out about it from our members, yes.
12 Q  And, in fact, that's one of your theories of the
13 case, is that the predictability of the National Day
14 of Prayer statute makes it easier to coordinate these
15 celebrations in various states and localities across
16 the country?
17 A  Yes.
18 Q  So it would be relatively easy to find out about
19 these celebrations in advance if the Freedom From
20 Religion Foundation were so inclined?
21 A  We act on complaints from individuals who ask us to
22 intervene.  So they tend to get -- we tend to get
23 them on the day of the event or after.
24 Q  But in at least a few cases, you found out about
25 those --

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 140

1  A  Yes.
2  Q  -- events far enough in advance that you've been able
3  to write to local officials?
4  A  Yes.
5  Q  I believe -- maybe there was a celebration in Naples,
6  Florida where Freedom From Religion Foundation wrote
7  to local officials regarding a National Day of Prayer
8  celebration?
9  A  Yes, I believe so.
10 Q  To the best of your knowledge?
11 A  Yeah, I didn't -- yes, that's -- is that right?
12    We handled Naples, right, there were
13 some --
14 Q  I don't need to get into the specifics of it, and I
15 don't want to put your in-house counsel in a position
16 of answering.  Certainly if Freedom From Religion
17 Foundation felt that it needed to sue to protect its
18 members' rights regarding a local celebration
19 involving the National Day of Prayer, it would not
20 shy away from doing so, would it?
21 A  No.  But in Burnett County it was a difficult
22 situation.  We had complaints coming in from members,
23 but they didn't want their names known in the
24 community because they were fearful of reprisal.
25 Q  I understand that they're -- that you were unable to

Video Deposition of ANNIE LAURIE GAYLOR, 11/24/09          Page 141

1  locate plaintiffs who were willing to be named
2  plaintiffs in a lawsuit --
3  A  Our complainants didn't want to be plaintiffs.
4  Q  I understand that.  But there certainly may be other
5  instances where you may have local -- local Freedom
6  From Religion members who wish to sue to stop a local
7  celebration of a National Day of Prayer that they
8  believe violates the national establishment clause?
9  A  Yes.  This was a very specific kind of violation
10 where the sheriff's office was actually organizing
11 the prayer -- the National Day of Prayer breakfast
12 and sending out the invitations and was completely
13 responsible for it.  It was a very particular kind of
14 violation.
15 Q  And we're not -- I mean, that's not -- let me take
16 that back.  Let me ask -- let me ask this:  Do many
17 of these local celebrations have unique facts to them
18 that may become relevant in the lawsuit?
19    MR. BOLTON:  I'll object because I think it
20 calls for speculation.  I'm not even sure what the
21 question itself is asking about, and I'm not sure I
22 can contemplate what an answer would involve.
23    BY MR. ROSENBERG:
24 Q  I'll rephrase it, then.  That's fair.  You mentioned
25 that the Burnett County Sheriff's Department, one of

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

Video Deposition of Annie Laurie Gaylor
November 24, 2009

1   the reasons that Freedom From Religion Foundation
2   objected to that celebration was that it used county
3   stationery for --
4   A   And organized the whole event as an official
5   sheriff's event.
6   Q   So depending on the event and how the event is
7   organized, that may bear on Freedom From Religion
8   Foundation's analysis as to whether it believes that
9   the event violates the establishment clause?
10  A   Yes.
11  Q   And if Freedom From Religion Foundation believed that
12  a local event violated the establishment clause and
13  believed that it had a basis to bring a lawsuit to
14  challenge that local event, is there any reason why
15  Freedom From Religion Foundation might shy away from
16  doing so?
17  A   Well, yes, but from a practical point of view, we
18  can't take everything.  We are a small organization,
19  and we have a certain number of cases that we juggle.
20  And we can't just take a bottomless pit of cases.  We
21  see where we are with certain cases and resources
22  available and make a decision based on that context.
23  Q   But that type of case -- you know, case challenging
24  a local violation of a National Day of Prayer,
25  assuming that Freedom From Religion Foundation did

1   have the resources to bring a lawsuit, would be the
2   type of lawsuit that Freedom From Religion Foundation
3   would bring; would it not?
4   A   Can you repeat the question?
5   Q   Let me rephrase it.  Let me make it a little bit
6   clearer.  This falls within the categories or the
7   types of lawsuits that Freedom From Religion
8   Foundation would bring in the sense that these are
9   the types of alleged violations that Freedom From
10  Religion Foundation is concerned about?
11  A   You don't have an antecedent to your "this" that you
12  started your sentence with.
13  Q   "This" being local celebrations of a National Day of
14  Prayer.
15  A   If they involve egregious entanglements between
16  government and church, yes.
17  Q   Why don't we mark this as Exhibit No. 35.
18      (Exhibit 35 marked for identification.)
19      BY MR. ROSENBERG:
20  Q   Now, I can guarantee that you've never seen this
21  specific document before, and that's because I wrote
22  it.  Now, I don't have any experience drafting
23  proclamations until this proclamation, which is
24  nothing other than a hypothetical proclamation, but I
25  do want to ask you a question about this hypothetical

1   draft National Day of Prayer proclamation.
2       In your view, if a president were to
3   issue a proclamation in substantially this form, does
4   Freedom From Religion Foundation -- would Freedom
5   From Religion Foundation take the position that such
6   a proclamation would violate the establishment
7   clause?
8   A   I think so.  But none has done -- no proclamation has
9   been like this since 1952.  They've all gone whole
10  hog in their prayer proclamation.
11  Q   Is it possible, though -- you said you think so.  Is
12  it your position that this proclamation would violate
13  the establishment clause or would not?
14      MR. BOLTON: Can I interject?  And the
15  witness can certainly answer the question, but I
16  would note that in evaluating whether this
17  hypothetical proclamation would violate the
18  establishment clause, that if she were actually
19  evaluating that, that that process would involve a
20  discussion with counsel.  And so the witness can
21  certainly testify, but recognize that her testimony,
22  then, will not be informed by the collaboration and
23  the discussion of this with counsel and the legal
24  issues that may or may not be raised by the
25  hypothetical.

1       MR. ROSENBERG: Just to be clear, then, is
2   the objection essentially one that this would call
3   for a legal conclusion?
4       MR. BOLTON: I'm willing to offer my
5   opinion on it right now if you would like.
6       MR. ROSENBERG: I'm actually more
7   interested in the witness's opinion.
8       THE WITNESS: I would like to hear Rich's
9   opinion, as the witness.  I would read -- I would
10  turn to legal counsel.
11      BY MR. ROSENBERG:
12  Q   Before I hear -- before we hear Rich's opinion, I
13  would be curious what -- you have been involved in --
14  how many lawsuits have you been a plaintiff in
15  involving the establishment clause?
16  A   I don't know how many I've been a plaintiff in.  I
17  mean, I would have to get it and count.
18  Q   A lot?
19  A   A few.
20  Q   Quite a few?
21  A   I don't know.  I don't know what you would call quite
22  a few.  Several.
23  Q   Do you consider yourself knowledgeable on issues of
24  separation of church and state?
25  A   Yes, generally.  But I'm not an attorney.

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

*Video Deposition of Annie Laurie Gaylor*
**November 24, 2009**

1  Q  Do you have -- I understand that you're not an
2  attorney.  Do you have an opinion on whether a
3  proclamation written in substantially this form would
4  violate the establishment clause?
5  A  I believe it would because I do not think the
6  president has the power under our secular
7  Constitution to proclaim a National Day of Prayer.
8  Q  Do you -- are there any changes that you think could
9  be made to this draft proclamation that would allow
10  it to conform with the establishment clause?
11  A  No.  I mean, this is proclaiming a National Day of
12  Prayer.  It's called that.  And this is -- this is
13  not what they are doing for 52 -- since 1952.  But I
14  consider this to be beyond what the president is
15  entitled to do under the Constitution.  It could be
16  that -- you know, I mean, I think Congress did not --
17  this is an unconstitutional law.
18  Q  So is it your view that there's no form of a
19  presidential proclamation that could conform with the
20  National Day of Prayer statute and at the same time
21  be consistent with the establishment clause?
22  A  Yes.  I don't think that there can be a National Day
23  of Prayer proclaimed by the federal government and
24  president consistent with the establishment clause.
25  Q  Do you object to presidential Thanksgiving Day

1  proclamations that also incorporate elements of
2  prayer?
3  A  I personally object to the religion intruding.  But
4  Thanks -- I do not consider the Thanksgiving
5  proclamation to be a religious purpose.  Our family
6  celebrates Thanksgiving.  Free thinkers celebrate
7  Thanksgiving.  We give thanks to the cook.
8     MR. BOLTON: They have a cookbook.
9     MR. ROSENBERG: And on that note, I think I
10  actually have turkeys to brine because Thanksgiving
11  Day is coming up.  So I don't -- I don't think I have
12  any further questions.
13     MR. BOLTON: Thanks a lot.
14     THE VIDEOGRAPHER: This is the conclusion
15  of the deposition.  We are off the record at
16  2:45 p.m.
17     (Deposition concluded at 2:45 p.m.)
18  (Original exhibits attached to original transcript.)
19  (Copies of exhibits attached to copies of transcript.)
20
21
22
23
24
25

1     STATE OF WISCONSIN )
                         ) SS:
2     MILWAUKEE COUNTY   )

3

4            I, Sarah A. Hart, RPR, RMR, CRR and
5     Notary Public in and for the State of Wisconsin, do
6     hereby certify that the preceding deposition was
7     recorded by me and reduced to writing under my
8     personal direction.

9            I further certify that said deposition
10    was taken at BOARDMAN, SUHR, CURRY & FIELD, LLP, One
11    South Pinckney Street, Suite 410, Madison, Wisconsin,
12    on the 24th day of November, 2009, commencing at
13    10:08 a.m.

14            I further certify that I am not a
15    relative or employee or attorney or counsel of any of
16    the parties, or a relative or employee of such
17    attorney or counsel, or financially interested
18    directly or indirectly in this action.

19            In witness whereof, I have hereunto
20    set my hand and affixed my seal of office on this
21    30th day of November, 2009.

22

23          _____
24          SARAH A. HART, RPR, RMR, CRR
            Notary Public
25    My commission expires October 2nd, 2011

Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al

Video Deposition of Annie Laurie Gaylor
November 24, 2009

**$**

**$1,000 (1)**
39:24
**$192,000 (1)**
32:8
**$2,048,557 (1)**
28:22
**$29,541.85 (1)**
31:9
**$40 (1)**
39:23
**$50 (2)**
39:23;41:2
**$595,000 (1)**
32:23
**$914,000 (3)**
30:19;31:17,18
**$994,000 (1)**
32:22

**0**

**08 (2)**
31:4;43:22
**08-CV-588 (1)**
5:10
**09 (1)**
91:10

**1**

**1 (1)**
54:13
**1,000 (1)**
33:24
**1.1 (1)**
30:17
**1:10 (1)**
98:10
**1:23 (1)**
98:13
**1:33 (1)**
107:1
**1:40 (1)**
107:5
**10 (3)**
11:8,9;45:4
**10:08 (1)**
5:3
**10:35 (1)**
28:4
**10:39 (1)**
28:8
**10:55 (1)**
40:17
**10:56 (1)**
40:20
**100 (1)**
103:4
**11,000 (1)**
38:13
**11:04 (1)**
47:20

**11:15 (1)**
47:23
**11:35 (1)**
63:13
**119 (1)**
114:5
**12,000 (1)**
38:13
**12:28 (1)**
63:16
**14,000 (3)**
34:21;103:9;
104:16
**15,029 (1)**
105:21
**15,033 (1)**
105:17
**1700 (3)**
103:7,8;105:17
**1747 (1)**
104:2
**1820s (1)**
49:9
**1892 (1)**
48:15
**19 (1)**
118:3
**19,182 (1)**
31:12
**192,000 (1)**
32:10
**1950s (1)**
83:4
**1952 (6)**
48:10;96:25;
113:16;117:3;
144:9;146:13
**1964 (4)**
118:3;119:8,9,10
**1965 (3)**
119:11,14;120:7
**1970s (1)**
74:6
**1976 (3)**
9:7,10;59:14
**1979 (1)**
78:14
**1980 (2)**
9:4;79:5
**1980s (4)**
59:17;74:13,25;
75:20
**1983 (2)**
29:12;77:24
**1985 (4)**
8:23;9:2;60:9;
91:22
**1988 (4)**
76:15;91:4,18;
114:9
**1st (3)**
50:10;54:21,23

**2**

**2 (3)**
30:16;33:2;36:7
**2:17 (1)**
133:9
**2:25 (1)**
133:12
**2:45 (2)**
147:16,17
**200 (1)**
102:22
**2001 (2)**
15:4,6
**2004 (9)**
8:16;31:24,25;
32:7,18;33:12,21;
34:9;39:12
**2005 (3)**
32:16,21,25
**2005/2006 (1)**
34:10
**2006 (4)**
34:12,13,17,18
**2007 (1)**
39:12
**2008 (18)**
12:16;27:19;
28:17,22;30:15,19;
35:25,25;36:11,13,
14;38:9,23;39:2;
42:16,17;43:11,18
**2009 (25)**
5:4;12:14;13:24;
14:15;27:10,13,15;
38:15,19;39:14,19;
42:18;43:23;90:24;
91:25;92:19;97:14,
24;101:24;111:12;
123:13;124:24;
127:21;133:16;
136:7
**2010 (1)**
88:12
**20th (1)**
119:5
**24 (1)**
77:15
**24/7 (1)**
22:16
**24th (1)**
5:4
**25 (3)**
28:6,11;84:18
**26 (2)**
100:14,15
**27 (2)**
107:8,8
**270,000 (1)**
39:22
**27-28 (1)**
107:3
**28 (3)**
107:8,9;108:20
**29 (3)**
111:15,25;114:1

**3**

**3.2 (2)**
32:17,19
**30 (7)**
69:12;95:23;
113:23;114:2,2,2;
136:16
**30,000 (1)**
75:25
**305,000 (1)**
32:3
**31 (2)**
118:23,25
**32 (2)**
127:17,18
**33 (2)**
130:11,12
**34 (2)**
135:22,23
**35 (3)**
11:14;143:17,18

**4**

**40 (3)**
33:23;34:1;41:1

**5**

**50 (4)**
11:13,15;26:16;
34:1
**50/50 (1)**
26:9
**500 (1)**
103:6
**52 (1)**
146:13
**59,464 (1)**
29:2
**590 (1)**
109:7

**6**

**6- (2)**
34:18,19
**6,000 (4)**
34:11;103:15;
104:3,4
**6.4 (1)**
31:20
**611,000 (1)**
32:6
**6th (2)**
14:20,21,21,22;
16:12

**7**

**7,000 (3)**
34:11,18,19
**70 (2)**

**68:23;69:9**
**70s (2)**
73:25;74:8
**71,000 (1)**
33:6
**75/25 (1)**
26:9
**76 (3)**
8:19;55:22;59:11
**77 (2)**
55:22;59:11
**78 (3)**
9:11;55:22;59:11

**8**

**80 (1)**
9:12
**803,000 (1)**
32:1
**80s (3)**
59:17;60:13;
75:23
**83,000 (1)**
33:7
**84 (1)**
9:6
**85 (3)**
8:21;11:15;59:18
**88 (2)**
61:25;76:12

**9**

**9/11 (3)**
55:1,10,14
**97,498 (1)**
29:3
**9th (1)**
14:18

**A**

**ability (4)**
7:5,10,22;67:1
**able (5)**
37:3,5;42:13,15;
140:2
**abortion (8)**
18:3,10,12,18;
19:4,13;20:6;21:8
**above (1)**
12:6
**absolutely (1)**
102:13
**access (1)**
101:17
**accomplish (1)**
47:25
**according (3)**
92:8;115:18;
120:2
**account (1)**
34:22
**accurate (1)**

104:4
**achieve (1)**
52:14
**acknowledge (5)**
117:12;118:2;
119:13;120:3;
134:16
**acknowledged (4)**
94:7;117:5,6;
132:4
**acknowledging (2)**
93:23;132:3
**across (1)**
139:15
**act (1)**
139:21
**actions (1)**
76:11
**active (2)**
9:14;76:14
**activism (2)**
61:21;75:5
**activists (1)**
61:7
**activities (8)**
26:6;40:23;
123:16,25;128:2,22;
132:16,24
**activity (1)**
105:23
**actual (3)**
82:6;114:24;
130:22
**actually (25)**
14:23;26:6;27:10;
31:7;37:9;42:21;
43:17;48:24;58:6;
74:7;77:19;78:2;
83:14;94:10;
103:22;116:9;
119:24;126:20,21,
24;136:1;141:10;
144:18;145:6;
147:10
**adding (1)**
42:11
**addressed (1)**
57:12
**administration (1)**
10:9
**administrators (1)**
9:19
**adopt (3)**
97:13,16,23
**adopted (3)**
18:19;64:19;
97:20
**adopting (2)**
19:9;20:1
**adults (2)**
86:18;136:16
**advance (4)**
76:6;139:9,19;
140:2
**advice (2)**

51:6;72:19
**advisory (2)**
13:15;14:11
**advocacy (1)**
22:13
**advocate (3)**
19:6;22:3,8
**affects (1)**
100:13
**affirmed (1)**
6:6
**affront (1)**
77:8
**affronted (1)**
77:3
**Afghanistan (1)**
100:7
**afraid (4)**
37:2;86:15,16,16
**afternoon (1)**
69:18
**afterward (2)**
62:11,15
**again (25)**
15:3,12;32:21;
36:21;37:7;42:25;
53:10;54:6;57:14;
58:12;68:1;69:3;
71:22;82:4;83:11;
86:4;88:2;89:4,20;
97:15,18;98:2;
103:21;105:25;
121:23
**against (8)**
18:12;19:15,17;
61:10;71:19;87:19;
88:25;90:14
**agenda (5)**
13:3,6,9;15:13;
77:8
**agnosticism (1)**
79:13
**agnostics (2)**
21:23;94:8
**ago (4)**
14:19;35:22;
98:15;107:11
**agree (25)**
7:24;23:6;48:21;
49:15;57:19,20;
67:13,22,24;68:5,6,
17;73:5;78:11;
98:22;101:20;
102:8;103:10,23;
108:19;112:10;
114:8;130:3,23;
136:5
**agreeable (1)**
53:20
**ahead (3)**
75:15;98:7;
118:21
**Air (1)**
110:14
**al (2)**

5:7,8
**align (1)**
45:23
**aligns (1)**
100:10
**alleged (1)**
143:9
**Alliance (13)**
5:25;110:10;
111:17;112:12;
113:10;133:2,15;
135:20;136:6,6,18;
137:4,8
**Alliance's (3)**
110:22;114:16;
135:1
**allow (2)**
58:1;146:9
**allowed (5)**
19:6,23;20:16;
21:10;76:15
**almost (3)**
34:11;64:23;
70:22
**alternative (2)**
22:15;65:9
**although (5)**
16:4;59:5;91:21;
101:16;126:21
**always (11)**
12:18;22:22;
23:23;32:12;37:22;
44:11;56:25;70:22;
71:16,25;72:20
**Amendment (6)**
19:15;51:11;
114:7,8;120:19;
123:6
**America (3)**
48:11;56:11;
110:15
**American (17)**
67:14;68:7,16;
69:5,11;70:23;78:5;
86:20;87:7;95:23;
117:4,5;120:9;
121:18;128:21;
129:13,16
**American/Indian (1)**
129:3
**Americans (42)**
49:19;50:17;
54:19;55:12;73:11;
78:15,24;79:3;
86:25;87:16;92:25;
93:13,24;95:24;
99:3;100:1,12;
114:18;117:2,20,20;
119:5,16;120:15;
121:7,19,24;123:15,
24;124:7,24;125:3,
10,20,25;128:13;
129:7;131:21,22;
132:14,20;136:15
**America's (1)**

48:12
**among (2)**
83:7;88:19
**amount (4)**
33:13,14;43:6;
67:13
**analysis (1)**
142:8
**analyze (1)**
97:19
**Ann (1)**
83:8
**Annie (4)**
5:5;6:5,11,14
**annual (3)**
50:13;112:25;
126:6
**answered (1)**
103:22
**antecedent (1)**
143:11
**antibiblical (1)**
67:11
**anticipated (1)**
85:12
**Antonio (1)**
75:4
**apologize (1)**
119:10
**appear (4)**
5:21;101:12;
108:24;130:19
**appearances (1)**
5:18
**appeared (1)**
133:17
**appears (4)**
5:24;107:9;136:5,
18
**appreciate (1)**
115:2
**approach (1)**
79:19
**approached (2)**
73:23;82:19
**approaching (2)**
82:23;88:12
**appropriate (13)**
51:23,24;64:7;
73:3;87:5;113:20;
114:19;115:12;
123:15,24;128:2;
132:15,23
**approval (1)**
136:10
**approximately (6)**
30:17;31:20;32:8;
36:13;39:1;74:12
**April (2)**
62:11;88:11
**area (4)**
57:23;61:5;62:14;
109:16
**argumentative (1)**
116:12

**arises (1)**
90:4
**around (10)**
11:11;26:7;36:13;
51:3;57:3;64:2,13;
117:2,10,16
**article (1)**
130:20
**aspect (2)**
13:19;108:22
**assert (1)**
108:7
**assessment (1)**
48:22
**assets (4)**
31:19;32:15,16,
18
**Association (2)**
86:20;87:7
**assume (5)**
15:22;45:10;
54:22;55:23;57:23
**assuming (1)**
142:25
**assumption (3)**
32:17,19;120:11
**atheism (1)**
79:11
**atheists (4)**
21:23;94:8,11;
120:7
**attached (3)**
119:1;147:18,19
**attempt (3)**
105:10;106:1;
107:15
**attention (4)**
28:14;35:14;
71:15;99:15
**Attorney (16)**
5:21,24;15:25;
16:20;26:18;29:8;
57:16,19;69:20;
72:1,2;82:1;138:17,
20;145:25;146:2
**attorney/client (1)**
71:23
**attorneys (6)**
28:25;29:5,8,14,
19;36:24
**August (1)**
37:11
**authority (2)**
16:8;90:2
**automatically (1)**
11:17
**available (2)**
72:4;142:22
**avoid (1)**
63:4
**aware (35)**
18:4;44:23;45:6;
55:20,24;56:3,4;
59:10,12;62:7;70:6;
78:3;94:7,14;97:20;

111:6,11;120:24;
121:4,14;123:8,23;
124:2,13,15,23;
125:9,12,13;126:4,
15;127:13;128:18;
129:11,12
**awareness (3)**
70:4;76:21,22
**away (3)**
121:10;140:20;
142:15

**B**

**back (32)**
11:21;17:15;
27:19;28:7;29:10;
31:23;38:14;40:19;
42:9;47:22;54:3,4,
7;59:9;63:15;70:2;
71:3;72:6;75:20;
76:4;79:9,15;84:18;
85:13;93:21;98:12;
107:4;133:1,1,11;
137:18;141:16
**background (1)**
72:2
**bad (8)**
22:20,22,25;23:2;
25:15;37:16;56:25;
58:24
**Barack (2)**
5:8;69:22
**Barker (1)**
9:19
**bars (1)**
49:10
**based (12)**
18:21;22:24;
25:15;26:4;28:16;
61:8,9;66:16,18,20;
120:21;142:22
**basically (1)**
39:12
**basis (6)**
76:18;93:22;94:2;
102:9;109:24;
142:13
**bear (1)**
142:7
**became (11)**
18:4;62:1;70:14;
74:9;75:3;76:12,13,
14,15;94:14;102:4
**become (2)**
59:9;141:18
**becoming (1)**
91:19
**beforehand (2)**
15:2;62:13
**begging (1)**
45:14
**beginning (7)**
5:18;17:15;32:16;
35:25;69:19;129:6;

137:19
**begins (2)**
119:3,19
**behalf (3)**
9:23;24:19;135:2
**behind (2)**
88:14;96:18
**beliefs (6)**
19:5;20:23;24:4;
67:20;68:19;69:8
**believer (1)**
67:12
**believers (6)**
45:25;112:21;
113:6;134:8;135:3,
16
**believes (5)**
46:22;68:24;
120:12;139:2;142:8
**believing (1)**
45:22
**belongs (1)**
129:3
**Below (1)**
10:24
**bequest (1)**
30:23
**bequests (2)**
30:22;32:4
**beseech (1)**
134:14
**beseeching (1)**
46:6
**besides (4)**
10:3;18;50:2;
61:13
**best (4)**
7:5,10,21;140:10
**best-selling (1)**
35:2
**better (2)**
8:24;84:21
**betterment (1)**
45:20
**beyond (7)**
22:2;53:17;68:8;
82:6;90:20;111:4;
146:14
**Bible (7)**
18:11;66:17;67:8,
12;76:1;78:1,8
**biblical (1)**
77:22
**big (4)**
62:4;73:20;76:2;
106:10
**biggest (1)**
71:25
**Bill (1)**
120:20
**Billy (1)**
97:1
**birthday (2)**
126:21,22
**bit (9)**

14:23;84:16;
88:14;92:4;110:12;
120:18;136:13;
138:23;143:5
**black (1)**
32:12
**blend (1)**
93:18
**blessings (1)**
93:1
**blood (1)**
30:1
**board (28)**
8:20;10:13,18,19,
22,23;11:2,3,9,12,
17,19,22;12:6,8,8,
11,16,23;13:2,12,
15,25;14:5,10,14;
18:16;80:25
**Boardman (1)**
5:12
**body (6)**
10:21;11:3;12:3,
4;13:23;14:9
**BOLTON (57)**
5:21,22;8:7;
25:21,24;27:25;
29:18;33:14;36:2,6,
21;39:6;47:13,17;
51:19;52:7,20;
53:14;54:15;56:13,
17;57:6;58:3,17;
63:6,10;71:22;
81:20;82:4,9,20,23;
85:22;88:2,6,8,16;
89:4,20;90:16;91:6,
9;95:12;106:20,24;
114:21;115:4;
116:9;133:3,7;
137:21,25;141:19;
144:14;145:4;
147:8,13
**book (2)**
35:3;49:1
**books (4)**
24:25;30:6,7;35:2
**born (1)**
67:6
**both (4)**
111:6;114:18;
115:7;136:6
**bottomless (1)**
142:20
**boxes (2)**
61:19,19
**Brad (2)**
6:1;69:18
**brain (1)**
46:24
**Branch (1)**
6:3
**break (12)**
39:6;47:16,17,21;
63:9;98:8,11;
106:23;133:3,5,7,10

**breakdown (2)**
26:1;30:25
**breakfast (3)**
36:20;37:6;
141:11
**breakfasts (1)**
75:8
**briefly (1)**
108:20
**brine (1)**
147:10
**bring (19)**
27:24;29:4;31:2;
34:10,14;43:7;
71:11;72:17;81:11;
105:11;106:2,12;
107:23;108:14;
120:17;142:13;
143:1,3,8
**bringing (3)**
70:10;71:18;72:6,
9;107:16
**Britain (1)**
66:12
**broad (1)**
16:5
**brought (8)**
28:22;30:15;
31:18;32:8,22;
42:15,22;43:11
**budget (8)**
27:14,20,20;
28:17,18,20;30:9;
71:15
**building (1)**
19:12
**buildings (1)**
63:3
**bumper (2)**
30:6;64:12
**Burnett (17)**
36:19;37:2;80:10;
81:15,16;85:13,16,
25;86:3,10,21;87:2;
137:19,22,23;
140:21;141:25
**bus (3)**
41:24,25;42:1
**Bush (3)**
34:25;54:25;
94:10
**business (5)**
86:9,10;93:8,10;
121:21
**businesses (1)**
127:8
**bussed (1)**
18:10
**busy (2)**
40:12;125:18
**buttress (1)**
95:17
**bylaws (3)**
9:18;16:7;24:9

**C**

**calculator (1)**
30:3
**calendar (2)**
27:12;31:9
**call (18)**
12:1;21:25;40:4;
41:12;61:4;92:25;
117:20;118:12;
121:24;124:7;
125:25;127:25;
128:12;132:20,22;
135:12;145:2,21
**called (17)**
6:5;13:6;40:9;
44:14;49:6;55:1;
93:6;110:9;111:1;
123:12,14,23;
125:10,20;132:14;
138:2;146:12
**calling (5)**
49:16,22;50:7;
51:20;59:3
**calls (11)**
50:1;52:20;54:15;
55:4;60:18;62:10;
71:23;74:14,21;
89:21;141:20
**calming (1)**
46:22
**came (7)**
27:17;28:18;31:5,
8,16;62:12;63:24
**campaign (1)**
75:24
**Can (80)**
6:10;7:24;10:20;
11:15;12:12;13:15,
21,21;21:13;24:11;
26:1,4;27:25;28:12;
29:12,17;31:13;
33:5;34:2,11;38:10;
39:3,13,21;40:22;
42:4,6;44:1,12,14,
18;45:7,8,13,18,22;
46:23;47:17;52:23;
68:13,25;69:7;71:6;
72:19;74:18;78:12;
81:23;87:11,11,12;
88:8;89:8;90:8;
91:6;92:7;95:13,20;
101:11;104:19;
106:12;108:19,25;
110:12;116:9;
118:1,9;124:18;
125:25;126:2;
130:1;133:5,25;
136:18;141:22;
143:4,20;144:14,15,
20;146:22
**Capitol (3)**
18:8;19:12;20:5
**capitols (1)**

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 42 of 58
Freedom From Religion Foundation, Inc., et al., v.                    Video Deposition of Annie Laurie Gaylor
President Barack Obama, et al                                         November 24, 2009

63:2
**cards (1)**
30:7
**care (4)**
50:1;99:9;102:9,
23
**Caribbean (1)**
126:19
**carry (1)**
95:15
**Carter (4)**
77:19;78:9,15;
79:5
**Cary (5)**
101:10,11,12,21;
102:8
**Case (15)**
5:10;7:19;16:9;
21:3;23:9;29:12;
48:18;51:15;52:13;
87:14;88:13;137:3;
139:13;142:23,23
**cases (7)**
16:2;25:9;71:13;
139:24;142:19,20,
21
**categories (1)**
143:6
**cathedral (2)**
55:19,19
**Catherine (3)**
75:2,11;79:16
**Catholic (9)**
18:9,17,25;19:3,
12,18;20:5,12;21:4
**caused (2)**
18:14;55:25
**causes (1)**
23:8
**caution (1)**
36:22
**caveat (1)**
86:4
**celebrate (4)**
131:14,18,22;
147:6
**celebrates (1)**
147:6
**celebrating (1)**
96:3
**celebration (8)**
129:14,19;
139:10;140:5,8,18;
141:7;142:2
**Celebrations (13)**
130:16,19,21;
138:4,9,11,22;
139:1,2,15,19;
141:17;143:13
**center (1)**
38:22
**century (1)**
67:6
**ceremonies (6)**
123:16,25;128:2,

22;132:16,24
**certain (6)**
19:24;43:7;66:4;
95:9;142:19,21
**certainly (22)**
58:3;59:11;71:22;
75:10;80:2;99:12,
14;101:21;102:12;
104:13;115:15;
116:15;127:4;
130:3,19,24;134:16;
138:25;140:16;
141:4;144:15,21
**chain (1)**
107:9
**challenge (5)**
44:22;75:1;92:3;
137:1;142:14
**challenging (8)**
71:20;82:13,21;
87:8,17,20;107:23;
142:23
**chance (2)**
86:18;127:21
**change (6)**
45:13,18,19,22;
107:17;114:9
**changes (1)**
146:8
**changing (1)**
45:16
**charge (3)**
10:1,3,6
**charging (1)**
72:4
**chart (2)**
29:25;30:2
**cheaply (1)**
104:16
**check (2)**
44:2;101:19
**checks (1)**
29:16
**cherish (1)**
136:11
**chief (2)**
93:9,10
**child (2)**
19:3,5
**children (3)**
18:9;19:12;20:5
**China (1)**
100:8
**choose (4)**
12:2;45:1;93:25;
132:6
**chorus (1)**
100:6
**Christian (17)**
48:11,12,17;49:6,
6;55:16,18;67:12,
15,16,17,18,19,19,
22;68:8;97:25
**Christianity (1)**
98:5

**Christopher (3)**
128:23;129:9;
130:1
**church (36)**
9:22;17:21;18:5;
19:8,14;22:11;
23:13;24:21;26:14,
16;49:3,12,13;68:2,
20,21,22;71:1;
73:13;76:20;83:24;
85:6;87:1;93:12;
95:8,19;97:6;99:24;
102:19;116:7;
123:18;124:3;
125:19;126:8;
143:16;145:24
**church/state (2)**
98:17;121:13
**Churches (7)**
20:19;21:15;
78:25;114:23;
115:10,19,25
**circumstances (3)**
52:22;53:20,23
**cites (1)**
77:25
**cities (1)**
129:22
**citizen (2)**
77:24;120:1
**citizens (5)**
73:10;78:5;97:5;
105:24;118:13
**City (4)**
18:16;63:2;65:24;
75:8
**Civil (4)**
6:2;18:20;19:2;
51:8
**claim (4)**
68:7,13;69:5,6
**claiming (1)**
113:1
**clarification (1)**
115:3
**clarify (1)**
81:24
**clause (14)**
51:12;95:9;139:3;
141:8;142:9,12;
144:7,13,18;145:15;
146:4,10,21,24
**clear (3)**
52:6;114:25;
145:1
**clearer (1)**
143:6
**clergy (3)**
93:9;113:6;
135:15
**climate (1)**
100:2
**Clinton (1)**
92:15
**clippings (2)**

60:19;74:15
**clips (1)**
62:13
**close (1)**
126:22
**Co (1)**
9:9
**co-chair (1)**
122:18
**coercing (1)**
116:7
**coercive (1)**
116:15
**co-founded (1)**
9:9
**co-founder (1)**
8:18
**cognizant (1)**
92:14
**cold (1)**
79:1
**collaboration (1)**
144:22
**collect (1)**
47:1
**college (1)**
8:19;9:4,12
**Colorado (4)**
87:20,25;88:4,7
**Columbus (29)**
126:14,15,17,18,
25;127:1,14,21;
128:18,23,25;129:9,
9,14,19,21,24;
130:1,4,16,18,21,
24;131:1,7,14,18,
22;132:13
**column (1)**
114:5
**combat (1)**
61:16
**coming (5)**
27:2;31:7,15;
140:22;147:11
**commander (1)**
93:9
**commemorate (9)**
117:21;124:4,7;
125:1,10,14,20;
126:1;132:21
**commemorating (1)**
128:22
**commemorations (1)**
138:11
**comments (1)**
13:22
**committee (5)**
11:4;37:13;80:14,
20;96:22
**committees (1)**
10:25
**common (1)**
86:23
**communication (1)**
73:19

**communications (4)**
36:4,23;71:24;
82:7
**communities (1)**
78:25
**community (2)**
76:25;140:24
**community/country (1)**
105:19
**compare (2)**
46:20;125:23
**complainants (1)**
141:3
**complaining (2)**
93:12;100:5
**complaint (2)**
26:24;53:3
**complaints (14)**
9:22;24:19;26:13,
16;27:1;38:4;61:12,
14;62:1,5,16;71:10;
139:21;140:22
**completely (1)**
141:12
**complies (3)**
112:3;127:19;
136:4
**component (2)**
25:7;26:20
**computer (3)**
39:3;41:5;106:17
**conceivably (1)**
125:4
**conception (2)**
21:5,8
**concern (4)**
104:19;105:15;
106:4;135:2
**concerned (7)**
17:17;18:2;34:24;
35:1;105:8;134:4;
143:10
**concerning (2)**
17:4;120:23
**concerns (2)**
43:15;112:15
**concluded (2)**
58:5;147:17
**conclusion (3)**
89:22;145:3;
147:14
**confidentiality (1)**
86:18
**conform (2)**
146:10,19
**confused (1)**
59:25
**confusing (1)**
8:1
**Congress (11)**
50:22;52:9;56:7,
16;57:18;72:24;
95:21;96:16,23;
126:10;146:16
**congressional (1)**

57:12

**Connection (2)**
9:5,13

**conscience (12)**
51:9;60:15;73:8;
92:8;96:9;118:11;
120:2,18,22;121:11;
125:22;134:4

**consequence (5)**
98:24;99:20,23;
102:14;126:1

**consequences (1)**
100:11

**consider (8)**
50:4;70:10;79:11;
86:3;129:4;145:23;
146:14;147:4

**considered (1)**
81:18

**considering (1)**
72:8

**considers (2)**
105:23;129:2

**consistent (2)**
146:21,24

**constant (2)**
18:13;41:18

**constantly (2)**
62:20;70:20

**constituencies (1)**
37:20

**constituents (3)**
51:9;60:16;64:22

**constitution (10)**
20:21;63:23;
64:18;66:8;124:18;
126:9;128:16;
131:16;146:7,15

**constitutional (7)**
17:20;23:12;
64:19;65:19;94:6;
96:10;131:9

**constitutionality (1)**
107:23

**constitutionally (1)**
93:4

**construed (1)**
71:7

**contact (3)**
61:3;86:20;87:2

**contacted (1)**
86:25

**contemplate (1)**
141:22

**contend (1)**
91:23

**context (2)**
51:17;142:22

**continual (1)**
73:19

**continue (5)**
56:19,24;58:15;
62:11,16

**continued (1)**
93:2

**continuing (1)**
30:21

**contradicted (2)**
119:21;137:15

**contradiction (1)**
136:13

**contradicts (1)**
107:20

**contribute (3)**
30:11;41:25;
44:18

**contributing (1)**
44:13

**contributions (1)**
125:2

**controls (1)**
10:13

**controversial (2)**
129:2,4

**controversy (1)**
128:25

**Convention (5)**
14:21,24;64:19;
81:6,9

**conventions (1)**
81:5

**conversation (2)**
74:10;80:6

**conversations (8)**
74:5;82:24;83:12,
17,19;86:5;87:6,15

**convey (1)**
105:14

**conveyed (1)**
105:22

**convince (1)**
22:9

**co-officers (1)**
10:17

**cook (1)**
147:7

**cookbook (1)**
147:8

**cooperate (2)**
96:6,13

**cooperating (1)**
96:1

**coordinate (1)**
139:14

**copies (4)**
106:20,24;
147:19,19

**Co-president (4)**
8:12,15;9:16;10:5

**co-presidents (1)**
16:4

**copy (4)**
84:19;106:14,16;
111:21

**correctly (3)**
28:21;31:21;32:7

**correspondence (1)**
61:20

**council (18)**
10:8,15,24;11:3,6,

16,24;12:5,9,21;
14:15;15:1,5,12;
16:1,2,12;18:16

**councils (1)**
65:25

**counsel (16)**
5:17,19,22;10:11;
71:5;82:12,19;
83:18;84:5,8;86:6;
87:10;140:15;
144:20,23;145:10

**count (1)**
145:17

**counter (1)**
59:16

**counterbalance (1)**
20:3

**country (18)**
22:19,21;23:3;
49:3;66:10;67:22;
68:21;73:20;94:23;
100:6;120:7,20;
122:24;136:12;
137:14,23;138:3;
139:16

**country's (2)**
123:17;124:1

**County (20)**
18:16;36:19;37:2;
63:1,3;80:10;81:16;
85:13,16;86:1,4,11,
21;87:2;137:20,22,
23;140:21;141:25;
142:2

**couple (8)**
7:3;10:18;14:19;
26:2;52:2;60:3;
64:25;70:2

**course (9)**
17:22;51:3;84:5;
94:19,19;99:6;
117:13;118:4;
122:23

**Court (16)**
5:9,15;7:9;48:14,
20;57:4,12,24;58:4;
70:12;88:10,20,23;
106:8,10;137:2

**Court's (2)**
58:4,13

**cover (1)**
76:11

**coverage (4)**
40:11;74:17;
109:12;124:9

**covered (3)**
29:20;76:7,10

**crank (1)**
100:3

**create (3)**
67:1;105:10,25

**created (4)**
15:15;41:24;73:1;
106:3

**creator (6)**

66:4,13,19,22,25;
67:3

**Cronkite (1)**
110:13

**crosses (1)**
31:9

**crusading (1)**
49:8

**curious (1)**
145:13

**current (1)**
8:11

**Curry (1)**
5:12

**cut (2)**
29:16;67:7

**D**

**Dan (7)**
9:19;10:5,18,19;
83:9;84:9;95:14

**Dane (1)**
18:16

**danger (1)**
108:17

**dangers (1)**
24:14

**data (3)**
100:24;101:3;
102:16

**date (9)**
5:3;62:7;76:13;
82:19;88:11;89:2;
102:4,5;126:23

**dates (1)**
126:24

**dating (1)**
48:9

**Dawkins (1)**
35:2

**Day (250)**
16:11;17:4;22:16;
25:13;35:13;36:19;
37:6;38:5;39:5;
43:19,23,24;44:8,8,
21,24;46:18;49:21;
50:2,18;52:8;53:6,8,
12;54:9;55:20;
59:10,16,20,23;
60:5,11,22;61:11,
15,16,23;62:2,9;
63:18,21,21,22;
64:9,10;65:8,9,10,
14,15,16,21;70:5,6,
11,19;71:19,20;
72:9,13,25;73:6,24;
74:6,11,16,22;75:1,
20,21;76:6,7,14,17,
23,24;77:13,14,14,
17,18;78:5,16;79:4,
6,19,20;80:7,16,22;
82:13,21;83:6;
85:11;87:8,17,21;
88:21;89:25;90:17,

25;91:1,3,18,23;
92:11,16,20;95:4,
21;96:1,3,4,7,13,22,
24;97:13;98:20,23;
99:5,18;101:7;
102:10,13;105:2,9;
107:24;108:24;
109:7,13,15,20,20;
110:5;111:7,13;
112:1,16,25;113:5,
11,15;114:3,4,17,
17;116:22;117:14,
21;118:13,16;
119:14,16;120:1,2;
121:14,25;122:7,8,
11,21;123:10,14,15,
19,19,24;124:5,8,
10,14,23;125:5,8,9,
11,15,21;126:1,4,6,
15,15,17,18,25;
127:1,7,11,14,21;
128:1,6,6,7,18,21,
25;129:9,14,15,19,
21,24,25;130:4,16,
18,21,24;131:1,7,
14,18,22;132:13,15,
23;133:18,21,23;
134:1,8,15;135:12,
15;136:7,14,24,25;
137:5;138:5,11,21;
139:13,23;140:7,19;
141:7,11;142:24;
143:13;144:1;
146:7,11,20,22,25;
147:11

**days (3)**
15:7;60:17;62:12

**day-to-day (3)**
10:9;14:12;26:5

**deal (4)**
44:9;62:4;76:2;
95:1

**dealing (3)**
54:8,17;62:19

**deals (1)**
14:9

**dealt (1)**
57:21

**Dean (1)**
5:14

**December (2)**
31:6,8

**decide (5)**
16:8;35:20;37:9;
115:16;123:3

**deciding (1)**
128:17

**decision (6)**
36:16;37:13,17;
57:15;126:12;
142:22

**Declaration (6)**
66:3,15,24;
112:20;113:4;
135:15

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 44 of 58

Freedom From Religion Foundation, Inc., et al., v.                    Video Deposition of Annie Laurie Gaylor
President Barack Obama, et al                                          November 24, 2009

**declaratory (1)**
88:25
**declared (1)**
66:11
**declaring (1)**
88:20
**decorum (1)**
51:5
**deeply (6)**
17:23;70:24,24;
121:17;122:4;130:4
**defendant (1)**
5:23
**Defense (1)**
5:25
**define (1)**
68:12
**definitely (2)**
48:19;67:3
**definition (1)**
116:6
**deist (2)**
66:7;67:5
**deistic (1)**
66:15
**deists (1)**
65:6
**deity (7)**
45:15,20,20;46:5;
64:15;65:2,3
**deliberate (1)**
92:10
**delivery (1)**
49:7
**demographics (1)**
49:13
**demonstrate (6)**
105:11;106:1;
107:15,22;108:13;
110:4
**denied (1)**
88:10
**denominations (1)**
97:4
**Department (6)**
6:2;69:21;81:16;
85:14;106:7;141:25
**dependence (1)**
120:3
**depending (2)**
53:19;142:6
**deposing (1)**
16:20
**deposition (12)**
5:5,11;6:16;7:2;
16:24;17:1;21:3;
28:10;69:20,25;
147:15,17
**depositions (1)**
16:19
**describe (1)**
40:22
**described (5)**
81:15;129:19;
132:8,12,19

**description (2)**
49:20;85:20
**designate (2)**
85:8;116:22
**designated (2)**
31:10,12
**desirable (1)**
105:23
**detail (2)**
80:2,24
**detailed (1)**
80:6
**Details (1)**
80:9
**devoted (3)**
124:11;130:20,21
**dictate (3)**
19:20;20:10;
111:22
**dictates (2)**
92:8;118:11
**dictating (2)**
64:21;76:22
**dictionary (3)**
20:24;116:5,10
**difference (8)**
20:22;21:1;34:8;
46:1;50:22;75:9;
129:24;130:2
**different (19)**
22:13;26:10;
30:25;33:23;34:2,3;
46:25;47:6,11,14;
50:4,12;64:9;71:13;
82:10;102:6;115:5;
120:18,19
**difficult (3)**
7:13;82:5;140:21
**Dimly (1)**
110:11
**direct (7)**
51:9;60:15;61:3;
77:12;79:4;90:12;
92:9
**directing (3)**
97:5;105:20;
123:7
**directions (2)**
13:16;15:25
**directly (1)**
110:5
**director (1)**
110:19
**directors (16)**
11:2,4,10,12,19,
22;12:8,8,11,16,23;
13:2,12,25;14:5;
80:25
**disagree (5)**
57:4;58:13,22,23;
114:15
**disagrees (1)**
120:16
**disclose (1)**
14:6

**discovered (1)**
126:23
**discovery (6)**
44:1,3,4;61:17;
75:4;111:16
**discretion (1)**
16:5
**discuss (18)**
13:4,12,14,14,16,
17,19;14:2;16:2;
37:12,13;58:8;
79:25;80:15;82:14;
84:2,4,7
**discussed (17)**
13:25;15:19,22;
16:11,15;17:4;70:3;
75:19,21;83:7,11;
84:17;85:15;88:18;
133:14;135:13;
137:19
**discussing (3)**
98:15;107:11;
118:20
**discussion (7)**
58:9;80:21;81:1;
84:25;85:1;144:20,
23
**discussions (2)**
36:23;84:23
**disenfranchised (1)**
99:8
**disenfranchises (2)**
121:6,9
**disk (2)**
5:4;98:9
**dislike (1)**
73:6
**dismiss (3)**
88:1,4,9
**dispositive (1)**
88:13
**disrespect (1)**
17:20
**disrupted (1)**
55:16
**distinction (1)**
125:7
**distorting (1)**
25:14
**distress (2)**
105:15;108:4
**distressed (2)**
60:20;106:12
**distribute (1)**
107:19
**distributed (1)**
108:6
**District (5)**
5:9,9;106:8,8;
137:2
**diverse (1)**
23:5
**Division (1)**
6:2
**Dobson (3)**

5:23,24;16:21
**document (14)**
13:2,6;28:21;
66:7,9,11;100:18,
23;101:1,10;107:9,
17;113:25;143:21
**documenting (1)**
91:22
**documents (3)**
42:21;61:9;
107:12
**dogma (12)**
18:3,19,23;19:1,9,
20;20:1,12,19,22;
21:4,4
**donate (2)**
42:4;85:4
**donated (2)**
30:20;85:9
**donations (17)**
27:8;29:2,24,25;
30:8,22;31:1,7;
32:3;33:3,6,8,10;
35:9;42:6;84:24;
85:3
**done (14)**
24:1;41:23;42:2;
44:7;50:21;55:16,
18;60:5;61:11,13,
19;79:23;125:14;
144:8
**doors (1)**
22:10
**Double (3)**
6:14;52:4;54:5
**doubled (1)**
34:15
**down (6)**
8:7;62:25;68:25;
75:22;81:3;119:19
**draft (2)**
144:1;146:9
**drafting (1)**
143:22
**draw (1)**
28:14
**drops (2)**
102:3;122:20
**due (1)**
56:5
**Dues (2)**
27:8;33:9,13,15,
22;34:3;39:15,19
**during (2)**
15:20,23;42:4;
68:2;118:2
**duties (2)**
9:16;49:25
**duty (1)**
49:18

---

**E**

---

**Earlier (8)**
23:20;84:17;

88:18;89:23;91:1,
17;116:5;133:14
**earliest (1)**
59:14
**early (1)**
74:8
**earmarked (1)**
31:14
**easier (1)**
139:14
**easy (1)**
139:18
**edited (1)**
9:13
**editor (2)**
8:21;91:22
**educate (10)**
23:14,17;24:7,9,
14,24;25:1,2,4,8
**educating (3)**
23:22;25:10;26:7
**educational (4)**
25:6,16,17;48:5
**effect (3)**
46:21,22;58:6
**efficacy (1)**
65:12
**effort (2)**
104:13,15
**efforts (1)**
59:15
**egregious (1)**
143:15
**eight (2)**
17:10,11
**either (4)**
36:7;67:18;83:13,
18
**elect (1)**
49:19
**elected (4)**
49:19;93:9;95:14;
136:22
**elements (1)**
147:1
**else (9)**
10:3;17:4;50:4;
61:13;71:16;75:18;
79:24;82:15;102:23
**E-mail (9)**
41:13,23;87:11,
12,12;101:17;
104:10;107:8;108:6
**E-mailed (3)**
45:9;87:10,18
**E-mails (8)**
41:20;103:15,17,
17,19;104:4,12;
108:17
**emergency (1)**
71:17
**emphasize (1)**
71:3
**employees (4)**
17:8,10;127:7,12

**enabling (1)**
124:12

**enact (2)**
96:16;126:10

**enacted (1)**
97:2

**enacting (1)**
97:4

**enacts (1)**
95:21

**encouraged (1)**
124:24

**encouraging (1)**
61:22

**encroachment (1)**
17:18

**end (10)**
9:6;27:11;31:5,
19;32:11,13,18;
34:13;85:17;98:9

**endowed (2)**
66:4,22

**engage (2)**
41:19;105:24

**enough (2)**
126:22;140:2

**enslavement (1)**
59:6

**entanglements (1)**
143:15

**enter (1)**
118:21

**entitled (2)**
130:15;146:15

**entity (2)**
60:1;106:9

**entry (1)**
131:1

**Equal (2)**
19:15;137:5

**equate (1)**
59:3

**era (1)**
68:2

**Erickson (6)**
123:10,14,19,19;
124:5;128:6

**essentially (1)**
145:2

**established (3)**
113:5;114:17;
126:4

**establishment (14)**
51:12;95:9;139:3;
141:8;142:9,12;
144:6,13,18;145:15;
146:4,10,21,24

**estimate (2)**
103:1,2

**et (2)**
5:7,8

**evaluating (2)**
144:16,19

**Evangelical (1)**
19:19

**even (13)**
21:3;68:6;78:17;
99:17;104:11,12;
112:7;117:14;
119:6,17;123:1;
134:19;141:20

**event (10)**
45:23;81:17;
139:23;142:4,5,6,6,
9,12,14

**events (7)**
45:19;61:15;63:2;
109:7,13,15;140:2

**eventually (1)**
87:13

**everybody (6)**
11:16;102:4,23;
117:16;118:16;
120:10

**everybody's (1)**
120:12

**Everyone (1)**
41:25

**everywhere (2)**
62:4;99:2

**evidence (2)**
7:20;24:4

**exactly (1)**
118:6

**EXAMINATION (2)**
6:8;69:16

**examined (1)**
6:6

**example (5)**
74:17;76:2,5;
78:14;123:13

**except (3)**
41:13;80:12;
133:20

**exception (2)**
41:24;42:3

**excluded (2)**
55:12;134:2

**excludes (1)**
120:10

**Excuse (2)**
40:16;58:25

**execs (1)**
63:1

**executive (22)**
10:8,11,15,24;
11:2,6,16,24;12:5,9,
21;14:15;15:1,4,12;
16:2,12;37:12,12;
80:14,20;97:5

**Exhibit (29)**
28:6,11,15;31:23;
84:18;100:14,15;
107:8,8,9;108:20;
111:15,25;113:23;
114:1,2;118:21,23,
25;119:1;127:17,
18;130:10,10,12;
135:22,23;143:17,
18

**Exhibits (3)**
107:3;147:18,19

**exhorted (1)**
134:5

**exist (2)**
134:2,5

**existence (2)**
70:4,6

**exists (1)**
64:16

**Expenses (5)**
29:3;30:16;32:5,
23;84:21

**experience (2)**
84:13;143:22

**explain (2)**
20:25;33:5

**explanation (1)**
46:10

**explicitly (6)**
113:4;117:12;
118:2;135:15;
136:10;137:13

**exposed (6)**
108:23;109:5,9,
12,25;110:4

**expound (1)**
60:7

**express (1)**
135:2

**expressed (2)**
80:3;112:15

**extent (6)**
51:20;58:7;71:6,
23;89:21,22

**extreme (1)**
102:20

**extremely (1)**
129:8

---

## F

**face (2)**
135:2,14

**fact (11)**
51:2;56:21;76:15;
77:22;118:1;128:6;
129:8;133:17;
139:4,7,12

**facts (2)**
78:7;141:17

**factual (1)**
89:16

**Fahringer (3)**
75:2;79:16,17

**Fails (1)**
64:12

**fair (13)**
7:15;8:9;21:18;
24:6,13;32:19;38:3;
52:12;73:5;85:18;
129:16,17;141:24

**faith (2)**
21:5,6

**faith-based (2)**

**34:25;35:1**

**faithful (1)**
137:9

**faiths (2)**
92:7;135:3

**fall (5)**
8:16;41:6;42:17,
23;43:22

**fall/winter (5)**
41:10,11;43:11,
17,18

**falls (1)**
143:6

**Falwell (1)**
17:19

**familiar (9)**
7:1;48:15,17;
54:25;97:23;98:19;
110:9;111:1,4

**familiarize (1)**
111:19

**families (2)**
55:15;67:18

**family (3)**
67:17;101:17;
147:5

**Family-type (1)**
94:25

**famously (1)**
51:7

**far (7)**
16:8;31:17;32:8;
42:19;48:21;134:3;
140:2

**fast (1)**
79:4

**faster (1)**
106:17

**favorable (1)**
113:12

**fax (1)**
38:1

**fearful (1)**
140:24

**February (2)**
31:8;41:24

**Federal (7)**
6:3;124:12;127:1,
4,7,12;146:23

**federally (1)**
76:8

**feed (1)**
25:8

**feel (14)**
17:23;23:7,25;
50:11;51:5;73:7;
77:3;99:10;100:12;
105:18;106:11;
121:16;122:22,23

**feeling (2)**
72:22;99:7

**fees (6)**
28:25;29:5,8,10,
12,20

**felt (4)**

**20:2;87:4;101:7;
140:17**

**Feminist (2)**
9:5,13

**fervently (1)**
94:1

**festivities (1)**
59:24

**few (18)**
17:13;49:2;65:6,
24;77:11;84:22;
85:14;98:15;99:10;
107:11;120:7;
126:23;132:2;
139:7,24;145:19,20,
22

**FFRF (32)**
70:9;72:16;73:16,
16,24;74:25;79:18;
80:14;81:18,18;
85:4,8,25;86:3;
87:19;88:18,19,24;
101:15,22;102:12;
103:8;104:13,18;
105:10,25;107:14,
21,25;108:8,14;
109:7

**FFRF's (9)**
72:16;73:6;81:5;
84:20;95:3;103:12,
25;108:7;119:1

**Field (1)**
5:12

**fighting (2)**
95:8;139:1

**figures (1)**
30:2

**file (11)**
16:5,9;35:20;
36:16,25;37:10,17;
38:15,23;86:13;
94:4

**filed (16)**
35:21;36:7,9,11;
37:24;38:3,17;39:2,
5;40:2;53:3;61:10;
83:14;87:19;
104:21,21

**filing (8)**
37:21;52:14;53:5;
79:20;80:15;81:19;
82:20;86:8

**filings (1)**
119:2

**fill (1)**
108:10

**final (1)**
79:23

**finances (1)**
13:24

**financial (1)**
13:19

**financials (2)**
14:6;15:19

**find (8)**

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 46 of 58
Freedom From Religion Foundation, Inc., et al., v.
President Barack Obama, et al
Video Deposition of Annie Laurie Gaylor
November 24, 2009

30:25;39:15;79:7;
119:18;139:4,6,11,
18
**finding (3)**
72:1,2;78:7
**fine (4)**
6:14;36:22;69:24;
93:12
**finish (1)**
132:11
**first (37)**
7:3;18:4;33:20;
46:10;49:24;50:2;
51:11,17;52:18;
53:9;13;54:10,20;
59:9;60:6,10;70:9;
72:8;73:23;74:10;
80:5;81:18;94:12,
14;103:11;108:21;
109:5;111:2;
112:12;113:3;
114:7,11;120:19;
123:6;129:6;134:3;
135:21
**fiscal (1)**
27:10
**fitting (1)**
48:2
**five (5)**
14:5;16:18;28:14;
79:7;126:22
**fixed (4)**
76:13,13,15;
77:14
**flip (1)**
116:16
**floating (1)**
64:2
**Florida (1)**
140:6
**flouted (1)**
73:9
**Focus (1)**
94:25
**focused (1)**
95:3
**folks (1)**
94:25
**follow (3)**
64:25;68:5;
121:15
**following (1)**
82:16
**follows (1)**
6:7
**force (17)**
19:20;59:20,25;
60:4;61:23;62:9;
76:14;91:3,19,24;
92:12,16;95:11;
96:2,7,13;124:11
**forced (1)**
56:5
**Force's (1)**
97:13

**forgiveness (1)**
118:17
**form (9)**
18:14;52:3,24;
58:17;88:25;95:12;
144:3;146:3,18
**forthcoming (1)**
111:12
**forward (1)**
108:16
**found (5)**
74:19;102:21,21;
139:6,24
**Foundation (51)**
5:7;8:14,18,25;
9:10,17,25;11:1,5;
17:9,16;18:15;
21:19;23:11;27:21;
29:9;35:3,4;44:20;
48:6;59:16;60:5,11;
61:8;72:8;76:16;
83:21;89:18;95:15;
112:17;122:15,18;
127:9;128:11;
133:19;138:3,8,17,
25;139:20;140:6,
17;142:1,11,15,25;
143:2,8,10;144:4,5
**Foundation's (1)**
142:8
**founded (3)**
9:4,7;49:4
**founder (1)**
83:9
**founding (4)**
20:14;66:7,9;
110:14
**four (1)**
108:25
**fourth (3)**
109:19;119:2,19
**fraction (2)**
103:12,24
**Free (13)**
8:21;20:19;21:21,
25;22:18;23:16;
59:22;60:12;61:3,
21;72:3;76:3;147:6
**Freedom (57)**
5:6;8:14,24;9:9,
16;10:7,10,25;
11:23,25;17:8,15;
18:14;21:18;23:9,
11;24:17;25:19;
27:4,21;59:15;72:7;
73:8;76:16;83:21;
89:17;93:24;
112:16;120:18;
121:11;122:18;
125:22;128:10;
132:4;133:19;
134:4;136:12;
137:13,17;138:3,7,
16,25;139:19;140:6,
16;141:5;142:1,7,

11,15,25;143:2,7,9;
144:4,4
**freedoms (1)**
93:1
**frequency (1)**
52:22
**Friday (1)**
14:20
**front (6)**
38:24;84:19;91:8;
101:6;104:20;114:2
**frustrated (2)**
56:6;62:21
**frustration (1)**
80:9
**full (4)**
17:11,12;18:9;
29:15
**function (1)**
48:6
**Fund (9)**
5:25;29:1;31:5;
33:3;43:4,15;84:24;
85:3,5
**fundamental (1)**
133:20
**fundraiser (3)**
30:10;31:4,12
**fundraisers (3)**
27:8;31:16;41:14
**fundraising (21)**
10:1,3,6;13:12,14,
18;32:11;40:23,24;
41:2,3,9,18;42:8,16;
43:4,8,12,16,18;
44:7
**funds (2)**
43:7;85:9
**further (1)**
147:12
**furthermore (1)**
64:16
**future (1)**
30:21

**G**

**Gaddy (3)**
110:14,16;136:20
**gave (6)**
42:17;43:1;44:4;
46:11;57:24;120:6
**Gaylor (11)**
5:5;6:5,11,13,13,
14;69:18;83:9;
98:15;107:7;133:14
**general (6)**
13:16;22:25;23:2;
25:23;43:6;53:7
**generalization (1)**
49:14
**generally (8)**
14:4;15:4;36:3;
40:22;48:17;
117:19;131:3;

145:25
**genocide (2)**
129:15,19
**geographic (2)**
14:10;85:24
**George (4)**
34:25;50:16,19,
25
**German-American (9)**
124:13,23;125:9,
11,15;126:1,4,6;
128:6
**German-Americans (1)**
125:1
**gets (2)**
29:9;82:10;
138:12
**ghastly (1)**
100:3
**Gibbs (2)**
6:4;69:23
**given (8)**
14:1,5;50:20;
51:8;61:9;68:22;
109:24;110:3
**giving (3)**
43:21;55:10;
131:4
**glad (1)**
21:2
**glance (1)**
106:18
**goals (1)**
48:3
**God (30)**
18:21,22;46:13;
64:18;65:6;68:19,
24;69:10,13,13;
77:4,6,7;78:16,18,
20;93:14;114:22;
115:6,9,10,19,24;
116:16;118:16;
120:3,8,12;130:2;
134:13
**Godless (1)**
78:19
**gods (1)**
65:6
**God's (2)**
45:24;93:2
**goes (5)**
29:13;84:18;
108:5;120:3;136:24
**good (10)**
23:8;24:1,4;
47:16;56:7;69:18;
86:15;96:9;103:19;
105:16
**govern (1)**
11:5
**governing (7)**
10:21;11:3;12:3,
4;13:23;14:8,10
**government (52)**
17:18,24;19:2,23;

20:1,11,18,20;
21:10,13,14;22:22,
23;23:6,23,24;
24:16;48:12;49:7;
59:25;61:24;64:8,
17,20;65:19;67:2;
70:18;73:3,9;91:4;
93:19;98:5,6;99:23;
100:5,10;105:14,20,
22;106:4,6;109:16;
120:21;123:21;
131:10,13,15,17,20;
138:12;143:16;
146:23
**governmental (1)**
109:16
**government's (1)**
121:21
**governor (2)**
87:20;109:6
**governors (2)**
63:1;75:23
**grace (1)**
93:2
**graduated (2)**
9:4,12
**Graham (1)**
97:1
**Gramann (1)**
5:16
**great (4)**
19:21;66:12;
81:24;95:1
**greatly (1)**
120:13
**greeting (1)**
30:7
**grievances (1)**
19:24
**grossly (1)**
25:14
**grounds (1)**
20:5
**group (12)**
9:10;13:10;15:8;
22:13;25:16;27:3;
35:7;55:22;64:16;
65:7;75:3;110:23
**groups (12)**
10:25;19:22;
20:16;41:18;44:20;
60:24;114:23;
115:11,19,25;129:8,
13
**growth (1)**
34:22
**guarantee (3)**
86:17;97:15;
143:20
**gubernatorial (1)**
87:21
**guess (7)**
25:2;32:17;39:1;
68:9;83:15;106:10;
130:5

guessing (2)
38:11;43:16
guidance (1)
93:2
guiding (2)
93:15;95:11
guys (9)
23:1;28:22;29:4,
11,23;32:7,10;33:8;
42:14

**H**

half (4)
43:21;100:20;
101:9;103:17
hall (1)
75:8
halls (1)
63:2
handed (3)
28:10;107:7;
113:25
handful (1)
108:21
handing (1)
111:15
handled (1)
140:12
hands-on (1)
26:19
handy (1)
39:9
happen (2)
58:2;74:18
happened (3)
55:13;76:7;85:10
happening (1)
54:14
happens (1)
97:8
happier (2)
136:23;137:5
happy (1)
136:7
harm (6)
19:21;23:5,6,8;
24:1,7
harmful (1)
70:18
harms (2)
23:21,23
Harry (1)
113:1
Hart (1)
5:16
head (3)
7:12;13:5;70:9
header (1)
108:22
hear (8)
52:12;99:10;
110:14;121:7;
122:21;145:8,12,12
heard (7)

18:12,13;22:17;
46:10;73:21;111:3;
126:14
held (2)
93:20;109:16
help (3)
10:25;17:13;
44:14
helpful (1)
117:9
hereby (1)
117:20
herein (1)
6:6
heritage (16)
48:11,13;67:15,
16,19,23;68:8,10,
14,18;69:2,5,7;
123:17;124:1,14
herself (1)
137:4
hey (1)
37:10
high (1)
59:12
highest (2)
49:19;97:5
highlight (1)
44:19
highly (1)
55:6
hint (1)
129:5
hired (2)
26:18;83:14;
138:17
historical (1)
58:15
history (12)
25:14,15;48:16,
21,23;49:13;58:1;
61:8;67:25;76:4;
102:19;124:25
hog (1)
144:10
hold (4)
22:11;27:24;
42:11;68:19
holding (3)
36:19;63:2;69:25
holiday (3)
127:1,4;130:22
Holy (1)
48:18
honor (2)
123:16,25
honored (1)
18:6
Hoogen (1)
5:14
hope (1)
70:1
hounding (1)
41:1
hours (1)

77:15
House (8)
6:4;69:22;92:12,
17;95:1;106:7;
110:6;112:10
household (1)
34:1
House's (2)
94:17;122:12
huge (3)
40:6,6;75:24
human (1)
21:4
Humanist (1)
86:20
humanists (2)
21:24;87:7
hundreds (2)
27:1,1
husband (6)
9:18;16:6;37:14,
16;129:2;130:7
hypothetical (6)
53:18;90:4;
143:24,25;144:17,
25

**I**

idea (6)
56:7;63:19,24;
64:7;65:12;66:15
ideas (1)
22:19
identification (11)
28:6;69:12;
100:15;107:3;
111:25;113:23;
118:23;127:18;
130:12;135:23;
143:18
identified (1)
68:4
identify (4)
67:22;68:16,18;
133:25
ignore (7)
98:23;99:1,4,14,
18;102:13;125:25
illegal (1)
18:22
immediate (1)
90:9
immoral (1)
18:22
impatient (1)
75:9
impending (1)
122:21
impetus (1)
81:17
implication (1)
93:14
important (3)
7:21;30:1;38:7

impossible (2)
63:4;134:11
impotent (1)
72:22
impression (1)
22:25
improvement (1)
92:20
inappropriate (2)
55:6,8
inauguration (1)
94:9
incessant (1)
74:21
incessantly (1)
78:9
inclined (1)
139:20
include (1)
43:4
included (2)
33:25;93:23
includes (1)
120:10
Including (7)
32:4;33:24;44:21;
59:1;95:23;118:17;
131:21
inclusive (2)
135:12;136:15
income (2)
31:24;32:10
incorporate (1)
147:1
Incorporated (1)
5:7
increased (4)
76:12,19,21;91:4
increasingly (1)
70:15
incursions (1)
35:1
Independence (4)
66:3,12,16,24
indicate (1)
109:24
indicated (5)
71:9;90:25;109:8,
11;113:9
indicates (1)
42:10
indirectly (1)
92:1
individual (13)
34:1;60:23;74:3;
76:11;89:18;98:23;
101:10;115:15,16;
120:16;121:16;
122:20;129:10
individuals (12)
22:6;23:16;109:5,
23;110:3;114:24;
115:11,20;116:1;
117:7;132:5;139:21
information (5)

39:9;43:13;71:4,
8;102:16
informed (1)
144:22
in-house (4)
5:22;83:18;
138:18;140:15
initiating (1)
9:21
initiative (1)
34:25
injunctive (1)
90:14
injures (1)
121:11
injurious (1)
73:7
inscribed (1)
20:12
insensitive (1)
55:17
instance (4)
13:24;17:25;
50:16;103:12
instances (3)
25:11;55:4;141:5
instantaneous (1)
112:2
instruct (2)
136:22;137:16
intended (2)
113:1,10
intent (2)
113:15;116:4
interaction (3)
61:24;91:1,2
interest (1)
121:12
interested (5)
40:8;43:14;83:19;
86:5;145:7
interesting (1)
96:10
Interfaith (15)
110:10,21;
111:17;112:11;
113:9;114:15;
133:1,14;135:1,20;
136:6,6,18;137:4,8
interject (2)
51:19;144:14
Internet (2)
62:18;99:16
interns (1)
17:14
interpretation (2)
66:21;116:20
intervene (1)
139:22
into (13)
20:1;22:11;25:8;
30:21;36:3,22;76:4;
80:2;82:10;92:12,
16;116:3;140:14
intolerance (1)

100:2
**intruding (1)**
147:3
**invisible (1)**
134:2
**invitations (1)**
141:12
**invite (2)**
92:11,15
**invited (1)**
92:13
**involve (5)**
90:5;114:9;
141:22;143:15;
144:19
**involved (11)**
14:11;19:21;
55:14;57:23;58:9;
91:19,21;98:16;
129:10;138:13;
145:13
**involves (1)**
84:24
**involving (10)**
70:10;72:12;
73:24;74:6;80:22;
81:15;83:6;84:20;
140:19;145:15
**irritated (1)**
127:10
**issuance (1)**
133:22
**issue (26)**
13:25;18:11;38:7;
53:11;54:18;55:7;
57:4;60:16;62:23;
70:4;17;72:7,25;
76:1;89:24;96:20;
99:13;106:11;
112:20;114:11;
116:10;126:5;
128:11;131:9;
136:14;144:3
**issued (6)**
50:17;54:12;
96:15,19;123:9;
133:16
**issues (10)**
72:12;90:1,5;
98:17;120:25;
121:5,13;127:13;
144:24;145:23
**issuing (6)**
52:17;89:2;132:8,
12,18;134:15
**item (2)**
28:24;84:24
**items (2)**
13:3;33:20

**J**

**James (1)**
56:9
**January (1)**

31:8
**Jefferson (8)**
51:7,10,12;60:14;
66:6;67:5;76:5;
95:18
**Jerry (1)**
17:18
**Jesus (1)**
67:9
**Jews (3)**
111:1;112:12;
135:21
**Jimmy (4)**
77:19;78:9,14;
79:5
**job (3)**
9:1,3;49:20
**Joel (2)**
5:24;47:13
**Johnson (3)**
117:12;118:1;
119:13
**join (3)**
22:12;59:18;
78:15
**joined (1)**
8:21
**judge (1)**
137:2
**judgment (1)**
88:25
**juggle (1)**
142:19
**July (1)**
38:22
**jump (1)**
52:1
**June (3)**
54:13,21,23
**Justice (3)**
6:2;69:21;106:7

**K**

**kids (1)**
18:18
**kind (14)**
16:2;22:24;41:18;
46:10,11;58:1,25;
73:13;80:10;92:9;
97:7;136:20;141:9,
13
**knew (1)**
91:21
**knocking (1)**
22:10
**knowledge (2)**
87:4;140:10
**knowledgeable (1)**
145:23
**known (3)**
39:8;100:21;
140:23
**knows (1)**
104:11

**kowtowing (1)**
21:15
**Kratz (1)**
5:22

**L**

**lack (2)**
8:23;84:20
**Lake (1)**
85:21
**land (3)**
93:3,15;97:6
**language (24)**
94:14;97:17,21;
114:4,24;116:20;
117:8,18,21,23;
119:3,7;120:14;
121:23;127:24,25;
128:3,5,5,8,11,15;
132:21;135:11
**large (7)**
10:23;11:14;30:8,
23;68:17;69:4;
129:15
**larger (2)**
11:18;68:6
**last (11)**
14:4;15:3;26:1;
30:23;31:5;35:22;
80:11;81:6;84:21;
102:1;123:9
**late (2)**
37:23;75:23
**later (2)**
67:6;78:12
**laundry (1)**
80:17
**Laurie (6)**
5:5;6:5,11,12,14,
14
**law (19)**
13:11;18:20;
19:20;20:1;37:4;
49:21;50:6,12,23;
53:9;62:23;74:20;
76:12,15;115:6,9,
18;124:12;146:17
**laws (9)**
19:10;20:11,13;
21:12,16;45:14,17,
19;118:8
**lawsuit (107)**
6:23,24;16:11,17;
17:5;25:21;26:10;
29:6,11;35:13,17,
20;36:6,17;37:1,10,
17,21;38:4,18,19,
22;40:2,3;43:24;
44:8,12,24,24;45:6;
47:25;48:2,5;52:8,
10,14;53:3,15,16,
19;54:8,13,17;55:3;
70:10;71:11,19;
72:1,2,9,13,17;

79:20,25;80:7,15,
21;81:17,19;82:13,
14,20,25;83:15,22;
84:2,4,7;85:9;86:8,
8,13;87:8,17,19,23;
88:1,5,19;89:12,14,
19,24;90:3,8,10,19,
22;92:3,10;94:4;
104:21,24;105:5,12;
106:2;107:16,23;
108:14;120:17;
131:1,10;141:2,18;
142:13;143:1,2
**lawsuits (16)**
9:21,22;16:5,18;
25:20;29:21;38:15,
20,23;39:1;44:11;
61:10,14;83:6;
143:7;145:14
**lawyer (1)**
51:21
**lawyers (1)**
7:25
**LBJ (1)**
117:9
**leaders (1)**
136:22
**leadership (1)**
70:16
**learn (2)**
124:25,25
**learned (1)**
126:25
**least (8)**
26:16;32:10;
112:15;123:9;
126:24;136:16;
138:20;139:24
**leave (1)**
100:6
**leaves (1)**
79:1
**led (1)**
17:25
**left (1)**
97:12
**left-hand (1)**
114:5
**leg (1)**
124:12
**Legal (35)**
5:15;29:1,3;31:4,
10,10,12,13,15;
33:3,6;42:18;43:2,3,
4,14;49:24;51:21,
24;57:8,8;58:8;
71:16;82:10;84:24;
85:3,4;87:10;89:5,
16,21;90:5;144:23;
145:3,10
**legislating (1)**
19:15
**legislation (3)**
89:25;90:18;97:4
**legislative (7)**

25:14;56:17,22;
57:5,21;58:5,14
**legislators (1)**
19:8
**Leif (6)**
123:10,13,18,19;
124:4;128:5
**lengths (1)**
108:7
**less (5)**
26:19;44:10;94:6;
103:14;104:7
**letter (29)**
42:16;43:5,8,12,
16,18;44:1;60:14,
18;111:16,19,21;
112:5,7,9,11,14;
115:2,5;133:15;
134:7,19,21;135:1,
5,10,14;136:5;137:3
**letters (8)**
26:24;41:2,4,9;
60:19;74:21;75:25;
138:8
**letting (1)**
48:8
**level (6)**
70:25;76:8;
105:14;106:4;
108:4;120:19
**levels (2)**
33:24;34:2
**liberal (1)**
110:23
**life (7)**
18:23;21:5;30:1;
33:24;95:11;98:16;
100:13
**light (2)**
113:13;115:13
**liked (2)**
35:2;100:21
**likely (1)**
101:21
**like-minded (2)**
22:5;23:16
**line (9)**
28:24;47:2;48:18;
82:5;84:24;93:4,23;
94:3;126:24
**list (5)**
39:15;44:16,16;
80:17;87:3
**listed (1)**
44:10
**listen (1)**
46:6
**listing (2)**
42:22;43:22
**lists (1)**
81:10
**litigate (1)**
24:22
**litigating (1)**
25:9

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 49 of 58
Freedom From Religion Foundation, Inc., et al., v.                    Video Deposition of Annie Laurie Gaylor
President Barack Obama, et al                                                              November 24, 2009

**litigation (17)**
13:16;15:22;
24:23;25:7,23;26:7,
21;29:7;44:17;
71:15;79:23;84:12,
13;92:14,24;93:25;
105:2

**little (18)**
11:18;14:23;
26:11,19;35:14;
37:23;42:9;84:16;
92:4,22,23;97:10;
110:12;113:2;
120:9,18;136:13;
143:5

**lives (2)**
55:15;131:12

**lobbied (2)**
96:16,22

**lobby (3)**
19:17;20:3,10

**local (19)**
60:24;74:16;
109:6,12;138:4,8,
21;139:1;140:3,7,
18;141:5,5,6,17;
142:12,14,24;
143:13

**localities (1)**
139:15

**locate (1)**
141:1

**located (1)**
5:12

**logic (1)**
58:25

**logs (1)**
74:13

**London (1)**
42:2

**long (11)**
8:15;21:3;55:20;
56:11,23;62:19;
64:2;102:1,16;
136:1;137:18

**long-standing (1)**
59:2

**long-winded (1)**
8:1

**look (30)**
6:25;22:2;27:22;
29:1,2;37:7;39:3;
40:11;48:16,22;
49:13;61:17;76:19;
77:21;78:12;81:2;
85:16;100:17;
102:15,25;106:16;
111:18;113:22;
114:13;117:24;
127:16;135:5,25;
136:1;137:3

**looked (1)**
73:16

**looking (17)**
21:15;32:24;

39:14,21;70:16;
71:8;77:24;100:19;
101:9;113:2,2;
118:25;119:2;
126:25;130:14;
135:9,9

**looks (4)**
30:16;31:17;
32:21;112:18

**lost (1)**
55:15

**lot (21)**
17:7;23:25;30:20;
34:23;38:4;48:7;
51:20;59:17;67:21;
69:14;75:4;76:10,
11;84:1;94:22;
99:23;103:19;
111:8;135:8;
145:18;147:13

**lots (2)**
34:23;38:20

**love (2)**
93:3;124:17

**lunch (2)**
63:14;85:15

**Lyle (1)**
5:15

## M

**machine (1)**
42:12

**Madison (3)**
5:13;18:16;56:9

**mail (7)**
38:1;49:7,11;
62:12;100:3;
104:16;127:10

**mailing (1)**
87:3

**main (1)**
95:16

**major (1)**
26:20

**majority (3)**
68:22;105:17;
109:11

**makes (3)**
105:18;132:2;
139:14

**man (3)**
118:9,9,10

**mandate (3)**
72:24;90:2,18

**mandated (3)**
50:6;52:9;90:17

**mandating (2)**
89:25;116:22

**mankind (1)**
66:13

**manner (1)**
114:19

**many (40)**
6:18;8:20;10:15;

11:12;12:14,16;
14:14,14;17:8;21:9;
24:24;34:9;38:6,15,
23;39:22;49:10;
61:7;62:5;67:10;
70:12,16;71:10,13;
72:17;73:5;102:24;
103:8;104:3;
120:24;121:2;
125:1;127:7;
129:13;130:3;
133:17;138:4;
141:16;145:14,16

**map (1)**
85:16

**March (3)**
62:11,16;101:24

**mark (4)**
100:14;111:15;
130:10;143:17

**marked (13)**
28:6,10;100:15;
107:3,7;111:25;
113:23;114:1;
118:23;127:18;
130:12;135:23;
143:18

**marketplace (1)**
22:19

**Marriage (1)**
6:23

**married (1)**
10:18

**Marsh (4)**
57:17,21,25;
58:14

**material (1)**
26:2

**matter (2)**
5:6;91:13

**matters (5)**
23:14;24:9,13;
26:23;120:22

**May (37)**
49:24;50:3;51:17;
52:19;53:9,13,25;
54:2,10,20;55:24;
57:11;58:11,20;
71:5;83:19;97:18;
99:14,17;114:8,11,
22;115:18,21,24;
116:6,16,17;134:3;
137:3,4;141:4,5,18;
142:7;144:24,24

**maybe (8)**
13:13;36:13;46:7;
99:16;118:20;
127:11;130:6;140:5

**mayors (4)**
63:1;65:24;75:23,
25

**mean (61)**
13:21;14:22;
15:24;17:1,6;21:22;
26:22,22;27:16;

29:19;32:12;40:4;
43:3,6;44:3;48:8,
25;49:12;51:23;
52:23;58:8;61:17;
62:3;65:22;67:16,
17;70:22;71:12;
72:19;73:12;78:16;
79:23;80:17,23;
81:2,8;84:9;86:9,
10;89:13,22;92:22;
97:2;98:25;100:6;
102:5;105:16,21;
106:6;113:12;
117:21;120:11;
121:9;122:3;
123:19;132:17;
134:24;141:15;
145:17;146:11,16

**meaningless (2)**
134:24;135:18

**means (1)**
69:12

**meant (3)**
7:14;51:11;66:21

**media (9)**
25:2;38:2;40:2,4,
7,9,11,13;109:12

**meditate (6)**
47:10;113:20;
114:18;115:7,8,10

**meditated (1)**
47:8

**meditates (1)**
115:15

**meditating (1)**
47:4

**meditation (7)**
46:20,25;47:11;
114:23;115:9,19,25

**meditative (1)**
46:21

**meet (9)**
12:11,13,14,17,
25;14:15;15:2,9,11

**meeting (9)**
15:1,12,15,17,20,
23;16:12;17:5;
81:12

**meetings (3)**
80:21;81:8,9

**meets (2)**
12:21,23

**member (16)**
8:20;11:17;33:24;
34:4;39:23;73:24;
74:9;79:18;85:4,8;
100:22;101:17,22,
23;102:17,17

**members (75)**
21:21;22:6;23:4,
7,20;24:2,20,20;
27:2;33:17;34:7,9,
20,24,24;35:6,12,
15,17;37:2,21;38:5;
39:17,22;41:1,12;

45:7;59:5,8;60:20,
23;61:1,6,21,22;
64:14;65:5;70:13,
16,25;71:10;72:16,
73:6,16,18,18;77:2;
83:20,20;86:16,21;
87:2;92:15;93:6;
95:3;99:4;101:7,15;
102:12;103:8,15,16,
18;104:19;105:8;
106:11;108:7,12,14;
109:8;121:17;
133:25;139:11;
140:22;141:6

**members' (3)**
76:11,22;140:18

**membership (26)**
22:5;27:6;33:24;
34:15;38:7,9;39:19;
41:14,22;44:23;
45:6;56:3,4;62:6;
93:17;98:25;99:25;
102:3,15;103:13,25;
105:15;106:5;
108:4,10;120:13

**memberships (1)**
102:1

**memorized (1)**
27:23

**memory (2)**
7:2;103:3

**men (1)**
49:10

**mention (2)**
43:19,23

**mentioned (10)**
30:8;40:1;69:19;
72:16;79:15;94:11;
112:9;138:14,16;
141:24

**mentioning (1)**
115:6

**mentions (1)**
35:3

**merits (7)**
84:2,4,7;87:7,14,
16;130:22

**message (1)**
105:22

**met (3)**
12:20;15:5,7

**metaphorically (1)**
73:12

**method (1)**
109:8

**mid-'80s (1)**
60:7

**Mid-'90s (1)**
6:25

**middle (1)**
114:5

**might (29)**
6:19;7:20,25;8:1;
12:20;29:8,9,20;
42:13;46:21,21;

59:12;62:15,16;
64:2;65:25;74:3;
80:18;81:12;87:2;
99:9;100:18;
102:17,18;106:17;
110:19;111:20;
117:8;142:15

**million (7)**
30:16,17;31:20;
32:17,19;95:23;
136:16

**mind (5)**
40:15;46:24;59:6;
73:2;106:16

**minimal (1)**
40:25

**minority (1)**
102:21

**minute (7)**
28:1;71:3;78:6;
91:6;97:12;100:17;
119:12

**Minutes (10)**
13:7,8,9;15:17;
77:11;79:7;80:20;
81:4;85:14;98:15

**misapprehending (1)**
14:8

**misapprehension (1)**
25:12

**misstated (1)**
81:23

**misstates (1)**
81:21

**mistaken (1)**
119:11

**misunderstanding (1)**
20:18

**mitigates (1)**
134:23

**moment (3)**
79:15;81:14;
111:18

**moments (1)**
107:11

**money (16)**
27:4,17,19;28:19;
29:7,8,13,20;30:13;
31:13,15;32:9;
42:10,15,22;43:11

**monitor (2)**
75:7;122:19

**month (2)**
102:6,17

**more (41)**
12:12,19,20,21,
25;15:7,9,11;17:23;
23:8;24:1;28:19;
31:18;32:9;35:4,5,5,
8,9,9,12;55:11,11;
59:17;62:1,4,5,7;
69:15;72:21;77:25;
91:19;94:5,6;97:10;
104:15;124:25;
127:4;130:20;

133:6;145:6
**Mormon (2)**
19:14,19
**morning (1)**
70:3
**Most (12)**
33:25;42:6;45:8;
50:14;65:5;68:1,21;
84:11;86:22;99:10,
10;100:3
**Mostly (7)**
24:1;26:12,20;
30:7;31:7;124:22;
137:8
**mother (7)**
9:9;10:22;17:17;
18:12;75:11,19;
83:8
**motion (2)**
88:10,13
**mourning (1)**
55:13
**move (2)**
88:9;126:13
**moved (3)**
62:18;87:25;88:4
**much (19)**
15:24;17:23;26:6;
27:17,19;32:2,9;
33:21;39:19;42:15,
22;43:10;46:23;
62:1,4,6;84:11,12;
133:6
**municipalities (1)**
65:20
**must (3)**
118:10,10;136:11
**myself (2)**
10:18;120:13

**N**

**name (8)**
5:14;6:10,15;
69:18;110:16;
111:3;119:4,20
**named (3)**
86:16;101:10;
141:1
**names (1)**
140:23
**Naples (2)**
140:5,12
**nation (10)**
48:17;49:17,23;
50:1,8;51:1;55:1,4;
59:3;125:2
**national (177)**
9:11;16:11;17:4;
25:13;35:13;36:19;
37:6;38:5;39:5;
43:19,23,24;44:7,8,
21,24;46:18;49:21;
52:8;53:5,8,12;
54:9;55:19,20;

59:10,16,20,23;
60:5,11,22;61:10,
15,16,23;62:2,9,23;
63:18,21,21,22;
64:9,10;65:8,9,10,
14,15,16,21;70:5,6,
10,19;71:18,19,20;
72:9,13,25;73:6,24;
74:6,11,15,22;75:1,
20,21;76:6,7,13,17;
77:14;79:19,20;
80:7,16,22;82:13,
21;83:6;85:11;87:8,
17;88:21;89:25;
90:17,25;91:1,3,18,
23;92:11,16,20;
95:4,21;96:1,4,6,13,
21,22,24;97:13;
98:20,23;99:5,14,
18;101:7;102:10,
13;105:2,9;107:24;
108:24;109:7,12,13,
15,20,25;110:5;
111:7,13;112:16;
113:11,15;114:3,4,
17;117:14;118:13;
119:14,16;120:1;
121:14,25;122:7,8,
11,21;124:10;125:5,
8;128:7;129:25;
133:18,21,22;134:1,
8,15;135:12;136:7,
14,24;138:5,11,21;
139:13;140:7,19;
141:7,8,11;142:24;
143:13;144:1;
146:7,11,20,22
**nation's (1)**
67:25
**Native (4)**
129:3,13,16;
131:21
**natural (3)**
45:14,19;64:14
**naturally (1)**
94:21
**nature (1)**
124:21
**NDP (1)**
108:23
**nearly (1)**
124:9
**necessarily (2)**
45:22;103:19
**necessary (1)**
24:22
**need (6)**
40:16;53:2;55:11;
135:4;136:21;
140:14
**needed (6)**
15:7;20:2;27:23;
94:19,21;140:17
**negative (2)**
52:4;54:6

**net (5)**
31:19;32:10,15,
16,18
**new (10)**
15:8;33:17;34:4,
7,24;35:16;39:17;
48:9;126:23;138:2
**news (3)**
45:7;99:15;
121:15
**newspaper (8)**
9:5,13,24;24:25;
44:25;45:2,3;76:9
**newspapers (1)**
99:17
**next (6)**
85:12,12;118:12;
126:13;130:10;
135:22
**nice (1)**
96:8
**Nine (5)**
10:16,16;11:7,8,9
**Nobody (2)**
15:25;130:1
**nodded (1)**
70:9
**nods (2)**
7:11;13:5
**non (1)**
23:18
**nonbelievers (5)**
94:12;99:25;
133:24;134:17;
135:4
**none (5)**
51:9;86:23;93:7;
99:4;144:8
**nonetheless (3)**
113:14;137:6,10
**nonFFRF (1)**
108:12
**nonlitigation (2)**
26:14,21
**nonmember (1)**
101:18
**nonreligious (1)**
121:6
**nontheism (4)**
23:15,18;24:10,
13
**nontheists (1)**
122:10
**nor (6)**
56:9;117:14;
118:4,8;119:5,17
**Nordic-American (2)**
123:17;124:1
**north (5)**
85:22,24;137:25;
138:2,2
**Nos (1)**
107:8
**note (3)**
114:21;144:16;

147:9
**noted (3)**
51:7;119:13;
136:10
**notes (1)**
74:15
**notice (1)**
33:3
**notified (1)**
105:1
**notify (1)**
37:20
**noting (1)**
137:13
**notion (1)**
70:18
**November (6)**
5:4;14:18,20,22;
16:12;36:7
**November/December (1)**
41:7
**November/early (1)**
31:6
**number (10)**
5:4;24:19;28:14;
39:22;98:10;
103:10,23;129:15;
135:22;142:19
**numbered (1)**
28:11
**numbers (3)**
27:13,14,14
**nuns (1)**
18:10

**O**

**oath (2)**
6:6;7:4
**Obama (22)**
5:8;6:3;51:4;
69:22;92:11;93:23;
94:7;96:6;97:12;
111:12,17;117:6;
123:13;124:24;
132:4,8,11;133:15;
135:1,21;137:6,10
**Obama's (5)**
90:24;91:25;
92:19;94:15;136:7
**object (13)**
51:25;52:3;57:9;
58:3,17;71:22;
81:20;89:20;95:12;
117:23;141:19;
146:25;147:3
**objected (1)**
142:2
**objecting (1)**
128:9
**Objection (3)**
54:16;57:6;145:2
**objections (1)**
133:18
**objective (2)**

25:8,10
**objectives (3)**
23:11;24:18;48:3
**observances (1)**
74:16
**observe (6)**
118:13;123:15,
24;128:1;132:15,23
**obtain (1)**
104:13
**obtaining (1)**
24:17
**obvious (4)**
19:16;20:8;
116:25;117:1
**obviously (2)**
79:22;116:23
**occasion (3)**
6:20,22;52:18
**occupation (1)**
8:23
**occur (2)**
102:3;138:4
**October (6)**
14:22;36:7,8,13;
50:10;119:5
**Ofeffer's (1)**
49:1
**off (14)**
27:25;28:3;29:4;
40:17,17;47:19;
63:12;98:10;
106:25;122:23;
127:7,11;133:8;
147:15
**offended (8)**
50:11;122:11,19;
129:8,13;130:4;
131:7,25
**offends (4)**
120:13;122:3,9,
10
**offensive (8)**
64:24;70:25;
93:16;94:6;121:17;
122:2;123:2;131:20
**offer (1)**
145:4
**office (7)**
38:14;51:6;64:13;
75:24;76:2;83:25;
141:10
**officer (1)**
75:3
**officers (3)**
10:20;12:5;75:5
**offices (1)**
5:12
**official (3)**
49:19;50:12;
142:4
**officially (1)**
5:2
**officials (8)**
21:11,13,14;

26:24;109:6;138:8;
140:3,7
**often (11)**
12:11,25;14:13,
13;15:7,9,11;45:3;
78:24;92:13;139:4
**old (2)**
15:6;62:12
**older (1)**
103:18
**once (13)**
6:19,19;12:12,12,
13,15,18,19,20,22;
14:16;37:22;126:21
**one (50)**
5:4,13;7:3;10:17;
11:13;12:23;15:5;
24:6;31:3,23;35:19;
37:24;38:18,18,19,
21;40:6;41:7;42:17;
43:20;44:10;49:5,8;
73:21;75:3,5;77:25;
95:16,16;98:10;
102:5;103:18;
112:1;116:16,16;
119:1;121:6,7;
122:3,5;125:23;
126:13,14;130:9;
133:20;134:16,18;
139:12;141:25;
145:2
**ones (1)**
65:23
**oneself (1)**
45:23
**one-sentence (1)**
44:9
**ongoing (4)**
44:16;87:24,25;
105:1
**on-line (1)**
37:25
**only (24)**
6:19;8:23;9:1;
10:20;14:1;31:15;
32:22;38:17,17,18;
41:23;42:2;43:14;
44:7;46:3;48:10;
51:8;69:7;92:1;
97:11;101:15;
108:8;128:8;135:3
**onto (1)**
42:11
**open (5)**
86:7;101:15;
112:21;127:9;134:8
**opening (1)**
57:17;104:11
**opens (2)**
113:5;135:15
**operate (1)**
27:5
**operating (2)**
27:20;30:9
**operations (1)**

25:19
**opinion (14)**
51:24;57:8,9;
69:4;105:1,3,4;
120:9;131:5;145:5,
7,9,12;146:2
**opinions (1)**
51:21
**opportunity (1)**
112:5
**oppose (6)**
18:10;19:13;21:8;
130:24;138:10,12
**opposed (3)**
18:18;79:18;
111:7
**opposes (1)**
138:3
**opposing (2)**
20:6;133:21
**Opposition (3)**
130:16,18,20
**option (3)**
109:15,19;110:3
**options (2)**
108:25;109:23
**order (4)**
77:1,23;106:1;
107:22
**ordered (1)**
50:15
**ordering (2)**
54:18;62:23
**organization (20)**
9:20;13:20;14:7;
15:19;18:1;20:15;
22:5;23:1,15;29:14;
37:9;40:23;48:3;
60:21;64:1,4;65:3;
110:9;111:1;142:18
**organizations (2)**
111:6,11
**organization's (2)**
21:20;40:24
**organized (6)**
10:10;19:17,17;
62:8;142:4,7
**organizing (1)**
141:10
**original (2)**
147:18,18
**OSTER (35)**
5:23,24;6:9;8:8;
25:22;26:3;28:2,9;
29:22;33:15,18;
36:5,10;37:8;39:11;
40:21;47:15,18,24;
52:11;53:1,24;
54:11,24;56:15,18;
57:10;58:10,19;
63:8,17;70:3;84:17;
85:1;89:23
**others (2)**
22:9,9
**otherwise (1)**

65:18
**ourselves (1)**
78:16
**out (48)**
22:15;31:5;32:9;
33:4;34:6;35:4,8,
19;37:4,22,24;38:1;
39:15;40:13;41:2,7,
20;42:1;43:17;45:3;
49:2;64:17;67:8;
68:1;74:20;75:25;
76:16;77:20,23;
79:1;95:15;96:3;
101:23;102:7;
103:16;104:2,10,16,
18;108:10;116:5;
139:4,6,6,11,18,24;
141:12
**outset (1)**
71:4
**outside (5)**
23:24;46:24;
51:16;126:9;131:15
**outsider (1)**
105:18
**outsiders (1)**
73:10
**over (22)**
7:3;24:22;26:15,
25;27:18;30:15;
70:13,15;73:20;
75:25;79:20;83:3;
84:21;85:15;93:4;
94:23;97:18,18;
98:3;99:13;101:6;
112:19
**overall (1)**
48:3
**overruled (1)**
48:19
**overstepping (1)**
51:5
**overt (1)**
62:5
**own (11)**
24:20;46:24,24;
67:2;85:24;87:12;
89:3;118:10;120:2;
121:19;122:3

**P**

**pace (1)**
62:19
**page (6)**
28:14;31:23;
32:15;100:20;
114:6;130:14
**pages (2)**
28:11;84:20
**paid (6)**
9:1;10:20;17:11;
29:9;41:1;74:8
**Pakistan (1)**
100:7

**pandering (1)**
124:22
**paper (5)**
9:8,14;65:23;
119:4,20
**papers (2)**
99:15;135:8
**parades (1)**
129:21
**paragraph (6)**
113:3;118:12;
119:3,18,19;136:19
**parents (1)**
120:8
**part (17)**
17:13;18:20;
22:19;30:8;49:18,
20,24;53:16;58:4,
21,23;60:9;78:8;
95:10;98:19,21;
136:10
**participate (1)**
128:22
**participating (1)**
55:13
**participation (2)**
59:23;109:6
**particular (7)**
24:16;31:14;
44:12,15;77:7;
116:10;141:13
**particularly (3)**
17:25;70:3;96:1
**parties (1)**
88:12
**part-time (1)**
17:13
**party (3)**
29:13;49:6;94:24
**pass (1)**
50:23
**passages (2)**
67:8,10
**passing (2)**
43:21;67:5
**past (2)**
111:7;138:18
**Pause (4)**
28:5;40:18;107:2;
120:2
**pay (1)**
99:15
**pending (6)**
5:8;52:8,10;63:7,
9;89:24
**people (84)**
10:15;11:12;21:9;
22:3,12;23:18,21,
22,23,25;24:5,7,9,
14;25:4;26:7;30:11;
33:25;34:6;42:4;
44:11,14,17;46:16;
48:7,23;49:3;55:14;
61:12,15;62:6,13;
63:19;67:1,14,21;

68:1,7,16,21;69:5,
14;74:18;76:6,25;
77:12,17,18;81:2,
11;84:11;92:7;
96:18;99:25;
102:22;103:11,23;
104:7,8,11,16,25;
108:15,25;115:24;
116:23;118:19;
123:1,3;127:25;
129:16;130:3,24;
131:5,6,8,11,14,17;
132:14,22;133:24;
137:9,16
**people's (3)**
22:10;81:10;
131:12
**percent (4)**
26:16;68:23;69:9,
12
**percentage (8)**
25:19;26:1,12;
29:23;30:4;68:7,17;
69:4
**perception (1)**
73:2
**percolating (2)**
62:25;75:22
**permanent (2)**
17:10,12
**person (3)**
47:1;73:14;
138:15
**personal (5)**
68:24;69:10,13;
70:25;120:22
**personally (6)**
21:21;22:6;23:4,
7;124:6;147:3
**persons (1)**
11:7
**pertaining (1)**
26:25
**petition (1)**
19:23
**pews (1)**
22:11
**phone (5)**
60:18;74:2,13,14,
21
**phonetic (1)**
49:1
**phrase (1)**
24:13
**pick (1)**
49:10
**picked (2)**
49:11;97:17
**picket (1)**
75:8
**picture (1)**
97:2
**pie (1)**
29:25;30:2
**Pinckney (1)**

5:13
**pit (1)**
142:20
**place (5)**
5:11;16:25;17:2;
81:18;98:3
**placed (1)**
7:4
**plain (1)**
116:20
**plaintiff (6)**
29:11;52:13;
86:14,22;145:14,16
**Plaintiffs (7)**
5:21;89:19;90:11,
13;141:1,2,3
**plaintiff's (1)**
5:19
**plan (1)**
60:21
**played (1)**
91:24
**please (3)**
5:17;6:10;132:11
**plethora (1)**
104:10
**pm (9)**
63:16;98:10,13;
107:1,5;133:9,12;
147:16,17
**point (16)**
22:14;46:23;
47:14;63:7;68:1;
80:13;82:18,22;
83:10;84:12;90:13;
91:13;104:1;132:2;
137:18;142:17
**pointing (1)**
37:4
**points (2)**
49:2;64:25
**policy (1)**
13:15
**political (1)**
124:21
**politically (4)**
131:23;132:9,12,
19
**politicians (2)**
124:17,20
**pollsters (1)**
69:8
**population (3)**
67:14;68:17,24
**position (11)**
8:11;14:11;20:14,
15;22:8;51:14;95:5,
7;140:15;144:5,12
**possibility (5)**
79:25;80:6,15;
82:13,20
**possible (7)**
42:13;83:21;85:8,
10;98:22;101:20;
144:11

**possibly (1)**
83:4
**post (1)**
37:25
**posted (1)**
139:9
**potential (2)**
87:8,16
**power (3)**
12:25;60:15;
146:6
**powers (1)**
51:8
**practical (1)**
142:17
**practice (9)**
48:20;56:10,13,
15,21;57:25;58:14,
16;59:2
**praise (1)**
137:10
**praised (1)**
137:6
**pray (93)**
46:3,16;49:17,20,
23;50:2,8,11;51:1;
55:1,5;56:1,5;59:3;
64:18,22,23;70:21,
24;73:4,11,12;
76:23;77:2,6,7,12,
17,18;78:5,17,23;
79:6;92:24,25,25;
93:7,8,11,11,13,14;
95:24;97:5;98:4;
99:2,3,6;105:20;
113:20;114:18;
115:7,17;116:23,24;
117:2,7,13,17,21;
118:4,9,10,10,17,
19;119:5,16;121:19,
20;122:25,25;123:2,
4,4,5,7;125:5,5;
128:13;130:2;
131:11;132:7;
133:25;134:6,12;
136:12,12,17;137:9,
14,14,16
**Prayer (222)**
16:11;17:5;25:13;
35:13;36:20;37:6;
38:5;39:5;43:19,24,
24;44:8,8,21,24;
45:12,16,21;46:2,9,
18,18,20,21;47:6,
11;49:21;50:17,18;
51:16;52:9,17;53:6,
8,11,12;54:9,12,18,
19;55:21,25;56:8,
16,17,21,21;57:5,
21;58:5,15;59:10,
16,20,24;60:6,11,
17,22;61:11,15,16,
23;62:2,9;63:21;
64:10,11,12,13,15,
20;65:2,4,9,10,11,

12,14,17;70:5,7,11,
20;71:19,20;72:10,
13,25;73:6,24;74:6,
12,16,22;75:1,7,20,
22;76:1,6,8,14,17,
24;77:15;79:19,20;
80:8,16,22;82:14,
21;83:7;85:11;87:9,
17,21;88:21;89:2,
25;90:17,25;91:2,3,
19,20,24;92:12,16,
20;95:4,21,25;96:2,
4,7,13,21,22,24;
97:13;98:20,23;
99:5,18;101:7;
102:10,13;105:2,9,
23;107:24;108:24;
109:7,13,15,20;
110:1,5,6;111:7,13;
112:16,25;113:11,
15;114:4,17,22;
115:6,9,19,25;
116:22;117:14;
118:14;119:14,17;
120:1;121:14,20,25;
122:7,8,12,22;
124:10;125:5,8;
128:7;129:25;
133:18,21,23;134:1,
8,13,14,15;135:12;
136:8,14,24;137:5;
138:5,12;139:14;
140:7,19;141:7,11,
11;142:24;143:14;
144:1,10;146:7,12,
20,23;147:2
**Prayer-related (1)**
138:21
**prayers (3)**
18:15;57:13,17
**praying (1)**
78:9
**precedent (1)**
58:8
**precluding (1)**
89:1
**preDarwin (1)**
67:7
**predictability (1)**
139:13
**prefer (1)**
6:13
**prepared (6)**
107:15,21,25;
108:1,2,3
**President (100)**
5:7;6:3;16:4,6,9;
26:5;37:4;49:22;
50:1,7,23;51:7,15;
52:3,17;53:5,11;
54:12,18,21,25;
55:4,10;60:15;
62:23;64:21;69:22;
70:19;72:24;73:14;
76:22;77:1,16;

78:22;89:1;90:1,14,
24;91:24;92:11,15,
19;93:7,23;94:7,10,
12,15;95:22;96:6,
20;97:12;99:7;
111:12,17;112:20;
113:1,5,10,14;
114:10,16;116:21,
22;117:4,5,6,12;
118:1;119:13,24;
120:14,24;121:5,24;
122:14,24;123:7,8,
13;124:24;126:5,
10;127:13;132:4,8,
11;133:15,23;
134:3;135:1,21;
136:7;137:6,10,16;
144:2;146:6,14,24
**presidential (12)**
74:17;77:12;
91:20;92:21;110:6;
122:6,6,8;127:5;
128:12;146:19,25
**presidents (9)**
49:16;50:14;51:8;
70:22;92:13;95:25;
117:1,19;120:5
**president's (1)**
54:22;77:8;93:8
**Press (5)**
6:4;9:23;25:1,2,4,
6;37:19,22;40:1,13;
55:7;59:19;60:13;
61:20;69:22
**pressure (1)**
94:23
**pretty (2)**
100:3;111:8
**prevailing (1)**
29:13
**previewed (1)**
21:17
**previewing (1)**
22:24
**Previous (4)**
54:4,7;92:13,21
**previously (4)**
59:11;81:6;
107:14,21
**prices (1)**
39:20
**priests (1)**
18:10
**primitive (1)**
93:17
**principle (4)**
17:21;23:13,17;
66:19
**principles (2)**
24:18;95:10
**printout (2)**
114:3;130:14
**Prior (4)**
80:14;82:3,12,23
**private (3)**

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 53 of 58

Freedom From Religion Foundation, Inc., et al., v.   Video Deposition of Annie Laurie Gaylor
President Barack Obama, et al   November 24, 2009

127:7;131:12;
138:10
**privileged (1)**
36:4
**pro (1)**
110:24
**probably (10)**
7:1;18:3;37:11;
48:15;74:2;80:3;
84:9;88:8,12;
126:14
**problem (18)**
18:13,17;19:13,
14,16;20:4,8,9;36:3;
50:7,25;55:9;70:15;
71:25;72:6,23;
73:17;118:19
**problematic (2)**
71:21;72:14
**problems (3)**
24:23;61:5;76:20
**PROCEEDINGS (4)**
5:1;28:5;40:18;
107:2
**proceeds (1)**
118:15
**process (1)**
144:19
**proclaim (5)**
70:19;119:4,15;
126:11;146:7
**proclaimed (2)**
99:1;146:23
**proclaiming (4)**
95:22;119:24,25;
146:11
**proclamation (83)**
50:17,19;51:1,16;
52:17;53:8,11;
54:12;62:24;74:16,
22;78:3,20;87:21;
90:25;91:12,14,25;
92:5,20;94:5,15;
96:9,15,19,20;
97:21;98:1;111:13;
114:11;117:11,19,
22,22,25;118:3,20;
119:15,22,23;120:6,
15,17;122:6,7,9;
123:12,14,23;
125:13;126:6,13;
127:5,22,24;131:24;
132:6,9,13,19;
133:16,22,23;
134:16,17;136:8,11,
15;137:7,11;143:23,
24;144:1,3,6,8,10,
12,17;146:3,9,19;
147:5
**proclamations (34)**
46:19;53:6;54:9,
19;55:25;56:5;
65:25;74:18;75:22;
76:1,8;77:11,12,17;
78:11;89:2;90:2;

91:20;92:21;93:5;
110:6;120:24;
121:4,25;122:2,12;
123:10;124:17,19,
20;127:14;128:12;
143:23;147:1
**produced (1)**
111:16
**profess (5)**
112:22;113:7;
134:9,12;135:17
**professional (3)**
95:11;98:16;
121:12
**profoundly (1)**
66:16
**Programs (3)**
6:3;123:16,25
**progressive (1)**
111:10
**prohibited (1)**
90:21
**project (1)**
30:10
**projects (5)**
30:11,20;31:1;
44:14,15
**promiscuously (1)**
108:16
**promise (1)**
41:12
**promote (6)**
9:24;23:12;63:23;
64:4,6;65:15
**promoted (1)**
19:1
**promotion/advertising (1)**
109:20
**promulgated (1)**
17:24
**pronounced (1)**
83:25
**property (2)**
109:16,17
**proposition (1)**
26:9
**protect (1)**
140:17
**protection (1)**
93:3
**protest (7)**
60:5,11,22;61:15,
22;65:10,16
**Protestant (2)**
19:19;97:3
**protested (1)**
129:22
**protesters (1)**
129:18
**protests (1)**
61:13
**prove (1)**
130:1
**provide (1)**
10:17

**public (11)**
9:23;23:14;24:20;
25:1,8,10;26:24;
27:2;50:12;73:18;
76:21
**publicity (2)**
94:22;95:1
**public's (1)**
73:2
**publish (1)**
24:25
**published (1)**
9:5
**purpose (2)**
25:18;147:5
**purposes (5)**
23:12;24:7;95:15,
16;110:22
**pursue (1)**
44:15
**purview (2)**
126:9;131:15
**put (12)**
37:22,24;42:1;
45:10;76:3,4;81:3;
92:4,5;94:24;
120:19;140:15
**putting (6)**
113:12;115:13;
116:3,4;119:3,20

**Q**

**quality (1)**
100:13
**quarter (2)**
104:7,8
**quick (3)**
106:21,22;135:25
**quite (10)**
22:13;70:7;77:8;
86:7;89:13;132:2;
138:23;139:6;
145:20,21
**quiz (1)**
103:3
**quoting (1)**
60:13

**R**

**radio (1)**
22:16
**raised (6)**
28:18;30:13;31:9;
33:6;39:20;144:24
**rather (2)**
45:23;50:21
**rational (2)**
22:18;66:16
**rationale (1)**
58:14
**rationalists (1)**
21:24
**raw (2)**

100:24;101:3
**reaction (1)**
102:21
**read (17)**
42:18;43:1;54:3,
4,6,7;66:24;92:6;
98:2;99:15,17;
100:24;110:25;
131:23;136:19;
137:3;145:9
**reading (4)**
7:12;31:20;51:10;
115:23
**real (2)**
100:12;106:21
**reality (1)**
136:21
**really (32)**
8:1;13:13,17;
22:3;24:4,12;41:17;
61:24;63:20;72:15,
23;75:9;77:2,3,8;
80:11;81:25;86:9,
10;92:22;99:1,22;
104:3;106:11;
108:20;111:5;
118:18;129:25;
130:25;133:20;
136:20;137:17
**realm (1)**
82:10
**reask (1)**
8:5
**reason (18)**
51:25;56:19,20,
23,25;57:24;63:18,
21,22;64:9;65:8,15,
21;98:19,21;
107:24;108:2;
142:14
**reasoning (4)**
58:4,21,23,24
**reasons (4)**
46:4;49:5;86:15;
142:1
**Rebecca (1)**
5:22;83:9,14
**recall (9)**
73:23;74:1,3,5,11,
23,25;75:18;80:5
**recalling (1)**
84:25
**receive (6)**
32:2;33:8,9;
35:10;59:21;102:24
**received (9)**
33:13;35:12,16,
18;38:4;39:15;
60:18;62:5;71:9
**receiving (2)**
59:19;110:5
**recent (1)**
119:1
**recently (1)**
61:10

**recess (1)**
63:14
**recognize (7)**
56:10;92:6;
100:23;101:1;
103:14;107:12;
144:21
**recollection (4)**
59:14;60:6,10;
70:5
**recommendations (1)**
13:22
**recommit (2)**
78:16,18
**record (24)**
5:3;6:10;25:15;
27:25;28:3,8;35:25;
40:17,17,20;47:19,
23;52:6;63:12,16;
98:10,13;106:25;
107:5;114:22,25;
133:8,12;147:15
**recording (2)**
61:12,14
**records (3)**
36:15;38:14;
42:14
**recover (1)**
29:12
**recur (1)**
62:24
**recurring (4)**
50:13;72:21;
73:21;83:25
**red (1)**
32:13
**redress (2)**
19:23;37:3
**refer (2)**
6:12;85:22
**reference (3)**
28:12;77:22;
94:13
**referenced (2)**
66:2;116:5
**references (4)**
66:13;97:25;98:3;
132:2
**referring (1)**
56:14
**reflect (1)**
80:21
**reflected (1)**
133:16
**reflects (2)**
107:10;129:15
**refresh (1)**
7:2
**refused (1)**
60:16
**Regan (3)**
77:23,25;78:10
**regard (3)**
26:19;93:3,17
**regarding (22)**

38:5;60:4;72:9,
13;75:19;76:17;
80:7,16;82:24;
83:21;87:7,16;
101:12;105:5;
108:21;111:12;
132:13;138:4,9,21;
140:7,18

**regional (1)**
9:10

**regular (1)**
76:17

**regularity (1)**
52:22

**reject (1)**
23:4

**related (1)**
25:20

**relates (1)**
89:24

**relating (3)**
23:14;24:10;
36:23

**relatively (4)**
48:9;103:12,24;
139:18

**release (4)**
37:19,22;40:1;
55:7

**releases (9)**
9:23;25:1,3,4,6;
40:13;45:8;60:13;
61:20

**relevance (3)**
105:4;130:25;
131:2

**relevant (3)**
104:2;105:7;
141:18

**relief (11)**
51:22;52:14;
53:15;88:18,19;
89:11,14,17;90:7,9,
14

**Religion (91)**
5:6;8:14,24;9:10,
17;10:7,10;11:1,23,
25;17:8,16,18,23;
18:15;19:18;21:18,
20,21;22:15,20,22,
25;23:2,4,5,6,8,9,11,
16,21,22,23;24:1,8,
15,16,17;27:4,21;
55:9,11,11,15;59:5,
15;64:17;65:18;
72:8;76:16;79:3,11;
83:21;89:18;93:18;
98:5;100:4,10;
112:17,22;113:7;
120:23;122:18;
123:20;128:10;
131:12;133:19;
134:10,12;135:17;
136:22;138:3,7,17,
25;139:20;140:6,

16;141:6;142:1,7,
11,15,25;143:2,7,
10;144:4,5;147:3

**religion/church (1)**
49:2

**religionist (1)**
110:23

**religions (6)**
19:18;55:14;
112:21;113:6;
134:9;135:16

**Religion's (1)**
25:19

**religious (36)**
17:22;18:2,11,23;
19:4,9,22;20:3,10,
15,19,23;22:4,7;
48:23;55:12;58:6;
68:7,9,12,18,19;
69:5,6,11;73:15;
77:9;95:24;97:3;
98:3;100:11;
109:19;120:11,12;
123:1;147:5

**remedy (4)**
79:23;82:1;83:5;
134:25

**remember (13)**
7:10;29:16;33:21;
35:21;37:11,23;
40:9;44:5;59:13,19;
75:6;78:7;80:19

**renewal (4)**
33:22;34:4;41:14;
102:5

**Renewals (3)**
33:16;39:17;
102:7

**renews (1)**
102:4

**repeat (1)**
143:4

**rephrase (4)**
8:4;89:15;141:24;
143:5

**report (2)**
14:6;41:8

**reported (8)**
16:16,18,19,20;
45:1;59:22;60:12;
65:22

**reporter (3)**
5:15,19;7:9

**Reporting (2)**
5:16;61:20

**reports (1)**
14:2

**represent (4)**
5:18;52:7;53:14;
133:24

**representing (2)**
6:3;69:21

**reprisal (1)**
140:24

**request (1)**

87:18

**requested (5)**
31:3;51:22;53:16;
112:19;135:21

**requesting (1)**
113:4

**requests (1)**
46:6

**require (2)**
117:13;118:4

**required (2)**
13:11;90:21

**requires (3)**
49:21;96:20;
137:16

**requiring (3)**
54:21;114:10;
126:5

**research (1)**
26:25

**researched (2)**
60:17;74:19

**reserved (1)**
11:13

**resources (3)**
142:21;143:1

**respond (3)**
104:8;108:25;
109:24

**responded (3)**
103:11,23;105:17

**responding (1)**
119:8

**response (3)**
101:12,18;108:23

**responses (4)**
102:24;104:2,14;
108:12

**responsible (3)**
9:20,23;141:13

**rest (3)**
19:20;117:10;
119:22

**restore (1)**
112:25

**result (3)**
62:6;92:10;102:9

**results (3)**
42:8;43:2;107:10

**retrieve (2)**
94:18;122:13

**retrieved (2)**
94:16,16

**Revenue (6)**
29:1,4,23;30:15;
32:9,22

**revenues (1)**
84:21

**Reverend (3)**
110:14,16;136:20

**review (4)**
41:8;61:8;112:5;
127:21

**reviewed (2)**
21:17;107:16

**revolutionary (1)**
68:2

**Rich (8)**
5:22;29:17;35:2,
24;81:25;84:10;
123:17;124:1

**Rich's (2)**
145:8,12

**right (43)**
6:12,18;9:2;
11:21;12:6;15:6;
22:23;24:11;28:24;
32:2,21;33:8,12,20,
21;34:3;36:2,5,9;
38:12,18;39:16,24;
40:5;42:19;44:5;
46:8;51:13;73:14;
88:15;96:21;99:19;
108:11,18;117:6;
118:9;120:17;
121:10;132:21;
133:4;140:11,12;
145:5

**Rights (7)**
19:15,17;66:5,23;
67:4;120:20;140:18

**rite (1)**
97:3

**rivalries (1)**
85:25

**road (1)**
121:22

**Robert (2)**
6:4;69:23

**role (3)**
91:24;94:8;
134:17

**Ronald (2)**
77:25;78:10

**room (1)**
138:16

**root (2)**
25:12;72:23

**rooted (1)**
64:14

**Rosenberg (46)**
6:1,1;52:1;69:17,
19;72:5;81:22;
82:11;85:23;88:3,7,
14,17;89:6,10;
90:11,23;91:11,16;
96:5;98:7,14;
100:16;106:22;
107:6;111:24;
112:1,4;113:24;
115:1,14;116:13;
118:24;127:20;
130:13;133:5,13;
135:24;137:22;
138:1;141:23;
143:19;145:1,6,11;
147:9

**rosy (1)**
115:13

**rotunda (1)**

18:9

**round (1)**
81:12

**ruined (1)**
117:10

**rule (1)**
88:23

**ruled (1)**
48:14

**rules (1)**
7:1

**ruling (1)**
88:20

**run (3)**
10:25;11:5,24

**rung (3)**
11:23;12:1,2

**running (2)**
9:20;20:20

**rush (1)**
136:2

**Russia (1)**
100:8

**Ryker (1)**
5:14

## S

**sales (2)**
30:5,6

**same (8)**
14:25;39:20;41:5;
62:7;112:15;120:4;
133:17;146:20

**sample (1)**
104:17

**San (1)**
75:4

**Sarah (1)**
5:16

**Savers (1)**
6:23

**saw (2)**
19:16;104:12

**saying (24)**
18:21;19:7,7,11,
25,25;20:17,18;
22:23;46:3,4;50:23;
53:21;60:14;66:22;
70:17;74:18;94:20;
99:4;105:21;115:9;
116:23;117:4;
131:19

**scheduled (2)**
88:11,11

**school (7)**
18:9,17;19:3,5,
12;20:5;59:12

**schools (1)**
22:12

**science (1)**
21:6

**scripture (1)**
97:24

**seat (1)**

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 55 of 58
Freedom From Religion Foundation, Inc., et al., v.                    Video Deposition of Annie Laurie Gaylor
President Barack Obama, et al                                          November 24, 2009

17:19
seats (1)
  10:16
second (7)
  12:2;23:17;72:7;
  111:23;113:3;
  135:10;136:19
second-class (1)
  73:10
Secretary (2)
  6:4;69:23
Section (3)
  29:12;114:5;
  130:15
sector (1)
  127:8
secular (5)
  20:11;21:24;
  63:19;70:18;146:6
secularists (1)
  21:23
seeing (1)
  75:6
seeking (14)
  52:15;53:4;54:13;
  55:3;88:19,20,25;
  89:11,14,19;90:8,9,
  13,16
seem (2)
  85:17;111:9
seemed (1)
  105:16
seems (1)
  136:20
select (2)
  11:9,24
selects (1)
  12:9
selfish (1)
  46:3
senate (1)
  17:19
send (11)
  38:1;41:2,4,14,
  20;42:9;87:11,12;
  102:5;103:16;
  104:18
sending (6)
  40:13;41:7;62:13,
  15;104:16;141:12
sense (2)
  116:11;143:8
sent (6)
  43:17;75:25;
  101:23;104:3,8;
  112:10
sentence (6)
  43:21;44:10,19;
  113:3;135:10;
  143:12
separate (1)
  97:6
separating (1)
  125:18
separation (23)

17:21;18:5;19:8;
  23:13;24:21;26:13,
  15;71:1;76:20;
  83:24;85:6;87:1;
  95:8,18;98:17;
  99:24;102:19;
  121:13;123:18,20;
  124:3;126:7;145:24
September (2)
  36:9,14
series (2)
  73:1;84:20
serve (1)
  23:15
serves (1)
  48:5
Service (1)
  5:15
serving (1)
  25:10
session (1)
  56:22
sessions (1)
  56:8
setting (2)
  55:17,18
several (2)
  123:9;145:22
share (1)
  133:17
shared (1)
  71:5
Shawn (1)
  101:10
sheriff (6)
  36:18;37:3;80:10;
  85:25;86:3;137:23
Sheriff's (5)
  81:16;85:14;
  141:10,25;142:5
Shirley (3)
  5:23,24;16:21
short (1)
  134:15
shortcomings (1)
  118:18
show (9)
  32:10;33:13;
  35:25;42:25;
  104:19;105:8;
  106:3,10;108:4
shows (2)
  31:19;32:16
shy (3)
  139:1;140:20;
  142:15
side (2)
  116:16;136:20
sign (3)
  41:24,25;45:7
signed (2)
  65:25;114:16
significant (4)
  67:13;104:9;
  108:7;127:4

signing (3)
  113:15;118:2;
  119:14
signs (1)
  42:1
similar (3)
  94:11;128:5,15
simple (1)
  40:25
simply (3)
  53:21;134:1;
  135:19
single (1)
  62:25
sitting (1)
  138:15
situation (6)
  53:21;81:15;
  88:13;90:4;96:11;
  140:22
six (1)
  16:18
slave (1)
  129:10
slavery (3)
  57:2;59:1,4
slip (1)
  42:9
Slow (1)
  8:7
slower (1)
  62:19
small (4)
  73:20;103:12,24;
  142:18
solicit (1)
  41:13
solstice (1)
  30:7
solve (3)
  24:23;116:9;
  118:18
solved (1)
  24:24
solving (1)
  26:22
Somebody (7)
  39:3;45:13,18;
  46:4,22;85:3;
  101:16
someday (3)
  75:17;80:4,18
somehow (2)
  37:20;93:14
someone (5)
  41:3,25;74:11;
  77:9;80:7
sometime (1)
  60:7
sometimes (2)
  7:25;12:21
somewhere (2)
  78:10;126:19
soon (1)
  59:14

sorry (10)
  13:5;14:14,20,22;
  47:7;60:4;75:15;
  115:4;137:21;
  138:14
soul (1)
  21:7
sounds (5)
  97:23;115:8;
  136:9,23,25
South (1)
  5:13
sovereignty (1)
  66:25
space (1)
  130:20
speak (5)
  11:23;67:23;
  68:25;69:7;78:11
speaking (2)
  14:4;82:12
special (4)
  30:10,20;31:1;
  44:14
specific (19)
  17:25;30:11;40:9;
  74:5,10;81:13;
  82:19,24;85:9;
  90:18;91:12;93:21;
  94:14;97:10,21;
  117:24;130:17;
  141:9;143:21
specifically (6)
  59:19;75:18;
  100:19;112:19;
  119:2,13
specifics (2)
  77:10;140:14
speculating (1)
  90:6
speculation (4)
  34:23;52:21;
  54:15;141:20
speculative (2)
  52:24;53:22
speech (1)
  94:9
spend (1)
  96:3
spent (10)
  26:6,13;30:14;
  31:18;32:9,22;33:4,
  7;138:20,23
splashy (3)
  62:2;63:3,4
split (1)
  34:6
sponsor (1)
  34:2
spot (1)
  11:13
spring (9)
  31:11;41:10,11;
  42:16,18,23;43:23;
  73:22;138:24

staff (12)
  8:21;17:11;26:18;
  59:18;60:9;74:7,8,
  9;83:1,7,20;84:3
stage (1)
  60:21
standing (6)
  105:11;106:2;
  107:16,22;108:5,13
stands (2)
  35:19;40:15
start (4)
  18:1;33:23;62:10,
  15
started (11)
  14:21;17:16;37:7;
  38:6;49:8;55:22;
  59:17;73:25;74:9;
  91:22;143:12
starting (5)
  9:21;56:15;61:22;
  91:18;116:11
starts (2)
  15:1;56:7
state (37)
  5:17;6:10;9:22;
  11:14;17:21;18:5,8;
  19:9;23:13;24:22;
  26:14,16;49:2;71:2;
  76:8,21;83:24;85:7,
  17,24;87:1,25;88:4,
  6,7,9;95:8,19;97:7;
  99:24;102:19;
  123:19;124:3;
  125:19;126:8;
  134:7;145:24
state/church (1)
  110:24
stated (2)
  59:11;89:23
statement (2)
  32:14;68:6
statements (1)
  67:11
States (14)
  5:9;6:2;58:1;
  69:20;89:1;90:15;
  106:8;115:24;
  123:8;127:13;
  128:1;132:15,23;
  139:15
stationery (1)
  142:3
statistical (1)
  104:1
statistician (1)
  104:5
statistics (1)
  68:25
status (2)
  16:16;87:23
statute (24)
  54:18,20;88:21,
  24;96:19,24;113:15,
  17,22;114:4,6,10,

25;115:23,23;116:3,
18,19;126:5,7;
135:11;137:15;
139:14;146:20
**statutes (1)**
13:11
**stays (1)**
64:17
**stemming (1)**
83:4
**stepped (2)**
61:25;62:1
**sticker (1)**
64:12
**stickers (1)**
30:6
**still (10)**
9:14;10:22;31:6;
57:2;65:15;76:11;
84:19;99:17;
100:22;114:15
**stomach (1)**
122:20
**stop (13)**
48:1;49:7,16,22;
52:16;53:5;54:13;
55:3;62:21;75:10;
79:22;91:6;141:6
**strategy (3)**
15:22,24;40:24
**straw (1)**
80:11
**Street (1)**
5:13
**stressed (2)**
62:22;122:22
**strong (1)**
67:10
**strongly (3)**
73:7;93:20;
121:16
**struck (1)**
71:20
**student (2)**
8:19;17:12
**studied (1)**
130:6
**study (1)**
129:17
**stuff (1)**
111:8
**subject (9)**
52:8,10;53:15,18;
90:3,19,22;91:13;
120:16
**submit (1)**
37:19
**subsequent (2)**
114:7;117:18
**subsequently (2)**
132:20,22
**substance (1)**
82:6
**substantial (3)**
84:13;95:10;

109:11
**substantially (2)**
144:3;146:3
**substantive (1)**
114:9
**suddenly (1)**
94:4
**sue (5)**
75:1;80:12;85:25;
140:17;141:6
**suggested (2)**
65:16,17
**suggestion (1)**
81:13
**suggestions (1)**
81:3
**Suhr (1)**
5:12
**suing (2)**
86:3;94:20
**summer (2)**
62:17;73:22
**Sunday (3)**
22:11;49:8;68:22
**Superior (1)**
85:21
**supernatural (9)**
45:15,17,20,22;
46:5,12,13,14;67:10
**support (1)**
71:1
**supports (1)**
137:1
**suppose (6)**
43:10;71:17;
101:18,20;121:3;
137:2
**supposed (14)**
25:17;73:11;77:4,
6,6;78:14,22;96:2;
115:10;121:19;
122:25,25;126:18;
131:10
**Supreme (6)**
48:14,20;57:4,12,
24;58:13
**sure (30)**
11:21;35:11,18;
40:6;41:9;45:25;
51:23;52:5,15;
55:24;63:10;64:17;
70:13;71:11;80:17;
83:8;89:4,13;90:12;
91:7;9:22:18;95:17;
97:23;110:19,20;
111:8,24;141:20,21
**surprise (1)**
123:11
**surprised (4)**
124:15,16;
129:18,21
**Survey (33)**
69:12;101:4,5,13,
15;102:9,24;103:11,
24;104:8,14,18,20,

21,24;105:10,13;
106:1,3,14;107:10,
15,22,25;108:1,2,3,
6,10,22,22;109:1,24
**surveys (1)**
68:3
**suspend (1)**
45:19
**swear (1)**
5:19

**T**

**tabulated (1)**
27:15
**talk (11)**
16:24;39:7;57:17;
66:25;83:23;84:5,
16;86:8;87:14;
119:11;138:14
**talked (9)**
23:20;75:11,16;
81:25,25;83:3,8,15;
92:6
**talking (3)**
23:22;40:12;
84:10
**talks (3)**
67:1,3;120:4
**tape (1)**
97:12
**Task (16)**
59:20,25;60:4;
61:23;62:9;76:14;
91:3,19,24;92:12,
16;96:2,7,13;97:13;
124:11
**teasing (1)**
8:7
**telling (14)**
69:7;77:4;78:17,
22;92:24;93:10,13;
95:22;122:24;
123:1;131:11,13,17,
21
**tells (5)**
78:5,24;79:2;
99:7;118:17
**tend (4)**
103:18;108:15;
139:22,22
**term (4)**
21:25;84:21;
116:6;117:19
**terms (3)**
21:1;51:22;82:6
**terribly (3)**
37:2;70:17;76:14
**testified (3)**
6:7;69:9;81:7
**testify (1)**
144:21
**testimony (10)**
7:19,21;18:12,13;
81:21,23;91:17;

107:17,20;144:21
**Thanks (3)**
147:4,7,13
**thanksgiving (9)**
50:18;60:17;93:1;
127:11;146:25;
147:4,6,7,10
**theme (4)**
97:13,16,18,24
**theocracy (1)**
121:22
**theories (1)**
139:12
**thereafter (1)**
59:15
**therefore (2)**
118:13;125:23
**thinkers (3)**
21:25;22:18;
147:6
**thinking (2)**
47:1;93:18
**third (2)**
109:15;138:15
**Thomas (8)**
51:7,10,12;60:13;
66:6;67:5;76:5;
95:18
**Thoroughly (1)**
15:21
**though (5)**
91:23;103:21;
121:2;135:14;
144:11
**Thought (18)**
8:21;28:19;43:14;
45:21;49:9;55:6;
59:22;60:12;61:3,
21;66:18,20;67:9;
70:17;76:3;92:9,23;
105:6
**thoughts (2)**
47:2,2
**threaten (1)**
86:8
**throughout (1)**
67:24
**throwing (1)**
94:24
**thrown (1)**
94:3
**throws (2)**
92:22;94:4
**Thursday (11)**
49:24;50:2;51:17;
52:18;53:9,13;
54:10,20;114:7,11;
134:3
**tied (1)**
104:24
**tilting (1)**
80:12
**times (7)**
6:18;12:14,16;
14:14,15;45:4;

70:12
**tiny (1)**
75:24
**today (14)**
5:3;7:19,22;8:22;
9:14;43:10;59:22;
60:12;61:3,21;
68:25;69:23;76:4;
84:17
**told (14)**
27:23;50:11;
70:20;73:9,13,14;
79:4;96:2;98:4;
99:3;118:9;119:8;
121:18;132:7
**took (3)**
60:18;67:8;81:17
**top (6)**
11:23;12:1;33:20;
39:16;100:20;101:9
**topic (3)**
47:14;84:16;
93:21
**topics (1)**
70:2
**total (9)**
27:20;28:16;
30:15;31:24;32:5;
38:9;42:11;43:6;
103:25
**totally (1)**
30:24
**toward (3)**
44:13;99:24,25
**towards (1)**
30:11
**track (2)**
42:8;61:23
**tracked (1)**
65:22
**trade (1)**
129:10
**tradition (1)**
57:2
**transcribed (1)**
7:9
**TRANSCRIPT (4)**
5:1;7:13;147:18,
19
**treasury (2)**
14:2,6
**treated (1)**
100:1
**trial (6)**
7:18,20;88:10,11
**tribe (1)**
129:3
**tried (1)**
47:9
**Trinity (1)**
48:18
**triple-compound (1)**
8:2
**trouble (1)**
68:9

Case: 3:08-cv-00588-bbc   Document #: 123   Filed: 01/22/10   Page 57 of 58

Freedom From Religion Foundation, Inc., et al.,  v.                    Video Deposition of Annie Laurie Gaylor
President Barack Obama, et al                                          November 24, 2009

**true (16)**
24:3,5;25:13;
35:7,11;39:25;
45:25;46:17;48:24;
67:24;79:3;92:18;
99:22;100:1;127:9;
137:17
**truly (1)**
134:5
**Truman (4)**
113:1,5,10;
114:16
**Truman's (1)**
113:14
**truth (2)**
7:5;21:5
**try (4)**
24:23;75:16;
104:13,15
**trying (19)**
19:19;20:10;22:3,
8,12;24:11;39:14;
45:23;46:8;47:1,25;
49:16,22;51:23;
52:14,16;82:4;
93:18;103:16
**T-shirts (1)**
30:6
**turkeys (1)**
147:10
**turn (9)**
90:24;108:20;
114:22;115:9,18,24;
116:16;118:16;
145:10
**turned (4)**
71:16;117:2,9,16
**turning (1)**
91:13
**TV (1)**
22:16
**twice (1)**
30:10
**two (21)**
10:6;23:12;24:18,
18;27:8;31:16;
32:15;33:20;35:22;
36:9;39:5;41:2,9,
14;61:10,14;95:16;
100:18;111:20;
116:11;136:3
**two-tiered (1)**
12:1
**type (6)**
50:19;55:3;71:7;
122:17;142:23;
143:2
**types (2)**
143:7,9

**U**

**uh-huhs (1)**
7:11
**uh-uhs (1)**

7:11
**ultimately (1)**
137:2
**umbrella (1)**
23:15
**Um-hmm (13)**
10:12;12:25;
14:20;16:7;23:19;
28:23;39:18;41:10;
85:19;102:15;
109:2,4;112:6
**unable (1)**
140:25
**unalienable (2)**
66:4,22
**unclear (2)**
119:23,25
**unconstitutional (7)**
48:1;88:22,24;
97:4;122:15;
131:19;146:17
**under (14)**
7:4;28:18;29:1,2,
12;33:16;58:25;
108:22;118:8;
120:18;123:6;
131:16;146:6,15
**understaffed (1)**
37:25
**unexpected (1)**
30:23
**unhappy (1)**
36:18
**unique (1)**
141:17
**unite (4)**
54:19;76:24;
78:24;95:24
**United (15)**
5:8;6:2;58:1;
69:20;86:25;87:16;
89:1;90:14;106:7;
115:24;123:8;
127:13;128:1;
132:15,22
**universe (2)**
45:14;47:3
**unless (4)**
24:3;44:25;50:14;
86:9
**unpack (1)**
24:11
**unreasonable (2)**
65:11,13
**unsolicited (1)**
42:7
**up (40)**
6:25;11:6,15,21;
12:12;27:22;39:3;
40:12;42:11;45:7;
49:10,11;61:25;
62:1;63:19,24;
64:25;67:7;68:5;
69:25;72:6;81:5,9,
11,13;82:5;84:1;

85:16,22,24;97:11,
17;115:16;126:24,
25;137:8,23,25;
138:2;147:11
**updates (1)**
15:24
**upholding (1)**
19:8
**upon (18)**
60:8;92:21,25;
117:20;118:12;
120:3;121:24;
123:12,14,23;124:7;
125:10,20;127:25;
128:12;132:14,20,
22
**Upstate (1)**
138:2
**urge (2)**
49:19;118:15
**urged (5)**
50:22;61:1;117:2,
16;120:1
**urging (6)**
18:19;54:19;
61:12,14;116:8,21
**use (3)**
19:19;22:1;
117:19
**used (7)**
7:20;58:7;67:17;
70:23;97:17;
127:25;142:2
**useful (1)**
63:23
**uses (3)**
120:14;127:24;
128:15
**usually (15)**
14:24;25:11;43:4;
44:16;46:16,17;
78:23;86:7;139:9

**V**

**Van (1)**
5:14
**varies (2)**
26:10;117:22
**various (1)**
139:15
**vast (1)**
105:17
**verbally (1)**
7:16
**verse (1)**
97:24
**versus (3)**
5:7;26:7;33:3
**via (3)**
108:24;109:5,12
**Video (1)**
5:15
**VIDEOGRAPHER (17)**
5:2,14;28:3,7;

40:16,19;47:19,22;
63:12,15;98:9,12;
106:25;107:4;
133:8,11;147:14
**view (24)**
21:20;22:14;23:2;
48:2;57:7;65:8,11;
66:2;88:24;89:7,17;
91:2;92:19;104:1,7;
113:10,14;114:16;
129:9,14;132:3;
142:17;144:2;
146:18
**viewed (1)**
91:18
**views (4)**
9:24;22:17;23:5;
93:20
**violate (10)**
63:22;124:3;
126:7,8;128:16;
139:2;144:6,12,17;
146:4
**violated (1)**
142:12
**violates (4)**
99:24;125:22;
141:8;142:9
**violation (15)**
25:12;48:1,9;
62:21;63:4;72:21;
73:21;75:10;82:2;
83:25;97:7;134:23;
141:9,14;142:24
**violations (10)**
24:21,24;26:25;
73:1,19;76:20;
81:10;83:3,23;
143:9
**visitor's (1)**
38:22
**volumes (1)**
48:16
**volunteer (1)**
8:20
**volunteers (1)**
17:14
**vote (2)**
15:10;121:10
**voted (1)**
11:4

**W**

**waiting (1)**
94:18
**walk (1)**
82:5
**wall (1)**
95:18
**Walter (1)**
110:13
**wants (2)**
93:11,12
**warned (1)**

76:5
**Washington (2)**
50:16,19
**Washington's (1)**
50:25
**way (26)**
11:11;21:9,19;
24:24;25:5;29:21;
31:14;33:4;39:21;
41:24;44:19;45:5;
68:25;71:7;75:21;
76:19;104:24;
105:16;107:18;
113:20;115:12;
120:4;121:19;
122:3;133:25;136:2
**ways (1)**
136:22
**website (9)**
21:17;22:2,24;
38:24;40:11;42:4;
45:10;94:17;122:13
**week (23)**
22:12;30:23;
37:24
**weeks (1)**
14:19
**well-versed (1)**
102:18
**weren't (6)**
37:3;49:11;70:13;
71:11;87:3;133:21
**Western (2)**
5:9;106:8
**what's (6)**
7:14,14;39:1;
66:21;107:7;135:22
**whatsoever (3)**
98:24;99:20;
126:2
**Whereas (1)**
115:8
**whichever (1)**
115:12
**White (10)**
6:4;69:22;92:12,
16;94:17,25;106:7;
110:6;112:10;
122:12
**whole (7)**
73:1;76:24;82:10;
97:2;100:13;142:4;
144:9
**who's (4)**
11:16;46:5;77:9;
120:10
**whose (1)**
55:15
**Wikipedia (2)**
130:15;131:3
**Wikipedia's (1)**
131:1
**willing (7)**
72:3;86:22,24,24;
87:3;141:1;145:4

**win (2)**
29:5,11
**windmills (1)**
80:12
**winter (2)**
30:6;41:6
**winter/spring (1)**
31:4
**Wisconsin (9)**
5:10,13;13:11;
18:8;36:19;80:10;
85:15;106:9;137:24
**wish (5)**
80:3;81:10;
107:17;115:16;
141:6
**wished (1)**
14:3
**within (6)**
48:2;56:3;97:21;
119:23;138:17;
143:6
**without (5)**
24:23;90:2;
102:15;128:25;
136:23
**witness (35)**
5:20;6:5;13:5;
25:25;29:19;33:16;
36:8,25;39:8;51:21,
24;54:5,8,17;58:8;
71:25;82:8;89:5,6,
8;91:7,9,15;95:14;
111:22;112:3,3;
115:5;127:19,19;
136:4;144:15,20;
145:8,9
**witness's (1)**
145:7
**women's (1)**
19:17
**won (1)**
6:23
**wondering (1)**
26:5
**word (2)**
8:24;76:16
**wording (2)**
76:5;92:4
**words (7)**
25:9;29:5;33:9;
46:25;70:23;82:18;
116:3
**work (6)**
17:7;27:7;29:21;
85:6;100:3;122:17
**worked (1)**
86:19
**working (1)**
97:3
**world (2)**
64:14;126:23
**worship (6)**
92:7,7;93:24,24;
132:5,5

**wrap (1)**
97:11
**write (5)**
26:24;61:4;81:3;
111:23;140:3
**written (3)**
66:6;138:8;146:3
**wrong (7)**
19:4;67:9;77:5;
78:21;79:2;122:22;
126:20
**wrote (6)**
105:13,13;
111:11;112:14;
140:6;143:21

## Y

**year (50)**
12:12,13,24;
13:10;14:25;15:5;
16:13;26:10;27:9,
11,12,18;30:10,21,
24;31:9,18,20,24;
32:5,11,13,17,24;
35:21;41:2,9;42:4;
45:4;53:7;62:8,25;
63:5;73:22;81:11;
83:10;84:1;95:22;
97:8,8,9;102:2;
120:25;121:8;
122:20;124:14;
129:22,22,23;
138:18
**yearly (1)**
41:8
**years (16)**
8:20;12:20;14:5;
26:2,15;35:22;38:6;
70:13,15;71:10;
72:17;83:3;84:22;
112:19;123:9;
126:24
**year's (1)**
119:16
**yoga (1)**
47:9
**York (1)**
138:2
**young (1)**
120:9