UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNIE          |
NICOL GAYLOR; ANNIE LAURIE       |
GAYLOR; PAUL GAYLOR; DAN         |
BARKER; PHYLLIS ROSE, and        |
JILL DEAN,

       Plaintiffs,

vs.                                        CASE NO.:   08-CV-588

PRESIDENT BARACK OBAMA;          |
WHITE HOUSE PRESS SECRETARY      |
ROBERT GIBBS; WISCONSIN          |
GOVERNOR JIM DOYLE, and          |
SHIRLEY DOBSON, CHAIRMAN OF      |
THE NATIONAL DAY OF PRAYER       |
TASK FORCE,

       Defendants.          |

---

DEPOSITION OF SHIRLEY DOBSON

November 10, 2009

---

       PURSUANT TO NOTICE, the deposition of SHIRLEY

DOBSON was taken on behalf of the Plaintiffs, pursuant

to Federal Rules of Civil Procedure, at 8605 Explorer

Drive, Colorado Springs, Colorado, this date at

8:36 a.m., before Connie S. Dyke, RPR, CRR, and Notary

Public.

**Page 2**

```
 1              APPEARANCES
 2  ATTORNEY FOR THE PLAINTIFFS:
 3      Mr. Richard L. Bolton, Esq.
        Boardman, Suhr, Curry & Field, LLP
 4      Fourth Floor, 1 South Pinckney Street
        PO Box 927
 5      Madison, WI 53701-0927
        608-257-9521
 6      rbolton@boardmanlawfirm.com
 7  ATTORNEY FOR THE DEFENDANTS, PRESIDENT BARACK OBAMA and
    WHITE HOUSE PRESS SECRETARY ROBERT GIBBS:
 8
        Mr. Brad P. Rosenberg, Esq.
 9      U.S. Department of Justice, Civil Division
        PO Box 883
10      Washington, DC 20044
        202-514-3374
11      brad.rosenberg@usdoj.gov
12  ATTORNEYS FOR THE DEFENDANT, SHIRLEY DOBSON:
13      Mr. Kevin Theriot, Esq.
        Mr. Joel Oster, Esq.
14      Alliance Defense Fund
        15192 Rosewood
15      Leawood, KS 66224
        913-685-8000
16      ktheriot@telladf.org
        joster@telladf.org
17
    ATTORNEY FOR THE DEFENDANT, WISCONSIN GOVERNOR JIM
18  DOYLE, APPEARED VIA TELEPHONE:
19      Mr. Thomas C. Bellavia, Esq.
        Wisconsin Department of Justice
20      PO Box 7857
        Madison, WI 53707
21      608-266-8690
        bellaviatc@doj.state.wi.us
22
23
24
25
```

**Page 3**

```
 1                INDEX
    WITNESS - SHIRLEY DOBSON         PAGE:
 2  Examination by Mr. Bolton .................. 4
    Examination by Mr. Theriot .................. 171
 3  Examination by Mr. Rosenberg ................ 172
    Examination by Mr. Bolton .................. 177
 4
    DEPOSITION EXHIBITS:          MARKED:
 5
    1 - National Day of Prayer Task Force
 6      Home Page ............................. 93
 7  2 - National Day of Prayer Task Force
        Definition of "Judeo-Christian" .......... 99
 8
    3 - 1-22-09 Form Letter to Governors ......... 105
 9
    4 - 1-22-09 Generic Form Letter ............. 107
10
    5 - 2-17-09 Letter to President Obama ........ 114
11
    6 - 2-17-09 Letter to President Obama ........ 117
12
    7 - 2-27-09 Letter to Michele Bachmann ... 121
13
    8 - 5-14-09 E-mail to Faye Tharp from
14      Anne Ryun ............................ 123
15  9 - 8-8-08 Letter to Chaplain Coughlin ...... 125
16  10 - 3-4-08 Letter to Mike McIntyre ......... 128
17  11 - 3-17-08 Letter to Chaplin Black ....... 132
18  12 - 3-27-08 Letter to President Bush ........ 135
19  13 - 1-24-06 Form Letter to Governors ........ 147
20  14 - 2-23-04 Letter to Secretary Paige ....... 149
21  15 - 2008 National Day of Prayer Invitation ... 149
22  16 - 58th Annual Observance Poster ........... 152
23  17 - 2009 Program ......................... 155
24  18 - 58th Annual Observance Program ........ 159
25  19 - School Prayer Event Guide .............. 166
```

**Page 4**

```
 1            SHIRLEY DOBSON,
 2  called as a witness, having been first duly sworn,
 3  testified as follows:
 4            EXAMINATION
 5  BY MR. BOLTON:
 6      Q.  Mrs. Dobson, you're currently the chairman or
 7  cochairman of the National Day of Prayer Task Force; is
 8  that correct?
 9      A.  Chairman.
10      Q.  And you've held that position since 1991?
11      A.  Correct.
12      Q.  For convenience, when I refer to the "National
13  Day of Prayer Task Force" throughout the deposition, I
14  think I'm probably going to just try to refer to it as
15  the task force for shorthand.  Is that okay?
16      A.  (Witness indicating in the affirmative.)
17      Q.  Would it be fair to describe one of the goals
18  of the task force is to encourage prayer?
19      A.  Yes.
20          MR. THERIOT:  Shirley, I should interject
21  here.  We didn't talk about this, but nodding your head
22  doesn't work because she can't -- she does actually
23  take that down, but it's better if you give a verbal
24  answer.
25          THE WITNESS:  Okay.
```

**Page 5**

```
 1      Q.  (BY MR. BOLTON) Has that always been one of
 2  the goals of the task force?
 3      A.  Yes.
 4      Q.  Were you involved in the establishment or the
 5  setting up of the task force?
 6      A.  No.
 7      Q.  Who was involved in the original formation of
 8  the task force?
 9      A.  It would be the National Prayer Committee with
10  my approval.
11      Q.  Say the name again.
12      A.  The National Prayer Committee with my
13  approval.
14      Q.  With your approval, okay.  And the task force
15  was set up in 1988; is that correct?
16      A.  That's correct.
17      Q.  And when you say that it was set up by "the
18  National Prayer Committee with your approval," what do
19  you mean, first of all, by the description "with your
20  approval"?  What was your role in having approval?
21      A.  Well, I would interview the candidates for the
22  task force and approve them.
23      Q.  Had the task force been created as an entity
24  of that name at the time that you gave this approval to
25  the people that you interviewed?
```

Page 6

1     A.  I took over in 1991, and there was a task
2  force then, and it has grown under my leadership.
3     Q.  Did you have any role in the task force prior
4  to 1991?
5     A.  No.
6     Q.  Did Mr. Dobson have any role in the task force
7  prior to 1991?
8     A.  Not at all.
9     Q.  Did Mr. Dobson have any role with the National
10 Prayer Committee?
11    A.  No.
12    Q.  Do you know how it came about that the prayer
13 committee undertook to set up the task force?
14    A.  No, I don't know.
15    Q.  Do you know anything about the history of the
16 task force prior to you becoming the chairman in
17 1991?
18    A.  Not really.
19    Q.  When the task force was originally
20 established, do you know where it was located?
21    A.  Yes.
22    Q.  Where was that?
23    A.  In San Bernardino, California, under the
24 direction of Mrs. Vonette Bright.
25    Q.  And when did it move to Colorado Springs?

Page 7

1     A.  When I accepted the chairmanship.
2     Q.  And it has been here ever since; is that
3  correct?
4     A.  Correct.
5     Q.  And it's located on the campus of Focus on the
6  Family; is that correct?
7     A.  That's correct.
8     Q.  When the task force was originally
9  established, did Focus on the Family provide any of the
10 start-up money for the task force?
11    A.  The board did.
12    Q.  Pardon me?
13    A.  The Focus on the Family board did.
14    Q.  You said the Focus on the Family board?
15    A.  Yes.
16    Q.  Meaning individual members of the Focus on the
17 Family board?
18    A.  No.  The whole board voted that when I took
19 over the chairmanship, that they would give me seed
20 money to get me started, which is not unusual.  They
21 give seed money to several ministries to get them off
22 the ground.
23    Q.  And do you know how much seed money was
24 given?
25    A.  Yes.

Page 8

1     Q.  How much?
2     A.  First year, $100,000; second year, $50,000;
3  third year, $25,000, and then I was on -- the task
4  force was on their own.
5     Q.  Has Focus on the Family continued since then
6  to make a decision to provide funding --
7     A.  No.
8     Q.  -- to the task force?
9     A.  We're totally on our own.
10       MR. THERIOT:  One more thing.  We didn't talk
11 about this either, but you should wait until he
12 finishes asking his question so you know exactly what
13 he's asking before you answer.
14    Q.  (BY MR. BOLTON) When you took over as chairman
15 of the task force in 1991, I assume that you were
16 previously familiar with the task force; is that
17 correct?
18    A.  Yes.
19    Q.  And when did you become aware of the task
20 force?
21    A.  I would say 1988.
22    Q.  And how did you become aware?
23    A.  Mrs. Bright asked me if I would be her
24 cochairman.
25    Q.  And what did you say?

Page 9

1     A.  I said I would pray about it and talk to my
2  husband and get back to her.
3     Q.  And did you?
4     A.  Yes.
5     Q.  And what was your response?
6     A.  I accepted it.
7     Q.  Okay.  And that was in 1991?
8     A.  No.  When I became her cochairman was in
9  1989.
10    Q.  I'm sorry.  So you became the chairman in
11 1991, but you were a cochair beginning in 1989?
12    A.  That's correct.
13    Q.  And at that point, the task force had already
14 been established as an entity; is that correct?
15    A.  Small task force.
16    Q.  And prior to becoming the cochair in 1989,
17 what did you learn about the origin and purposes for
18 the task force?
19       MR. ROSENBERG:  Object as to form.
20    Q.  (BY MR. BOLTON) Let me rephrase the question.
21 Had you learned anything about the history of the task
22 force and how it came about prior to becoming the
23 cochair in 1989?
24    A.  No.
25    Q.  You knew nothing about it?

3  (Pages 6 to 9)

Page 10

1    A.  Not before I became cochair.
2    Q.  When Mrs. Bright asked you in 1988 if you
3  would be a cochair, did she tell you anything about the
4  task force?
5    A.  Not really about the task force.  We talked
6  about the need for prayer in our country.
7    Q.  And did you have any understanding that the
8  task force was to play a role in encouraging prayer in
9  our nation?
10    A.  Yes.
11    Q.  And what did you understand at least the
12  original intended role was?
13    A.  To help promote and publicize prayer in our
14  nation on the National Day of Prayer.
15    Q.  Now, obviously you consider prayer to be
16  important not just on the National Day of Prayer,
17  correct?
18    A.  Correct.
19    Q.  The task force, as you understood it, was to
20  promote and encourage the role of prayer mobilizing
21  around the National Day of Prayer?
22    A.  Correct.
23    Q.  What is your understanding as to why prayer is
24  important?
25    A.  Well, we base it on the scripture which says

Page 11

1  that, "Blessed is the nation whose God is the Lord,"
2  and prayer is powerful.  It moves the heart and the
3  hand of God.  It brings blessing and protection on the
4  nation.
5    Q.  Do you understand the United States to be a
6  Christian nation?
7    A.  It was founded on the Judeo-Christian system
8  of values.
9    Q.  And are those values incorporated into our
10  government then?
11    A.  I don't know.
12    Q.  Do you believe that there is a role for our
13  public officials to promote and encourage prayer?
14    A.  I have no idea how they feel about it.
15    Q.  Do you believe that that is an appropriate
16  role for public officials?
17    A.  No, I think it's optional.  It's up to them.
18    Q.  When you talk about the role of prayer in our
19  nation, is it a particular type of prayer that you
20  believe is important?
21    A.  This country was founded -- it was birthed in
22  prayer and founded on the God of the Bible, on His
23  biblical principles and His moral values and the
24  Judeo-Christian system of values.  So our particular
25  task force is the expression -- the Judeo-Christian

Page 12

1  expression of the National Day of Prayer.  Other faiths
2  may have their own expression.  This is how we
3  celebrate the National Day of Prayer.
4    Q.  And that would be the position of the task
5  force, not just your personal position, correct?
6    A.  That's right.
7    Q.  And when you say "birthed in prayer" in regard
8  to the origin of our nation, what do you mean by
9  that?
10    A.  Well, our founding fathers that came over here
11  and the people that came over here from England, if you
12  look in the history, there was much prayer before they
13  came.  And when they came and landed safely, the first
14  thing they did was pray.
15    Q.  And it was Christian prayer?
16    A.  I don't know what kind of prayer it was.
17    Q.  When you say that the role of prayer in our
18  country needs to be -- and I'll talk about back in the
19  formative years of 1989 for the task force -- that the
20  role of prayer in our nation needed to be promoted and
21  encouraged; is that fair?
22    A.  In 1952, under President Truman, he signed a
23  resolution with both houses of Congress, signed into
24  law, that we would have a National Day of Prayer.  And
25  then in 1988, under President Ronald Reagan, he signed

Page 13

1  into law that the first Thursday would be our National
2  Day of Prayer.  So we are celebrating the National Day
3  of Prayer, that's what our event is on that day, and
4  then we encourage prayer throughout the year.
5    Q.  And what do you understand is the value of
6  prayer in terms of our nation?
7    A.  Prayer, I believe, is putting a protective
8  covering over our nation.
9    Q.  A protective what?
10    A.  Covering over our nation.  In Psalms, it says,
11  "The shields of the earth belong to the Lord."  So it
12  is God that protects us and blesses us, and we believe
13  that prayer plays a large part in that.
14    Q.  Now, in regard to the National Day of Prayer
15  itself, do you have any understanding that it is
16  intended to promote any particular viewpoint or type of
17  prayer?
18        MR. THERIOT:  Objection, calls for
19  speculation.  You may answer.
20        MR. ROSENBERG:  Objection as to form.
21    Q.  (BY MR. BOLTON) You can answer that.
22    A.  Can you restate it?
23    Q.  The National Day of Prayer itself, not the
24  task force, do you have any understanding that the
25  designated day is intended to promote any particular

4  (Pages 10 to 13)

RESLING REPORTING SERVICES

| Page 14 |
|---|

1  form of prayer?
2  A.  No.  Congress set aside this day for the
3  American people of all faiths, and all faiths are
4  encouraged to pray in their own tradition.
5  Q.  Your particular organization, the task force,
6  though, is encouraging prayer based on the
7  Christian-Judeo precepts; is that correct?
8  A.  We are the expression of the
9  Judeo-Christian -- I mean, we are the Judeo-Christian
10  expression of the National Day of Prayer.
11  Q.  Is it fair to say that the task force's
12  position is that not all prayer, from the perspective
13  of the task force, is fungible or interchangeable?  The
14  prayer that you're promoting, you're promoting as an
15  alternative or in preference to other types of prayer
16  for other religions; is that correct?
17  MR. THERIOT:  Objection as to form, vague.
18  MR. ROSENBERG:  Objection.
19  Q.  (BY MR. BOLTON) Do you consider prayer to be
20  fungible?  Do you understand what I mean by that?
21  A.  No.
22  Q.  Is all prayer the same?
23  A.  God has to be the judge of that.
24  Q.  Do you believe that all prayer is the same?
25  A.  Well, as I said, our expression is the

| Page 15 |
|---|

1  Judeo-Christian, so we pray to the God of the Bible.
2  Q.  And based on your beliefs, that is the correct
3  God that you believe in and the God that should be
4  prayed to; is that correct?
5  A.  That's my belief.
6  Q.  With regard to the National Day of Prayer Task
7  Force, were you at all involved in the naming of the
8  organization?
9  A.  No.
10  Q.  Certainly there's nothing in the name of the
11  entity itself, National Day of Prayer Task Force, that
12  would indicate the organization's expression of the
13  Christian-Judeo point of view; is that correct?
14  MR. THERIOT:  Objection, calls for
15  speculation.  You may answer.
16  A.  Can you restate the question?
17  Q.  (BY MR. BOLTON) Is there anything in the
18  National Day of Prayer Task Force, in the name of the
19  entity, that would indicate the Christian-Judeo
20  perspective that the task force holds?
21  A.  On our Website.
22  Q.  Pardon me?
23  A.  I think it does on our Website, that we are
24  the Judeo-Christian expression of the National Day of
25  Prayer.

| Page 16 |
|---|

1  Q.  Just the title itself, though, if I don't go
2  to your Website and just hear National Day of Prayer
3  Task Force, there's nothing that would alert me to the
4  Christian-Judeo orientation of the organization,
5  correct?
6  A.  I don't know how a person would see that.
7  Q.  With regard to the phrase "task force," do you
8  have any understanding of how that -- well, let me ask
9  more broadly.  Do you know how the naming of the
10  organization, National Day of Prayer Task Force, came
11  about?
12  MR. THERIOT:  Objection, asked and answered.
13  You can answer.
14  A.  Probably through the National Prayer
15  Committee.
16  Q.  (BY MR. BOLTON) More specifically, though, do
17  you know how the particular words to name the entity
18  were selected?
19  A.  Well, the employees that worked for National
20  Day of Prayer, you wouldn't call it National Day of
21  Prayer employees, so you call it a task force.
22  Q.  And what is your understanding of what a task
23  force is?
24  A.  We promote and publicize and provide resources
25  to constituents to help them celebrate the National Day

| Page 17 |
|---|

1  of Prayer if they ask for it, if they call and ask for
2  resources.
3  Q.  Is that how you would describe then the task
4  that is being described in the title?
5  A.  Well, the task force has many tasks.  That is
6  just a few of them.
7  Q.  What are the other tasks of the task force?
8  A.  We have state coordinators and regional
9  coordinators, and they help them set up their events,
10  if they need help, if they need promotional
11  materials.
12  Q.  Now, obviously, the promotion, encouragement
13  of prayer, could be done year-round, correct?
14  A.  Correct.
15  Q.  And it can be done without reference to a
16  particular day designated by the President; is that
17  correct?
18  A.  That's correct.
19  Q.  Is it advantageous to the task force to have
20  the connection to the designated day of prayer in terms
21  of promoting and encouraging prayer?
22  MR. THERIOT:  Objection, vague.  You may
23  answer, if you can.
24  A.  Can you restate the question?
25  Q.  (BY MR. BOLTON) Does the connection to the

Page 18

1   National Day of Prayer provide any benefits to the task
2   force in promoting and encouraging prayer?
3       A.  We believe that prayer should be 365 days a
4   year, but the National Day of Prayer has been set aside
5   by Congress, and we believe that on this day we should
6   gather as to however anybody wants to gather, and that
7   we should celebrate the National Day of Prayer.  We
8   encourage all Americans to pray according to their
9   faith.  Muslims could have a National Day of Prayer
10  Task Force, the Hindus can have a National Day of
11  Prayer Task Force, and the Christians can have a
12  National Day of Prayer Task Force.  That's what our
13  expression is.
14      Q.  And is that expression that the task force --
15      A.  Judeo-Christian expression, yes.
16      Q.  And these other religions you talked about,
17  those are not promoted by the task force?
18      A.  We are a privately funded 501(c)(3).  Our
19  volunteers and constituents are of that persuasion, and
20  so we -- that's our expression of the National Day of
21  Prayer, but we don't exclude any other faith from
22  joining us.
23      Q.  Does the government support for the National
24  Day of Prayer, is it helpful to the task force in terms
25  of adding prestige to your effort?

Page 19

1       MR. ROSENBERG:  Objection, referring to what
2   the government support is, if there's any at all.
3       A.  There's not any government support other than
4   participation, if they choose to participate.
5       Q.  (BY MR. BOLTON)  Do you believe that government
6   participation in National Day of Prayer activities
7   facilitates the task force in its endeavors?
8       A.  The scriptures say, in 1 Timothy 2, that we're
9   to pray for all kings and all those in authority, that
10  we may lead a peaceful and quiet and godly life.  So,
11  yes, I think it's beneficial if members of government
12  participate, but that is totally up to them.
13      Q.  And it adds a certain element of credibility
14  to the endeavors of the task force, correct?
15      MR. THERIOT:  Objection, calls for
16  speculation.
17      MR. ROSENBERG:  And as to form.
18      A.  I don't know.
19      Q.  (BY MR. BOLTON)  But you have said that you
20  believe it adds credibility, correct?
21      A.  I didn't say that.
22      Q.  I'm asking a question.  Do you believe it adds
23  credibility to the task force?
24      A.  I don't know.
25      Q.  Do you believe it adds prestige to the task

Page 20

1   force?
2       MR. THERIOT:  Objection, calls for
3   speculation.
4       MR. ROSENBERG:  And same objection.  I don't
5   know what "it" is.
6       Q.  (BY MR. BOLTON)  Can you answer the question?
7       A.  I don't know.
8       MR. THERIOT:  You don't know the answer to the
9   question, or you can't answer the question?  I'm
10  sorry.
11      MR. BOLTON:  I had the same question in my
12  mind.
13      MR. THERIOT:  You don't know the answer to the
14  question, is that what you're saying?
15      A.  I don't know how that's seen.
16      Q.  (BY MR. BOLTON)  Certainly the task force
17  encourages the participation of government officials in
18  National Day of Prayer activities, correct?
19      A.  We have an initiative that we pray for the
20  seven centers of power, and that is the government, the
21  military, the media, business, education, family and
22  church.  And so on the National Day of Prayer, we pray
23  for all of those centers of power, and government is
24  one of them.
25      Q.  In addition to praying for government, though,

Page 21

1   do you encourage participation of government officials
2   in the various activities that you organize?
3       A.  We hope they'll participate.
4       Q.  But you do more than just leave it to hope,
5   correct?
6       A.  We write them requesting a proclamation for
7   the National Day of Prayer, but there's no demand put
8   on them.
9       Q.  Whether there's a demand or not, though, you
10  certainly seek out participation by the President and
11  by governors to issue proclamations, correct?
12      MR. THERIOT:  Objection, vague as to the
13  meaning of "participation."  You may answer it.
14      THE WITNESS:  Can I say something off the
15  record?  Is that allowable?
16      MR. THERIOT:  No.  When we take a break, we
17  can talk.
18      A.  Do you want to restate the question?
19      Q.  (BY MR. BOLTON)  There are no secrets on the
20  record.
21      A.  No.  I was going to ask everybody the
22  question.  Do you want to restate that question,
23  please?
24      MR. BOLTON:  Can you read the question back?
25      (The requested question was read back by the

6  (Pages 18 to 21)

Page 22

1  reporter.)
2      A.  I would say yes.
3      Q.  (BY MR. BOLTON) And the task force also at
4  least attempts to get additional participation by
5  government officials in the activities that the task
6  force organizes; is that correct?
7      A.  We hope that they will participate.  This day
8  is set aside to pray for America and its leaders, and
9  since government is in the role of leadership, we hope
10 they will participate.  It sets a good example for the
11 nation.
12     Q.  And do you just sit back and see if it
13 happens, or does the task force actually undertake to
14 obtain such participation from government officials?
15     A.  We write a letter requesting a proclamation,
16 and then there's one follow-up visit from the state
17 coordinator of that governor to the office to see if he
18 is going to write a proclamation.  Some do and some
19 don't.
20     Q.  Recently all the governors have been issuing
21 proclamations; is that correct?
22     A.  Yes.  That's wonderful.
23     Q.  And was that the case before you became the
24 chairman of the task force?
25     A.  No.  Under my leadership -- and I take no

Page 23

1  credit for this.  God has really blessed the efforts of
2  the National Day of Prayer, so I think more people know
3  about it.  I think in the times that we're living, we
4  see a great need for prayer, and I think our leaders
5  see that also.
6      Q.  Do you believe the task force has been
7  influential in this growth in government officials'
8  participation in National Day of Prayer activities?
9          MR. ROSENBERG:  Objection.
10     A.  I don't see how, because we just write a
11 letter requesting a proclamation.
12     Q.  (BY MR. BOLTON) It must be a really good
13 letter.  Who writes the letter?
14     A.  I have help.  We have an organization here
15 called Master Writers, and I work with them in crafting
16 the letter.
17     Q.  And you work with them directly?
18     A.  Yes.
19     Q.  And the letters that you're talking about, are
20 they letters that are signed by yourself?
21     A.  Yes.
22     Q.  And then the state coordinators then follow up
23 with government officials trying to encourage
24 participation; is that correct?
25     A.  One follow-up.

Page 24

1          MR. ROSENBERG:  Objection again.
2      Q.  (BY MR. BOLTON) One follow-up with the
3  governor, correct?
4      A.  Well, they usually don't get to see the
5  governor.  They see his scheduler or his aide or
6  whatever you call it, but they don't -- I don't know of
7  anybody that's gotten -- well, maybe some have, but I
8  can't give a name of anybody that sat down with the
9  governor and said, Would you write a proclamation?
10 It's like the President.  You don't get that far.
11     Q.  Now, the letter that you prepare with Master
12 Writers, do you send that letter also to local
13 government officials?
14     A.  No.
15     Q.  Is there any effort by the task force to
16 involve local government officials in National Day of
17 Prayer activities?
18     A.  All of our workers are volunteers,
19 coordinators are volunteers.  They're not paid.  We
20 have state coordinators that are volunteers, and we
21 have regional coordinators that are volunteers.  So
22 some of the regional volunteers may ask the mayor or
23 the city council members or school board members if
24 they would like to participate in the National Day of
25 Prayer, but I have nothing to do with that.

Page 25

1      Q.  But they do it under the auspices of the task
2  force though, correct?
3          MR. THERIOT:  Objection, calls for
4  speculation.
5      A.  I don't know.
6      Q.  (BY MR. BOLTON) You've got state coordinators
7  and then regional coordinators?
8      A.  Yes.
9      Q.  A regional coordinator, is that a broader
10 geographic scope than a state, or is it regional within
11 the states?
12     A.  It's regional within the states.  Usually
13 communities, cities.
14     Q.  When you began as the cochair in 1989, how
15 many employees were there of the task force?
16     A.  Well, Campus Crusade for Christ is a ministry
17 of Dr. Bill and Vonette Bright, so they used a lot of
18 their staff, I'm sure, to help -- as part of the task
19 force to help promote the National Day of Prayer.  So I
20 don't really know how many.
21     Q.  The task force does at the present time have
22 full-time employees, correct?
23     A.  That's correct.
24     Q.  Do you know about how many full-time employees
25 the task force has at this time?

Page 26

1    A.  I think we have about ten.
2    Q.  And they are full-time?
3    A.  I think we have one part-time.
4    Q.  And then in 2009, you would have had one state
5  coordinator for each state, correct?
6    A.  I'm not sure, because they kind of come and
7  go.  So we have somebody that's over the state
8  coordinators, and she would be able to tell you that.
9    Q.  Do you know how many volunteers altogether,
10  approximate number of volunteers, you had acting on
11  behalf of the task force in respect to the 2009
12  National Day of Prayer?
13    A.  We have no idea how many people are actually
14  planning an event on the National Day of Prayer.  For
15  instance, I know of a lady that invited six of her
16  friends to get in her van on the National Day of Prayer
17  and they went to the police department, fire
18  department, the school board, the mayor's office, and
19  at each place they stopped and prayed for them.  So
20  those kind of things are generally not reported, but I
21  would say probably we have between 30- to 40,000 prayer
22  gatherings across the nation.  And as I said, many of
23  them -- many churches don't report that they've
24  celebrated the National Day of Prayer.  We have no
25  idea.

Page 27

1    Q.  Are the state coordinators encouraged to
2  organize activities in the state capitols in which they
3  operate?
4    A.  That's up to them.
5    Q.  Are they encouraged to organize activities in
6  the state capitols?
7    A.  If there are other events on the state capitol
8  steps, some choose to have their event there.  Some
9  choose to have them in the state parks, churches,
10  homes.
11    Q.  A statehouse, is that a preferred location for
12  activities, if it can be done?
13    A.  Some feel like -- some coordinators may feel
14  like it is and some may feel like it's not.
15    Q.  In 2009, do you know how many National Day of
16  Prayer activities occurred at statehouses?
17    A.  I have no idea.
18    Q.  Well, you do know, in addition to presidential
19  and gubernatorial proclamations, that some local
20  officials now also issue proclamations, correct?
21    A.  I've heard that.
22    Q.  Who did you hear that from?
23    A.  It's just been rumored.  I mean, I've heard
24  that some mayors do.  I couldn't give you a name.  They
25  typically don't send the proclamation to us.  We never

Page 28

1  see them.
2    Q.  But you do know as a fact, though, that there
3  are additional proclamations issued at lower government
4  levels than just the president and the governor levels,
5  correct?
6    A.  I really don't know.
7    Q.  With regard to the proclamations issued by the
8  governors, my understanding is that in 2009 and in at
9  least 2008, all the governors issued proclamations.
10    A.  That's correct.
11    Q.  And all of those proclamations designated a
12  day of prayer, correct?
13    A.  Yes.
14    Q.  And all of them designated a National Day of
15  Prayer that has been set aside by the President; is
16  that correct?
17    A.  That's correct.
18    Q.  And, in fact, the task force encourages the
19  governors to designate the same day as a day of prayer
20  as the date set aside by the President, correct?
21    A.  We request it.
22    Q.  In 1988, President Reagan signed a law whereby
23  the President is required to designate the first
24  Thursday in May of each year as the National Day of
25  Prayer; is that correct?

Page 29

1    A.  He signed in law that the first Thursday of
2  May would be our nation's day of prayer, our National
3  Day of Prayer, and he encouraged people of all faiths
4  to participate in it.
5    Q.  The encouragement of all faiths to participate
6  in it, that wasn't part of the law that he signed,
7  though; is that correct?
8    A.  I don't remember what the law said.  I would
9  have to have somebody read it to me.
10    Q.  But, basically, it was from that point forward
11  that there became a predictable date each year for the
12  National Day of Prayer, correct?
13    A.  Correct.
14    Q.  Prior to that, the presidents were required to
15  declare a National Day of Prayer after 1952 going
16  forward, but no one knew exactly when it was going to
17  be until the President actually did it, correct?
18    A.  Correct.
19    Q.  Having a predictable date makes it easier to
20  organize activities in respect to the National Day of
21  Prayer; is that correct?
22    A.  Yes.
23    Q.  For instance, a task force like yours would
24  have trouble mobilizing the support for the National
25  Day of Prayer if you didn't know well in advance when

8 (Pages 26 to 29)

Page 30

1 it was going to be, correct?
2    A.  Correct.
3    Q.  The task force was created in 1988.  Was it
4 created before or after President Reagan signed into
5 law the requirement that it be on the first Thursday in
6 May?
7    A.  I don't know.  I wasn't part of it then.
8    Q.  Were you at all aware that the creation of a
9 task force was being discussed prior to its actual
10 formation?
11    A.  No.
12         MR. THERIOT:  Objection, vague.
13    A.  No.
14    Q.  (BY MR. BOLTON) Did you have any involvement
15 personally in lobbying for having a date certain
16 specified for the National Day of Prayer?
17    A.  No.
18    Q.  Was Mr. Dobson involved in any such effort?
19    A.  No.
20    Q.  Was anyone involved in such an effort that you
21 knew?
22    A.  Yes.
23    Q.  Who?
24    A.  Mrs. Vonette Bright.
25    Q.  Mrs. Bright?

Page 31

1    A.  Mrs. Vonette Bright.
2    Q.  And how do you know that?
3    A.  Because she told me.  She told me how the day
4 came about, the first Thursday of May.
5    Q.  And what did she tell you specifically?
6    A.  Well, she told me that she got up at 5 in the
7 morning.
8    Q.  She told you what?
9    A.  She got up at 5 in the morning -- she lives in
10 California -- and she called a couple of congressmen
11 and there was a rabbi involved, and they began to talk
12 about the possibility of setting a day for the National
13 Day of Prayer.  And so I guess -- I don't know, but
14 perhaps a committee was formed and it came out of
15 that.
16    Q.  And do you know the names of any of the
17 congressional officials that she contacted?
18    A.  I don't recall that.
19    Q.  Was Strom Thurmond one of the backers of that
20 legislation?
21    A.  I don't recall.
22    Q.  So did she tell you why she was actively
23 trying to get such legislation passed?
24    A.  Well, of course, I'm sure she believed in the
25 power of prayer, she believed that we should have a day

Page 32

1 in this country where we cover this nation in prayer
2 and the leaders.  That was her heart, and she wanted to
3 help facilitate that, if it was possible.
4    Q.  But there already was a requirement that there
5 be a day of prayer designated by the President, it just
6 wasn't precise when it would be; is that correct?
7    A.  That's correct.
8    Q.  Did she tell you why she wanted to have a date
9 certain specified?
10    A.  No.
11    Q.  When did she tell you about her efforts?
12    A.  Well, she told me in 1988 when I became
13 cochairman.  But she also at various times, since she
14 is the cochairman, speaks on behalf of the National Day
15 of Prayer and just gives the history on how the day was
16 set.
17    Q.  Were you aware, prior to being told by
18 Mrs. Bright, that the President had set this particular
19 day?  Were you aware of that legislation having been
20 signed by the President?
21    A.  I was not.
22    Q.  The National Prayer Committee, what is your
23 understanding of what that entity is?
24    A.  Well, first of all, I am -- I guess I would
25 say that I am the name, the voice and the face of the

Page 33

1 National Day of Prayer.  I'm the visible one for the
2 National Day of Prayer Task Force.  I don't really have
3 a lot of knowledge about how the National Prayer
4 Committee came together.  You would have to really ask
5 the chairman.  I'm sorry.  He's called the president,
6 not the chairman.
7    Q.  Pardon me?
8    A.  The president, David Butts, B-u-t-t-s.
9    Q.  And he's the president of the National Prayer
10 Committee?
11    A.  David Butts.
12    Q.  And you said the title is president of the
13 National Prayer Committee?
14    A.  National Prayer Committee, yes.
15    Q.  And how long has he been the president?
16    A.  I don't know.
17    Q.  As long as you can remember?  I mean, it's not
18 just --
19    A.  No, there's been other presidents.
20    Q.  Okay.  And are you telling me, in terms of the
21 National Prayer Committee, at least just in a general
22 sense, what it is and what it does, you do not have any
23 knowledge?
24    A.  I know it's made up of different prayer
25 ministries, people that have different prayer

Page 34

1  ministries, and those people are listed on the back of
2  our letterhead, because we're accountable to the
3  National Prayer Committee.
4      Q.  And the National Prayer Committee was formed
5  in 1982; is that correct?
6      A.  I'm not sure.
7      Q.  Do you know whether it was formed relatively
8  close in time to when the task force was set up?
9      A.  I don't know.
10     Q.  Does it have any purpose?  Do you know,
11 generally, what the purpose of the National Prayer
12 Committee is?
13     A.  I'm sure they have a purpose statement.  I
14 haven't read it.
15     Q.  If somebody asked you outside of a deposition
16 room what the purpose of the National Prayer Committee
17 is, would you have any at least a general answer that
18 you could give them?
19     A.  I would think it would be to mobilize prayer.
20 We are a project of the National Prayer Committee, but
21 also the global day of prayer is a project of the
22 National Prayer Committee, and they have other projects
23 to mobilize prayer.
24     Q.  Now, when you say the task force is a product
25 of the prayer committee, what do you mean by that?

Page 35

1      A.  We're accountable to them.  We're not a
2  product.  We're actually a project, j-e-c-t.
3      Q.  Product?  I'm not hearing you.  I'm sorry.
4      A.  A project.
5      Q.  Okay.  A project?
6      A.  Not a product but a project.
7      Q.  Project, okay.  But in terms of the
8  organization of the task force, that was accomplished
9  by the prayer committee though; is that correct?
10     A.  I'm not clear on your question.
11     Q.  Well, when you say that you're a project of
12 the prayer committee, what do you mean by that?
13     A.  Well, we're accountable to them.  We're under
14 them.  They're an umbrella for us.
15     Q.  So ultimately as the chairman of the task
16 force, you are accountable to the prayer committee; is
17 that correct?
18     A.  That's correct.
19     Q.  Are there other entities that are accountable
20 to the prayer committee?
21     A.  I'm not aware of them.  They have other
22 projects.
23     Q.  And in terms of the accountability that the
24 task force has to the prayer committee, is that
25 something that's specified in the organizational setup

Page 36

1  of the task force?
2      A.  I haven't seen that.  I haven't seen any
3  paperwork on that.
4      Q.  You just understand it to be the case?
5      A.  Yes.
6      Q.  You haven't seen bylaws or anything like that?
7  Does the task force have bylaws?
8          MR. ROSENBERG:  Object as to form.  It's
9  compound.
10     A.  You would have to ask the executive director
11 of the task force.
12     Q.  (BY MR. BOLTON)  You've never seen bylaws for
13 the task force; is that correct?
14     A.  I've seen a lot of paperwork.  I don't
15 remember.
16     Q.  In any event, your working understanding is
17 that the task force is accountable to the prayer
18 committee, correct?
19     A.  Correct.
20     Q.  In practice, what does that mean?  How do they
21 hold you accountable?
22     A.  Well, all of our funds are -- we have a CPA,
23 and so all of our funds are looked at, and, of course,
24 they meet with us once a year and keep in contact with
25 us through e-mails and phone calls, and I imagine if we

Page 37

1  are not following the Judeo-Christian expression of the
2  National Day of Prayer, they would -- they could really
3  fire us, I guess.  I don't take a salary.  I volunteer
4  my time, but I imagine they could just dissolve the
5  task force.
6      Q.  So you understand the prayer committee to
7  adhere to the Judeo-Christian orientation that you've
8  described as the task force also adhering to; is that
9  correct?
10     A.  That's correct.
11     Q.  Mission America, is that a name that you're
12 familiar with?
13     A.  Yes.
14     Q.  What is Mission America?
15     A.  I don't know.  I know it's a prayer -- you
16 know, it's a prayer ministry, but I don't know a lot
17 about it.  I know it's a project -- it's another
18 project of -- I mean, I don't know if it's a project of
19 the National Prayer Committee, but I know that the
20 person that's in charge of it is a member of the
21 National Prayer Committee.
22     Q.  The person in charge of Mission America is a
23 board member of the prayer committee?
24     A.  I don't know that he's -- they have an
25 executive board.  I don't know that he's a board

Page 38

1    member.
2        Q.  In any event, there is a relationship then
3    between Mission America and the prayer committee, to
4    your understanding?
5        A.  I don't know.
6        Q.  Do you know why the prayer committee was
7    established?
8        A.  The National Prayer Committee?
9        Q.  Right, the National Prayer Committee.
10       A.  I don't have an understanding of that.  That
11   was before my time.
12       Q.  And the origin of the National Prayer
13   Committee is not something that you learned of
14   subsequent to its creation?  In other words, you said
15   you weren't there at the time.  Obviously, you know
16   things that you weren't necessarily there to witness,
17   correct?
18       A.  I don't recall.
19       Q.  In terms of the National Day of Prayer Task
20   Force, you made reference to an executive director.
21       A.  Yes.
22       Q.  And who is the executive director of the task
23   force?
24       A.  John Bornschein.
25       Q.  And what is the role of the executive

Page 39

1    director?
2        A.  He actually runs the administrative part of
3    the task force.
4        Q.  You have people that are involved in media and
5    marketing; is that correct?
6        A.  Correct.
7        Q.  How many people do you have that perform that
8    function for the task force?
9        A.  Two.
10       Q.  And are they currently Becky Armstrong and
11   Jamie Staler?
12       A.  Correct.
13       Q.  And what is their function?  What do they do
14   for the task force?
15       A.  Becky is part-time, Jamie is full-time, and
16   they -- if they have anyone -- any of the media calling
17   for an interview from me, they set that up.  They help
18   with our catalogs, with our promotional efforts, radio
19   spots.
20       Q.  And do they prepare press releases?
21       A.  Yes.
22       Q.  And when the task force issues a press
23   release, do they have an inventory of media that they
24   send their press releases to?
25       A.  Yes.

Page 40

1        Q.  Do you know about how many outlets they send
2    their press releases to?
3        A.  I have no idea.
4        Q.  Is it quite a few?
5            MR. ROSENBERG:  Objection.
6        Q.  (BY MR. BOLTON) You just have no idea at
7    all?
8        A.  I can't speculate on that.
9        Q.  Does the task force have -- you've got,
10   roughly, ten employees at this point, correct?
11       A.  Uh-huh.
12       Q.  And you've got a large number of volunteers
13   that work at the state and regional levels?
14       A.  That's correct.  And some volunteers that
15   aren't connected with the state or the regional.  I
16   mean, they are just moms and pastors and whoever wants
17   to plan an event for the National Day of Prayer.
18       Q.  You don't have members, correct?
19       A.  No.  They're all volunteers.
20       Q.  Do you have any sort of a list of people that
21   the task force regularly sends out by e-mail updates on
22   what the task force is doing, sort of a web list?
23       A.  Yes, we have a -- I would say a Christian
24   constituent base.
25       Q.  And what does that mean?

Page 41

1        A.  People that -- well, we are privately funded,
2    people that give, we have donors that give to the
3    efforts of the National Day of Prayer Task Force, and
4    we have many people that want to receive our mailings.
5    They are constituents.  Just like any ministry,
6    National Day of Prayer is a ministry.  We see it as a
7    ministry to the nation.
8        Q.  Does the task force maintain a list of such
9    people that it regularly communicates with by e-mail?
10       A.  Yes.
11       Q.  And do you know about how many people are on
12   that list?
13       A.  I don't.
14       Q.  Does the task force prepare a newsletter?
15       A.  Yes.
16       Q.  And how often is the newsletter prepared?
17       A.  I think we send it out three times a year.
18   It's an update.
19       Q.  And is that a hard copy, or is that sent
20   electronically to the people that it's distributed
21   to?
22       A.  I know we send out hard copies.  I'm not sure
23   about the electronics part of it.  You would have to
24   check with the executive director.
25       Q.  Do you know, approximately, what your current

11  (Pages 38 to 41)

RESLING REPORTING SERVICES

Page 42

1  circulation is for the newsletter?
2      A.  You would have to ask the executive director.
3      Q.  Is it fair to say that you don't have any idea
4  what the --
5      A.  I don't, because I'm not really -- you know,
6  as I said, I'm the name, the face and the voice.  I
7  don't handle the administrative part of the office.
8  I'm the visible face I guess you would say.
9      Q.  And about how much time do you spend on
10  National Day of Prayer Task Force activities?
11      A.  Well, I'm a volunteer, so I always attend the
12  managers' meetings to get an update.  And mostly it's
13  by e-mail.  If they need to meet with them, I'm always
14  available.  I would say not a lot.
15      Q.  Is it less than when you began as the chair in
16  1991?
17      A.  Yes.
18      Q.  When you began in 1991, was it pretty much a
19  full-time job initially?
20      A.  Pretty much.
21      Q.  And how long did it remain pretty much a
22  full-time job?
23      A.  Well, as the task force grew, it lightened my
24  load.
25      Q.  It what?

Page 43

1      A.  As the task force grew, as we had more people
2  to help, it lightened my load.
3      Q.  And when you say as it grew, do you mean in
4  terms of the number of people that were employed by the
5  task force?
6      A.  Yes, and the tasks that they took over.
7      Q.  Do you know why Mrs. Bright asked you in 1988
8  whether you would be a cochair for the task force?
9      A.  No, I don't, other than she trusted -- I guess
10  she trusted me.  She saw me as somebody that could --
11  was capable to take over the chairmanship, but I'm
12  speculating.  I don't really know her heart on that.
13      Q.  How did it come about that the offices of the
14  task force were relocated from California to the Focus
15  on the Family offices?
16      A.  Well, Focus on the Family moved to Colorado
17  Springs in 1991.  So, of course, I moved with it.  And
18  since I had accepted the chairmanship, the ministry
19  moved here.
20      Q.  And the Focus on the Family moved to Colorado
21  Springs from where?
22      A.  From Pomona, California.
23      Q.  Was there ever any consideration of having the
24  offices of the task force in a separate location from
25  Focus on the Family when you took over?

Page 44

1      A.  No.  We are housed here, but we pay for all
2  the services that Focus provides for us.  We pay for
3  broadcast time, we pay for print.  Whatever services,
4  they bill us.  They're just like a vendor, and so we
5  pay for their services.  So we're just housed here, but
6  we're not part of Focus on the Family.
7      Q.  Has that vendor relationship always existed
8  since the task force has been located in the Focus on
9  the Family offices?
10      A.  I don't recall.  That's 20 years ago.
11      Q.  In terms of the billing arrangements, is the
12  task force billed on an annual basis or a monthly
13  basis?
14      A.  Annual.
15      Q.  And for those sorts of services and space
16  provided by Focus on the Family, do you know what you
17  were billed or what the task force was billed --
18      A.  You would have to ask the executive
19  director.
20      Q.  Is it fair to say that you don't know?
21      A.  I don't know for sure what the actual amount
22  is.
23      Q.  The budget of the task force for 2008, roughly
24  how much did the task force spend in 2008?
25      A.  You would have to ask John Bornschein.

Page 45

1      Q.  The overall budget of the task force is not
2  anything that you even have a rough approximation of?
3      A.  I could be wrong and I could be right.  I
4  would say it's about 1.2 million.
5      Q.  Currently?
6      A.  I don't know.  I don't know for sure.
7      Q.  Certainly we're not talking about 2002?  When
8  you say 1.2 million --
9      A.  We're talking 2009.
10      Q.  Okay.  Michael Calhoun is responsible for
11  strategic partnerships; is that correct?
12      A.  Uh-huh.
13      Q.  And what does that mean?  What does he do?
14      A.  The seven centers of power, if you look at it
15  as the church, it's the media, it's the military, so he
16  usually networks with people in that venture, in the
17  seven centers of power.  For instance, at some of our
18  events, we might want to have a representative from
19  Hollywood in the media, so he would be the one that
20  would contact that person, see if they were available,
21  or a military person.
22      Q.  Are there any strategic partnerships that are
23  more enduring, in other words, rather than, you know,
24  for some particular event?  She has to have a yes or a
25  no.

12  (Pages 42 to 45)

Page 46

1    A.  I don't recall.
2    Q.  So in terms of whether or not there are any
3  long-term strategic partnerships that the task force
4  has, you do not know?
5    A.  I don't know.
6    Q.  Are there any strategic partnerships that
7  you're aware of that no longer exist?
8    A.  Yes.
9    Q.  Can you give me an example?
10    A.  Well, we had a donor that owned a car in the
11  NASCAR races, and he would paint his car with the
12  National Day of Prayer logo.
13    Q.  He did what?
14    A.  He would paint his car with the National Day
15  of Prayer logo to just help promote the National Day of
16  Prayer, and so he no longer is doing that.  It became
17  too expensive for him.  He needed people like Lowe's
18  and Home Depot to sponsor his car.
19    Q.  How was the logo selected?
20    A.  I think one of the artists in the National Day
21  of Prayer helped us put it together.  We had many
22  different renderings, and we all chose that one.  The
23  task force chose that one.
24    Q.  Many of the renderings, though, include the
25  NDP with an American flag next to it; is that

Page 47

1  correct?
2    A.  Usually.
3    Q.  Pardon?
4    A.  Usually.
5    Q.  And why was the American flag chosen as a
6  prominent part of the task force logo?
7    A.  Well, this is our National Day of Prayer set
8  aside by our Congress, and so it's a day when we pray
9  for our country and for our leaders, and that
10  symbolizes our country.
11    Q.  Is there anything in the logo or any of the
12  logos that the task force uses that depicts its
13  Christian-Judeo orientation?
14    A.  In the logo?
15    Q.  Yes.
16    A.  No.
17    MR. THERIOT:  Rich, we've been going for about
18  an hour.
19    MR. BOLTON:  We can take a break.
20    (A recess was taken.)
21    MR. ROSENBERG:  Before the deposition, the
22  parties agreed that any objection made by one party
23  shall be made as to all parties in the deposition so
24  that other parties do not have to separately join in
25  that objection.

Page 48

1    MR. BOLTON:  And I think we're all in
2  agreement on that.
3    MR. THERIOT:  Right.
4    Q.  (BY MR. BOLTON)  Gayle Sharman is listed as
5  responsible for customer relations for the task force;
6  is that correct?
7    A.  (Witness indicating in the affirmative.)
8    Q.  What does that involve?
9    A.  I think she has a new title now.  Is that up
10  to date?
11    Q.  I don't know.  I'm not sure just what the date
12  is.  This was something that was produced during
13  discovery.  Is Gayle still working for the task
14  force?
15    A.  Yes.
16    Q.  And her job hasn't changed; it's just the
17  title may have changed?
18    A.  You would have to ask John Bornschein.  John
19  Bornschein is over all the administrative part of the
20  ministry, and everybody reports to him, not to me.  So
21  titles may change, jobs may change within the
22  department.
23    Q.  The description, customer relations, is that a
24  title that previously existed, as far as you know?
25    A.  Probably so.

Page 49

1    Q.  Pardon?
2    A.  Probably so.
3    Q.  In terms of the task force customers, is that
4  what basically the constituency that you referred to,
5  or is it something different?
6    A.  I believe she's over ordering.  Somebody
7  orders -- wants a catalog or a bookmark or a bumper
8  sticker or whatever, I believe she's over that;
9  resources.
10    Q.  Lisa Crump, is she still with the task
11  force?
12    A.  Yes.
13    Q.  And at least the chain of responsibilities
14  that I have lists her as involved with the national
15  network.  Is that still what she does?
16    A.  She's over all the coordinators, the state
17  coordinators, the regional.  We have national area
18  leaders.  They're over like six or seven states.
19    Q.  Carol Mock is the military liaison; is that
20  correct?
21    A.  That's correct.
22    Q.  And Faye Tharp is involved with public
23  affairs?
24    A.  That's right.
25    Q.  What does her work involve?

Page 50

1      A.   Constituent building, making friends.  She's
2    in charge of donors.
3      Q.   Does she travel much for that?
4      A.   Some.
5      Q.   We were talking a little bit earlier about the
6    task force encouraging governors to issue
7    proclamations.  That was something that really wasn't
8    widely done before you became the chairman of the task
9    force; is that correct?
10      A.   I don't know.
11      Q.   Do you know whether the number of
12    proclamations that are issued by governors has
13    increased under your chairmanship?
14      A.   Yes, it has increased.
15      Q.   And I understand that you described the letter
16    would be written and signed by you and sent to each of
17    the governors, correct?
18      A.   That's correct.
19      Q.   When did you start sending letters to each of
20    the governors?
21      A.   I've been chairman for 19 years, and I can't
22    tell you the exact time when we did that.  I know that
23    Mrs. Bright also requested governors sign a
24    proclamation for the National Day of Prayer.
25      Q.   And if you don't get a proclamation from a

Page 51

1    governor, is there any pressure put on the governor to
2    issue a National Day of Prayer proclamation?
3      A.   Not from the task force.  It's only a
4    request.
5      Q.   Pardon me?
6      A.   Our letter is only a request.
7      Q.   Now, a couple of years back, Eliot Spitzer,
8    the governor of New York, was fairly late in issuing
9    his proclamation.  Do you recall that?
10      A.   Yes.
11      Q.   And my understanding is that someone on behalf
12    of the task force had contacted his office several
13    times to see whether or not a proclamation would be
14    forthcoming.  Would that type of contact be unusual?
15      A.   I would say yes.
16      Q.   I mean, the task force was certainly aware
17    that Governor Spitzer was the last governor who had not
18    yet issued a proclamation; is that correct?
19      A.   Correct.
20      Q.   You knew that he was still unaccounted for in
21    terms of his proclamation, correct?
22      A.   I was told that.
23      Q.   Okay.  And you were told that by people that
24    you work with, correct?
25      A.   Yes.

Page 52

1      Q.   And people, when they told you something,
2    you -- I mean, they had a history of reporting
3    correctly to you, correct?
4      A.   Usually the task force, as the proclamations
5    are coming in, they let me know that they're excited
6    that we have 5, 10, 30.  You know, I get reports.
7      Q.   And then these proclamations at some point you
8    start posting on the task force Website, correct?
9      A.   Correct.
10      Q.   Do you know when that began?
11      A.   I don't.
12      Q.   And I understand that all the state
13    proclamations are bound and made in a real presentable
14    package and given to the President; is that correct?
15      A.   It was given to President Bush.
16      Q.   Was that something that was unique during
17    President Bush's presidency?
18      A.   It was unique that we were given 50
19    proclamations, and we thought we would make a nice gift
20    for the President on the National Day of Prayer.
21      Q.   And so prior to actually having all 50
22    governors accounted for, you hadn't done that?
23      A.   Right.  Correct.
24      Q.   Some of the letters to the governors, before
25    you got the proclamations, encouraged them indicating

Page 53

1    that that was what you intended to do; is that
2    correct?
3      A.   I don't recall what was in the letters.
4      Q.   Now, with regard to Governor Spitzer, my
5    understanding is that from some quarters, a fair amount
6    of pressure was put forth for him to sign the
7    proclamation, correct?
8          MR. ROSENBERG:  Objection, form.
9      A.   I have no understanding of that.
10      Q.   (BY MR. BOLTON)  Pardon?
11      A.   I have no understanding of any pressure that
12    was put on him.
13      Q.   You don't?
14      A.   No.
15      Q.   Okay.  If I told you that Mr. Dobson had
16    criticized the governor on his radio program for not
17    having issued a proclamation, would that surprise
18    you?
19      A.   No.
20      Q.   And that he had sent out a mass e-mail to
21    people encouraging them to essentially raise a fuss
22    about the governor not having issued a proclamation,
23    would that surprise you?
24      A.   I have no knowledge of that.
25      Q.   Never even heard that that might have

Page 54

1  happened?
2      A.  Not an e-mail.
3      Q.  Pardon?
4      A.  I wasn't aware of an e-mail that was sent
5  out.
6      Q.  But the radio coverage by Mr. Dobson you're
7  aware of, correct?
8      A.  I am.
9      Q.  And how did it come about that Mr. Dobson was
10  even aware that Governor Spitzer had not yet submitted
11  his proclamation?
12      MR. THERIOT:  Objection, calls for
13  speculation.  You may answer.
14      A.  I can't speculate.
15      Q.  (BY MR. BOLTON)  Well, you know Mr. Dobson,
16  obviously.
17      A.  Pretty well.
18      Q.  Did you tell Mr. Dobson that New York was
19  unaccounted for?
20      A.  I don't recall.
21      Q.  Were you surprised that Mr. Dobson had made
22  this a subject of his radio program?
23      A.  No.
24      Q.  Are you aware of any other governors who
25  were subject to at least public criticism for not

Page 55

1  having issued a proclamation, other than Governor
2  Spitzer?
3      A.  Well, of course, every state coordinator hopes
4  that the governor will proclaim prayer in the state on
5  the National Day of Prayer.  So I'm sure the state
6  coordinators made contact with Governor Spitzer and any
7  other governor, because they're hoping that the
8  governor will support our nation's day of prayer.
9      Q.  But in terms of any other specific instances,
10  you're not aware of?
11      A.  The wrestler -- who was the governor that was
12  the wrestler?
13      Q.  Governor Ventura.
14      A.  He did not issue a proclamation.
15      Q.  And was any effort made to get him to get on
16  board and issue a proclamation?
17      A.  Not from the task force and not from the state
18  coordinators, as far as I know.  We instruct them not
19  to put any pressure on anybody, governor or mayor,
20  anybody to sign a proclamation.  It's just a request.
21      Q.  When you write to the governors, do you
22  include a suggested proclamation for them?
23      A.  No, we don't write one for them.
24      Q.  Have you ever ghostwritten any proclamation
25  that an official could decide to use or decide not to

Page 56

1  use?
2      A.  Not for the governors.
3      Q.  Any other public officials?
4      A.  You mean draft a proclamation for them?
5      Q.  Uh-huh.
6      A.  We have -- yes, we have done that for the
7  White House, because we know how busy the President is,
8  and so we draft it, but not one president has ever used
9  it.  I think once or twice we've seen a sentence that's
10  been used, but they have their own writers and they
11  write their own proclamations.
12      Q.  When did the task force begin choosing a theme
13  for each year's National Day of Prayer?
14      A.  Since I became chairman.
15      Q.  So that was something that you began right off
16  the bat?
17      A.  Yes.
18      Q.  And when you began choosing an annual theme,
19  was there also from that very beginning a selection of
20  a biblical reference that was also used in association
21  with the theme?
22      A.  We call it a supporting scripture, yes.
23      Q.  And how is the annual theme selected?
24      A.  I go before the Lord every year in prayer, and
25  I ask him, what is on his heart for our nation.  And

Page 57

1  then I look at the culture, what's going on in the
2  culture.  And through prayer, He usually gives me the
3  perfect theme for that year.
4      Q.  And then the same process for choosing the
5  supporting scripture?
6      A.  Yes.
7      Q.  And is there a particular -- I mean, all the
8  supporting scripture comes from the Bible; is that
9  correct?
10      A.  Correct.
11      Q.  You've never used supporting scripture from
12  any other source, correct?
13      A.  Correct.
14      Q.  And would you consider using any other
15  source?
16      A.  No.  Because, as I said, we are the
17  Judeo-Christian expression, so we would use the
18  Christian Bible.  We would find a scripture from the
19  God of the Bible.  Sometimes it's from the Old
20  Testament, sometimes it's from the New Testament.
21      Q.  And would your constituency, the task force
22  constituency, recognize that source for the supporting
23  scripture?
24      A.  Yes, I believe they would.
25      Q.  Now, my understanding is that when you send

15  (Pages 54 to 57)

Page 58

1    letters to the governors, you also encourage them to
2    include your annual theme and supporting scripture
3    within their own proclamations; is that correct?
4        A.   Not true, no.
5        Q.   And my understanding, though, is that at least
6    in the last few years, many, if not most, of the
7    governors are including the annual theme?
8            MR. THERIOT:  Objection, vague.
9        A.   I don't know.
10       Q.   (BY MR. BOLTON) You don't know that?
11       A.   I don't know.
12       Q.   No?  Is there any reference made to the
13   supporting scripture and the annual theme in the letter
14   that you send to the governors?
15       A.   Yes, all the letters that go out have our
16   theme and the supporting scripture, but we don't ask
17   them to use it.  We don't ask the governors to use it.
18   We just list it in the letter.  If they choose to use
19   it, it's up to them.
20       Q.   Are you hopeful that they'll use it?
21       A.   It would be nice.
22       Q.   Why?
23       A.   Well, because I feel like that that particular
24   theme, you know, was given to me by the Lord.  For
25   instance, the 2009 theme is for Prayer for Such a Time

Page 59

1    As This.  I would say that 40,000 volunteers and
2    coordinators are going to be using that theme, and it
3    would be nice if the governor chose to, but there's no
4    pressure.  It's just listed in the letter.  It's just
5    listed in the letter that we send to them.
6        Q.   And the theme and the supporting scripture has
7    been incorporated in some presidential proclamations as
8    well; is that correct?
9        A.   I don't know.  I don't recall.  I don't think
10   it has.
11       Q.   Pardon me?
12       A.   I don't think a President has ever put the
13   theme in the proclamation.
14       Q.   But a number of governors have, correct?
15       A.   I don't recall.
16       Q.   Has anyone at the task force ever reported to
17   you that at least some governors have incorporated the
18   theme and the supporting scripture?
19       A.   No.
20       Q.   Is my mentioning it right now the first time
21   you've ever heard that?
22       A.   The first Thursday of May is a very --
23       Q.   Pardon me?
24       A.   The first Thursday of May is a very busy time
25   in our office, and so as the proclamations come in, I'm

Page 60

1    not always aware of what the governors -- I don't read
2    every one of them.  They're kept in the office and
3    compiled there.
4        Q.   Is there any reason why, in your letter to the
5    governors, that you would include a reference to the
6    Judeo-Christian expression of the annual theme and
7    supporting scripture that you've selected?
8        A.   The theme and the supporting scripture is part
9    of our -- part of the letters that we send out.  Almost
10   all of the letters on the National Day of Prayer, we
11   alert people to what the Judeo-Christian theme is going
12   to be, and some use it.  Some churches use it, some
13   don't.  Some prayer gatherings use it, some don't.  I
14   imagine some governors use it in their proclamations,
15   but I'm not aware of it.
16       Q.   Do you think it's appropriate for a governor
17   to include a Judeo-Christian expression in their annual
18   proclamation?
19       A.   I wouldn't speculate on that.
20       Q.   Certainly from your perspective, though,
21   you're not opposed to it?  You're not opposed to it,
22   correct?
23       A.   No.
24       Q.   And that's why you include it in the letters
25   to the governors, isn't it?

Page 61

1        A.   It's just a statement of what the theme is and
2    what the supporting scripture is.  We don't know what
3    the governor is going to do with it.
4        Q.   Why did you start choosing an annual theme?
5        A.   I think a theme is good.  It brings unity to
6    the nation.
7        Q.   Certainly there's nothing, though, in the
8    legislative requirement that the President dedicate a
9    day of prayer that requires any sort of annual theme,
10   correct?
11       A.   No.
12       Q.   There's nothing that requires any sort of
13   reference to supporting scripture, correct?
14       A.   Correct.
15       Q.   And so to the extent that these things are
16   incorporated into presidential proclamations or
17   governor proclamations, that is not something that is
18   legally required, correct?
19           MR. ROSENBERG:  Objection, calls for a legal
20   conclusion.
21       Q.   (BY MR. BOLTON) You're not aware that it's
22   required, correct?
23       A.   No.
24           MR. ROSENBERG:  Same objection.
25       Q.   (BY MR. BOLTON) Are you aware of any

16 (Pages 58 to 61)

Page 62

1   expression of any other specific religious orientation
2   that's ever been incorporated into a governor's
3   proclamation?
4       A.   I'm not aware of it.
5       Q.   Or presidential proclamation?
6       A.   I'm not aware of it.
7           MR. THERIOT: I'm going to object to that
8   question, because it assumes facts not established.
9       Q.   (BY MR. BOLTON) The task force objective of
10  encouraging prayer, that general goal could certainly
11  be accomplished without any specific reference to the
12  National Day of Prayer, correct?
13      A.   The task force is to publicize and promote and
14  continue the tradition of a National Day of Prayer.
15      Q.   But the goal of encouraging prayer, that goal,
16  if you wanted to, could be done without being tied to
17  the National Day of Prayer, correct?
18      A.   It could, but the National Day of Prayer is a
19  rallying point. It's a day when we're focusing on
20  prayer for our country.
21      Q.   And you know that because it's declared as
22  such by the President each year?
23      A.   Correct.
24      Q.   Thinking back, do you know when you first
25  became aware of the National Day of Prayer?

Page 63

1       A.   I would say 1987.
2       Q.   Pardon?
3       A.   1987.
4       Q.   And how did you become aware of it?
5       A.   Mainly through Mrs. Vonette Bright, our
6   friendship with the Brights.
7       Q.   And that initial understanding or that initial
8   awareness of the National Day of Prayer, what did you
9   understand the National Day of Prayer to be?
10      A.   A day set aside for prayer in our nation, just
11  like Veterans' Day or 4th of July. It was a special
12  day, and on this occasion, for prayer.
13      Q.   And certainly you understand that prayer has
14  an integral relationship to religion; is that
15  correct?
16          MR. THERIOT: Objection, calls for
17  speculation.
18      A.   I can't speculate on that.
19      Q.   (BY MR. BOLTON) So whether or not prayer has a
20  connection to religion, that would require you to
21  engage in speculation?
22      A.   Well, I can only speak for the Christian
23  prayer.
24      Q.   Pardon me?
25      A.   I can only speak for the Christian prayer.

Page 64

1       Q.   Do you know of prayer being used in a
2   nonreligious context?
3       A.   I can't speculate on that.
4       Q.   Certainly as you understood the National Day
5   of Prayer as a day set aside for prayer, though, you
6   understood it to have a relationship to religion; is
7   that correct?
8       A.   Well, in the Christian faith, we don't talk
9   about religion. We talk about a relationship, a
10  relationship with God, and so I'm not sure what you're
11  asking.
12      Q.   Okay. So you wouldn't associate prayer, even
13  in the Christian-Judeo orientation, as a religious
14  concept but as something that is related to
15  establishing and having a relationship with the God of
16  the Bible, correct?
17      A.   I would say that is correct.
18      Q.   Do you associate the Bible as having a
19  religious relationship?
20      A.   The Bible is the Christian Bible. So if you
21  want to call Christianity a religion, then the Bible
22  would, of course, be our handbook.
23      Q.   Whether or not we connect the relationship to
24  the God of the Bible as being a religious concept,
25  certainly you associate prayer with that relationship,

Page 65

1   with that relationship with the God as you know it?
2       A.   Yes.
3       Q.   You talk about prayer in terms of the National
4   Day of Prayer. When the National Day of Prayer Task
5   Force makes reference to prayer, that is the definition
6   that you're using, the relationship with the God of the
7   Bible?
8       A.   Correct.
9       Q.   What is the National Day of Prayer four-step
10  approach?
11      A.   Pardon me?
12      Q.   Have you ever heard of the National Day of
13  Prayer four-step approach to effective communication
14  with God?
15      A.   Are you talking about the PRAY acronym?
16      Q.   Am I correct that you've described it as the
17  National Day of Prayer four-step approach to effective
18  communication with God?
19      A.   Are you talking about the PRAY acronym?
20      Q.   Yes.
21      A.   Yes. That's just a way to pray. That's just
22  one way to pray.
23      Q.   And in your book, Certain Peace in Uncertain
24  Times, Embracing Prayer in an Anxious Time, you make
25  reference to that four-step approach and identify it as

17 (Pages 62 to 65)

RESLING REPORTING SERVICES

Page 66

1  something associated with the National Day of Prayer,
2  correct?
3      A.  Correct.
4      Q.  How is that association made?  How do you
5  promote that four-step approach to prayer?
6      A.  It's just one way to pray.  It's just a way to
7  remember the steps to, you know -- for instance, we
8  took it from pray, and the P would be praise, to start
9  out your prayer with praise.  This is not necessarily
10 on the National Day of Prayer.  This is any time.  This
11 is an acronym for prayer any time.  And then the R is
12 for repent.  The scriptures tell us that we are to
13 repent before an Almighty God when we have sinned
14 against him.  And then the A is ask, praying for our --
15 praying for whatever needs we have in our life, and
16 then the Y is to yield, and say, Not my will but Thine
17 be done.
18     Q.  When did you begin associating that four-step
19 approach with the National Day of Prayer?
20     A.  I don't recall the exact year we did that.
21     Q.  My understanding is that you consider prayer
22 to be important not just to individuals but also to
23 entire nations; is that correct?
24     A.  Absolutely correct.
25     Q.  And what do you mean by that?

Page 67

1      A.  Well, I believe that we serve an Almighty God,
2  and that I believe in his creation, I believe that He
3  blesses or brings judgment on the nation as to how they
4  see Him, how they honor Him.
5      Q.  And that prayer at the national level that
6  you're talking about, again, from your perspective,
7  from the task force's perspective rather, you're
8  talking about a particular type of prayer, prayer to
9  the God of the Bible, correct?
10     A.  The Judeo-Christian expression of the National
11 Day of Prayer is to pray to the God of the Bible, but
12 other faiths can pray to whomever their God is.  There
13 may be other task forces out there.  We're not aware of
14 them.
15     Q.  But in terms of providing that protective
16 shield for the nation, it is the task force's view that
17 praying to other gods is not going to provide that same
18 protective shield as the expression in the
19 Christian-Judeo prayer; is that correct?
20     A.  I let God judge people's prayers.  I don't
21 judge them.  I don't know how He hears their prayers.
22     Q.  Do you think that all prayers, in terms of
23 protecting the nation, are equal?
24     A.  I can't speculate on that.  I don't know how
25 God sees that.

Page 68

1      Q.  But you believe that the prayer to the God
2  that you pray to is -- I mean, at least as the task
3  force views it, that that is a particular God and that
4  that is the right God to pray to, correct?
5      A.  We pray to our Almighty God.
6      Q.  And so other people may pray to different
7  gods, correct?
8      A.  Correct.
9      Q.  But at least in the view of the task force,
10 and its belief in the Christian-Judeo expression, that
11 those prayers would not be as effective for the nation
12 as the expression of prayer that you promote,
13 correct?
14     A.  I can't say that.
15     Q.  But you don't consider all prayer to be equal,
16 right?
17     A.  I believe -- my personal belief is that I
18 believe there is one God, and that's the God that we
19 pray to.
20     Q.  And while others may pray to a different God
21 then, you at least believe that prayer to the God that
22 you believe in is the one that is most effective,
23 correct?
24        MR. THERIOT:  I'm going to object.  I think it
25 calls for speculation.  She can certainly testify

Page 69

1  on her personal beliefs about what she believes in her
2  prayers.  But what other people's prayers are, I don't
3  know how she can testify to that.
4      Q.  (BY MR. BOLTON)  Well, tell me what you believe
5  then.
6      A.  I believe what the Bible says.  God says that
7  He is the one and only God, and his son, Jesus Christ,
8  is the way -- is our salvation to God.  So that's my
9  personal belief, and I would say that's the belief of
10 the Christian church.
11     Q.  What would be your reaction to a governor
12 including an annual theme and reference from some holy
13 book or source, other than the Bible, in their
14 proclamation?
15     A.  The governor can sign the proclamation however
16 he wants to.  We have no authority over that, and if he
17 wants to use his own theme -- for instance, if we have
18 a Muslim governor and he wants to use a Muslim theme
19 and proclaim that Muslim day of prayer in his state,
20 there's nothing we can do about that.  That's totally
21 up to the governor.
22     Q.  But at least in terms of providing that
23 protective shield, you would be skeptical that that
24 would be as effective as including a scriptural
25 reference from the Bible?

RESLING REPORTING SERVICES

Page 70

1      A.   My personal belief is that the God of the
2   Bible is the one who protects, blesses and protects a
3   nation.
4      Q.   How does praying provide a protective
5   shield?
6      A.   Well, I believe that the God of the Bible has
7   the ultimate -- is ultimately in control of the whole
8   universe, of the earth, of the continents, of the
9   community, of the states.  I believe He is involved in
10  everything, and He is Almighty and He can bless or He
11  can curse.
12     Q.   And having that protective shield at the
13  national level is a good thing, correct?
14     A.   Of course.
15     Q.   What is corporate prayer?
16     A.   Corporate prayer is, you know, people
17  gathering together, more than two, but prayer
18  gatherings, it could be 5, 10, it could be 40,000.
19  It's people gathering together to pray.
20     Q.   And in the task force activities organized
21  around the National Day of Prayer, certainly corporate
22  prayer is something that the coordinators are
23  coordinators are encouraged to promote, correct?
24     A.   We believe that our constitutional rights are
25  to gather, to worship and to pray.

Page 71

1      Q.   And so certainly corporate prayer, or the
2   gathering for prayer, is an important part of the task
3   force's objective, correct?
4      A.   No.  I would say the objective is for -- to
5   mobilize the Christian community to pray either in
6   their homes, around their dinner tables, in their
7   churches, or in the public square, however they want to
8   celebrate this nation's day of prayer.
9      Q.   Certainly, though, the volunteers and the
10  state coordinators are -- I mean, what their intent to
11  do is organize activities around the National Day of
12  Prayer that will involve corporate prayer, correct?
13     A.   Correct.  They like to organize a prayer
14  gathering.
15     Q.   Now, did you know President Reagan?
16     A.   Not personally.  I've met him, but I can't say
17  I know him.
18     Q.   Did you ever discuss the National Day of
19  Prayer with President Reagan?
20     A.   Never.
21     Q.   Have you discussed the National Day of Prayer
22  with any president?
23     A.   Never.
24     Q.   When you would participate in National Day of
25  Prayer activities in the White House -- and you did do

Page 72

1   that, correct?
2      A.   Yes, correct.
3      Q.   And did you ever discuss the National Day of
4   Prayer and what it meant with President Bush?
5      A.   No.
6         MR. ROSENBERG:  Objection.  Which President
7   Bush?
8      A.   Neither.
9      Q.   (BY MR. BOLTON) Pardon?
10     A.   Neither one of them.  I never discussed it
11  with them.
12     Q.   But in terms of the White House functions,
13  they were with George W. Bush, correct?
14     A.   Correct.  There was one with his father, and
15  he gave a reception on the National Day of Prayer.
16     Q.   And how many National Day of Prayer functions
17  have you attended in the White House?
18     A.   Would the Rose Garden be considered the White
19  House?
20     Q.   Let's consider it part of the White House.
21     A.   Okay.  Ten.
22     Q.   And a number of these were held in the East
23  Room?
24     A.   Yes.
25     Q.   These particular locations with regard to the

Page 73

1   White House and functions of the National Day of
2   Prayer, were they activities that were organized by the
3   task force?
4      A.   No.
5      Q.   And can you describe these functions that you
6   attended at the White House?
7      A.   Well, the President would decide whether he
8   was going to have a prayer observance or not.  So if he
9   had a prayer observance, we were invited to come, but
10  also he had his own personal list of who he invited.
11  And other religions were there, not just our task
12  force.
13     Q.   Do you know how it came about that these
14  occasions, these functions, began to be hosted by the
15  President?
16        MR. THERIOT:  Objection, calls for
17  speculation.  You may answer.
18     A.   Well, I don't recall, because President Ronald
19  Reagan just had a breakfast, and we were invited.
20     Q.   (BY MR. BOLTON) So you attended a national
21  prayer breakfast?
22     A.   National Day of Prayer breakfast.
23     Q.   Was it held on the National Day of Prayer?
24     A.   Yes.
25     Q.   And when was that?

19  (Pages 70 to 73)

Page 74

1     A.  Well, whenever Ronald Reagan was in office.  I
2  can't recall the exact year, but during his tenure.
3     Q.  And when you attended the White House national
4  prayer day functions, you attended, obviously?
5     A.  Yes, I was invited.
6     Q.  Mr. Dobson attended?
7     A.  Yes.
8     Q.  Did you speak?
9     A.  Yes.
10    Q.  How many times have you spoken at a White
11  House function in regard to the National Day of
12  Prayer?
13    A.  Eight.
14    Q.  And did your husband speak at any of these?
15    A.  No.
16    Q.  Did you speak as a representative of the task
17  force?
18    A.  No.
19    Q.  Did you speak as an individual?
20    A.  Yes, as the chairman of the National Day of
21  Prayer.
22    Q.  Okay.  So you were asked to attend as the
23  chairman of the National Day of Prayer?
24    A.  No.  I was just asked to attend.
25    Q.  Pardon me?

Page 75

1     A.  I was just asked to attend.
2     Q.  Okay.  You must have been asked to speak too.
3     A.  I was.
4     Q.  And you spoke about the importance of prayer,
5  correct?
6     A.  In our country, correct.
7     Q.  Now, my understanding is that there are other
8  Washington, D.C. -- or that there are Washington, D.C.
9  national prayer day activities that the task force is
10  involved in organizing; is that correct?
11    A.  That's correct.
12    Q.  Can you describe those activities?
13    A.  Well, on Wednesday night before the National
14  Day of Prayer, we have a reception.
15    Q.  Where is the reception held?
16    A.  Usually at a hotel.  Sometimes it's at the
17  J.W. Marriott or whatever.  And that's mainly for our
18  donors that contribute to the National Day of Prayer
19  and friends that live in Washington, D.C.  Some
20  religious leaders come and some congressmen attend.
21  And they usually -- we send out invitations, and then
22  they let us know whether they're coming or not.
23    Q.  And that's the night before?
24    A.  Uh-huh.
25    Q.  And then there must be some activities that

Page 76

1  you're involved in organizing in the capitol on the
2  actual designated day, correct?
3     A.  Correct.
4     Q.  Not just functions that you attend, but
5  functions that are organized by the task force,
6  correct?
7     A.  Correct.
8     Q.  Describe those activities.
9     A.  We have a prayer gathering at the Cannon House
10  office building on the National Day of Prayer.
11    Q.  And how long has the task force been hosting
12  that or organizing that activity?
13    A.  That was hosted under Mrs. Vonette Bright, so
14  I don't know.  Whenever she -- they started.
15    Q.  So it preceded your chairmanship?
16    A.  Correct.
17    Q.  And it continued under your chairmanship,
18  correct?
19    A.  Correct.
20    Q.  And it's continued without interruption under
21  your chairmanship, correct?
22    A.  Correct.
23    Q.  And it's one of the most important activities
24  organized by the task force, correct?
25    A.  I would say it's not any more important than

Page 77

1  any other prayer gathering across the nation.  We're
2  there because that's the seat of our government, and
3  we're there to pray for our leaders, for the President,
4  for his cabinet, for all those that lead our country.
5     Q.  Is it important that it's held in the Cannon
6  office building?
7     A.  I think because it's a nice room.
8     Q.  It's what?
9     A.  It's a nice room.  And, again, it's in
10  Washington, D.C., and we feel that's the seat of our
11  government, and it's easy access for the congressmen
12  and the senators because it's right there if they
13  choose to drop in.
14    Q.  And the Cannon office building is a government
15  building, correct?
16    A.  Correct.
17    Q.  And my understanding is that you invite
18  representatives of the executive branch to attend,
19  correct?
20    A.  Correct.
21    Q.  And you've had individuals from the executive
22  branch attend, correct?
23    A.  We invite the three branches of government.
24  We invite a representative from the executive branch,
25  from the legislative branch, from the judicial branch,

Page 78

1  and a representative from the military, and we see them
2  as standing in the gap for their particular office
3  across the land.
4      Q.  And so the actual activities held in the
5  Cannon office building, presumably it involves just
6  more than getting these people together, correct?
7  You've got a program?
8      A.  We have a prayer service.
9      Q.  And are the representatives from the different
10 branches of government asked to speak at this prayer
11 service?
12     A.  Yes.
13     Q.  And have they in the past?
14     A.  Yes.
15     Q.  Representatives of the executive branch have,
16 correct?
17     A.  Yes.
18     Q.  And the legislative branch as well, correct?
19     A.  Yes.
20     Q.  Have you had any speaker from the judicial
21 branch?
22     A.  Yes.
23     Q.  And they're given at least a little suggestion
24 of what you would like them to address in their
25 remarks, correct?

Page 79

1      A.  Correct.
2      Q.  You asked them to speak to the importance of
3  religion in their own life, correct?
4      A.  No.  We ask them to give us the prayer needs
5  and requests of their particular branch.  For instance,
6  the legislative branch would maybe ask a prayer for
7  their families for the long hours that they put in,
8  that God would give them wisdom on the decisions that
9  they make, and so they make some comments on their
10 particular branch.  And if they want to talk about what
11 prayer has meant in their life, they're free to do
12 that.
13     Then a representative of the National Prayer
14 Committee steps up on the platform and prays for that
15 particular area.  For instance, the judge would be
16 standing in the gap for the judicial branch all across
17 our land, and we would pray for all of our people that
18 are involved in the judiciary, including all of you.
19     Q.  And it's your testimony today, though, that in
20 inviting representatives of the different branches of
21 government, that you don't also encourage them to speak
22 about the role that religion has played in their
23 lives?
24     A.  We ask them -- we suggest that if they would
25 like to speak about prayer, you know, that would be

Page 80

1  fine.
2      Q.  So you don't ask them to, you just suggest it,
3  is that the distinction you're making?
4      A.  We suggest it.
5      Q.  The activities at the Cannon office building
6  then, are they televised?
7      A.  I think the last year was the first time they
8  were televised.  I would say not televised.  I would
9  say Webcast.
10     Q.  And who televised it?
11     A.  God TV.
12     Q.  What is it called?
13     A.  It's called God TV.
14     Q.  And who's behind that?
15     A.  Again, you would have to ask John Bornschein,
16 who's the administrative director of the National Day
17 of Prayer.  I don't even know how big the affiliate
18 is.
19     Q.  2008 was televised, correct?  Do you need a
20 break?
21     A.  No.  I saw you looking over there.  I thought
22 someone came in.
23     Q.  2008 was televised, correct?
24     A.  I believe so.
25     Q.  And then was 2009 also?

Page 81

1      A.  Yes.
2      Q.  And do you know whether any effort was made to
3  determine whether or not the broadcast was widely
4  viewed?
5      A.  Again, you would have to ask our executive
6  director who handles the production, you know.
7      Q.  Is it something that the task force pays
8  for?
9      A.  If we're charged, we do.  Sometimes they give,
10 you know, free service.  But if they charge us, we pay
11 for it.
12     Q.  Do you know whether --
13     A.  I think God TV gave us the time.
14     Q.  Do you pay anything for use of the Cannon
15 office building?
16     A.  No.
17     Q.  Now, are you aware of any other National Day
18 of Prayer activities that are held in the Cannon office
19 building?
20     A.  No.  We just have the one prayer service.
21     Q.  But, I mean, are you aware of any activities
22 organized and conducted in the Cannon office building
23 by other organizations?
24     A.  Well, I know Dr. Corinthia Boone, who handles
25 the Washington, D.C. event, she has some kind of a

21 (Pages 78 to 81)

RESLING REPORTING SERVICES

Page 82

1   service for pastors, but I don't know where it's held.
2   I don't know what room it's held in, but it's in the
3   Cannon House office building.  I think it serves
4   pastors.
5       Q.  How does a person or an organization go about
6   getting access to use the Cannon office building for an
7   activity such as you host?
8       A.  We make a request to the Speaker of the House,
9   and they have to approve it.
10      Q.  And that's at least since before you became
11  the chairman, that process has been going on,
12  correct?
13      A.  Correct.
14      Q.  Do you agree or disagree that the President
15  should not promote prayer?
16      MR. ROSENBERG:  Objection as to form.
17      A.  Can you state the question again?
18      MR. BOLTON:  Can you read it back?
19      (The requested question was read back by the
20  reporter.)
21      Q.  (BY MR. BOLTON) Let me rephrase it.  Do you
22  believe that the President should promote prayer?
23      A.  I would like for him to, because he is the
24  leader of the nation.  At least on the National Day of
25  Prayer, I would like him to encourage prayer.

Page 83

1       Q.  And would that be true also, then, of
2   Congress?
3       A.  Well, Congress already did.  They signed in
4   1988 and 1952 that we should have a National Day of
5   Prayer.
6       Q.  Now, do you know anything about the history of
7   that 1952 legislative enactment signed by President
8   Eisenhower?
9       A.  It was signed by President Truman.
10      Q.  I'm sorry.
11      A.  No.
12      Q.  Do you know whether it had anything to do with
13  being a reaction to the Cold War that was going on and
14  a response to communism?
15      A.  I was in high school at that time.  I had no
16  knowledge of that.
17      Q.  I understand.  But you don't have any
18  knowledge of the things that happened in the Bible
19  either, right?
20      A.  Some.  Well, not the history.
21      Q.  Pardon me?
22      A.  Not the creation of it, of course.
23      Q.  But the fact that you weren't there doesn't
24  mean -- your knowledge is not limited to the things
25  that you actually personally witnessed, correct?

Page 84

1       A.  That's true.
2       Q.  But in terms of the history of the 1952
3   enactment, you not only were not there, but you have
4   not subsequently learned anything about the history of
5   that enactment?
6       A.  No.
7       Q.  And you've described what you know in terms of
8   the enactment in 1988 designating a specific day for
9   the day of prayer, correct?
10      A.  Yes.
11      Q.  Has the task force, under your guidance, been
12  successful in what it's intended to do?
13      A.  Yes.
14      Q.  And how do you determine that?
15      A.  Well, when I took over the National Day of
16  Prayer, we had a very small coordinator base, and it
17  has grown --
18      Q.  Very small what?
19      A.  Coordinator base, volunteer base.  And it has
20  grown under my leadership.  I don't take credit for it.
21  I see it as the blessing of God.  I don't take a
22  salary.  I volunteer my time, so do all of our
23  coordinators.  But the coordinator base has really
24  grown, and there's been more involvement in the
25  National Day of Prayer in our nation.

Page 85

1       Q.  Do you think that the task force has been
2   successful in mobilizing Christians to engage in
3   prayer?
4       A.  Yes.
5       Q.  And how do you measure that?
6       A.  Just by the number of people that are involved
7   in the prayer movement.
8       Q.  "In the prayer movement," is that what you
9   said?
10      A.  Uh-huh.
11      Q.  And when you say "the prayer movement," what
12  do you mean by that?
13      A.  Just people that are interested in prayer,
14  people that -- like we have this initiative, the seven
15  centers of power, and we get people ordering bookmarks
16  with the seven centers of power on it and bulletin
17  inserts.  So we can just tell from the mail and the
18  phone calls that it's grown.
19      Q.  Certainly this success in mobilizing a
20  Christian prayer movement, certainly the task force has
21  been successful, correct?
22      A.  Yes.
23      Q.  Do you attribute any of that success to the
24  fact that there is a designated day of prayer?
25      A.  Yes, because it unifies people of faith.  You

22  (Pages 82 to 85)

Page 86

1　know, we have students gather around the flagpoles on
2　the National Day of Prayer. Some little children have
3　prayers on that day, and, you know, it's good to have
4　something to -- you know, a central theme or a central
5　event that people can gather around, such as we
6　celebrate a lot of special days in our country.
7　　Q. Now, in terms of the activities that are
8　organized by the task force, though, and the volunteers
9　that you engage, my understanding is that those
10　volunteers must subscribe to the Christian-Judeo that
11　the task force adheres to; is that correct?
12　　A. That's correct.
13　　Q. Has that always been the case?
14　　A. Yes.
15　　Q. My understanding is that the volunteers have
16　to sign something acknowledging that.
17　　A. I'm not aware of that. You would have to ask
18　John Bornschein as an administrative --
19　　Q. But certainly a limitation on your volunteer
20　base of people who do subscribe to the Christian-Judeo
21　precepts that the task force believes in, you do
22　understand that to be a requirement, correct?
23　　A. Correct. We have a separate 501(c)(3), and we
24　are funded by people of this persuasion. So, of
25　course, we would want our volunteers to be conducting

Page 87

1　their prayer gatherings, you know, in the same
2　tradition.
3　　Q. Now, is the tradition and the beliefs and the
4　expression that is promoted by the task force, does
5　that have any relationship to the Lausanne Covenant?
6　　A. Yes.
7　　Q. And can you tell me what the Lausanne -- am I
8　pronouncing it right, by the way?
9　　A. Uh-huh.
10　　Q. Can you tell me what the Lausanne is, as you
11　understand it?
12　　A. You would have to ask Mrs. Vonette Bright that
13　question.
14　　Q. I would have to ask her what you understand it
15　to be?
16　　A. No. What she understood it to be.
17　　Q. My question right now, though, is: Do you
18　have an understanding of what the Lausanne Covenant
19　is?
20　　A. Not really.
21　　Q. It's really nothing that you could describe
22　for me?
23　　A. Not really. I know the National Prayer
24　Committee came out of the Lausanne committee meeting,
25　and I believe Billy Graham was there, and I don't know,

Page 88

1　many different religious leaders. But other than that,
2　I don't know much about it.
3　　Q. And is the Lausanne Covenant something that
4　has been adopted by some religious body? In other
5　words, who are the people that signed off on the
6　Lausanne Covenant?
7　　A. I don't know. I'm sure Mrs. Bright did, but I
8　don't know of the others. I don't know who attended
9　that conference.
10　　Q. Okay. So the Lausanne Covenant, though, is
11　not something that was adopted by any organized
12　religious entity itself?
13　　A. Not that I know of.
14　　Q. And is it the Lausanne Covenant that the task
15　force subscribes to then?
16　　A. I don't know. Since we're a project of the
17　National Prayer Committee, and if they subscribe to it,
18　I assume that we have to be at least on board.
19　　Q. The relationship with the Lausanne Covenant to
20　the task force, am I the first person to suggest that
21　there is some relationship to you?
22　　A. Yes.
23　　Q. You've never heard that relationship expressed
24　before?
25　　A. No.

Page 89

1　　Q. But certainly you had heard of the Lausanne
2　Covenant before?
3　　A. Yes, I have. I believe it's on our Website.
4　　Q. Well, I've tried to read everything on your
5　Website, but I may have missed it.
6　　A. I'm not sure, but it may be.
7　　Q. Have you selected an annual theme for 2010?
8　　A. Not yet.
9　　Q. And who will be involved in that selection
10　process? Is that basically something that ultimately
11　you're responsible for?
12　　A. Yes.
13　　Q. Now, my understanding is that in 2009,
14　President Obama participated much less in any organized
15　National Day of Prayer activities than his
16　predecessors; is that correct?
17　　A. That's correct.
18　　Q. He was certainly invited to participate --
19　well, did the task force invite him to participate in
20　any activities?
21　　　MR. ROSENBERG: Objection.
22　　A. No. All we asked for from President Obama was
23　for a proclamation. We requested it.
24　　Q. (BY MR. BOLTON) Were you disappointed that
25　President Obama engaged in a less visible promotion of

23  (Pages 86 to 89)

Page 90

1 the day of prayer after he was elected?
2      MR. THERIOT: Objection, vague.
3      A.  I was happy with the proclamation that he
4 wrote.
5      Q.  (BY MR. BOLTON) Okay.  But were you unhappy
6 about anything?
7      MR. THERIOT: You know, I object because it's
8 vague.  You can answer it, if you know.
9      Q.  (BY MR. BOLTON) I'm not asking about anything,
10 you know, including the price of produce.  My question
11 was more limited to what we were talking about.  We
12 were talking about President Obama.  It may not come as
13 a surprise to you, but you and your husband were at
14 least quoted as expressing disappointment in the
15 President.  Are you hearing that for the first time?
16      A.  No.
17      Q.  And did you, in fact, express disappointment
18 with the President?
19      A.  I never talked to the President, but, of
20 course, I was disappointed because former presidents
21 have celebrated the National Day of Prayer in some way.
22 So I was hoping President Obama would celebrate our
23 nation's day of prayer in some tangible way.
24      Q.  He did issue the proclamation, though,
25 correct?

Page 91

1      A.  Yes.  It was a good proclamation.
2      Q.  And it encouraged -- whether he was out front
3 engaged in corporate activities, he certainly
4 encouraged people to pray in their own way, correct?
5      A.  Correct.
6      Q.  And certainly prayer can be done on an
7 individual basis without corporate activities,
8 correct?
9      A.  Of course.
10      Q.  And, in fact, the task force was successful in
11 mobilizing around the National Day of Prayer
12 designation even without the President engaging in
13 activities such as his predecessors had, correct?
14      A.  Correct.  The National Day of Prayer doesn't
15 belong to any one man.  It belongs to the American
16 people.
17      Q.  And central to that, then, is the designation
18 by the President in the proclamation of the day,
19 correct?
20      MR. THERIOT: Objection, vague.
21      A.  (Witness indicating in the affirmative.)
22      Q.  (BY MR. BOLTON) You nodded.  Was that a yes?
23      A.  I'm not sure.  Can you restate it?  I'm not
24 sure what your question was.
25      Q.  But until you heard the objection --

Page 92

1      A.  No, no.  I wasn't clear then.
2      BY MR. BOLTON: Can you read back the
3 question?
4      (The requested question was read back by the
5 reporter.)
6      A.  Are what you saying is, do I think it's
7 important that the President sign a proclamation?
8      Q.  (BY MR. BOLTON) Yes.
9      A.  I do.
10      Q.  And why is that?
11      A.  Well, he is the leader of our country, and
12 many people look to the President as the moral leader
13 and sometimes even the spiritual leader.  And since
14 this is a day set aside by Congress for the American
15 people, he's the leader of the American people, we
16 would like to see him encourage people of all faiths to
17 pray on that day.
18      MR. THERIOT: Rich, it's been an hour.  Do you
19 want to take a few minutes?
20      MR. BOLTON: That's fine.
21      (A brief break was taken.)
22      Q.  (BY MR. BOLTON) Now, the task force, as we
23 discussed, has maintained a Website, correct?
24      A.  That's correct.
25      Q.  Am I correct that it's described as the

Page 93

1 official Website of the National Day of Prayer?
2      A.  I think you'll see National Day of Prayer Task
3 Force.
4      Q.  Pardon me?
5      A.  I believe it says "National Day of Prayer Task
6 Force."
7      Q.  And this may be a little bit tedious.  What
8 I'm going to do now is ask you to identify some
9 documents, and I'll ask a few questions about a number
10 of them, but more than anything, we're in the process
11 right now of just identifying and getting a little bit
12 of description.
13      MR. BOLTON: Tom, the first document is from
14 the task force Website, and it discusses their mission
15 and vision and values that you'll get a copy of with
16 the transcript, but that's the first document that
17 we're marking.
18      MR. BELLAVIA: Thank you.
19      (Exhibit 1 was marked for identification.)
20      Q.  (BY MR. BOLTON) Exhibit 1 is from the task
21 force Website; is that correct?
22      A.  Yes.
23      Q.  Have you seen this before?
24      A.  Yes.
25      Q.  And were you involved with the articulation of

24  (Pages 90 to 93)

Page 94

1    the mission statement for the task force?
2        A.   No.
3        Q.   Do you know whether that mission statement
4    came from the National Prayer Committee?
5        A.   I would imagine the National Prayer Committee,
6    along with maybe members of the task force, put this
7    together.
8        Q.   Were you involved at all in putting this
9    together or reviewing it to see if it accurately stated
10   the task force's position?
11       A.   No.
12       Q.   Have you ever seen it before?
13       A.   Yes.
14       Q.   And, to your knowledge, does it accurately
15   state the mission and vision and values of the task
16   force?
17       A.   It does.
18       Q.   Now, the task force Website also includes a
19   variety of other pages.  Have you, to your knowledge,
20   looked at all of what's on your Website?
21       A.   I haven't, because I'm not a techie.  I
22   usually have to have somebody pull it up for me.
23       Q.   Looking at Exhibit 1, by the way, where it
24   says -- on the left-hand side, there's some description
25   of different pages.  Do you see that, where it says at

Page 95

1    the very top, it says, "About NDP"?
2        A.   Yes.
3        Q.   So, certainly, the task force, in its Website,
4    shortens the description of the entity to just NDP
5    rather than task force, correct?
6        A.   Well, I think if you look at the entire page,
7    it alludes to the task force.
8        Q.   Pardon?
9        A.   I think if you look at the entire page --
10   let's see.  Well, if you take the Website in context,
11   many, many times it says "National Day of Prayer Task
12   Force."
13       Q.   Okay.  But certainly in the description of the
14   different pages, it's shortened to just NDP, correct?
15       A.   Correct.
16       Q.   And then we discussed the logo.  One of the
17   logos at least, that's shown up in the upper left-hand
18   corner of Exhibit 1, correct?
19       A.   Correct.
20       Q.   And that's probably the most common logo that
21   is used by the task force, correct?
22       A.   Correct.
23       Q.   And certainly -- go ahead.
24       A.   Not in its entirety.  Our logo doesn't include
25   "Official Website."

Page 96

1        Q.   That's a good point.  Normally what it just
2    has is the flag and the National Day of Prayer on
3    different documents, correct?
4        A.   And on different documents, it says -- it has
5    the flag and National Day of Prayer Task Force.
6        Q.   Okay.
7        MR. THERIOT:  And, incidentally, I want to
8    object to this document to the extent I don't think
9    it's clear from the document itself, but the task force
10   is included in the logo up there.
11       MR. BOLTON:  Pardon me?
12       MR. THERIOT:  The task force is included on
13   the Website in the logo up there.  It's just not
14   reflected in this document because it's just not a
15   great copy.
16       MR. ROSENBERG:  It's very faint.
17       A.   It's underneath the flag, I think.
18       Q.   (BY MR. BOLTON) I'm not seeing it, but I will
19   look.  It does say, though, that it is the "National
20   Day of Prayer Official Website," correct?
21       A.   It is the official Website for the
22   Judeo-Christian expression of the National Day of
23   Prayer.
24       Q.   Okay.  And, certainly, National Day of Prayer
25   is in much -- can we agree that it is in much larger

Page 97

1    type than the reference to the task force?
2        A.   Yes.
3        Q.   In terms of the inclusion of the American flag
4    on the logo, to you, is the inclusion of the American
5    flag on the logo, is that significant?
6        A.   I believe it is, because it represents
7    America.
8        Q.   And so, certainly, there is an attempt then to
9    associate the National Day of Prayer Official Website
10   of the task force with this being an American day that
11   is being honored?
12       A.   It is our nation's day of prayer.
13       Q.   There are other pages on the Website, on the
14   NDP Task Force website, that discuss such things as
15   prayer and what makes for effective prayer, correct?
16   Not on the exhibit that you have, but you're familiar
17   with the Website, correct?
18       MR. THERIOT:  Objection.  She's actually
19   testified that she's not that familiar with it, is my
20   understanding.
21       Q.   (BY MR. BOLTON) Okay.  I may have
22   misunderstood.  You have viewed or not viewed your
23   Website?
24       A.   Parts of it.
25       Q.   Are you aware of a page that's entitled "What

25 (Pages 94 to 97)

Page 98

1  Makes Prayer Work"?
2      A.  I have not seen that page.
3      Q.  How about a page entitled "Why We Pray."?
4      A.  I have not seen that page.
5      Q.  And so if I asked you about them in terms of
6  any personal familiarity with those pages, you would
7  not have any familiarity; is that correct?
8      A.  What do you call the first page -- help me out
9  here -- when you open up somebody's Website?
10         MR. THERIOT:  Home page.
11     A.  The home page I'm familiar with, but not the
12  different links.
13     Q.  (BY MR. BOLTON) In terms of "What Makes Prayer
14  Work," though, it begins by saying, "It's all about a
15  relationship," and you would agree with that,
16  correct?
17     A.  A relationship with the Holy God.
18     Q.  On the page entitled "Why We Pray," there's a
19  statement that it is the goal -- "It's our goal," which
20  would be the task force's goal, "that you, your family
21  and friends would participate in the National Day of
22  Prayer.  We pray that the event impacts your life, and
23  that praying for our nation moves from a one-day event
24  to a lifetime endeavor.  So join us on the first
25  Thursday of May and pray with conviction that God would

Page 99

1  continue to shed his grace on thee."  Is that a
2  statement that you would agree with?
3      A.  I would agree with that.
4      Q.  There's a page entitled "Definition of
5  Judeo-Christian," and that is included, as I assume, as a
6  reference for the orientation of the task force,
7  correct?
8      A.  Are you referring still to the Website?
9      Q.  Pardon?
10     A.  Are you referring to the Website page?
11     Q.  This is a definition from a page on your
12  Website.
13     A.  I would have to read it.
14     Q.  Okay.
15        (Exhibit 2 was marked for identification.)
16     A.  I would agree.
17     Q.  (BY MR. BOLTON) That is an accurate statement
18  of the orientation of the task force?
19     A.  Yes.
20     Q.  It states that the task force uses the term,
21  "With reference to the standard of morality and family
22  values which is common to both the Old and New
23  Testaments, and which has over the centuries formed the
24  foundation for ethics and culture in Western society."
25  Do you see that?

Page 100

1      A.  Yes, I do.
2      Q.  Now, my understanding is that, in a variety of
3  contexts, the task force has expressed its position on
4  some moral and political issues; is that correct?
5         MR. ROSENBERG:  Objection to form.
6      Q.  (BY MR. BOLTON) Has the task force -- with
7  reference to that standard of morality, that would
8  include, for instance, issues such as their views on
9  homosexuality?
10     A.  No.  We are apolitical.
11     Q.  What about -- well, let me back up.  What do
12  you mean by "apolitical"?
13     A.  We don't get involved in political issues.
14  We're about prayer.  We're not about, you know,
15  homosexuality or abortion or any of those issues.
16     Q.  So you would say that those are political
17  issues rather than issues that relate to a standard of
18  morality and family values that you associate with the
19  Old and New Testaments?
20     A.  Well, they certainly affect the family and I
21  do think they are moral issues, but that has nothing to
22  do with the task force and our job to mobilize
23  prayer.
24     Q.  Pardon?
25     A.  That has nothing to do with the task force and

Page 101

1  our job to mobilize prayer.
2      Q.  But in terms of the definition of
3  Judeo-Christian that is provided in your Website then,
4  when you say that you use it, "With reference to a
5  standard of morality and family values, which is common
6  to both the Old and New Testaments," my understanding
7  is that that is the expression then, the
8  Christian-Judeo expression, that is forwarded by the
9  task force, correct?
10     A.  Your question is vague.
11     Q.  Pardon?
12     A.  Your question is vague.
13        MR. THERIOT:  Objection, question vague.  You
14  can ask him to repeat it.  I should have objected,
15  you're right.
16     A.  Okay.  I'm not quite clear.
17     Q.  (BY MR. BOLTON) Okay.  Well, I'm not sure
18  what -- my understanding is that you provide a
19  definition of Judeo-Christian, which, as I understand,
20  is the expression of Judeo that is forwarded by the task force
21  in the activities that it engages in, correct?
22     A.  I would say that's correct.
23     Q.  Pardon?
24     A.  I would say that's correct.
25     Q.  Okay.  And the term "expression of

26  (Pages 98 to 101)

Page 102

1  Judeo-Christian precepts" was actually a phrase that I
2  believe you first used too; is that correct?
3      A.  Correct.
4      Q.  Okay.  So when you say "expression of
5  Judeo-Christian values," I guess I'm not sure what you
6  mean because, on the one hand, you say that prayer has
7  nothing to do with any of these things, and yet, on the
8  other hand, you tell me that it is utilizing
9  Judeo-Christian expression.
10      MR. THERIOT:  Objection.  That
11  mischaracterizes her testimony.
12      A.  Well, if you read here, it says, "The meaning
13  of the term like 'Judeo-Christian' depends much on the
14  intention or the interpretation of the speaker or
15  writer who uses it.  We routinely use it."  And then it
16  goes on to say, you know, reference to that standard of
17  morality.  So Judeo-Christian literally means Old
18  Testament and New Testament, the God of the Bible, and
19  so that is our expression.
20      Q.  And the expression being the standard of
21  morality and family values that is expressed in the Old
22  and New Testaments?
23      A.  Correct.
24      Q.  And that is the expression that is utilized by
25  the task force in its NDP-organized activities,

Page 103

1  correct?
2      A.  You would say the Bible is our handbook.
3      Q.  That's the extent of the expression, of
4  Judeo-Christian expression?
5      A.  Well, I imagine the Jewish religion has
6  another expression, and Judeo-Christian is Protestant,
7  Catholic and Jewish.
8      Q.  Do you believe that there is a need to pray,
9  that everyone should pray?
10      A.  Well, the last Barna research shows that
11  88 percent of Americans pray, and 82 believe that
12  prayer is answered.
13      Q.  So you would say that whether or not there's a
14  need to pray is a function of the survey, or are you
15  saying -- I mean, what I want to get at isn't whether
16  or not most people pray or not.  Is it your position
17  that people should pray, that they need to pray?
18      A.  Yes.
19      Q.  Pardon?
20      A.  Yes.
21      MR. ROSENBERG:  Objection, form.  It's a
22  compound question.
23      Q.  (BY MR. BOLTON) And one of the reasons that
24  you believe there is a need to pray is because the God
25  that you believe in commands that his followers pray,

Page 104

1  correct?
2      A.  I wouldn't say commands it.  You know, the Old
3  Testament scripture says that, I would but men
4  everywhere would lift up all their hands in prayer."  I
5  think prayer gives strength to the inner man, I believe
6  it brings God's blessing not only on individuals but on
7  nations, and I think prayer is very important.
8      Q.  Does it change outcomes?
9      A.  I think it does.
10      Q.  So do you believe that there are outcomes in
11  our history that have been affected by your view that
12  we are -- well, do you hold a view that we are
13  essentially a Christian nation?
14      MR. THERIOT:  Objection, asked and answered.
15      MR. ROSENBERG:  And objection to form.
16      MR. THERIOT:  So it's the last part of the
17  question that you wanted her to answer, right, the "Do
18  you agree that we're a Christian nation"?
19      MR. BOLTON:  Right.
20      A.  I agree that we were founded on Christian
21  principles.
22      Q.  (BY MR. BOLTON) Do you believe that those
23  Christian values have influenced the course of the
24  nation's history?
25      A.  I do.

Page 105

1      Q.  In a positive or a negative way?
2      A.  Positive.
3      Q.  And is it your view that if the nation strays
4  from Christian values, that less favorable outcomes
5  will occur?
6      A.  I agree.
7      (Exhibit 3 was marked for identification.)
8      Q.  (BY MR. BOLTON) Mrs. Dobson, we've marked a
9  document entitled Exhibit 3.  Are you familiar with
10  that document?
11      A.  Yes.
12      Q.  And can you describe it or identify it?
13      A.  It's a letter to the governor.
14      Q.  Now, the letter that we have is dated -- it
15  shows the date of January 22 of 2009, correct?
16      A.  Correct.
17      Q.  And it says, "Dear Governor," and then it
18  says, "Last name."  This is a form letter that was sent
19  to all of the governors?
20      A.  Yes.
21      Q.  And it was sent to all of the governors in
22  anticipation of the 2009 National Day of Prayer; is
23  that correct?
24      A.  Yes.
25      Q.  And in the first paragraph, at the end of the

RESLING REPORTING SERVICES

Page 106

1   first paragraph -- and by the way, this is an aside,
2   this letter would have been signed and went out over
3   your signature, correct?
4       A.   Correct.
5       Q.   And this would have been sent to all of the
6   governors?
7       A.   Correct, yes.
8       Q.   The last sentence of the first paragraph makes
9   reference to "proclaiming reliance on an Almighty God
10  and calling Americans to come before Him on behalf of
11  our nation." Is that, at least from the perspective of
12  the task force, one of the things that you think is
13  desirable about the National Day of Prayer as
14  designated by the President that you say, it behooves
15  us to honor the precedent established by presidents and
16  leaders, proclaiming reliance on an Almighty God and
17  calling Americans to come before Him on behalf of our
18  nation. Is that what you understand the National Day
19  of Prayer is about?
20      A.   Yes.
21      Q.   And then in the second paragraph toward the
22  end, you indicate what the NDP task force theme is and
23  the supporting scripture, correct?
24      A.   Correct.
25      Q.   And then in the next paragraph, you ask the

Page 107

1   governors to lend their support through a public
2   proclamation declaring May 7th, 2009 as the National
3   Day of Prayer, correct?
4       A.   Correct.
5       Q.   And so certainly the proclamations issued by
6   the governors, then, as you understand it, are a form
7   of lending support to the National Day of Prayer and
8   what it has come to stand for?
9       A.   Lending support in our nation's day of prayer,
10  yes.
11          (Exhibit 4 was marked for identification.)
12          MR. THERIOT:  There's not a question pending,
13  is there?
14          MR. BOLTON:  No.
15      Q.   (BY MR. BOLTON) Have you looked at the
16  document?
17      A.   I have.
18      Q.   Exhibit 4 is a document that you're familiar
19  with?
20      A.   Yes.
21      Q.   It's a form letter that you sent out in
22  January of 2009 to your various state coordinators; is
23  that correct?
24      A.   I don't know who it went to. I'm sure it went
25  to the state coordinators, but it also could be --

Page 108

1   let's see. Let me just finish reading this.
2       Q.   In the third paragraph, it says, "In your role
3   as a state coordinator."
4       A.   Yes, then it went to the state coordinators.
5       Q.   This is a letter that you would have -- did
6   you write it?
7       A.   This was written with Master Writers.
8       Q.   And the letter reflects your views, though,
9   correct?
10      A.   Yes.
11      Q.   In the first paragraph, you indicate that,
12  "The overwhelming response last year," which would have
13  been 2008, "was deeply encouraging," and that you
14  anticipate even greater involvement in 2009; is that
15  correct?
16      A.   That's correct.
17      Q.   When you say the response last year and the
18  involvement was great, what do you mean by that?
19      A.   Number of prayer gatherings.
20      Q.   Okay. In the third paragraph of Exhibit 4,
21  you state, "As in the past, it is critical that we
22  garner the support of our nation's leaders for our
23  efforts." Do you see that?
24      A.   I do.
25      Q.   And do you agree with that statement?

Page 109

1       A.   I do.
2       Q.   When you say "it is critical," what do you
3   mean by that?
4       A.   Well, I believe that people look to their
5   leaders in giving them direction. So I think it's
6   critical that the leaders do support this nation's day
7   of prayer because they're role models to their
8   people.
9       Q.   And so in terms of the overwhelming response
10  in terms of the number of prayer events that the task
11  force has been organizing, you would agree, then, that
12  the proclamations issued by the various public
13  officials is important to getting the response that
14  you've been getting?
15      A.   That's not what it was -- it was not meant by
16  "response" that the governors were signing
17  proclamations.  It just meant that there was more
18  involvement at the grass-roots level, more response,
19  more prayer gatherings.
20      Q.   Okay. But in terms of facilitating that
21  involvement, is there any relationship, then, to the
22  support of the nation's leaders for your efforts?  I
23  mean, do you get better participation in these events
24  by getting support from national leaders?
25      A.   No. I think we would have the same support

28  (Pages 106 to 109)

Page 110

1  without them.
2      Q.  So your view is, if the governors, for
3  instance, issued no proclamations, it would have no
4  effect on the organizing activities of the -- or the
5  mobilizing activities of the task force?
6      A.  We would still have prayer gatherings, but I
7  think the people of their state would be very
8  disappointed if they didn't acknowledge the National
9  Day of Prayer in some way.
10     Q.  And why do you say that?
11     A.  Just from the feedback from our state
12 coordinators, that if a governor doesn't sign a
13 proclamation, that people are disappointed.  They hear
14 from their constituents.
15     Q.  And in terms of garnering the support of
16 leaders for your efforts, I mean, what is it that -- I
17 mean, is the issuing of a proclamation an example of
18 garnering such support?
19     A.  Well, the first Thursday of May is our
20 National Day of Prayer, and, you know, we hope that the
21 leaders of our country will call the nation to prayer.
22 But, again, we can request it, but that's all we can
23 do.
24     Q.  And, in fact, when you say that, "It is
25 critical to garner the support" in the next sentence of

Page 111

1  Exhibit 4, you state that the role of the
2  coordinator -- or part of the role -- is to help in
3  obtaining a written proclamation from the governor of
4  the particular state coordinator's state, correct?
5      A.  Uh-huh.
6      Q.  In fact, you suggest encouraging a personal
7  visit to the governor's office, correct?
8      A.  Yes.  If they do not write a proclamation, we
9  ask them to set up an appointment at the governor's
10 office and, you know, request it as a follow-up.
11     Q.  And then in Paragraph 4 of Exhibit 4, you urge
12 the state coordinators to invite each governor of their
13 particular state to actively participate in an NDP
14 observance, most appropriately on the steps of the
15 capitol building.  Again, the reason for asking for
16 that involvement, and particularly on the steps of the
17 capitol building, is in order to give visibility to the
18 occasion?
19     A.  Well, part of our mission statement is that we
20 are trying to mobilize people to pray for their leaders
21 and for America.  So when a mayor or a governor decides
22 to participate, we like that because we can pray for
23 them and we can pray for their families and for
24 whatever their needs are.  The only reason we would
25 like them to participate is so we can pray for them.

Page 112

1      Q.  I see.  So when you say you invite the
2  governors to actively participate, most appropriately
3  on the steps of the capitol building, it is so that
4  they can be there when they're being prayed for?
5      A.  Correct.
6      Q.  And then the next sentence in that paragraph
7  where you say, "In order to maintain your
8  credibility -- and that of the NDP task force" --
9      A.  Where is that?  Oh, right here.  I see it.
10     Q.  You say, "It is imperative that such an event
11 involve a well-organized, substantial assembly."  Do
12 you see that?
13     A.  Yes.
14     Q.  And that's because you want the governor to
15 know that the prayer for him is well-organized?
16         (A brief break was taken to reconnect
17 telephone communication with Mr. Bellavia.)
18     Q.  (BY MR. BOLTON) What you were telling me,
19 Mrs. Dobson, is that the reason you are seeking the
20 governors' active participation in NDP observances is
21 so that you can pray for the individual governor or
22 government official?
23     A.  We always gather around and pray for the
24 governor, if he attends an event.  He's always prayed
25 for, and, you know, the state legislature is prayed

Page 113

1  for, any leaders in that particular venue are prayed
2  for.  They're prayed for when the governor doesn't show
3  up, but it's always nice if he does decide to
4  participate.
5      Q.  And you state that in order to maintain the
6  coordinators' credibility and that of the NDP task
7  force, that it's imperative that such an event, one
8  involving the governor, and preferably on the steps of
9  the capitol building, be well-organized and have a
10 substantial assembly?
11     A.  Well, we don't want to invite the governor out
12 to two people on the capitol steps.  We want to have a
13 good showing.
14     Q.  But the fact of the matter is, you do want
15 these public officials to show up and participate in
16 these observances, correct?
17     A.  We would like to pray for them.
18     Q.  Now, I mean, my understanding is that you also
19 would like these government officials to speak at the
20 occasion also, right?
21     A.  That's up to them.
22     Q.  Well, I understand it's up to them.  My
23 question was:  Would you like them to participate by
24 speaking at these observances?
25     A.  We would like them to support prayer.

29  (Pages 110 to 113)

Page 114

1       Q.   And, certainly, that goes beyond just
2   attending these functions so that they can be prayed
3   for, right?  Attendance at these occasions isn't just
4   so that they can be an object of prayer, right?
5       A.   We would like for them to speak about the
6   nation's day of prayer, and then we would like to pray
7   for them also, but what the governor does at these
8   events is totally up to them.  We can't dictate it.  We
9   can request it only.
10      (Exhibit 5 was marked for identification.)
11      Q.   (BY MR. BOLTON) Exhibit 5, Mrs. Dobson, is the
12  letter that you sent to President Obama this year,
13  correct?
14      A.   Correct.
15      Q.   And you requested his support for the National
16  Day of Prayer, correct?
17      A.   Correct.
18      Q.   And in the third paragraph of your letter, you
19  state, "An integral part of this yearly national
20  observance is the official presidential proclamation
21  issued by the White House," correct?
22      A.   Correct.
23      Q.   And in terms of that, in terms of the
24  observances that you're organizing, that presidential
25  proclamation, having it in hand, is very important,

Page 115

1   correct?
2       A.   It is, but presidents throughout our history
3   have called for a National Day of Prayer.
4       Q.   And you go on to state that, "In recent years,
5   the NDP Task Force has worked with the Clinton and Bush
6   administrations to craft the wording for the
7   presidential proclamation."  And you talked about that
8   earlier, correct?
9       A.   Correct.
10      Q.   And, in fact, you apparently sent a proposed
11  draft of a presidential proclamation to President
12  Obama, correct?
13      A.   Yes.
14      Q.   I don't believe I actually received a copy of
15  the draft proclamation that you sent to the President.
16      A.   I can get it for you.
17      Q.   Pardon?
18      A.   I can get it for you.
19      Q.   Let me ask, not having seen it, would I be on
20  pretty solid ground guessing that it includes some
21  reference to this year's theme and the supporting
22  scripture?
23      A.   As I said earlier, our letters that go out
24  around the National Day of Prayer always state the
25  theme and the supporting scripture.

Page 116

1       Q.   The letters like this one that you sent to
2   President Obama?
3       A.   It always includes the theme and the
4   supporting scripture.
5       Q.   But you also indicated that you're not
6   really -- that you make no effort to persuade or push
7   government officials to include the annual theme and
8   the supporting scripture in their own proclamation,
9   correct?
10      A.   Correct.
11      Q.   What I'm getting at is, the draft of the
12  proclamation that you sent to President Obama, that is
13  the draft that, if you had your druthers, he would use,
14  right?
15      A.   It's to really help the writers.  If they
16  don't have to craft a proclamation for the President,
17  this is just one they can look at, and it makes it
18  easier for them.
19      Q.   Sure.  And not having seen it, what I was
20  speculating, though, is this form that you sent to the
21  President, did it include this year's theme and
22  supporting scripture?
23      A.   I don't know.  I have to look at that.
24      Q.   And you said that that's something that you
25  could lay your hands on fairly readily?

Page 117

1       A.   Yes.
2       MR. ROSENBERG:  Rich, I actually think I have
3   a copy, if that's helpful.
4       MR. BOLTON:  Oh, good.
5       (Exhibit 6 was marked for identification.)
6       MR. ROSENBERG:  Just to be clear, this was a
7   document that was produced by Mrs. Dobson.  I don't
8   want to make any representations as to the document.
9       Q.   (BY MR. BOLTON) So Exhibit 6, then, is the
10  letter and the proposed proclamation; is that
11  correct?
12      A.   Yes.  The top sheet is requesting a
13  proclamation, and the second one is his actual
14  proclamation.
15      Q.   And I'm just looking at it.  It doesn't look
16  like you included the annual theme in this particular
17  proclamation; is that correct?
18      MR. THERIOT:  He's asking about -- I think we
19  need to clear something up.  My understanding is,
20  you're testifying that this is not your proposed
21  proclamation.
22      THE WITNESS:  No, no.  They didn't use
23  anything that we sent.
24      Q.   (BY MR. BOLTON) Say that again.
25      A.   President Obama's team did not use any part of

## Page 118

1  the draft that we sent them. This is his actual
2  proclamation.
3      Q.  Oh, okay. Okay. I see.
4          MR. ROSENBERG:  Maybe we should go off the
5  record for a second.
6          (An off-the-record discussion was held.)
7      Q.  (BY MR. BOLTON) Is it fair to say,
8  Mrs. Dobson, that whether or not the second page to
9  Exhibit 6 was the actual draft proclamation that you
10  sent to President Obama, you just don't know?
11      A.  I don't know.
12      Q.  Okay. You've got Exhibit 6 right in front of
13  you, though?
14      A.  I do.
15      Q.  In the third paragraph of the letter that you
16  wrote to President Obama, and that would be the first
17  page of Exhibit 6 -- or Exhibit 5 that we were just
18  looking at, this, though, was a letter that you
19  actually did send to the President, correct?
20      A.  Yes.
21      Q.  And what you're proposing to do there was what
22  you had done in recent years with the Clinton and Bush
23  administrations in terms of helping to craft the
24  wording of the presidential proclamation?
25      A.  We sent them a draft, yes.

## Page 119

1          MR. ROSENBERG:  Objection as to which Bush
2  administration. Also, compound for Clinton and Bush.
3          MR. BOLTON:  Say that again.
4          MR. ROSENBERG:  Objection because you referred
5  to the Bush administration. Which Bush administration?
6  And compound as to Bush and Clinton. I'm not sure we
7  ever established what role, if any, the National Day of
8  Prayer Task Force played regarding the Clinton
9  administration.
10      Q.  (BY MR. BOLTON) Well, in the letter that we're
11  looking at there that you wrote to President Obama, you
12  wrote that, "In recent years, the NDP Task Force has
13  worked with the Clinton and Bush administrations to
14  draft the wording for the presidential proclamation."
15  You wrote that, correct, in the third paragraph?
16      A.  Let me see. Correct.
17      Q.  And that was a correct statement?
18      A.  If by sending the actual draft means craft, yes.
19      Q.  And that would have been true for -- I mean,
20  I'm not saying that they adopted it or anything, but
21  you sent drafts to both the Clinton administration and
22  the Bush administration, correct?
23      A.  We have to the Bush administrations. I don't
24  remember if we did to Clinton or not.
25      Q.  But you wrote to President Obama that you had,

## Page 120

1  correct?
2      A.  Yes.
3      Q.  And presumably at the time that you wrote this
4  letter, you intended to be accurate in the information
5  that you were conveying to the President, correct?
6      A.  That's correct. But, again, I worked with
7  Master Writers on crafting these letters, and they
8  usually do the background check on it. So if it says
9  Clinton, then we probably did send a draft.
10      Q.  So the facts stated in this letter, there was
11  some effort to actually verify the accuracy of the
12  statements?
13      A.  They usually did a background check.
14      Q.  In a letter that you wrote to Representative
15  Michael Bachmann --
16      A.  Michele Bachmann.
17      Q.  I'm sorry. Michele Bachmann, that's somebody
18  that you know, correct?
19      A.  I do know her.
20      Q.  And she's worked with you -- she's attended
21  National Day of Prayer activities in D.C. in the
22  past?
23      A.  The Cannon House office building is open to
24  our representatives to drop in and have prayer if they
25  choose, and Michele Bachmann has dropped in from time

## Page 121

1  to time in the prayer service.
2          (Exhibit 7 was marked for identification.)
3      Q.  (BY MR. BOLTON) Exhibit 7 is the letter that
4  you wrote to Representative Bachmann?
5      A.  Yes.
6      Q.  And, again, you thank her for agreeing to
7  participate in the NDP observance in 2009, correct?
8      A.  As stated before, we asked for a
9  representative from the judicial, the legislature, the
10  executive branch, and the military, and we asked her to
11  represent the legislature.
12      Q.  And in your letter to her, you include a
13  reference to the 2009 theme and supporting scripture,
14  correct?
15      A.  In all of our letters that go out for the
16  National Day of Prayer, we put the theme and the
17  supporting scripture on it.
18      Q.  And then you state, "There is certainly no
19  better time than now to point Americans to the eternal
20  source of encouragement and help," and that would be
21  the God of your Bible, correct?
22      A.  The God of the Bible, yes.
23      Q.  And is it your understanding that this year's
24  theme and supporting scripture, that that is how you
25  understand or how you intended that theme and

31  (Pages 118 to 121)

Page 122

1  supporting scripture to be interpreted, as an effort to
2  point Americans to the eternal source of encouragement
3  and help?
4      A.  Yes.
5      Q.  Pardon?
6      A.  Yes.
7      Q.  On Page 2 of the letter to Representative
8  Bachmann, you give a little bit of guidance in terms of
9  preparing the message that she would be asked -- as a
10  representative of the House of Representatives, she
11  would be a speaker at the Cannon office building?
12     A.  Yes.
13     Q.  Now, earlier you indicated to me that you
14  didn't ask speakers to describe the role of prayer in
15  their lives, but at least in this particular letter,
16  you did ask that she briefly describe how prayer has
17  played a valuable role in her personal and professional
18  life, correct?
19     A.  Correct.
20     Q.  And that's language that you include in a lot
21  of these letters to people that are being invited to
22  participate, correct?
23     A.  It depends.  I know Michele Bachmann
24  personally, I know that she has a deep faith in God, I
25  know that she prays, and so she was asked to share

Page 123

1  that, if she chose to.
2      Q.  Have you ever had a speaker at the Cannon
3  office building function representing any of the
4  branches of government that you knew did not have any
5  particular religious bent?
6      A.  Most of the people that we invite, we know
7  that they are people of faith.
8      Q.  And, in fact, that's, quite frankly, one of
9  the characteristics that you seek in speakers at the
10  Cannon office building activities, correct?
11     A.  Correct.
12         (Exhibit 8 was marked for identification.)
13     Q.  (BY MR. BOLTON) Exhibit 8, I'm guessing you
14  may not have ever seen before, or have you?
15     A.  Let me see.  Let me just take a moment.  I
16  have seen this.
17     Q.  You have, okay.  And what is it?
18     A.  Anne Ryun is former Congressman Jim Ryun's
19  wife, and she was the hostess that helped seat people
20  at the Cannon House office building along with other
21  congressional wives.
22     Q.  She doesn't have any official relationship
23  with the task force, correct?
24     A.  No.  Volunteer.
25     Q.  And she's kind of on this postCannon activity

Page 124

1  recount, correct?
2      A.  Correct.
3      Q.  And she says that, by her count, twice as many
4  congressmen attended this year's event than for the
5  last 12 years that she's been involved.
6      A.  Yes.
7      Q.  And this was the 2009 prayer day activity,
8  correct?
9      A.  Yes.
10     Q.  And the next couple of pages in, there's some
11  list.  Do you understand that this is the list of the
12  congressmen that attended the Cannon office building?
13     A.  Yes.
14     Q.  And she lists the names of the individuals
15  that attended and gives their -- it look like she's
16  giving, for most of them at least, their Washington,
17  D.C. official office address, correct?
18     A.  Yes.
19     Q.  And then she indicates in a parentheses by
20  each name, it looks like an R followed by a state
21  abbreviation.  The R, I assume, reflects the party
22  affiliation of the attendees; is that correct?
23     A.  Yes.
24     Q.  It looks like participation in the Cannon
25  office building -- or attendance at the Cannon office

Page 125

1  building function is primarily a Republican-dominated
2  event.  Is that typical?
3      A.  I would say we have more Republican
4  congressmen attending than Democrat.  Maybe that says
5  something about their prayer life.
6      Q.  About what?
7      A.  Maybe that says something about their prayer
8  life.
9      Q.  I'm missing the last part of it.  I'm missing
10  the punch line.
11     A.  I said, jokingly, maybe that says something
12  about their prayer life.
13     Q.  Oh, yeah, yeah.  Well, you should ask them,
14  send them that in next year's letter.
15     A.  I would like to say that Democrats -- all
16  Democrats and Republicans are invited.  We send out
17  letters of invitation to all of them.
18         (Exhibit 9 was marked for identification.)
19     Q.  (BY MR. BOLTON) Exhibit 9 is a letter by you
20  written in August of 2008 to Father Daniel Coughlin; is
21  that correct?
22     A.  Correct.
23     Q.  And he's the chaplain for the House of
24  Representatives?
25     A.  Yes, he is.

32 (Pages 122 to 125)

Page 126

1       Q.   And he, apparently, participated in the 2008
2   activities at the Cannon office building?
3       A.   Yes.
4       Q.   Had he previously participated, or was this
5   the first year that he actively participated?
6       A.   He's participated before.
7       Q.   In the second paragraph of your letter to
8   Father Coughlin, you comment that, basically, work
9   never stops, you're working on the '09 observance
10   already, and you tell him what the prayer theme will be
11   and the supporting scripture.  And then you indicate,
12   in the last sentence of the paragraph, that the theme
13   for '09 reflects your "conviction that hope for the
14   future is found only through God's mercy and provision
15   as his people humble themselves before His throne."  Do
16   you see that?
17       A.   Yes.
18       Q.   You were sincerely indicating to him how you
19   understand the theme for '09, you know, how at least
20   you interpret it and why you chose that theme?
21       A.   Yes.
22       Q.   Condoleezza Rice, did she participate in the
23   2008 activities?
24       A.   She was invited but couldn't participate.  She
25   was out of the country.

Page 127

1       Q.   In the letter to her relating to the '08
2   observance, you stated that the Cannon office building
3   event is symbolic of thousands of others taking place
4   throughout the country.  Is that one of the reasons for
5   holding it in the Cannon office building in terms of
6   the symbolism?
7       A.   No.  As I said, the event at the Cannon office
8   building is not any more important than the other
9   events across the nation.  The reason we hold it there
10   is because it is the seat of our government, and we're
11   there to pray for our government.
12       Q.   And so for that reason, it's certainly
13   preferable, from your perspective, to have it in the
14   Cannon office building than, for instance, in a hotel
15   conference room or something like you -- you said the
16   night before, you have an event which is more of a
17   social event, as I understand it, correct?
18       A.   Right.
19       Q.   But in terms of the actual observance, the
20   preference would be to have it in a government building
21   reflecting the seat of our government rather than in
22   some other sort of conference facility?
23       A.   Well, when I took over as chairman, the
24   precedent had already been set by Vonette Bright to
25   hold the National Day of Prayer in Washington, D.C. at

Page 128

1   either the Dirksen building --
2       Q.   Who asked you to do that?
3       A.   I said the precedent for being in the
4   government building in Washington, D.C. was set by
5   Vonette Bright when she was chairman.  And so when I
6   took over, we just continued that tradition.
7       Q.   But you agree with that tradition?
8       A.   I do.
9           (Exhibit 10 was marked for identification.)
10       Q.   (BY MR. BOLTON) Exhibit 11, is that the
11   exhibit you're looking at right now?
12       A.   Yes.
13           MR. ROSENBERG:  Was 10 the Condoleezza Rice
14   letter?  The last one I had was 9.
15           MR. THERIOT:  You have actually never
16   proffered Condoleezza Rice.
17           MR. BOLTON:  Did I mark it?  Which one are you
18   missing?
19           MR. ROSENBERG:  The last one I have is
20   Coughlin.
21           MR. BOLTON:  10 was -- yeah, I forgot.  Just
22   for our record, why don't you go ahead and just
23   identify 10.
24       Q.   (BY MR. BOLTON) We've talked about it, but
25   Exhibit 10 is the letter to Father Coughlin, correct?

Page 129

1           MR. ROSENBERG:  9 is Coughlin.
2           MR. THERIOT:  Coughlin is 9, and this says
3   Father Coughlin too.
4           MR. BOLTON:  Then I just erred.  So,
5   sequentially then, right now we're missing 10, correct?
6           MR. THERIOT:  Correct.
7           MR. BOLTON:  And the exhibit that you have
8   right now marked as Exhibit 11, that's the letter to
9   Mark McIntyre.
10           MR. THERIOT:  Right.
11           MR. BOLTON:  Mike McIntyre.
12           MR. THERIOT:  So you're going to remark this
13   one?
14           MR. BOLTON:  Why don't we.  So 10 is going to
15   be the McIntyre letter.
16       Q.   (BY MR. BOLTON) Exhibit 10, then, is the
17   letter that you wrote to Representative Mike McIntyre,
18   correct?
19       A.   Correct.
20       Q.   And this was before the 2008 observance of the
21   National Day of Prayer, correct?
22       A.   Yes.
23       Q.   And Representative McIntyre represented the
24   House of Representatives then?
25       A.   The legislature, yes.

33  (Pages 126 to 129)

Page 130

1    Q.  Had he participated in the past,
2  Representative McIntyre?
3    A.  Yes.
4    Q.  And how had he been selected for participation
5  in the past?
6    A.  We try to make it fair.  We choose a Democrat
7  to represent the legislature one year and a Republican
8  the next year.  So he was our Democratic
9  representative.
10    Q.  And then in the second paragraph, you asked
11  him also to include a brief description of the
12  significant role prayer has played in his personal and
13  professional life, correct?
14    A.  Yes.
15    Q.  That actually seems to be fairly typical in
16  the letters that you write to these individuals.
17    A.  Well, it is a prayer service.
18    Q.  Pardon?
19    A.  It is a prayer service.  And so when they come
20  over, we like for them to reference prayer in their
21  life.  They don't have to, but it is a prayer service.
22  It's about prayer.
23    Q.  And the only reason I was making a point of it
24  was because when we talked about that without reference
25  to the letters, you had not recalled that you actually

Page 131

1  asked people to reflect upon or comment upon the role
2  that religion played in their personal lives.  That was
3  the only reason why I drew attention to this.
4    A.  Well, I don't think every letter says that,
5  but some do, and the ones that you've brought have.
6    Q.  Did you know with regard to Condoleezza Rice
7  whether or not religion had played a -- or prayer had
8  played a significant role in her personal and
9  professional life?
10    A.  My understanding of her history is that she
11  came from a very religious family.
12    Q.  And the reason I ask is because the same
13  language that we've been talking about is included in
14  the letter that you wrote to her.  When you say it's
15  included in some letters, I must say, I haven't sen
16  letters that didn't include that language in terms of
17  the presenters that you anticipated -- or the speakers
18  at the observances.  That would make sense because, as
19  you said, this is a prayer service.
20    A.  It is.
21    MR. ROSENBERG:  Objection.  I don't know that
22  there was a question there.
23    MR. BOLTON:  Now, if I have these
24  sequentially, is 11 next?
25    MR. THERIOT:  Yes, 11 should be next.

Page 132

1    (Exhibit 11 was marked for identification.)
2    Q.  (BY MR. BOLTON)  Now, Exhibit 11, then, is the
3  letter that you wrote to Chaplain Barry Black, the
4  Senate chaplain, in March of 2008, correct?
5    A.  Correct.
6    Q.  And that year the Senate chaplain participated
7  in your observance; is that correct?
8    A.  Correct.
9    Q.  Had he participated previously in any of your
10  observances?
11    A.  As a courtesy to both chaplain of the House
12  and the chaplain of the Senate, we alternate.  One year
13  the chaplain of the House, one year the chaplain of the
14  Senate.  So this was his year.
15    Q.  In the letter that you write to him in Exhibit
16  11, you're inviting him to participate -- actually it
17  looks like he's already agreed to participate, and you
18  acknowledge that you're delighted that he will be
19  joining you again "to lead a time of intercession
20  during our Capitol Hill NDP observance on May 1, 2008."
21  What do you mean by that, "lead a time of
22  intercession"?
23    A.  Well, intercession is just praying.
24    Q.  Pardon?
25    A.  Intercession is just praying.

Page 133

1    Q.  Okay.
2    A.  When you're interceding, you're praying.
3    Q.  Okay.  And then in the last paragraph of the
4  letter, you thank Chaplain Black for "demonstrating an
5  ongoing deep commitment to lifting our land and its
6  people before the Almighty and encouraging others to do
7  so."  What did you mean by that?
8    A.  He is the chaplain of the Senate.  He is their
9  pastor.  And he does have a deep commitment to praying
10  for those senators and their families and praying for
11  the land.  So this is just kind of restating what I
12  know his heart is.
13    Q.  And his participation in the NDP Task Force
14  observance in the Cannon office building, would that be
15  a continuation of that, that participating in a prayer
16  service, would you construe that to be encouragement
17  for others?
18    MR. THERIOT:  Objection, vague.
19    A.  Well, they are the religious leaders for the
20  Senate and the House.  So I would say that would be an
21  encouragement for them to participate.
22    Q.  (BY MR. BOLTON)  Including his participation in
23  the Cannon office building?
24    A.  That's what I'm talking about.
25    MR. THERIOT:  Whenever you're ready, it's

34  (Pages 130 to 133)

Page 134

1    12:30.
2        MR. BOLTON: Is now a good time to take a
3    break then?
4        MR. THERIOT: Sure.
5        MR. BOLTON: And then I'll organize. We won't
6    be a whole lot longer.
7        MR. THERIOT: Okay. Great.
8        (A lunch break was taken from 12:27 p.m. until
9    1:12 p.m.)
10       Q. (BY MR. BOLTON) Mrs. Dobson, my understanding
11   is that, at least in the last few years, most of the
12   governors are incorporating the task force theme and
13   supporting scripture in their own proclamations. Do
14   you have any explanation for why that is?
15       MR. THERIOT: Objection, assumes facts not
16   established.
17       A. I don't know why they would include it. I
18   don't know.
19       Q. (BY MR. BOLTON) Who is the intended audience
20   of these various proclamations?
21       A. To the people of the state.
22       Q. Or in the case of the President?
23       A. The people of the nation.
24       Q. The annual theme and supporting scripture that
25   you utilized this year, is there any effort made by the

Page 135

1    task force to conceal its Judeo-Christian
2    orientation?
3        A. No.
4        Q. In other words, at least to you, the annual
5    theme and supporting scripture would be readily
6    recognized, at least by your constituency, as coming
7    from that Judeo-Christian background?
8        A. Yes.
9        (Exhibit 12 was marked for identification.)
10       Q. (BY MR. BOLTON) Mrs. Dobson, we marked and I
11   presented to you Exhibit 12, and that's the letter that
12   you wrote to President Bush in anticipation of the 2008
13   National Day of Prayer; is that correct?
14       A. Yes.
15       Q. And, again, in the third paragraph, it
16   indicates that you provided the President with a draft
17   of a proclamation, correct?
18       A. Yes.
19       Q. And then it goes on to say, in the same
20   paragraph, the third paragraph of Exhibit 12, that you
21   state that your 40,000 volunteer coordinators will be
22   reading the proclamation at their events, and that the
23   President's declaration underscoring the need for
24   corporate and personal intercession will lend
25   tremendous prestige and credibility to these

Page 136

1    gatherings. And then you go on to say, "In addition,
2    we plan to release it to the media the week preceding
3    May 1st."
4        First of all, you make reference to 40,000
5    volunteer coordinators. To the best of your knowledge,
6    that was an accurate number at least at the time of
7    this letter?
8        A. Yes.
9        Q. And you indicate that those coordinators will
10   be reading the President's proclamation underscoring
11   the need for corporate and personal intercession. And
12   my understanding from when we talked this morning, that
13   means underscoring the need for group and personal
14   prayer basically?
15       A. Correct.
16       (Exhibit 13 was marked for identification.)
17       Q. (BY MR. BOLTON) Exhibit 13 is an earlier
18   letter. Again, it looks to me like it's a form, the
19   template that you used to write to the governors in
20   2006 in anticipation of that year's National Day of
21   Prayer, correct?
22       A. Correct.
23       Q. And this is a letter that you would have sent
24   to each of the governors, correct?
25       A. That's right.

Page 137

1        Q. In the second paragraph, you state that you
2    are convinced that the theme for this year, the 2006
3    observance, and the theme was America Honor God, "will
4    serve as a valuable reminder that the Lord is at work
5    in this great land and is deserving of veneration and
6    absolute trust." Do you think that that message is
7    somehow conveyed by the theme itself?
8        A. Well, when I say that it will serve as a
9    valuable reminder, I'm not saying that to the governor.
10   I'm saying that it will serve as a valuable reminder to
11   the nation that the Lord is at work in our great
12   land.
13       Q. Okay. The theme does?
14       A. Yes.
15       Q. Later in that same paragraph, the second
16   paragraph of Exhibit 13, you write to the different
17   governors that with their support, "We can further our
18   efforts to call the nation to prayer, acknowledging our
19   Creator, and asking for guidance and protection on
20   behalf of our families, our government, and our Armed
21   Forces." Do you see that language?
22       A. I do.
23       Q. And when you say that with the governor's
24   support "we can further that effort," the support that
25   you're asking for there is in the form of signing and

35 (Pages 134 to 137)

Page 138

1  issuing a proclamation. Am I reading that correctly?
2      A.  That's right.
3      Q.  And then when you say with that support, "we
4  can further our efforts," now, the "we" there, is that
5  a corporate we, is that a task force we, or is that a
6  broader we, meaning the task force and your
7  constituency as well as the government leaders that
8  you're writing to?
9      A.  I would say the task force at the grass-roots
10  level, the people at the grass-roots -- the National
11  Day of Prayer is really a grass-roots level, they're
12  the ones that do all the work out there. They put the
13  events together. And so that is what is meant by that,
14  our task force as well as those that work at the
15  grass-roots level.
16      Q.  Were you involved in any sort of planning or
17  conceptualizing on how the task force could turn the
18  National Day of Prayer into a call to the nation to
19  embrace prayer? Was that something that you undertook,
20  as a task force, to try and turn the National Day of
21  Prayer into, or was it something that was already there
22  that you took advantage of?
23      MR. ROSENBERG:  Objection as to form.
24      A.  Mrs. Vonette Bright was the chairman for eight
25  years before me, and things were already, you know --

Page 139

1  in other words, I just took over the baton from her,
2  and the groundwork was already laid pretty much by her,
3  and I just built on it.
4      Q.  (BY MR. BOLTON) Did you understand that you
5  were trying to -- I mean, you're saying Mrs. Bright had
6  been the chairman I think you said?
7      A.  For eight years.
8      Q.  And I'm not sure of the math there. My
9  understanding is that the task force was created in
10  1988 and that you became a cochair in 1989.
11      A.  All I know is that Vonette told me that she
12  had been chair for eight years.
13      Q.  Who is Mrs. Bright? I confess that I don't
14  know her background or the name.
15      A.  Well, they have a ministry, and she's the
16  cofounder with her husband, Dr. Bill Bright. They have
17  a ministry called Campus Crusade for Christ, and it's a
18  campus ministry at universities, Bible studies and
19  support groups, and she's also a member of the National
20  Prayer Committee, and she was also at the Lausanne
21  Covenant meeting.
22      Q.  Do you understand that by this point in time,
23  the National Day of Prayer has become a call to the
24  nation to prayer?
25      MR. THERIOT:  Objection, vague.

Page 140

1      MR. ROSENBERG:  Objection.
2      MR. THERIOT:  Are you talking about now or the
3  date of the exhibit?
4      MR. BOLTON: Now.
5      A.  Can you repeat the question?
6      MR. BOLTON:  Can you read it back?
7      (The requested question was read back by the
8  reporter.)
9      MR. ROSENBERG:  And I just want to object both
10  on form and assumes facts not in evidence.
11      MR. BOLTON:  I have actually never known that
12  to be a deposition objection.
13      Q.  (BY MR. BOLTON) Can you answer the question?
14      A.  National Day of Prayer is put -- is on many of
15  our calendars in America, and so it is known as a day,
16  you know, for people to come together to pray or to
17  pray in their homes, wherever they are, in their car
18  with a cup of coffee going to work, but it is a day to
19  remember our nation, our families, our military in
20  corporate prayer and individual prayer.
21      Q.  What would be lost, in your view, if the
22  National Day of Prayer was simply a designated day but
23  it was not an occasion for corporate prayer but merely
24  personal prayer and reflection?
25      A.  I think we would lose a great blessing on our

Page 141

1  land. I think it's wonderful to have a day to remind
2  people the need to pray for America, for those that
3  lead us to ask for God's continued blessing and
4  protection on our land and to ask for wisdom and
5  guidance for those that lead us.
6      Q.  Now, the National Day of Prayer Task Force has
7  become the subject of some criticism by some groups
8  that are not your constituency. Is that true?
9      A.  Yes.
10      Q.  And the criticism is that -- and you may have
11  seen this term used -- the National Day of Prayer has
12  been hijacked by groups like your own. Have you seen
13  or heard of that, that particular phrasing?
14      A.  Yes, I've seen it in the newspaper.
15      Q.  In terms of the appearance of the National Day
16  of Prayer as a Judeo-Christian celebration, can you
17  understand why that would be divisive to groups that
18  don't share your views?
19      MR. THERIOT:  Objection, calls for
20  speculation.
21      A.  I think National Day of Prayer is probably
22  the -- National Day of Prayer Task Force expression of
23  the National Day of Prayer is probably the best
24  organized and the largest, and, therefore, that's how
25  we're seen. But, as I said before, any faith can have

36 (Pages 138 to 141)

Page 142

1   their own task force, can celebrate the National Day of
2   Prayer, and can grow their movement just like we
3   have.
4       Q.   (BY MR. BOLTON) And for those that are upset,
5   they should simply do a better job of organizing, is
6   that really the response that you would make to them?
7       A.   I would just remind them that this day belongs
8   to all Americans and we are a privately owned and
9   funded 501(c)(3), and, therefore, we can express it
10  however we decide to.
11      Q.   But there is a sense in which the official
12  celebrations and observances of the day of prayer have
13  become -- have a distinct Christian flavor.
14      MR. THERIOT:  Objection, assumes facts not in
15  evidence -- or not established is the proper
16  objection.
17      MR. BOLTON:  I'm not actually sure that I have
18  to prove anything in a deposition.  Can you read the
19  question back to the witness?
20      (The requested question was read back by the
21  reporter.)
22      MR. THERIOT:  Same objection.
23      A.   Some would see it that way.
24      Q.   (BY MR. BOLTON) And at least for those that
25  see it that way and may not be of a Judeo-Christian

Page 143

1   orientation, can you understand then, whether correctly
2   or not, why they would be upset about how the National
3   Day of Prayer is being celebrated?
4       MR. THERIOT:  Objection, calls for
5   speculation.
6       A.   I don't know how they would see it.
7       Q.   (BY MR. BOLTON) Pardon?
8       A.   I don't know how they would see it.
9       Q.   You're certainly aware, though, of the
10  controversy and the use of the word "hijacking" in
11  terms of the day of prayer, correct?
12      A.   When I have seen that in the newspaper, it has
13  usually been a quote by Barry Lynn.
14      Q.   I know Mr. Lynn.
15      A.   So I see it in that context.  I think he was
16  the first one that used that.
17      Q.   Have you heard of the group Jews on First?
18      A.   Yes.
19      Q.   I think they may actually have been the ones
20  that used the hijacking language first.
21      A.   Well, I've seen it in the paper as quoted by
22  Barry Lynn, but you could be right.
23      Q.   But in any event, what do you think causes
24  this reaction against the National Day of Prayer as
25  it's been celebrated?

Page 144

1       MR. THERIOT:  Objection, speculation.
2       A.   I see it as harassment.
3       Q.   (BY MR. BOLTON) Pardon?
4       A.   I see it as harassment.
5       Q.   So these organizations and groups that have a
6   problem are harassing groups like your own?
7       A.   In the way they speak, I think it's
8   harassment.  None of them offer a solution or an option
9   to the National Day of Prayer.  I mean, they just
10  object to it.
11      Q.   And as you understand the day of prayer then,
12  I mean, you may be better organized than other groups,
13  but that that opportunity is available to any group
14  that wants to celebrate and promote prayer?
15      A.   Absolutely.
16      Q.   What about people who are nonbelievers?
17      A.   Well, there was a group in Oklahoma that I
18  think it was Atheists Against the National Day of
19  Prayer, so they had a celebration on the National Day
20  of Prayer.  So anyone can do whatever they want.  We're
21  just expressing it from our constituent base and what
22  we believe.
23      Q.   But you could have a celebration promoting
24  prayer without there being a National Day of Prayer,
25  correct?

Page 145

1       A.   Yes.
2       Q.   In which case you would be in the same boat as
3   the Atheist group in Oklahoma, correct?
4       MR. THERIOT:  Objection, vague.
5       A.   No.
6       Q.   (BY MR. BOLTON) I mean, there is a distinction
7   between having your own celebration without a
8   presidential endorsement and having your observances
9   with a presidential endorsement?
10      MR. THERIOT:  Objection, assumes facts not
11  established.  Presidential endorsement -- "endorsement"
12  is a legal term of art.  There's been no concession
13  that the President has endorsed the National Day of
14  Prayer.
15      MR. BOLTON:  I understand the objection,
16  failure to prove a fact.  It's a deposition that we're
17  conducting.
18      MR. THERIOT:  I understand, but you're
19  assuming facts that haven't been established.  You're
20  assuming, for instance, that the National Day of Prayer
21  endorses prayer.  That's a legal term of art.  I'm not
22  going to let that go without objecting, but she can
23  answer to the extent that she knows.
24      A.   Could you restate the question?
25      (The requested question was read back by the

37  (Pages 142 to 145)

Page 146

1    reporter.)
2        A.   Well, as my lawyer said, the President doesn't
3    endorse the National Day of Prayer.  He may support it,
4    but officially he doesn't endorse it.  We encourage
5    prayer 365 days of the year, not just on the National
6    Day of Prayer.  That is just a rallying -- sort of a
7    rallying day that is targeted to praying more for our
8    government and its leaders, for our military, and for
9    the people of this country.  Did I answer your
10   question?
11       Q.   (BY MR. BOLTON) Well, it still seems to me
12   that the National Day of Prayer is a hard one -- I
13   mean, you say that it's certainly recognizable for
14   whatever religion you may believe in, but it still
15   seems like it's a hard sell for an unbeliever, that
16   somehow this day has something for them.
17       MR. ROSENBERG:  Objection.
18       MR. THERIOT:  Objection.  It's not in the form
19   of a question.
20       Q.   (BY MR. BOLTON) Would you agree that that
21   sounds like kind of a hard sell?
22       A.   I'm not clear on the question.  Maybe I'm
23   getting tired.
24       Q.   Certainly the National Day of Prayer is not
25   intended to -- I mean, it is intended to acknowledge

Page 147

1    religion, you would agree with that much at least,
2    right?
3        A.   The National Day of Prayer is set aside for
4    people to pray, and they cannot pray or they can pray.
5    It's totally up to them.  It's a day that's been given
6    to us by our Congress.  It's a day we can celebrate it
7    or not celebrate it.  There are millions of people that
8    don't celebrate the National Day of Prayer.  They don't
9    pray on that day or maybe any other day.  I don't know.
10       (Exhibit 14 was marked for identification.)
11       Q.   (BY MR. BOLTON) Exhibit 14 is a letter that
12   you wrote to Secretary of Education Paige back in 2004;
13   is that correct?
14       A.   Correct.
15       Q.   And he represented the executive branch in the
16   '04 Cannon office building observance; is that
17   correct?
18       A.   That's correct.
19       Q.   And in the second paragraph, you state that,
20   "Foundational to our country has been the understanding
21   that God," God with a capital G, "is the Source," and
22   source also with a capital letter, "of freedom and has
23   given His creation," His capitalized, "'inalienable
24   rights.'"  The foundational God that you're talking
25   about is the God of your Bible, correct?

Page 148

1        A.   God of the Bible, yes.  Creator God.
2        Q.   And the theme that you selected for '04 is
3    based on supporting scripture in Leviticus, correct?
4        A.   Correct.
5        Q.   And it was your hope, as you expressed it to
6    Secretary Paige, that the message that God is the
7    Source of freedom and has given His creation
8    inalienable rights, that this message would be a
9    catalyst to draw Americans closer to God as they look
10   to Him for guidance with their personal concerns as
11   well as those of our leaders, community and country.
12   You wrote that, correct?
13       A.   I wrote it along with Master Writers,
14   correct.
15       Q.   Does it reflect more your views or Master
16   Writers' views?
17       A.   I think in that particular sentence -- or
18   paragraph, I think it would probably be Master Writers
19   helped craft the way it was worded.  Of course, I
20   always read the letters and I approve them.
21       Q.   Pardon?
22       A.   I always read the letters and approve them.  I
23   don't let them go out over my signature without reading
24   them.
25       Q.   The letter that you signed indicates that you

Page 149

1    hope that the theme for '04 will be a catalyst to draw
2    Americans closer to God.  Do you disagree with that?
3        A.   No, I agree with that.
4        Q.   And then you ask that the Secretary Paige
5    present a brief message calling for prayer on behalf of
6    those in the executive branch of government.  And did
7    you mean that?
8        A.   Yes.
9        Q.   And, in fact, the purpose, as you've expressed
10   it, of this Cannon office building observance is to
11   call for prayer, correct?
12       A.   Correct.
13       (Exhibit 15 was marked for identification.)
14       Q.   (BY MR. BOLTON) Exhibit 15, have you had a
15   chance to look at it?
16       A.   Yes.
17       Q.   And was that your invitation to the East Room?
18   Or this was the Rose Garden observance of the National
19   Day of Prayer in '08, correct?
20       A.   No.  I believe this was in the East Room.
21       Q.   Okay.
22       A.   No.  It says the Rose Garden.  Do you know
23   what, it was supposed to be the Rose Garden and then
24   the White House changed it at the last minute and we
25   were in the East Room.

Page 150

1    Q.   And Exhibit 15, that was the invitation that
2  you received?
3    A.   The public liaison's office sends out
4  invitations.  So, yes, this is one that we sent to some
5  of our constituents.  They allow us to choose 100
6  people, and then they choose their list, which is
7  usually 250, to attend that.
8    Q.   So at this East Room observance then, how many
9  people would there be?
10    A.   I would say around 230, 250 people.
11    Q.   And the task force, you would be allowed to
12  extend some of the invitations then?
13    A.   No.  We were allowed to present some names of
14  people that we would like to be invited.  Some were and
15  some weren't.  It all depends on the White House.
16    Q.   And do you know what criteria was used to
17  select who would attend the White House observance of
18  the day of prayer?
19    A.   The First Lady wanted all dimensions of our
20  culture represented there.  She wanted Hispanic, black,
21  Caucasian, she wanted people with different religions,
22  she wanted kind of a -- how can I put it?  Kind of a
23  spattering of our culture, just different religions,
24  different races, poor, wealthy.
25    Q.   Do you know whether any nonbelievers were

Page 151

1  invited?
2    A.   I don't know.
3    Q.   Would you expect that nonbelievers would be
4  invited to this observance?
5    A.   I don't know.  I certainly don't know
6  everybody who believes and doesn't believe, and I doubt
7  that the First Lady knew either.
8    Q.   In terms of that East Room observance, about
9  how long would that observance --
10    A.   Usually 30 minutes.
11    Q.   And how was it conducted?  What happened?
12    A.   Well, it was a prayer service, and so we would
13  be led into the East Room and the President would come
14  in later to be seated, and then the prayer service
15  started, and that was conducted by the public liasison's
16  office.  It had music, and they had prayers by
17  different religious people, and then the President
18  would close by having a short speech.
19    Q.   And certainly this observance, then, was
20  referenced as the designated National Day of Prayer,
21  correct?
22    A.   Right.
23    Q.   And that was the reason for the occasion,
24  correct?
25    A.   Yes.  They were celebrating -- that was their

Page 152

1  way of celebrating the National Day of Prayer.
2    (Exhibit 16 was marked for identification.)
3    Q.   (BY MR. BOLTON)  Now, I think I presented
4  Exhibit 16, but correct me, does it have a blue sticker
5  on it that says Exhibit 16?
6    A.   Yes.
7    Q.   Can you identify Exhibit 16?
8    A.   Yes.  It's our National Day of Prayer Task
9  Force poster.
10    Q.   And this was something prepared by the task
11  force?
12    A.   Actually, I misspoke before.  Focus on the
13  Family has an art department.  I think I said that
14  we're charged for the services that they give us, and
15  so the art department gave us -- gives us three or four
16  options for our logo and also for our posters, and then
17  we select the one that we like.
18    Q.   Okay.  So Exhibit 16 was prepared by the task
19  force though, correct?
20    A.   Yes.
21    Q.   How was this poster distributed?  Where did
22  you put it?
23    A.   Well, people -- we put it in our catalog, and
24  people order it if they want it.  Sometimes it's put in
25  businesses, churches.  We don't even know where it ends

Page 153

1  up, but people just order it.
2    Q.   But this is a poster that is -- I mean, is it
3  basically a commemorative then, or is it used also
4  for --
5    A.   We have a different poster every year that
6  goes with the theme.
7    Q.   And at the very top it says, "58th Annual
8  Observance," then right below that in large lettering
9  it says, "Prayer, America's Hope," and Prayer,
10  America's Hope, was your '09 theme?
11    A.   Yes.
12    Q.   Was this poster used for any purpose, you
13  know, any sort of, you know, promotional purpose in
14  terms of alerting people of the observance, or is this
15  basically just a poster that is created for people who
16  want to buy it from your catalog and then do whatever
17  they want with it?
18    A.   That's correct.
19    Q.   The latter?
20    A.   The latter, yes.
21    Q.   So it's really a commemorative type of poster
22  then?
23    A.   Right.
24    Q.   Okay.  It says "58th Annual Observance," and
25  then immediately below it there's a reference in large

39  (Pages 150 to 153)

Page 154

1  letters to the task force's annual theme. Certainly
2  the 58th Annual Observance is not referencing anything
3  to do with the task force itself, correct?
4      A.  No.  I mean, yes, you're correct about that.
5      Q.  Pardon?
6      A.  You're correct.
7      Q.  And then down at the bottom it says, "National
8  Day of Prayer" and it gives the date and it references
9  the Cannon House Office Building, Caucus Room.  With
10  this particular commemorative, is there any cue to
11  people who look at this that this is actually a task
12  force observance?
13      A.  Most of the people that join us for the
14  National Day of Prayer in Washington, D.C. I would say
15  are constituents that know about the task force.  So
16  I'm sure they would know.
17      Q.  But to people that weren't involved in these
18  actual observances -- you say the people who actually
19  participate in the observances would know?
20      A.  Uh-huh.
21      Q.  If I was not a participant in the observance
22  in the Cannon office building, is there anything in
23  Exhibit 16 that would readily alert me that this is a
24  task force presentation?
25      A.  I don't know how people would see this.  I

Page 155

1  can't speculate on what you would think or what other
2  people would think.
3      Q.  Can we agree, without speculation, that there
4  is nothing on here that makes reference to the task
5  force?
6      A.  Correct.
7      Q.  Okay.
8      A.  Can I ask you a question?
9      Q.  Yes.
10      A.  Where did you get this?  What did this come
11  off of?
12      Q.  I don't know.
13      A.  Because it's possible that it did have our
14  logo down here saying "task force."  It's possible,
15  because we usually don't do a poster without a logo on
16  it.
17      Q.  It has the Bates numbers from your lawyer, so
18  it would have come from --
19      MR. THERIOT:  Yeah, we provided that to them.
20  The original, you're right, might have something that's
21  a little clearer.
22      A.  We usually all put our logo on this that says
23  "task force."
24      (Exhibit 17 was marked for identification.)
25      Q.  (BY MR. BOLTON) Can you identify Exhibit 17?

Page 156

1      A.  Yes.
2      Q.  What is it?
3      A.  It is the program.  It's what people are given
4  when they come into the National Day of Prayer
5  observance.  They're given a program.
6      Q.  Okay.  And would this program have been
7  prepared by or for the task force?
8      A.  No.  We prepare this.
9      Q.  So this would have been something that was
10  prepared by the task force itself?
11      A.  Yes.
12      Q.  And this is the program for the '09 Cannon
13  office building observance, correct?
14      A.  Correct.
15      Q.  And it says at the top, it says, "National Day
16  of Prayer, Cannon Program."  It gives an address.  And
17  then it says 9 a.m. to 12 p.m.  It is a three-hour
18  program?
19      A.  Yes.
20      Q.  And about how many attendees are there for the
21  Cannon program?
22      A.  I think the building holds about 350.
23      Q.  And then that guest list, that's one that
24  task force controls?
25      A.  We invite some people, but it's open to the

Page 157

1  public.  We have people coming from all over the
2  nation.
3      Q.  So in terms of the number of invites that the
4  task force sends out, of that 250 people, about how
5  many of those would be at the invitation of the task
6  force?
7      A.  Our public affairs person would have the
8  answer to that.
9      Q.  Okay.  Do you have any understanding or
10  estimate of how much of that audience is task force
11  invited?
12      A.  It varies from year to year.  You would have
13  to ask Faye Tharp.  She's our public affairs
14  director.
15      Q.  Now, when people come to the Cannon program,
16  are they given this program?
17      A.  Yes.
18      Q.  Are they given anything else?  Do they get any
19  other written materials?
20      A.  I think, on occasion, we've given out our
21  bookmarks which gives the prayer for the 7 times 7, the
22  government, military, media, education, church and
23  family.
24      Q.  You said it's open to the public.  And
25  presumably the people that are the guests of the task

40  (Pages 154 to 157)

## Page 158

1  force, I assume they have some sort of reserved
2  seating.
3      A.  We have a few reserved seats up front, and we
4  also reserve a section for the congressmen and senators
5  that might drop in so they will always be able to find
6  a seat.  We save a couple of rows for them.
7      Q.  For those people that are not guests, invited
8  guests of the task force, but are members of the
9  public, how are they made aware?  How is this Cannon
10 office National Day of Prayer observance advertised?
11     A.  Well, we do radio spots, and we announce that
12 we're going to be having a Washington, D.C. service at
13 the Cannon House office building, and we put a little
14 reminder in roll call that goes in Congress.  You know,
15 you can do that, just announcing that there will be a
16 service in the Cannon office building, and probably in
17 some of our literature that we send out.
18     Q.  In terms of Exhibit 17, in its own right, is
19 there an indication on Exhibit 17 that this is an
20 observance that is sponsored by the National Day of
21 Prayer Task Force?
22     A.  Not on this particular program.
23     Q.  To your knowledge, is that typical or
24 atypical?
25     A.  This is the inside of the program.  The

## Page 159

1  outside of the program could have the logo saying "task
2  force."  Do you have a copy of that?
3      Q.  I don't know.
4      A.  I can get a copy.
5      Q.  Certainly on Exhibit 17 itself, it is
6  identified as the Cannon Caucus Room Observance,
7  correct?
8      A.  Yes.  But if you look down at the keynote
9  speaker, it says, "Mrs. Beth Moore, Honorary Chairman,
10 National Day of Prayer Task Force."
11     Q.  Well, it also says, "Prayer for the Nations,
12 Ambassador to the United States," and I'm assuming that
13 the indication of any of these other people does not
14 actually identify the sponsor of this observance,
15 correct?
16     A.  Well, down below it says, "Prayer Challenge,
17 Mr. Brian Toon, Vice Chairman, National Day of Prayer
18 Task Force."
19     MR. THERIOT:  Rich, I was just provided a
20 document that appears to be the whole document.  If you
21 want to, you can refer to that.
22     MR. BOLTON:  Can we mark this?
23     MR. ROSENBERG:  Yeah.
24     (Exhibit 18 was marked for identification.)
25     Q.  (BY MR. BOLTON) What we've marked as Exhibit

## Page 160

1  18 looks like -- you made reference that Exhibit 17 was
2  an inside page of the Cannon Caucus Room Observance
3  from '09 and that it was part of a larger program.  Is
4  Exhibit 18 the entire program?
5      A.  Yes, I believe it is.
6      Q.  The first page, at least as we looked at it,
7  doesn't necessarily -- I didn't see any reference to
8  the task force on the first page or the second page.
9  Am I correct?
10     A.  This is a program that's a bifold.  All the
11 information is on it, front, inside and back.  It's all
12 one piece.
13     Q.  At least as it's been reproduced here, the
14 third page, though, does show basically the task
15 force -- basically your employees -- and I don't have a
16 copy in front of me, but certainly many references to
17 the task force, correct?
18     A.  Yes.
19     Q.  So there's certainly nothing then about
20 Exhibit 18 that would indicate that this is a
21 nondenominational observance, correct?  I mean, the
22 Cannon office building observance is -- I mean, it's a
23 task force presentation, correct?
24     A.  Other faiths are not included, but the program
25 is a Judeo-Christian expression of the National Day of

## Page 161

1  Prayer, our task force expression.
2      Q.  And certainly in '09, that's what it was,
3  correct?
4      A.  Yes.
5      Q.  And that's been the tenor of the observance in
6  the Cannon office building since you've been the
7  chairman of the task force, correct?
8      A.  Since Vonette Bright has been the chairman.
9      Q.  You became the cochair in 1989.  And as I
10 understand it, the task force was created in '88.  Do
11 you know whether the task force was created before or
12 after the National Day of Prayer was celebrated in
13 1988?
14     A.  Vonette Bright would know the answer to that.
15 I'm not sure on that.
16     Q.  Certainly, you've been involved pretty much
17 then, if not for the entire -- all of the observances
18 in the Cannon office building, certainly all of them
19 except one, correct?
20     A.  I don't know how many previous services were
21 in the Cannon House office building, but I have
22 attended and helped with the program since 1991 when I
23 became chairman.
24     Q.  And then do you attend as well, then, all of
25 the -- I mean, in the last few years, you had attended

Page 162

1  the White House observance, and then would you go from
2  the White House observance to the Cannon office
3  building observance?
4      A.  Yes, because that's our national observance,
5  so I would be there.
6      Q.  Reverend Claude Pike, is that a name that
7  you're familiar with?
8      A.  No.
9      Q.  My understanding is that in 1982, he was
10  trying to encourage President Reagan to make a bigger
11  thing of the National Day of Prayer and that Ronald
12  Reagan gathered religious leaders in 1982 to witness
13  his signing of the National Day of Prayer proclamation
14  that year.  Were you or your husband invited to that?
15      A.  I was invited.
16      Q.  Okay.  Do you recall it?
17      A.  Yes.
18      Q.  Did you attend?
19      A.  No.
20      Q.  Were you simply not able to attend, or was
21  there any -- did you have any objection to attending?
22      A.  I don't remember what the circumstances were,
23  but I didn't attend it, and I think it was my choice,
24  but I'm sorry now that I didn't because it was a very
25  important thing in our nation, and I wish I would have

Page 163

1  been there.
2      Q.  It was a very important what?
3      A.  I think it was a very important document that
4  was signed for our nation, and I wish I had been
5  there.
6      Q.  And just so we're clear, what did you
7  understand that you were invited to watch President
8  Reagan sign in 1982?
9      A.  I heard that he was going to sign into law
10  that the first Thursday of May was going to be our
11  national day of prayer.
12      Q.  And just so we're clear, I was referring to a
13  different -- that was in 1988.  My understanding was
14  that President Reagan gathered some religious leaders
15  to witness his signing, just his signing of the 1982
16  National Day of Prayer proclamation.  So we're talking
17  about different things.  And just so we're clear, that
18  1982 signing of the proclamation was not what you were
19  referring to that you were invited to?
20      A.  No.  I was referring to the signing into law
21  the first Thursday of May.
22      Q.  And in terms of the 1988 signing into law that
23  mandated the first Thursday in May of each year to be
24  designated the day of prayer, why do you believe that
25  that was an important occasion?

Page 164

1      A.  Well, I think any time a president signs into
2  law some type of bill, I think it's an honor to be
3  there.  And since I am a product of prayer as a small
4  child and have grown up believing in the power of
5  prayer, and to have a president sign into law the first
6  Thursday of May, that's a very big thing to me.
7      Q.  Did it give it more meaning than the
8  legislation that was signed by President Truman in
9  1952?
10      A.  I think so.  I think people of faith wanted to
11  have a day that they could know was going to be a day
12  of prayer instead of just letting it be at the whim of
13  the President.
14      Q.  Certainly calendar makers would agree with
15  that?
16      A.  Yes.  Hallmark liked it.
17      Q.  Pardon?
18      A.  Hallmark liked it.
19      Q.  And, certainly, your staff would agree with
20  that; it's a lot easier to organize around a date
21  certain, correct?
22      A.  Yes.
23      Q.  Susan Turner, is that a name you're familiar
24  with?
25      A.  Yes.

Page 165

1      Q.  And who is Susan Turner?
2      A.  She's a volunteer.  She comes and helps at our
3  office in many ways, and she provides scholarship money
4  for when we have a prayer coleader's conference or a
5  prayer summit and people want to come but can't afford
6  to come, she provides assistance for them.
7      Q.  Was she involved in the National Day of Prayer
8  coordinators' school event?  There's a document that
9  I've seen called the NDP Coordinators' School Prayer
10  Event.
11      A.  That's misnamed.  We have a prayer summit in
12  October which used to be called coordinators'
13  conference, and that's where we bring our coordinators
14  from around the nation here for a prayer service.
15      Q.  In terms of the constituencies that the task
16  force has come to mobilize, you've got a lot of
17  different groups with people targeting different
18  groups.  Are schools in the observance of the National
19  Day of Prayer a targeted group?
20      A.  Not really.  If any school does anything on
21  the National Day of Prayer, it's usually student led
22  and it is within the parameter of what is
23  appropriate.
24      Q.  Is there anybody who has sort of designated
25  responsibility for mobilizing schools and school-aged

42  (Pages 162 to 165)

Page 166

1   kids?
2       A.   No.
3       Q.   The National Day of Prayer, on its Website,
4   indicates that its goal is to provide collective
5   servant leadership to the national prayer movement.
6   National prayer movement, is that a term of art that is
7   identified with anything in particular?
8       A.   The National Prayer Committee is made up of
9   leaders of prayer ministries all across the nation.  So
10  I think he was using a broad term there.
11      MR. BOLTON:  I'm almost done.  Why don't we
12  take about a five-minute break just for me to look
13  through my notes, and then I'll at least be done.
14      THE WITNESS:  Okay.
15      MR. BOLTON:  Thank you.
16      (A brief break was taken.)
17      (Exhibit 19 was marked for identification.)
18      Q.   (BY MR. BOLTON) Mrs. Dobson, I've handed you
19  what I've marked as Exhibit 19.  Can you identify that
20  document?
21      A.   Let me look at this.
22      Q.   While you're looking, I will tell you that
23  when I looked at it, it looked like it was directed to
24  coordinators of National Day of Prayer observances at
25  the school level.

Page 167

1       A.   It looked like Susan Taylor put this
2   together -- or Turner, I'm sorry.  What was your
3   question?
4       Q.   Well, first of all, have you seen that
5   document before?
6       A.   I have not.
7       Q.   I mean, do you have any reason to believe that
8   that's not a National Day of Prayer Task Force
9   document?
10      A.   No, I believe it is a National Day of Prayer
11  Coordinators' School Prayer Event Guide as it says.  I
12  just have not seen it.
13      Q.   Does it refresh your recollection, then, as to
14  coordinating activities directed toward observances at
15  the school level?
16      A.   Susan Turner put this together for our state
17  coordinators, I believe, and what is allowed and what
18  is not allowed in schools for prayer on the National
19  Day of Prayer or prayer any time.  There are certain
20  restrictions.
21      Q.   And Susan Taylor apparently put this together,
22  correct?
23      A.   Turner, yes.
24      Q.   Does she have any background, or why would
25  this be something that she would have done?

Page 168

1       A.   Susan has a real heart for children, and she's
2   a real -- what I would call a prayer warrior, and
3   there's so much violence and corruptness in our schools
4   that, I think, she really felt it would be a good thing
5   if students that wanted to pray had a place and a time
6   to pray on the National Day of Prayer.  It could be on
7   the 50-yard line, it could be around their flagpole in
8   the morning.  They have this prayer day, I believe it's
9   in September, See You at the Pole, where students
10  gather around the flagpoles for prayer, and we don't
11  have anything to do with that.  That's something
12  else.
13      Q.   When you say she's a "prayer warrior," it's
14  interesting, because when I read through the guide that
15  she put together there, there seems to be a lot of
16  pushback to something that happened in 1962, what she
17  construed to be the Supreme Court's decision that said
18  that religion had to be banished from the schools.  Is
19  that something that you know her to be quite concerned
20  about?
21      A.   I have not talked to her about it.  I don't
22  know if she's concerned about it.
23      Q.   Certainly Exhibit 19, though, is an official
24  task force document.  Are there views in there that are
25  expressed that you disagree with that you've had a

Page 169

1   chance to see?  And I recognize you've only glanced at
2   it.
3       A.   I have not read it, but I would assume that
4   our executive director has read it and okayed it.
5       Q.   Okay.  With regard to the formation of the
6   task force by the National Prayer Committee, are
7   there -- first of all, the National Prayer Committee, I
8   assume, is a wholly transparent organization?  I mean,
9   its membership is public, correct?
10      A.   On the back of our letterhead, it has all the
11  names.
12      Q.   And since I don't know anybody, I wouldn't
13  recognize names that I should recognize.  Were there
14  any government officials on the National Prayer
15  Committee, to your knowledge --
16      A.   No.
17      Q.   -- at the time of the formation of the task
18  force?
19      A.   No.
20      Q.   I think I asked whether or not you had had
21  occasion to talk with President Bush about the National
22  Day of Prayer, and I believe your answer was that you
23  had not.
24      A.   Correct.
25      Q.   Do you know whether other task force staff or

Page 170

1  employees had any direct communication with the White
2  House regarding the National Day of Prayer?
3      A.  With the White House or with the President?
4      Q.  The President or his -- with the White House.
5      A.  No one has ever had a conversation with the
6  President.  The only one that we have spoken to at the
7  White House was the public liaison who is in charge, I
8  guess, of the program and whether they have a prayer
9  service or not.
10     Q.  Have you or your husband ever stayed at the
11  White House in regards to the National Day of Prayer?
12     A.  It would be nice, but no.  No.
13     Q.  Have you been to the White House for any
14  nonNational Day of Prayer functions?
15     A.  Yes.
16     Q.  And on how many occasions?
17     A.  When I have attended, it has always been with
18  my husband, and it's usually been some religious
19  leadership meeting that the President wanted to have or
20  a signing of a bill about abortion, we were invited for
21  that, along with -- not privately, but along with like
22  200 people.
23     Q.  And how many times have you been at one of
24  those functions?
25     A.  Under President George W. Bush?

Page 171

1      Q.  Any president.  I won't ask how many that
2  would be.
3      A.  I have no idea, because my husband has been on
4  commissions with presidents.
5      Q.  So is it fair to say that you've been to the
6  White House --
7      A.  Several times but not privately, always with a
8  group.
9      Q.  Do you believe that the Bible is literally
10  true word for word and is the inspired word of God?
11     A.  I do.
12     MR. BOLTON:  I think that's all I have.
13          EXAMINATION
14  BY MR. THERIOT:
15     Q.  Mrs. Dobson, I just had a couple of questions
16  to clarify the record.  With the original setting up of
17  the National Day of Prayer Task Force, that was
18  undertaken by the National Prayer Committee and
19  Mrs. Bright; is that right?
20     A.  The initial, yes.
21     Q.  And you weren't involved in that whatsoever?
22     A.  No.
23     Q.  And then as far as you're aware, any funding
24  from Focus on the Family for the task force didn't
25  occur until after you became chairman; is that right?

Page 172

1      A.  That's right.
2      MR. THERIOT:  I believe that's all I have.
3      MR. ROSENBERG:  I actually have a few
4  questions.
5          EXAMINATION
6  BY MR. ROSENBERG:
7      Q.  Good afternoon, Mrs. Dobson.
8      A.  Good afternoon.
9      Q.  My name is Brad Rosenberg.  I'm a trial
10  attorney in the civil division of the United States
11  Department of Justice.  And as we discussed a little
12  bit earlier, I'm here representing President Obama and
13  White House Press Secretary Robert Gibbs.  When this
14  lawsuit was first filed, as the Department of Justice
15  attorney, I was representing President Bush and
16  then-White House Press Secretary Dana Perino but, of
17  course, there was a change in administration in January
18  2009.  We haven't met before today, have we?
19     A.  No.
20     Q.  Mrs. Dobson, are you a lawyer?
21     A.  No.
22     Q.  Do you have any legal training?
23     A.  No.
24     Q.  You testified earlier today a little bit about
25  the National Day of Prayer statute.  Are you familiar

Page 173

1  with the specific language in that statute?
2      A.  I don't think we ever used the word "statute."
3      Q.  You are aware, of course, that there is a
4  statute regarding the National Day of Prayer?
5      A.  Well, explain to me what you mean by
6  "statute."
7      Q.  The law that Congress passed, for example, in
8  1952.
9      A.  Yes, okay.
10     Q.  And then Congress passed another law in 1988.
11     A.  Yes.
12     Q.  Are you familiar with the specific language
13  used in that law regarding the National Day of
14  Prayer?
15     A.  I have read it, but I couldn't repeat it to
16  you.
17     Q.  Have you reviewed the legislative history of
18  that statute?
19     A.  Not really.
20     Q.  We discussed earlier the fact that in 2009,
21  President Obama did not hold an event at the White
22  House.  And you were a bit disappointed by that?
23     A.  Yes.
24     Q.  We've also discussed at some length the event
25  that was held in 2009 at the Cannon House office

44  (Pages 170 to 173)

Page 174

1 building. Can you just describe for me what took place
2 at that event?
3      A.   Well, it's a prayer service, and it's open to
4 the public, and we have a program. Every year we have
5 an honorary chairperson. This year it's Dr. Franklin
6 Graham. Last year it was Beth Moore. So the honorary
7 chairperson gives a message, and then we have
8 representatives that come over and represent, as I
9 said, the three branches of government plus the
10 military, and then sometimes we highlight sports,
11 sometimes we highlight media, and then we'll have
12 somebody from those areas come over and represent them.
13 And so -- and then we have some worship music, and it's
14 just a prayer service. It lasts from 9 to 12.
15      Q.   And actually that was the next question I was
16 going to ask, when the event at the Cannon House office
17 building took place. Did it wrap up at 12 p.m.?
18      A.   Yes.
19      Q.   Do you recall when President Obama issued his
20 2009 National Day of Prayer proclamation?
21      A.   All I know is that it got on the White House
22 Website at 3:00 on the National Day of Prayer.
23      Q.   Did you have access to the White House's
24 National Day of Prayer proclamation before 3:00?
25      A.   No.

Page 175

1      Q.   Was that proclamation used at all during the
2 services at the Cannon House office building?
3      A.   It was too late to be used by the Cannon House
4 observance and by our coordinators and by anyone else.
5 I think it's the latest any president has ever written
6 a proclamation.
7      Q.   Now, if the Court, the District Court in this
8 case, were to strike down the National Day of Prayer
9 statute and were to order that the President could not
10 issue National Day of Prayer proclamations, could the
11 National Day of Prayer Task Force still coordinate
12 prayer events on the first Thursday in May of each
13 year?
14      A.   Yes.
15      Q.   And it could still call it the National Day of
16 Prayer, could it not?
17      A.   I don't know what the legal ramifications of
18 that are. If we're allowed to, yes, we could still
19 call it a National Day of Prayer, I imagine.
20      Q.   And, in fact, the fact that you had an event
21 at the Cannon House office building before the
22 President of the United States even issued a
23 proclamation would demonstrate that the National Day of
24 Prayer Task Force could still coordinate events?
25      A.   That's correct.

Page 176

1      Q.   You testified earlier that -- and I don't have
2 exact notes on this, so clarify if I'm misstating this
3 in any way, that the National Day of Prayer Task Force
4 encourages individuals to pray?
5      A.   Yes.
6      Q.   Do you consider prayer to be a voluntary
7 activity?
8      A.   Yes.
9      Q.   So if somebody is inclined to pray, of course,
10 they can go ahead and pray, but if not, do you think
11 that the National Day of Prayer Task Force would
12 require them to pray in any way?
13      A.   We never require anybody to pray. It's
14 optional. We might request it, but we don't demand
15 it.
16      Q.   And there's no way that you could, of course,
17 demand it?
18      A.   No.
19      Q.   Because everybody has the right to express
20 their own religious views or the lack of their
21 religious views in their own manner?
22      A.   That's right.
23      Q.   I just had one last question. At the end of
24 Mr. Bolton's questioning, he asked about the number of
25 times that you visited the White House. Have you

Page 177

1 visited the White House at all since President Obama
2 took office?
3      A.   No.
4      Q.   Has your husband?
5      A.   No.
6           MR. ROSENBERG: I think that's all I have.
7 Thank you very much.
8           MR. BOLTON: Tom, are you there?
9           MR. BELLAVIA: Yes, I am.
10           MR. BOLTON: Did you want to ask anything?
11           MR. BELLAVIA: No, I don't have any questions.
12 Thanks.
13           MR. BOLTON: Let me just ask one follow-up.
14                EXAMINATION
15 BY MR. BOLTON:
16      Q.   Attorney Rosenberg asked whether you had any
17 legal training, and you said no. Would I be fair to
18 conclude that you don't wish to have any legal
19 training?
20      A.   This is the first time I've ever been deposed,
21 so no, no, I don't think that's in my future.
22           MR. BOLTON: I'm just teasing you. Thank you
23 very much.
24           MR. ROSENBERG: Thanks.
25           (The proceedings concluded at 2:30 p.m.)

Page 178

```
 1              SIGNATURE OF WITNESS
 2        I, SHIRLEY DOBSON, the witness in the above
 3   deposition, have read the within transcript of my
 4   testimony.  I have made _____ changes in said
 5   testimony and have stated such changes (if any) and the
 6   reason for each change on a separate sheet attached to
 7   this transcript.  My testimony as given herein is true
 8   and correct to the best of my knowledge and belief.
 9
10
11
```

```
12        _____
          Shirley Dobson
13
14   Subscribed and sworn to before me this _____ day
15   of _____, 20___.
16
17
18
19        _____
          Notary Public
20
21
22
23
24   My commission expires _____.
25
```

Page 179

```
 1            REPORTER'S CERTIFICATE
 2
 3        I, Connie S. Dyke, Register Professional Reporter
 4   and Certified Realtime Reporter, appointed to take the
 5   deposition of SHIRLEY DOBSON, do certify that before
 6   the deposition he was duly sworn by me to testify to
 7   the truth; that the deposition was taken by me at
 8   8605 Explorer Drive, Colorado Springs, Colorado, on
 9   November 10, 2009, then reduced to typewritten form
10   consisting of 179 pages herein; that the foregoing is a
11   true transcript of the questions asked, testimony
12   given, and proceedings had.
13        I further certify that I am not related to any
14   party herein or their counsel, and have no interest in
15   the result of this litigation.
16        In witness hereof, I have hereunto set my hand
17   this 24th day of November, 2009.
18
19
20
21        _____
          Connie S. Dyke, RPR, CRR
22        Notary Public
23
24   My commission expires June 28, 2010
25
```

46  (Pages 178 to 179)

RESLING REPORTING SERVICES