UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>        Defendants. | Case No. 08-CV-588 |

**SUPPLEMENTAL AFFIDAVIT OF JOEL L. OSTER**

Under Penalty of perjury, the Affiant Joel Oster states as follows:

1. I am an adult resident of the state of Kansas who presently lives in Johnson County.

2. I am employed by the Alliance Defense Fund as Senior Legal Counsel.

3. In my capacity as a Senior Legal Counsel, I represent Defendant Shirley Dobson, Chairman of the National Day of Prayer Task Force ("Defendant Dobson") in the above-captioned matter.

4. Exhibit A is a true and correct copy of President Obama's 2009 Prayer Proclamation.

5. Exhibit B is a true and correct copy of a letter from Interfaith Alliance to President Obama, dated April 21, 2009.

6. Exhibit C is a true and correct copy of Anne Laurie Gaylor's Deposition.

7. Exhibit D is a true and correct copy of letter from Interfaith Alliance to President Obama, dated May 7, 2009.

8. Exhibit E is a true and correct copy of President Obama's statements following the Haiti earthquake, found at http://www.whitehouse.gov/the-press-office/remarks-president-rescue-efforts-haiti.

9. Exhibit F is a true and correct copy of the Amici Curiae brief of the American Center for Law and Justice, et al., filed in Support of the Defendants' Motions to Dismiss the First Amended Complaint.

10. Exhibit G is a true and correct copy of President Bush's 2008 Prayer Proclamation.

11. Exhibit H is a true and correct copy of a draft proclamation prepared by Mrs. Dobson and sent to President Bush in 2008.

## VERIFICATION

Dated: January 21, 2010

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

/s Joel Oster
Joel Oster

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2010, I electronically filed a copy of the above using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel in this litigation who have entered an appearance, including counsel for plaintiffs.

/s/Joel Oster_____
Joel Oster