1          SIGNATURE OF WITNESS

2     I, SHIRLEY DOBSON, the witness in the above

3  deposition, have read the within transcript of my

4  testimony.  I have made ____0____ changes in said

5  testimony and have stated such changes (if any) and the

6  reason for each change on a separate sheet attached to

7  this transcript.  My testimony as given herein is true

8  and correct to the best of my knowledge and belief.

9

10

11

                                _____
12                                 Shirley Dobson

13

14  Subscribed and sworn to before me this __18th__ day

15  of __January__, 20_10_.

16

17

18

19                                _____
                                   Notary Public
        CAROL A. HOLMBERG
        Notary Public
20      State of Colorado

21

22

23

24  My commission expires __9/12/2012__.

25