IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION FOUNDATION, INC.,
ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR,
DAN BARKER, PAUL GAYLOR, PHYLLIS ROSE
and JILL DEAN,

              Plaintiffs,           JUDGMENT IN A CIVIL CASE

    v.                             Case No. 08-cv-588-bbc

President BARACK OBAMA,
White House Press Secretary ROBERT L. GIBBS
and SHIRLEY DOBSON, Chairman of the
National Day of Prayer Task Force,

              Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Barack Obama and Robert L. Gibbs dismissing plaintiffs' claim challenging the constitutionality of prayer proclamations generally for plaintiffs' lack of standing, and dismissing plaintiffs' complaint as to defendant Shirley Dobson on the ground that plaintiffs have not shown they have standing to sue her.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Freedom from Religion Foundation, Inc., Anne Nicol Gaylor, Annie Laurie Gaylor, Dan Barker, Paul Gaylor, Phyllis Rose and Jill Dean declaring that 36 U.S.C. § 119 violates the establishment clause of the First Amendment to the United States Constitution. Defendants Barack Obama and Robert L. Gibbs are enjoined from

enforcing 36 U.S.C. § 119. The injunction shall take effect at the conclusion of any appeals filed by defendants or the expiration of defendants' deadline for filing an appeal, whichever is later.

Approved as to form this 20th day of April, 2010.

_____
Barbara B. Crabb, District Judge

By: _____, Deputy Clerk          4-20-10
Peter Oppeneer, Clerk of Court                      Date