UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
120 North Henry Street
Post Office Box 432
Madison, Wisconsin 53703-0432

## *APPEAL INFORMATION PACKET*

Enclosed in this packet you will find 2 forms:

1. **Seventh Circuit Transcript Information Sheet**
   The appellant shall complete a transcript form whether or not a transcript is ordered. Return the form to the DISTRICT COURT at the above address. If you are a CJA appointed attorney, please contact our office for a CJA 24 form or print it from the district court website at http://www.wiwd.uscourts.gov

   **Transcript Order Form (A0435)**
   Use only if a transcript is requested in a JUDGE JOHN SHABAZ case. Contact the clerk's office at (608) 264-5156 to obtain this form or print it from the district court website at http://www.wiwd.uscourts.gov

2. **Docket Sheet**
   The docket sheet is available through PACER. The docket sheet lists all the pleadings, hearings, depositions, and transcripts filed in this case.

PLEASE REVIEW CIRCUIT RULE 10
   This rule explains the preparation of the record that is sent to the appeals court. Also review the Federal Rules of Appellate Procedure & Seventh Circuit Rules. Their rules can also be obtained from their website at http://www.ca7.uscourts.gov

PLEASE REVIEW CIRCUIT RULE 3(c)(1)
   This rule explains the DOCKETING STATEMENT.

PLEASE REVIEW CIRCUIT OPERATING PROCEDURE 10
   This rule explains that documents sealed in the district court will become a public record on appeal unless sealed by that court or pursuant to statute or rule of procedure.

**EXHIBITS**
   Counsel must ensure that exhibits to be included in the record that are not in the possession of the district court clerk are furnished to the clerk within ten days after the filing of the notice of appeal. Counsel will be responsible for sending bulky exhibits to the court of appeals. Please contact the clerk's office with any questions.

REFER QUESTIONS TO:   Marlene Olson           or           U.S. Court of Appeals
                      Appeals Clerk                        Seventh Circuit
                      (608) 261-5712                       (312) 435-5850

| SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET |
|---|

**PART** I - Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether a transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
|  | District Judge | Court Reporter |

☐ I am ordering transcript.

☐ I am not ordering transcript, because:

☐ The transcript has been prepared.

Sign below and return original and one copy To court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceeding for which transcript is required. Dates must be provided:                     Date(s)

☐ Pre-trial proceeding. *Specify:* _____     _____

☐ Voir Dire                                                                                                        _____

☐ Trial or hearing. *Specify*: _____        _____

☐ Opening statement                                                                                        _____

☐ Instruction conference                                                                                  _____

☐ Closing statements                                                                                       _____

☐ Court instructions                                                                                           _____

☐ Post-trial proceedings. *Specify:* _____    _____

☐ Sentencing                                                                                                     _____

☐ Other proceedings. *Specify:* _____         _____

Method of Payment:        Cash        Check or Money Order        C.J.A. Voucher
Status of Payment:         Full Payment        Partial Payment        No Payment Yet

Signature: _____        Telephone No. _____

Address:_____
_____
_____        Date: _____

**PART II** - Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.
By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|

Signature of Court Reporter: _____     Date: _____

**NOTICE**: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Copies to: Court Reporter, then sent to U.S.C.A. Clerk; District Court Clerk; and Service Copies.

| ✎AO 435<br>(Rev. 12/03)<br>*Read Instructions on Back:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME | | 2. PHONE NUMBER | 3. DATE | |
| 4. MAILING ADDRESS | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | | |
| | | 10. | 11. | |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 13. | 14. | |
| 15. ORDER FOR<br>☐ APPEAL      ☐ CRIMINAL           ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY<br>☐ NON-APPEAL  ☐ CIVIL              ☐ IN FORMA PAUPERIS        ☐ OTHER | | | | |
| 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) | | | | |

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF | | |
| EXPEDITED | ☐ | ☐ | NO. OF | | |
| DAILY | ☐ | ☐ | NO. OF | | |
| HOURLY | ☐ | ☐ | NO. OF | | |
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | | | ESTIMATE TOTAL | |
| 18. SIGNATURE | | | | PROCESSED BY | |
| 19. DATE | | | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

AO 435
(Rev. 1/90)

# INSTRUCTIONS
## GENERAL

**Use.** Use this form to order transcript of proceedings. Complete a separate order form for each case number for which transcript is ordered.

**Completion**. Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Mailing or Delivering to the Court.** Mail or deliver the original, and two copies to the Clerk of Court.

**Deposit Fee.** The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Deliver Time.** Delivery time is computed from the date of receipt of the deposit fee.

**Completion of Order.** The court will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.
Item 8.       Only one case number may be listed per order.
Item 15.      Place an "X" in each box that applies.
Item 16.      Place an "X" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed.
Item. 17.     *Categories*.  Only four (4) categories of transcripts may be ordered.  These are:
    *Ordinary*. A transcript to be delivered within thirty (30) calendar days after receipt of an order. (Order is considered received upon receipt of the deposit.)
    *Expedited*. A transcript to be delivered within seven (7) calendar days after receipt of an order.
    *Daily*. A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
    *Hourly*. A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary *delivery* rate.

    *Ordering*. Place an "X" in each box that applies. Indicate the number of additional copies ordered.
        *Original*. Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the free copy for the court.
        *First Copy*. First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.
        *Additional Copies*. All other copies of the transcript ordered by the same party.
Item 18.      Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)
Item 19.      Enter the date of signing.

Shaded Area.  Reserved for the court's use.