UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICOL GAYLOR, ANNIE LAURIE GAYLOR, PAUL GAYLOR, DAN BARKER, PHYLLIS ROSE, and JILL DEAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT BARACK OBAMA, WHITE HOUSE PRESS SECRETARY ROBERT L. GIBBS, WISCONSIN GOVERNOR JIM DOYLE, and SHIRLEY DOBSON, CHAIRMAN OF THE NATIONAL DAY OF PRAYER TASK FORCE,<br><br>Defendants. | Case No. 08-CV-588 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that defendants President Barack Obama and White House Press Secretary Robert L. Gibbs hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment of April 20, 2010 (Docket No. 133, 04/20/2010), as well as all other opinions, orders, and rulings that merge into that judgment, including, but not limited to, this Court's Opinion and Order dated April 15, 2010 (Docket No. 132, 04/15/2010) and this Court's Opinion and Order dated March 1, 2010 (Docket No. 131, 03/02/2010).

Dated: April 22, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. GRIFFITHS
Assistant Branch Director

  /s/ Brad P. Rosenberg
BRAD P. ROSENBERG (DC Bar 467513)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-3374
Fax: (202) 616-8460
brad.rosenberg@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

COUNSEL FOR DEFENDANTS
PRESIDENT BARACK OBAMA AND
WHITE HOUSE PRESS SECRETARY
ROBERT L. GIBBS

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2010, I electronically filed a copy of a Notice of Appeal for defendants President Barack Obama and White House Press Secretary Robert L. Gibbs using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

                                              /s/ Brad P. Rosenberg
                                              Brad P. Rosenberg