# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 14, 2011

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| No.: 10-1973 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BARACK OBAMA, President of the United States, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:08-cv-00588-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb | |

The judgment of the district court is **VACATED**, and the case is **REMANDED** with instructions to dismiss for want of a justiciable controversy. This is in accordance with the decision of this court entered on this date. Appellants recover costs.

form name: **c7_FinalJudgment**(form ID: **132**)